UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04 11572 JLT

| | |
|---|---|
| SUSAN COONEY,<br>      Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| HUMANISTIC PSYCHOLOGY<br>INSTITUTE, d/b/a SAYBROOK<br>INSTITUTE and MAUREEN O'HARA,<br>Individually,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT MAUREEN O'HARA'S MOTION TO DISMISS, OR ALTERNATIVELY TRANSFER, AND DEFENDANT HUMANISTIC PSYCHOLOGY INSTITUTE'S MOTION TO TRANSFER**

Defendant, Maureen O'Hara, pursuant Fed. R. Civ. P. 12(b)(2) and(3) moves the Court to dismiss this case on the grounds of lack of personal jurisdiction and improper venue, or alternatively, to transfer the case to the U.S. District Court for the Northern District of California in San Francisco ("California Court") pursuant to 28 U.S.C. § 1406. Additionally, Humanistic Psychology Institute d/b/a Saybrook Institute[1] ("Saybrook Institute") moves the Court to transfer the case to the California Court pursuant to 28 U.S.C. § 1404.

As grounds for this Motion, O'Hara states that this Court does not have personal jurisdiction over her as she does not have sufficient contacts with Massachusetts. Consequently, it is proper to dismiss this case for lack of personal jurisdiction and improper venue, or at a minimum, transfer the case to the California Court. Additionally, it is proper to transfer the case against Saybrook Institute to the California Court as such is in the interest of justice and

---

[1] The plaintiff has misnamed the defendant, Humanistic Psychology Institute, as doing business as Saybrook Institute. Since 1997, the defendant has been doing business as "Saybrook Graduate School and Research Center." The defendant does not waive this misnomer.

934024v1

comports with notions of judicial economy. In support of this Motion, defendants submit the accompanying memorandum of law.

Additionally, the defendants, pursuant to Local Rule 7.1 state their:

REQUEST FOR ORAL ARGUMENT.

Respectfully Submitted By,

Counsel for Defendants,
HUMANISTIC PSYCHOLOGY INSTITUTE,
d/b/a SAYBROOK INSTITUTE
and MAUREEN O'HARA

/s/Michael F. Aylward
/s/Grace V. Bacon

_____
Michael F. Aylward, BBO #024850
Grace V. Bacon, BBO #640970
**Morrison Mahoney LLP**
250 Summer Street
Boston, MA 02210
Tel. (617) 439-7500

Date: August 3, 2004