UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 11572 JLT

```
************************************
SUSAN COONEY,                       )
          Plaintiff                 )
                                    )
v.                                  )
                                    )
HUMANISTIC PSYCHOLOGY INSTITUTE,    )
d/b/a SAYBROOK INSTITUTE and        )
MAUREEN O'HARA, Individually        )
          Defendants                )
************************************
```

## NOTICE OF APPEARANCE

Please enter the appearance of E. Steven Coren, Esq., Paul Morenberg, Esq.; and

Kerstein, Coren, Lichtenstein & Finkel, LLP as counsel of record for Plaintiff, Susan Cooney.

E. Steven Coren, BBO # 099740
Paul W. Morenberg, BBO # 631101
Kerstein, Coren, Lichtenstein & Finkel, LLP
233 Needham Street
Newton, MA   02464
(617) 969-7139

Dated:        August 10, 2004