UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 11572 JLT

```
*********************************
SUSAN COONEY,                    )
        Plaintiff                )
                                 )
                                 )
v.                               )
                                 )
                                 )
HUMANISTIC PSYCHOLOGY INSTITUTE, )
d/b/a SAYBROOK INSTITUTE and     )
MAUREEN O'HARA, Individually     )
        Defendants               )
*********************************
```

**PLAINTIFF SUSAN COONEY'S MOTION TO EXTEND DEADLINE TO OPPOSE DEFENDANTS' MOTION TO DISMISS AND MOTION TO TRANSFER (WITH ASSENT OF DEFENDANTS' COUNSEL)**

Plaintiff Susan Cooney, by her counsel, requests that the Court extend the deadline for plaintiff to oppose Defendant O'Hara's Motion to Dismiss and Defendants' Motion to Transfer until August 27, 2004. As grounds in support of this motion, plaintiff states as follows:

1. Defendants, by their counsel, filed the aforementioned motion electronically on August 3, 2004. Pursuant to the Local Rules, plaintiff's opposition is due on August 17, 2004.

2. Counsel to Susan Cooney, Paul Morenberg, is scheduled to begin trial in Boston Municipal Court on Monday, August 16, 2004 in the case of Ruddy et al v. Feinstein et al, Docket No. 200201CV-004268. The trial is expected to last two to three days.

3. Due to the above-mentioned trial, Plaintiff's counsel requires additional time to prepare an Opposition to Defendants' motion. Plaintiff's counsel has conferred with defendants' counsel, Grace V. Bacon, who assents to plaintiffs' request for a ten-day extension.

WHEREFORE, Plaintiff respectfully requests that the Court extend the time for Plaintiff to oppose Defendants' Motion to Dismiss and Motion to Transfer until August 27, 2004.

*/s/ Paul W. Morenberg*
E. Steven Coren, BBO # 099740
Paul W. Morenberg, BBO # 631101
Kerstein, Coren, Lichtenstein & Finkel, LLP
233 Needham Street
Newton, MA  02464
(617) 969-7139

Assented to by defendants' counsel (by telephone, after review of motion by facsimile):

*/s/ Grace V. Bacon  PWM*
Michael F. Aylward, BBO # 024850
Grace V. Bacon, BBO # 640970
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Dated:    August 10, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail and by facsimile on August 10, 2004.

*/s/ Paul W. Morenberg*
Paul W. Morenberg, BBO # 631101