UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04 11572 JLT

| | |
|---|---|
| SUSAN COONEY,<br>            Plaintiff,<br><br>v.<br><br>HUMANISTIC PSYCHOLOGY<br>INSTITUTE, d/b/a SAYBROOK<br>INSTITUTE and MAUREEN O'HARA,<br>Individually,<br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF FIRM NAME

As of July 1, 2004, the law firm of counsel of record for the defendant, has changed its name to Morrison Mahoney LLP.

> Respectfully Submitted,
> The Defendants,
> HUMANISTIC PSYCHOLOGY INSTITUTE,
> d/b/a SAYBROOK INSTITUTE
> and MAUREEN O'HARA,
> By their Attorneys,
>
> /s/ Michael F. Aylward
> _____
> Michael F. Aylward, BBO #024850
> Grace V. Bacon, BBO #640970
> **Morrison Mahoney LLP**
> 250 Summer Street
> Boston, MA  02210
> Tel. (617) 439-7500