UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04 11572 JLT

|  |  |
|---|---|
| SUSAN COONEY,<br>    Plaintiff,<br><br>v.<br><br>HUMANISTIC PSYCHOLOGY INSTITUTE, d/b/a SAYBROOK INSTITUTE and MAUREEN O'HARA, Individually,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION TO FILE A REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

Pursuant to Local Rule 7.1(B)(3), the defendants, Maureen O'Hara and Humanistic Psychology Institute d/b/a Saybrook Institute ("Saybrook Institute"), respectfully move the Court for leave to file a reply memorandum in connection with their Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), in the form attached as Exhibit 1.

As reason for this Motion, the defendants state that Plaintiff's Opposition to their Motion to Dismiss contains misapplication of the law for which clarification is necessary. Furthermore, the defendants believe that such a reply will aid the Court in its decision.

Wherefore, Maureen O'Hara and Humanistic Psychology Institute d/b/a Saybrook Institute respectfully request the Court grant their Motion as such is in the interest of justice and will assist the Court in its deliberations.

939039v1

Respectfully Submitted By,

Counsel for Defendants,
HUMANISTIC PSYCHOLOGY INSTITUTE,
d/b/a SAYBROOK INSTITUTE
and MAUREEN O'HARA

/s/Michael F. Aylward
/s/Grace V. Bacon

Michael F. Aylward, BBO #024850
Grace V. Bacon, BBO #640970
**Morrison Mahoney LLP**
250 Summer Street
Boston, MA  02210
Tel. (617) 439-7500

Date:  October 20, 2004

939039v1