UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04 11572 JLT

SUSAN COONEY, )
      Plaintiff, )
)
v. )
)
HUMANISTIC PSYCHOLOGY )
INSTITUTE, d/b/a SAYBROOK )
INSTITUTE and MAUREEN O'HARA, )
Individually, )
      Defendants. )
)

**DEFENDANTS', HUMANISTIC PSYCHOLOGY INSTITUTE, d/b/a SAYBROOK INSTITUTE AND MAUREEN O'HARA, CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), it is hereby affirmed that we have conferred for the purposed of:

    A.    Establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation; and

    B.    Considering the resolution of the litigation through the use of alternative dispute resolution programs.

Defendant, Humanistic Psychology Institute d/b/a Saybrook Institute

_____
Authorized Representative: John W. Reho
Vice President of Operations & CFO

Defendant, Maureen O'Hara

_____
Maureen O'Hara

942226v1

Respectfully Submitted By,

Counsel for Defendants,
HUMANISTIC PSYCHOLOGY INSTITUTE,
d/b/a SAYBROOK INSTITUTE
and MAUREEN O'HARA

/s/Michael F. Aylward
/s/Grace V. Bacon

---

Michael F. Aylward, BBO #024850
Grace V. Bacon, BBO #640970
**Morrison Mahoney LLP**
250 Summer Street
Boston, MA 02210
Tel. (617) 439-7500

I certify that this document has been served upon all counsel of record in compliance with the F.R.C.P.
March 10, 2005 /s/Grace V. Bacon