UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04 11572 JLT

| | |
|---|---|
| SUSAN COONEY,<br>    Plaintiff,<br><br>v.<br><br>HUMANISTIC PSYCHOLOGY<br>INSTITUTE, d/b/a SAYBROOK<br>INSTITUTE and MAUREEN O'HARA,<br>Individually,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT HUMANISTIC PSYCHOLOGY INSTITUTE, d/b/a SAYBROOK
INSTITUTE'S CORPORATE DISCLOSURE STATEMENT**

1. Defendant, Humanistic Psychology Institute d/b/a Saybrook Institute pursuant to Local Rule 7.3(A), identifies the following as a parent corporation:

   None.

2. Defendant Humanistic Psychology Institute d/b/a Saybrook Institute pursuant to Local Rule 7.3(A), identifies the following as a publicly held company that owns 10% or more of the its stock:

   None.

Respectfully Submitted By,

Counsel for Defendants,
HUMANISTIC PSYCHOLOGY INSTITUTE,
d/b/a SAYBROOK INSTITUTE
and MAUREEN O'HARA

/s/Michael F. Aylward
/s/Grace V. Bacon

---

Michael F. Aylward, BBO #024850
Grace V. Bacon, BBO #640970
**Morrison Mahoney LLP**
250 Summer Street
Boston, MA 02210
Tel. (617) 439-7500

I certify that this document has been served upon all counsel of record in compliance with the F.R.C.P.
March 10, 2005 /s/Grace V. Bacon

942223v1