UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN COONEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-11572-JLT |
| | * | |
| | * | |
| HUMANISTIC PSYCHOLOGY | * | |
| INSTITUTE, d/b/a SAYBROOK | * | |
| INSTITUTE and MAUREEN O'HARA, | * | |
| Individually, | * | |
| | * | |
| Defendants. | * | |

ORDER

May 11, 2005

TAURO, J.

After the Scheduling Conference held on May 11, 2005, this court hereby orders that:

1.    Plaintiff may depose: (1) Dr. Maureen O'Hara, (2) John W. Reho, (3) Dr. William

Bruff, (4) Donald Cooper, (5) Dr. Eugene Taylor, (6) Dr. Karen Schwartz,

(7) Daniel J. Finn, (8) Dr. Richard Francis, and (9) Dr. Hugh Bair;

2.    Defendants shall make the witnesses for the abovementioned depositions, who are

officers or employees of Saybrook Institute and reside in California, available to be

deposed in Massachusetts or pay Plaintiff's expenses to depose these individuals in

California;

3.    Defendants may depose: (1) Susan Cooney, (2) the Fed. R. Civ. P. 30(b)(6)

designee of the Massachusetts Board of Registration of Psychologists, (3) Dr.

Kathy Sanders, and (4) Dr. David Reisen;

4.      All objections to deposition questions, other than privilege objections, are reserved

        until trial;

5.      All discovery shall be completed by January 31, 2006;

6.      No additional discovery will be permitted without leave of this court; and

7.      A Further Conference is scheduled for February 7, 2006 at 10:00 a.m.

IT IS SO ORDERED.


                                        ___/s/ Joseph L. Tauro_____
                                        United States District Judge