UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04 11572 JLT

| | |
|---|---|
| SUSAN COONEY,<br>    Plaintiff,<br><br>v.<br><br>HUMANISTIC PSYCHOLOGY INSTITUTE, d/b/a SAYBROOK INSTITUTE and MAUREEN O'HARA, Individually,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION OF THE DEFENDANTS
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

Defendants respectfully move pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, for an order permitting the admission *pro hac vice* of Attorney Michael J. Vartain to practice and appear on behalf of this case. As grounds for this Motion, as set forth in Attorney Michael J. Vartain affidavit, attached hereto as Exhibit A, defendants state as follows:

1. Attorney Michael J. Vartain is a partner with Vartain Law Group, 601 Montgomery Street, San Francisco, California.

2. Michael J. Vartain is a member in good standing in every jurisdiction in which he has been admitted to practice;

3. There are no disciplinary proceedings pending against Attorney Vartain as a member of the bar of any jurisdiction; and

4. Attorney Vartain is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

974152v1

WHEREFORE, Defendants respectfully ask that its Motion to have Michael J. Vartain, Esquire admitted *pro hac vice* be granted.

                Defendants,

                */s/ Grace V. Bacon Garcia*

                Grace V. Bacon Garcia, BBO #640970
                MORRISON MAHONEY LLP
                250 Summer Street
                Boston, MA  02210
                (617) 439-7500

974152v1

## CERTIFICATE OF SERVICE

On this December 12, 2005, I served a copy of the following:

**MOTION OF THE DEFENDANTS FOR ADMISSION OF ATTORNEY PRO HAC VICE;**

**AFFIDAVIT OF MICHAEL J. VARTAIN, ESQUIRE**

upon counsel of record via electronic mail to:

E. Steven Coren, Esq.
Paul W. Morenberg, Esq.
Kerstein, Coren, Lichtenstein & Finkel, LLP
60 Walnut Street
Wellesley, MA 02481

*/s/ Grace V. Bacon Garcia*
_____
Grace V. Bacon Garcia

974152v1