# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04 11572 JLT

|  |  |
|---|---|
| SUSAN COONEY,<br>         Plaintiff,<br><br>v.<br><br>HUMANISTIC PSYCHOLOGY<br>INSTITUTE, d/b/a SAYBROOK<br>INSTITUTE and MAUREEN O'HARA,<br>Individually,<br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF MICHAEL J. VARTAIN, ESQUIRE

I, Michael J. Vartain, Esquire, depose and say the following:

1. I am a partner at the law firm of Vartain Law Group, 601 Montgomery Street, San Francisco, California.

2. I am a 1975 graduate from Boston College Law.

3. I was admitted to the Massachusetts Bar in 1975 through 1980.

4. I have been admitted to the California Bar since 1980.

5. I am an attorney in good standing and have never been disciplined in any jurisdiction.

6. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

974152v1

8.  This Affidavit is submitted and accompanied by the motion of Attorney Grace V. B. Garcia, who is admitted to practice before this Court, to have the undersigned admitted for purposes of this case.

Signed under the penalties of perjury this 7th day of December, 2005.

_____
Michael J. Vartain, Esquire

974152v1