# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04 11572 JLT

| | |
|---|---|
| SUSAN COONEY,<br>    Plaintiff,<br><br>v.<br><br>HUMANISTIC PSYCHOLOGY<br>INSTITUTE, d/b/a SAYBROOK<br>INSTITUTE and MAUREEN O'HARA,<br>Individually,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendants' Motion for a protective order, and after a finding of good cause the Court hereby orders as follows.

It is ORDERED that during the depositions of the Saybrook and its agents, including the depositions of Maureen O'Hara, John Reho, Arthur Bohart, Alan Vaughn, William Bruff, Donald Cooper and John Wagener, the plaintiff may not inquire into the following two irrelevant areas:

(1) The circumstances surrounding Dr. O'Hara's change in position from Saybrook's President to president emeritus and faculty member on sabbatical, which occurred in August 2005; and

(2) Information relating to licensure and state licensing boards, other than licensure in the Commonwealth of Massachusetts and the Massachusetts Board of Registration of Psychologists.

964331v1

By the Court,

_____
The Honorable Joseph L. Tauro
District Judge

DATED:

964331v1