# EXHIBIT 2

Case 1:04-cv-11572-JLT    Document 35-3    Filed 02/14/2006    Page 1 of 3

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

Grace V. Bacon Garcia
Direct Dial: 617-737-8822
Direct Fax: 617-342-4914
ggarcia@morrisonmahoney.com

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER
CONNECTICUT
HARTFORD
ENGLAND
LONDON

NEW HAMPSHIRE
MANCHESTER
NEW JERSEY
PARSIPPANY
NEW YORK
NEW YORK
RHODE ISLAND
PROVIDENCE

November 18, 2005

**BY FACSIMILE (781) 997-1633 AND FIRST-CLASS MAIL**
Paul W. Morenberg, Esq.
Kerstein, Coren, Lichtenstein & Finkel, LLP
60 Walnut Street
Wellesley, MA 02481

Re:  Susan Cooney v. Humanistic Psychology Institute et al.
     U.S. District Court, Civil Action No. 04 11572 JLT
     RSUI File No. 1250046866
     Our File No.: 10015321

Dear Attorney Morenberg:

Enclosed please find the following:

1. Defendant, Humanistic Psychology Institute d/b/a Saybrook Institute's Answers to the Plaintiff's First Set of Interrogatories;

2. Defendant, Humanistic Psychology Institute d/b/a Saybrook Institute's Response to Plaintiff, Susan Cooney's Request for Production of Documents;

3. (DRAFT) Defendant, Maureen O'Hara's Answers to Plaintiff's First Set of Interrogatories;

4. Defendant, Maureen O'Hara's Response to Plaintiff, Susan Cooney's Request for Production of Documents; and

5. Certificate of Service.

As indicated in the discovery, and as we discussed by telephone, the responsive documents were sent to you directly from Saybrook under separate cover. These documents were sent yesterday, November 17, 2005 by Federal Express. These documents are bate-stamped S-0000 to S-1968. Due to the volume, nearly 2,000 pages of

974339v1

**MORRISON MAHONEY LLP**

November 18, 2005
Page 2

documents, Federal Express could not guarantee delivery by today. As you have informed me that you have not received the documents already today, I would anticipate that they should be delivered by tomorrow.

Additionally, as we discussed, please note that Defendant, Maureen O'Hara's Answers to Plaintiff's First Set of Interrogatories are in draft form and are unsigned. Based on efforts with Dr. O'Hara to complete these Answers, we believe them to be in final form. However, as Dr. O'Hara is currently out of the country, and is unable to review and sign them, we have given you them to you in draft form in order to make a good faith effort to respond to your discovery. We will have a final and signed copy to you upon Dr. O'Hara's return. It is my understanding that Dr. O'Hara will be back in the country on November 29, 2005

Please let me know if you have any questions.

Very truly yours,

Grace V. Bacon Garcia

Enclosures

974339v1