# Information About The Consortium for Diversified Psychology Programs and The National Psychology Advisory Association

*[handwritten: questions about Virginia licensure]*

1. The Consortium for Diversified Psychology Programs (CDPP) monitors and influences regulations which permit alternative program graduates to sit for licensure through an organization of students and graduates of CDPP institutions of higher education. The organization is called The National Psychology Advisory Association (NPAA).

   NPAA has established bylaws and is administered by a Chairperson, Vice Chair-person, Secretary-Treasurer, Regional Coordinators (officers of NPAA who coordinate educational and political activities in the states of their region relevant to licensure, employment, and third-party insurance payments). Three CDPP professors serve as advisors to NPAA. About 400 students and graduates of CDPP psychology programs are members of NPAA. They are organized throughout the U.S. and are encouraged to introduce themselves to their district legislators, to attend meetings of the Board of Psychological Examiners of their states, to participate in public hearings on amendments, sunset psychology acts, and proposed changes in licensing acts and regulations. They are also encouraged to join the Association for Humanistic Psychology (which supports alternative programs) the American Psychological Association (APA), and the State APA affiliate. They are asked to write to the Board of Psychological Examiners in their state and request notice of proposals to adopt amendments or make changes in the psychology act and/or regulations of the state. The officers of NPAA and advisors work together to plan strategies with reference to due process and equal privileges and opportunities and to seek formal and informal interactions with state legislators, administrative agency officers, and members of boards. In addition, officers of CDPP consult the Federal Administrative Procedures Act, State Administrative Procedures Acts, and Federal and State Registers - all of which are relevant to monitoring and influencing regulations on licensures and certification.

2. Members of CDPP include the psychology departments of 12 regionally accredited universities, the Association for Humanistic Psychology, and the Association for Humanistic Education. The universities are:

   | | |
   |---|---|
   | Center for Humanistic Studies | Temple University |
   | Duquesne University | Union Institute |
   | John F. Kennedy University | University of Chicago |
   | Saybrook Institute | University of Dallas |
   | Seattle University | Walden University |
   | Sonoma State University | West Georgia College |

3. A list of alternative programs is available in brochure form through Mike Arons, West Georgia College, Carrollton, GA 30018.

4. At the present time, the only states, to our knowledge, in which graduates of alternative programs, such as The Union Institute's Professional Psychology Program and Saybrook Institute, are facing difficulties are: Oregon, Iowa, Connecticut, Georgia, and Maryland. Florida has also not been "conducive to alternative psychology programs" until recently when Union graduates were permitted to sit for the exam.

The best way of obtaining information about licensure relevant to alternative programs is to join the National Psychology Advisory Association. The Association publishes a quarterly newsletter. If you are interested, please write to either:

Suzanne Doherty, NPAA Chair
9873 Lakepointe Drive
Burke, VA 22015.

Rudy Melone, CDPP Co-Chair
SAYBROOK INSTITUTE
GRADUATE SCHOOL AND
RESEARCH CENTER
450 PACIFIC, 3RD FLOOR
SAN FRANCISCO, CA 94133
(415) 433-9200 • FAX: (415) 433-9271