UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04 11572 JLT

| | |
|---|---|
| SUSAN COONEY,<br>      Plaintiff,<br><br>v.<br><br>HUMANISTIC PSYCHOLOGY<br>INSTITUTE, d/b/a SAYBROOK<br>INSTITUTE and MAUREEN O'HARA,<br>Individually,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO FILE A REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION**

Pursuant to Local Rule 7.1(B)(3), the defendants, Humanistic Psychology Institute d/b/a Saybrook Institute ("Saybrook Institute") and Maureen O'Hara, respectfully move the Court for leave to file a short reply memorandum in connection with Defendants' Motion for Reconsideration and Opposition to Plaintiff's Motion to Amend, in the form attached as Exhibit 1.

In support of this Motion, defendants state that a reply brief is necessary to address three specific issues argued in plaintiff's Opposition to the Motion for Reconsideration. Defendants believe that such a reply will aid the Court in its decision.

Wherefore, the defendants respectfully request the Court grant their Motion as such is in the interest of justice and will assist the Court in its deliberations.

935981v1

2

Respectfully Submitted By,

Counsel for Defendants,
HUMANISTIC PSYCHOLOGY INSTITUTE,
d/b/a SAYBROOK INSTITUTE
and MAUREEN O'HARA

/s/Grace V. Bacon Garcia
_____
Michael F. Aylward, BBO #024850
Grace V. Bacon Garcia, BBO #640970
**Morrison Mahoney LLP**
250 Summer Street
Boston, MA  02210
Tel. (617) 439-7500

Date:  February 21, 2006

## CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with the F.R.C.P.

/s/ *Grace V. Bacon Garcia*
_____
Grace V. Bacon Garcia

Date:  February 21, 2006

2

935981v1