Thomas Greening, Ph.D.
Saybrook Graduate School
450 Pacific
San Francisco, CA 94123

November 16, 2000

Cynthia Chase, Ph.D.
Chairperson
Board of Registration of Psychologists
239 Causeway Street
Boston, MA 02114

Re: Licensure of Richard Francis, Ph.D.

Dear Dr. Chase:

    I am writing on behalf of Richard Francis, who graduated from Saybrook Graduate School with a doctorate degree in psychology in November 1997. Dr. Francis has informed me that the Massachusetts Board of Psychologists has denied him licensure, citing 251 CMR 3.03 defining a "program in psychology," specifically referring to (1)(a)2.h. He sent me a copy of the letter he received from the Board, and informed me that he has six months to appeal this decision and to supplement his appeal with additional materials.

    Allow me to introduce myself. I have been a full-time senior core faculty member at Saybrook since 1990. Saybrook's mission includes the extension of the work of Maslow, Rogers and May, whom I knew personally, and I am dedicated to communicating their heritage to a new generation of psychologists. I am a Diplomate in Clinical Psychology, Fellow of four APA divisions, and have been in private clinical practice for 42 years. During that time I have supervised over forty aspiring psychologists who were students at UCLA, in training at agencies, or psychological assistants, all of whom have gone on to be licensed.

    After I arrived at Saybrook I helped with the on-going process of keeping the psychology program up-to-date and insuring that it is a "coherent curriculum" in which students can obtain a clear understanding of "core concepts" and "domains of knowledge." I subsequently served as Chair of the faculty curriculum committee for four years, supervising the review, revision and creation of courses aimed at better preparing graduates for licensure. I share with the Massachusetts Board the wish that licensed psychologists be well-prepared to serve the public effectively and ethically. Because of my contact with graduate students at UCLA (where I am a Clinical Professor) and

Pepperdine (where I am a Distinguished Adjunct Professor) I am able to compare Dr. Francis's education with theirs, and believe he is equally well-prepared for licensure.

After reading the Board's letter, I wish to respond especially to the concern that Saybrook's residential conferences might not fulfill the one year residency requirement. I have been centrally involved with the design and delivery of our clinical residential seminars and can assure you that they are quite rigorous. There is intense student-faculty interaction that is equivalent to that in traditional APA-approved programs in which I have taught, and to the one at the University of Michigan where I was trained. We present cases at the conferences and have very focused discussions with students. Many of them have been working in the field for years and bring much experience and knowledge to the discussions. The cases come from course material, from cases presented by the faculty, and from cases presented by students, and are integrated with didactic material. The students' average age is over 40, and many have been working "on the front line," so much is learned from each other as well as from faculty. I have found this to be less true of younger students from other programs.

I have had many clinical discussions with Dr. Francis, and he is astute yet humble, realizing that it is a great privilege and responsibility to work with clients. One meeting he and I had concerned the psychology of disability, about which he speaks passionately and from experience. He is also concerned with upholding the highest ethical standards. Not only do I know this on a personal level from discussions with Dr. Francis but also because I taught him the course on Ethics that is a most important requirement for licensure. In that course, the APA code of ethics is a central focus. .

Dr. Francis told me from the beginning that he wanted to tailor his program so that he could be licensed in Massachusetts, and worked on each course with a strong clinical orientation and with a close eye on Massachusetts' regulations. I, too, want students to have "intensive exposure to a community of scholars and views," and to learn "within a community of other matriculated doctoral students." I believe that Dr. Francis has had these experiences sufficient to warrant his being eligible for licensure. In sum, I see him as having become a junior colleague to whom I would be willing to refer clients and represent clinical psychology to the public.

Please contact me if I can be of further help in resolving questions about Dr. Francis's eligibility for licensure.

Sincerely,

Thomas Greening, Ph.D.
Professor of Psychology
Saybrook Graduate School

# SAYBROOK
Graduate School and Research Center

450 Pacific - Third Floor
San Francisco, CA 94133 - 4640
Tel: (415) 433-9200
Fax: (415) 433-9271

Cynthia Chase, Ph.D., Chair
Board of Registration of Psychologists
239 Causeway Street
Boston, MA 02114

3 December 2000

Dear Dr. Chase:

I am writing this letter in support of Dr. Richard Francis' application to sit for the licensing exam in the state of Massachusetts.

I have been Richard's faculty advisor and teacher at Saybrook Graduate School and Research Center since he entered the program in the fall of 1992. I myself came to Saybrook from Massachusetts in 1988, where I was licensed as a psychologist. At present, I am a full-time Executive Faculty member n the clinical psychology area at Saybrook, and am licensed as a psychologist in the state of California. I am also the Council Representative and the Past-President of Division 32 (Humanistic Psychology) of the American Psychological Association, a member of the San Francisco and Marin County Psychological Association, maintain a private practice, and supervise clinical interns at the Community Institute of Psychotherapy. When I taught at UCLA from 1981 to 1984, I was the academic supervisor for the internship program, and ran the supervision groups for the masters students.

As Richard's faculty advisor, I met with him during his orientation conference to make sure that his program met the current guidelines from the Massachusetts Board of Psychology. I am part of the Executive Faculty team which reviews the "coherency" of the clinical curriculum and can certify that the courses which Richard took satisfy the requirements of a responsible training sequence. Keeping a close eye on the Massachusetts regulations,

Richard took courses from the nine course areas which are required by the Massachusetts Board of Psychology and which he documented in his application to the Board on the form entitled "Documentation of Academic Courses." These nine areas were Ethics, History of Psychology, Research Design and Methods,

Statistics and Psychometrics, Biological Bases of Behavior, Cognitive-Affective Bases of Behavior, Social Bases of Behavior, Individual Differences, and Racial/Ethnic Bases of Behavior with a Focus on People of Color. The courses which fulfill these nine areas can be found on Richard's transcript which he submitted with his application.

I understand that the main question with Richard's application has to do with the residency requirements for his program. Richard's program consisted of an intensive tutorial relationship with his teachers plus required face-to-face attendance at residential conferences each year for four years. This was followed by one more year in which he wrote his dissertation. Richard earned 72 contact hours for each of the 7 Residential conferences he attended over those four years totalling 504 face-to face contact hours. He also attended a required Orientation conference where students map our their programs (48 hours), an intensive weekend workshop on Experimental Methods with a Saybrook professor in his area (16 hours), plus face-to-face consultation, advising, and meetings with Saybrook faculty in Massachusetts while writing his dissertation (19 hours), bringing his total of face to face contact to 591 hours. Over and above this face to face contact, he exhaustively documented the content of each phone contact with each professor for each course, consultation, essay, and during the writing of his Essays and Dissertation. His contact hours are listed on the Saybrook Contact Hours Form which he submitted with his application to the Board. Saybrook provides these forms for those seeking licensure.

Regarding the content of the residential conferences, the clinical courses covered both theoretical and practical information needed by the students. For example, a Case Conference seminar was taught at each residential conference where students learned how to formulate cases according to different theoretical perspectives, and how to present an oral case history. They took turns presenting cases, and critiquing each other's presentations. While the case presentations were often general, they were sometimes organized around a topical theme like "Death and Dying." Moreover, In the presentations, the material was "directly tied to coursework" by the students and/or faculty. Also at these residential conferences, we had advising groups and individual face-to-face meetings, in which we tracked student progress and set ongoing goals for each stage of their work. Students were encouraged to form regional or special topic interest groups, which continued collaborations and peer support networks during the rest of the year. Following Massachusetts regulations concerning face-to-face contact, Richard had weekly face-to-face contact with other Saybrook students from the greater Boston area as well as with other students across the country.

Finally, Richard also won the not commonly given Sutich award. Named after a man who overcame enormous personal difficulties to help found

Saybrook. In Richard's case, he overcame significant physical disability with the same courage and motivation to pursue his own work.

If you have any further questions, please do not hesitate to contact me directly at (415) 931-3819.

Thank you for your consideration.

Sincerely,

*[signature]*

Ilene A. Serlin, Ph.D.
Professor of Psychology
Saybrook Graduate School