UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN COONEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.04-11572-JLT |
| | * | |
| HUMANISTIC PSYCHOLOGY | * | |
| INSTITUTE, doing business as Saybrook | * | |
| Institute, and MAUREEN O'HARA, | * | |
| | * | |
| Defendants. | * | |

ORDER

April 11, 2006

TAURO, J.

After a Conference held on April 11, 2006, this court hereby orders that:

1. Plaintiff's Motion for Leave of Court to Depose Thomas Greening [# 42] is DENIED;

2. Plaintiff may serve twenty (20) written questions on Dr. Thomas Greening pursuant to Fed. R. Civ. Pro. 31;

3. Plaintiff has until May 1, 2006 to serve the abovementioned written questions on Dr. Thomas Greening;

4. Dr. Greening must respond to the abovementioned written questions by May 22, 2006;

5. Plaintiff's Motion to Compel Defendants O'Hara and Saybrook to Submit to Further Discovery [# 41] is DENIED;

6. Defendant has until April 25, 2006 to file an opposition to Plaintiff's Motion for

<u>Leave of Court to Submit Further Document Requests</u> [# 43].

7.   The Parties must file their expert disclosures by June 6, 2006;

8.   Trial will begin on November 13, 2006.

IT IS SO ORDERED.

<u>     /s/ Joseph L. Tauro     </u><br>
United States District Judge