# EXHIBIT B

NANCY L. SEGREVE, MA, CRC

---

PROFESSIONAL EXPERIENCE

**OCCUPATIONAL RESOURCE NETWORK, ANDOVER, MA**  1997 to present
<u>Vocational Consultant/Managing Partner:</u> Provide vocational consultation services to a broad range of adults who require job changes. Scope of services include vocational assessments, counseling and placement services, labor market research, ergonomic assessments, vocational expert testimony and work site evaluations to facilitate successful return to work plans. Employer based services include: consultation, training, functional job analyses, and the creation of transitional return to work programs for use individually or as comprehensive programs.

**CRA MANAGED CARE, INC., NEWTON, MA**  1989 to 1997
<u>Rehabilitation Manager:</u> Managed clinical staff of vocational and nurse consultants. Responsible for hiring, training, and staff development to ensure quality of service. Developed new policies and programs to provide innovative and cost effective services to insurers and employers.

<u>Regional Job Club Coordinator:</u> Coordinated a job placement program for injured and ill employees incorporating theories of cognitive motivation to predict and manage case outcomes. Responsible for staff training, program implementation, and program development throughout the Mid-Atlantic region.

<u>Field Service Coordinator:</u> Identified account needs, developed specific managed care programs, and coordinated services to be provided by case managers and managed care team.

<u>Vocational Rehabilitation Supervisor:</u> Responsible for training, and supervising case managers providing medical and vocational rehabilitation to injured and ill employees. Provided clinical supervision to ensure effectiveness of services.

<u>Vocational Rehabilitation Counselor:</u> Provided medical and vocational rehabilitation to injured and ill employees. Coordinated care for employees by communicating with medical providers and employers to assess needs and identify options based upon skills and residual functioning.

**BRAINTREE HOSPITAL, BRAINTREE, MA**  1987 to 1989
<u>Vocational Rehabilitation Counselor:</u> Provided rehabilitation counseling and vocational evaluations to inpatient and outpatient adults who sustained traumatic injuries and illnesses. Focused on adjustment to disability, transitions back to the community, and return to work planning with outside agencies and employers. Administered work samples, aptitude tests, interest surveys, and created situational assessments to accurately assess skills and vocational options for successful employment.

**VOCATIONAL ADJUSTMENT CENTER, BOSTON, MA**  1985 to 1987
<u>Chief Vocational Evaluator:</u> Managed Vocational Assessment Unit of a non-profit agency serving adults with severe physical, developmental, and psychiatric disabilities. Provided extensive vocational evaluations through the administration, interpretation of a wide variety of tests, transferable skills analyses, and client feedback to identify feasible vocational goals. Communicated results to state agencies such as the Mass Rehabilitation Commission to facilitate rehabilitation and employment plans.

**EDUCATION**

|        |                                                                                      |
|--------|--------------------------------------------------------------------------------------|
| 1988   | **ASSUMPTION COLLEGE, Worcester, MA**<br>Masters Degree in Rehabilitation Counseling |
| 1985   | **BOSTON COLLEGE, Boston, MA**<br>Bachelor of Arts Degree, Psychology Major          |

**CERTIFICATIONS**   Nationally Certified Rehabilitation Counselor, # 022786, 10/88 - present
State of New Hampshire, Certified Rehabilitation Provider, #168
Approved Rehabilitation Provider, OEVR

**TRAINING**   Assumption College, Vocational Evaluation Training
Harvard School of Public Health, Ergonomic Guidelines for Computer Use
Harvard School of Public Health, Ergonomics and Human Factors
Institute of Applied Ergonomics, National Ergonomic Conference, 2001
American Board of Vocational Experts, Fall Conference 2005

**PRESENTATIONS**

Speaker at National Risk Insurance Management Society (RIMS) Annual Conference. Co-presented seminar on effective case management and return to work programs. 1996

Speaker on Return to Work Issues In Massachusetts Worker's Compensation: Creating a Return to Work Plan. 2004.

Provide training seminars to employers on ergonomic tools and techniques to reduce risk factors in the work place.

**PROFESSIONAL AFFILIATIONS**

National Rehabilitation Association, Member #49965
National Rehabilitation Counseling Association
Massachusetts Office of Education & Vocational Rehabilitation Advisory Board, 2000-2004
American Board of Vocational Experts, Associate Member

**EXPERT TESTIMONY**

Testimony provided in the matter of: Doreen Langlois NH Latex Liability Product Litigation. Belknap County Court, Belknap, NH. 2002.
Testimony provided in the matter of Willie Feliciano v Pro-Con, Inc., John Doe, Inc., LLC & Sodexho v. Pro-Con, Inc. v. Dynacon Builders. U.S. District Court, Worcester, MA. May 2004.
Testimony provided in the matter of Cournoyer v. Cournoyer, Middlesex Family & Probate Court, Cambridge, MA, January 2005.
Testimony provided in the matter of Lordan v. Mackenzie, Middlesex Family & Probate Court, Concord, MA, August 2005.
Testimony provided in the matter of Paul Bourget v. General Dynamics Corporation, U.S. Department of Labor, Office of Worker's Compensation Programs, Boston, MA, March 2006

**DEPOSITION**

Deposition given 7/11/02 in the matter of: Patricia Royea, f/k/a/ Patricia Shea v. The Medical Center of Central Massachusetts, Inc., US District Court, Civil Action No. 99-40119