# EXHIBIT D

# CURRICULUM VITA

| | |
|---|---|
| **Date Prepared:** | 5/18/2006 |
| **Name:** | Elizabeth L. Leonard |
| **Office Address:** | Neurocognitive Associates, PC<br>20 Hope Avenue, Suite G01<br>Waltham, MA 02453 |
| **Home Address:** | 21 Marlboro Street<br>Newton, MA 02458 |
| **Phone:** | 781-788-8484 |
| **Fax:** | 781-788-8485 |
| **Email:** | eleonard@hms.harvard.edu |
| **Place of Birth:** | Philadelphia, PA |

**Education:**

- 1969 B.S. Boston University
- 1975 M.S. Medical College of Virginia, Virginia Commonwealth University, Physical Therapy
- 1986 Ph.D. Tufts University, Psychology

**Postdoctoral Training:**

- 1982-1984 Predoctoral Intern in Psychology, Center for Infant Development and Behavioral Pediatrics, New England Medical Center, Tufts University, Boston
- 1990 Postdoctoral Fellow in Psychology, Judge Baker Children's Center/The Children's Hospital, Boston
- 1991-1993 Postdoctoral Fellow in Neuropsychology, Division of Child Neurology, Department of Neurology, Barrow Neurological Institute, Phoenix, AZ

**Licensure and Certification: (Current)**

- 1989 Arizona Board of Psychologist Examiners, Psychologist
- 2000 Board of Mental Health Practice, New Hampshire, Psychologist
- 2001 Commonwealth of Massachusetts, Licensed Psychologist Provider

**Academic Appointments:**

- 1975-1976 Instructor in Physical Therapy, Department of Physical Therapy, Medical College of Virginia, Virginia Commonwealth University, Richmond, VA
- 1986-1988 Adjunct Professor, Department of Psychology,

1

| | |
|---|---|
| 1990 | University of Lowell, Lowell, MA<br>Clinical Fellow in Psychology,<br>Department of Psychiatry,<br>Harvard Medical School, Boston, MA |
| 1990 | Instructor in Psychiatry (Psychology)<br>Harvard Medical School<br>Boston, MA |
| 2001- | Lecturer in Psychology<br>Department of Psychiatry<br>Harvard Medical School<br>Boston, MA |

**Hospital or Affiliated Institution Appointments:**

| | |
|---|---|
| 1990 | Postdoctoral Fellow in Psychology, Children's Hospital, Boston, MA |
| 1989-1997 | Affiliate Staff Scientist, Division of Neurobiology, Barrow Neurological Institute, St. Joseph's Hospital and Medical Center, Phoenix, AZ |
| 1991-2000 | Psychologist, St. Joseph's Hospital and Medical Center, Phoenix, AZ |
| 1991-2000 | Psychologist, Children's Rehabilitation Services, Phoenix, AZ |
| 1991-2000 | Psychologist, Phoenix Children's Hospital, Phoenix, AZ |
| 2001-2002 | Associate Clinical Psychologist<br>Child and Adolescent Psychiatry Program<br>McLean Hospital<br>Belmont, MA |
| 2002- | Lecturer and Senior Research Associate<br>Program in Psychiatry and the Law<br>Massachusetts Mental Health Center, Division of Public Psychiatry<br>Beth Israel Deaconess Medical Center, Harvard Medical School<br>Boston, MA |
| 2005- | Regional Medical Consultant in Mental Health<br>Disability Quality Branch - Boston<br>Social Security Administration<br>United States Government |

**Other Professional Positions:**

| | |
|---|---|
| 1969-1970 | Physical Therapist, Moss Rehabilitation Hospital, Philadelphia, PA |
| 1970-1971 | Physical Therapist, Harkness Hospital and Medical Center, San Francisco, CA |
| 1974-1977 | Consultant in Pediatric Rehabilitation, Department of Physical Therapy, Medical College of Virginia, Richmond, VA |
| 1977-1979 | Chief, Physical and Occupational Therapy, Crotched Mountain Rehabilitation Center, Greenfield, NH |

| | |
|---|---|
| 1979-1985 | Director, Child Development Unit, Child Health Services, Manchester, NH |
| 1985-1988 | Research Associate, Human Performance Laboratory, Catholic Medical Center, Manchester, NH |
| 1988-1999 | Manager, Pediatric Rehabilitation Program, Children's Health Center, St. Joseph's Hospital and Medical Center, Phoenix, AZ |
| 1991-2000 | Director, Clinic for Neurobehavioral Disorders Section of Child Neurology, Barrow Neurological Institute Phoenix, AZ |
| 2001-2002 | Clinical Director, Center for Neurointegrative Services Pathways Academy McLean Hospital Harvard Medical School Belmont, MA |

**Consulting Positions:**

| | |
|---|---|
| 1978-1979 | Special Education Section, New Hampshire Department of Education |
| 1978-1979 | Gifted Program Development Committee, Amherst Elementary Schools, Amherst, NH |
| 1979-1981 | New Hampshire Physical Therapy-Occupational Therapy Task Force on Public Law 94-142 |
| 1980-1985 | Child Development Unit, Child Health Services, Manchester, New Hampshire |
| 1986-1987 | Bureau for Special Medical Services, Handicapped Children's Program, Department of Health and Human Services, Concord, New Hampshire |
| 1986-1993 | MOCO, Inc., Biomedical Research, Scituate, MA |
| 1997-1998 | Model Development Project for Infant Assessment, Interagency Coordinating Council, Arizona Department of Education |
| 1997 | Program Participant National Telecast White House Conference on Early Childhood Development and Learning: What New Research of the Brain Tells Us About Our Youngest Children, April 17, 1997, Phoenix, AZ |

**Hospital and Health Care Organization Service Responsibilities:**

| | |
|---|---|
| 1993-1996 | Executive Board, Section of Psychology, Department of Psychiatry, St. Joseph's Hospital and Medical Center, Phoenix, AZ |
| 1996-1999 | Chairperson, Section of Psychology, Department of Psychiatry, St. Joseph's Hospital and Medical Center, Phoenix, AZ |

3

**Major Administrative Responsibilities:**

| | |
|---|---|
| 1996-2000 | Fellowship Director for Pediatric Psychology, Section of Child Neurology, Barrow Neurological Institute, Phoenix, AZ |
| 1999 | Course Director, Autism, Epilepsy and Mental Retardation: New Developments in Evaluation and Treatment. A consensus conference on current developments in diagnosis and treatment. Barrow Neurological Institute, St. Joseph's Hospital and Medical Center, January 23, 1999, Phoenix, AZ |
| 1999 | Course Director, Caring for Children and Adolescents with Epilepsy into the Millennium. Twelfth Annual Epilepsy Update. Epilepsy Foundation of Arizona, University of Arizona College of Medicine and Barrow Neurological Institute, November 6, 1999, Phoenix, AZ |

**Major Committee Assignments:**

**National:**

| | |
|---|---|
| 1979-1981 | Chairperson, Education Committee, Section on Pediatrics, American Physical Therapy Association |
| 2001- | Member, Autism Trials Clinical Task Force Cure Autism Now Foundation |

**Regional:**

| | |
|---|---|
| 1993-1994 | Member-at-Large, Executive Committee, Arizona Psychological Association |
| 1995-1999 | Member, Pediatric Subcommittee, Governor's Advisory Council on Spinal and Head Injuries, State of AZ |
| 1999-2000 | Vice President, Epilepsy Foundation of Arizona |

**Professional Societies:**

| | |
|---|---|
| 1969-1993 | American Physical Therapy Association |
| 1986- | American Psychological Association |
| 1986-2001 | Society of Pediatric Psychology |
| 1993- | National Academy of Neuropsychology |
| 1994- | International Neuropsychological Society |
| 1998-2001 | American Epilepsy Society |

**Community Service Related to Professional Work:**

| | |
|---|---|
| 1982-1983 | Board Member for Capital Campaign, Sojourner Center: A Center for Battered Women and Children, Phoenix, AZ |
| 2001-2003 | Member, Human Rights Committee The New England Center for Children |

4

|          | Southbridge, MA |
|----------|-----------------|
| 2005-    | Mental Health Clinician |
|          | American Red Cross Disaster Services |
|          | Katrina Deployment |
|          | New Orleans, LA |

**Editorial Boards and Grant Reviews:**

| 1986-1990 | Member, Physical and Occupational Therapy in Pediatrics |
| 1997 | Grant Reviewer, National Institute on Disability Research and Rehabilitation Research |
| 1997-2000 | Member, Pediatric Rehabilitation |
| 2003- | At hoc grant reviewer for Cure Autism Now |

**Awards and Honors:**

| 1967-1969 | Vocational Rehabilitation Administration Traineeship, US Department of Health, Education and Welfare |
| 1982-1983 | Foundation for Physical Therapy Scholarship Award |
| 1993 | Who's Who of American Woman – 18th Edition |

**Research, Teaching and Clinical Contributions:**

**Research Narrative Description:**

In 1991, I established and directed the Clinic for Neurobehavioral Disorders in the Section of Child Neurology at Barrow Neurological Institute, St. Joseph's Hospital and Medical Center in Phoenix, AZ. This clinic provided tertiary diagnostic and treatment services for infants, children, adolescents and young adults with developmental and neurological disorders within an interdisciplinary program with the disciplines of psychology, neuropsychology, child neurology and child and adolescent psychiatry. The clinic served children from Arizona and the neighboring southwestern states.

Clinic responsibilities were divided between direct patient care, consultation to public and private agencies serving disabled children, clinical education of psychology graduate students, residents and research. From 1996-2000 I was the Director of Training for a postdoctoral training program in pediatric psychology.

Research endeavors consisted of grant funded projects investigating neuropsychiatric conditions co-morbid with childhood epilepsy and central processing disturbances in children with autistic spectrum disorders. This work was supported by public and private foundation money. A pediatric neuropsychological laboratory was established to facilitate research. The clinic served as a site for investigating neurocognitive processing in children enrolled in clinical trials for medications for improving seizure control and attention deficit disorders.

5

Research projects included: 1) Correlation of cognitive, memory and neurolinguistic function with video-EEG, high resolution MRI and PET in children and adolescents with intractable epilepsy; 2) Use of hypnosis to reduce anxiety in children undergoing intracarotid amybarbital testing for cerebral localization of language and memory prior to resective epilepsy surgery; 3) Differences in neurocognitive processing in children with high functioning autism, Asperger's syndrome and nonverbal learning disability.

Current research interests include cognitive assessment in individuals with autism and legal issues of individuals with developmental disabilities. Current studies include the investigation abnormal sexual behavior in high functional autistic spectrum individuals.

**Research Funding:**

| | |
|---|---|
| 1980-1982 | Department of Maternal and Child Health, PI: Elizabeth L. Leonard Neonatal Assessment of At Risk and Neurologically Impaired Newborns |
| 1981-1983 | NH Developmental Disabilities Council P.I.: Elizabeth L. Leonard Developmental Evaluation of At Risk and Handicapped Infants and Children from Birth to Three |
| 1985 | Bureau for Health Promotion, NH Department of Health and Human Services PI: Elizabeth L. Leonard, Ph.D. Cervical Cancer Screening and Community Education |
| 1988 | Institute of Child Health and Human Development, National Institutes of Health PI: Ruth Maulucci, Ph.D., Co-Investigator: Elizabeth L. Leonard, Ph.D., Kinematic Analysis of Pediatric Movement Disorders |
| 1989-1991 | March of Dimes Birth Defects Foundation PI: Elizabeth L. Leonard, Ph.D. Kinematics of Reaching in Normal and Cerebral Palsied Children |
| 1990-1992 | Arizona Disease Control Research Control Commission PI: Elizabeth L. Leonard, Ph.D. Early Locomotor Training in Normal and Cerebral Palsied Infants |
| 1991 | United States Department of Education PI: Ruth Maulucci, Ph.D., Co-Investgator: Elizabeth L. Leonard, Ph.D., Use of Regulated Feedback to Improve Reaching Multiply Handicapped Children |
| 1999-2000 | Woman's Board, Barrow Neurological Institute |

        PI: Elizabeth L. Leonard, Ph.D.
        Neuropsychological Processing in Children with Communication Disorders, Autism and Asperger's Syndrome

1998-2001    US Food and Drug Administration, FDA OP 97-1, Clinical Studies of Safety and Effectiveness of Orphan Products,
              PI: Eric Hollander, M.D., Co-investigator: Elizabeth L. Leonard, Ph.D., Fluoxetine/Placebo Treatment of Childhood and Adult Autism and Asperger's Disorder: Effect on Obsessive-Compulsive Symptoms and Functional Imaging by PET (IND 51, 581)

**Clinical Trials:**

Gabapentin Pediatric Monotherapy Trial: A Multicenter, Double-Blind, Placebo Controlled, Parallel-Group Study in Pediatric Patients with Benign Childhood Epilepsy with Centrotemporal Spikes (Protocol 945-094 Parke-Davis), Neuropsychological Testing

Efficacy and Safety Evaluation of Oral Adjunctive Vigabatrin (Sabril) Therapy Compared to Placebo in Children with Uncontrolled Complex Partial Seizures: A Dose Response Study (Protocol 0118 Marion Merrel Dow, Inc.), Neuropsychological Testing

A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study of SLI 381 in Children with Attention Deficit Hyperactivity Disorder. A Phase III Study. Clinical Study Protocol No. 381.301, Shire Laboratories, Sub-Investigator.

    **Teaching:**
    **Local:**

        1985-1988    University of Lowell, Lowell, MA
                         Psychology of the Handicapped, Adjunct Professor
                         Required undergraduate course for seniors majoring in physical therapy. Number of students: 75, Full semester course

        1996-1999    Seminar in Child Psychology/Child Psychiatry
                         Department of Pediatrics, Children's Health Center, St. Joseph's Hospital and Medical Center, Phoenix, AZ. Monthly seminar for pediatric residents and psychology trainees, Course coordinator and Preceptor, 15 pediatric residents, 2 psychology residents

        1991-2000    Weekly Training Seminar in Child Neurology/Neurosurgery
                         Division of Child Neurology, Barrow Neurological Institute
                         Core faculty participating in weekly training conference for neurology residents, child neurology fellows, neurosurgery and psychology residents. Attending faculty

| | |
|---|---|
| 1992-2000 | Weekly Training Conference in Epilepsy<br>Division of Neurology, Barrow Neurological Institute<br>Weekly case conference to review patients presenting for epilepsy evaluation attended by residents and faculty from the departments of neurology, neurosurgery, neuroradiology, child neurology and neuropsychology. Attending faculty |
| 2003- | Weekly Meeting<br>Program in Psychiatry and the Law<br>Massachusetts Mental Health Center at Beth Israel Deaconess Medical Center<br>Boston, Mass. |

**Continuing Medical Education Courses:**

1994   Diagnosis of Developmental Disorders in Preschool Children.
Pediatric Neurology for Primary Care Physicians, Section of Child Neurology, Barrow Neurological Institute, 6 hours preparation, 1 hour lecture

1995   Recognition and Treatment of Childhood Depression,
Second Annual Conference on Pediatric Neurology for Primary Care Physicians, Section of Child Neurology, Barrow Neurological Institute. 8 hours preparation, 1 hour lecture

1996   Pediatric Collaboration and Consultation in Special Education,
Third Annual Conference on Pediatric Neurology for Primary Care Physicians, Barrow Neurological Institute, 7 hours preparation, 1 hour lecture

1997   Controversial Treatments for Neurobehavioral Disorders,
Fourth Annual Conference on Pediatric Neurology for Primary Care Physicians, Barrow Neurological Institute, 8 hours preparation, 1 hour lecture

1998   Physical Complaints Without Organic Cause,
Fifth Annual Conference on Pediatric Neurology for Primary Care Physicians, Barrow Neurological Institute, 7 hours preparation, 1 hour lecture

Neurobiology of Tourette's Syndrome, Obsessive-Compulsive Disorder and Autism. Fourth Annual Neuropsychiatric Pharmacology Update. University of Arizona Colleges of Medicine, Nursing and Pharmacy, 10 hours preparation, 1 hour lecture

**Teaching and Leadership Role:**

1995-2000   Director of Training in Pediatric Psychology, Division of Child Neurology, Barrow Neurological Institute. Directed postdoctoral residency program in pediatric psychology with special emphasis on children and adolescents with developmental disorders. Provided weekly

individual and group supervision for graduate students and residents. Developed a monthly lecture series for pediatric residents in child development and psychopathology.

**Trainees and Advisees: (one year supervision)**

Beth Onufrak, Ph.D., current position, staff psychologist
Susan Li, Ph.D., current position, Assistant Professor, Department of Psychology, Loyola of Chicago
Reeni M. George, Ph.D., current position, Fellow in Psychology, National Institute of Mental Health, Bangalore, India
Roxanne Bonfiglio, doctoral candidate, dissertation committee, AZ School of Professional Psychology

**Regional, National or International Contributions:**

1975   Leonard, EL. Neurological Assessment of the Infant and Young Child. Paper presented at the Virginia Physical Therapy Association Annual Meeting, Roanoke, VA

1977   1) Leonard, EL. The Role of the Physical Therapist in Neonatal Intensive Care. Paper presented at the American Physical Therapy Association Annual Conference, St. Louis, MO
2) Leonard EL. Measurement of Nutritive Sucking in High Risk Infants Following Tactile Stimulation of the Mouth. Paper presented at the American Physical Therapy Association Annual Conference, St. Louis, MO

1979   1) Leonard EL. Parent's Role in the Education of the Gifted Child. Paper presented at the Annual Meeting of the New Hampshire Council for Exceptional Children, Portsmouth, NH
2) Leonard EL, Foulds RA. Clinical Applications of Technology for the Severely Multiply Handicapped. Paper presented at the Region X meeting of the American Association for Mental Deficiency, Waterville Valley, NH

1980   1) Leonard EL. The Preschool Handicapped Child. Invited presentation to a conference sponsored by the NH Department of Maternal and Child Health, Dartmouth Medical School, Lebanon, NH
2) Leonard EL. Adaptive Equipment. Paper presented at Cerebral Palsy: The Multidisciplinary Problem. Conference sponsored by the NH Department of Maternal and Child Health, Child Development Clinic of Dartmouth Medical School and United Cerebral Palsy of NH, Lebanon, NH

1982   Leonard EL, Deitch SR. The Child Health Services Protocol for Birth-to-Three Children at Risk. Paper presented at a conference entitled Assessment of Special Needs Children and their Families, NH Developmental Disabilities Council and the NH Bureau for Handicapped Children, Waterville Valley, NH

1987   1) Leonard EL, Zelazo PR. Neonatal Motor Abnormalities: Effect on Infant Development. Paper presented at the Pediatrics Section, Combined Sections Meeting, American Physical Therapy Association, Atlanta, GA
2) Leonard, EL. The Multiply Handicapped Preschool Child: Issues in Diagnosis and Assessment. Conference paper sponsored by the Special Education Section, NH Department of Education, Laconia, NH

1988   1) Leonard EL, Zelazo PR. The Ontogeny of Manipulation: Learning Effects and Clinical Considerations. Paper presentation to the Pediatric Section, Combined Sections Meeting, American Physical Therapy Association, Washington, D.C.
2) Leonard EL, Zelazo PR. Play in Developmental Evaluation. Poster presented at the biennial meeting of the International Conference of Infant Studies, Washington, D.C.
3) Leonard EL, Zelazo PR. From Reflexive to Instrumental BehaviorL A Developmental Model of Motor Learning. Paper presented at the American Physical Therapy/Canadian Physiotherapy Association Joint Congress, Las Vegas, NV
4) Leonard, EL. Infant Motor Learning and Intersensory Interation. Paper presented at the sixth annual symposium on the Management of the Multiply Handicapped Infant, Child and Adolescent. Oakbrook, IL

1990   1) Leonard EL, Maulucci RA, Eliason DL. Kinematics of Reaching in Normal and Cerebral Palsied Infants. Paper presented at the seventh biennial conference of the International Society for Infant Studies, Montreal, QUE
2) Leonard EL, Maulucci RA. KIDS: A Kinematic Diagnostic System. Paper presented at the annual conference of the American Physical Therapy Association, Anaheim, CA
3) Leonard EL, Maulucci RA, Eliason DR. Kinematic and Temporal Analysis of Upper Extremity Movement in Normal and Cerebral Palsied Three Year Olds. Paper. Annual Meeting of the American Physical Therapy Association, Anaheim, CA
4) Leonard EL. Perceptual and Cognitive Foundations for Movement. Paper presented at the Eighteenth Annual Sensorimotor Symposium, CA chapter of the American Physical Therapy Association and the San Diego chapter of the Occupational Therapy Association of California, San Diego, CA

1991   Leonard EL, Zelazo PR. Sensorimotor Development and Higher Order Control. Paper presented at the Annual Meeting, American Physical Therapy Association, Boston, MA

1992   Leonard EL, Maulucci RA. Eckhouse RH, Eliason DR. Rotational Movement During Reaching in Normal and Cerebral Palsied Infants. Poster. International Conference on Infant Studies, Miami Beach, FL

1993   O'Sullivan MC, Leonard EL, Farley BG, Bloedel JR. Infant Stepping: A Longitudinal Study of Locomotor Development. Poster. Society for Neuroscience, Anaheim, CA

1995   1) Leonard EL. Recognizing Mild to Moderate Closed Head Injuries and New Diagnostic Means of Proving Causation. Invited presentation Arizona Trial Lawyers Association, Phoenix, AZ
2) Leonard EL. Assessment of Brain Injury in Infants and Young Children: Implications for Diagnosis and Determining Causation. Invited presentation to the State Bar of Arizona conference on Proof of Damages in Brain Injury Litigation, Phoenix, AZ
3) Leonard EL. Psychosocial Aspects of Pediatric Epilepsy, Paper presentation, New Concepts in the Management of Epilepsy, conference sponsored by the University of Arizona College of Medicine, Barrow Neurological Institute and the Epilepsy Society of Arizona, Scottsdale, AZ

1996   Leonard EL. Evaluation of Psychological Injury in Children. Invited presentation to the conference Kids'N' the Law: Evaluating an Injured Child's Claim, State Bar of Arizona, Phoenix, AZ

1997   1) Leonard EL. Resource Utilization for Persons with Epilepsy. Invited paper to a conference entitled Living with Epilepsy, Epilepsy Foundation of Arizona, Phoenix, AZ
2) Leonard EL. Neuropsychological Assessment of Brain Injured Children. Invited paper presented to the Arizona Trial Lawyers Association, Phoenix, AZ

1998   1) Leonard EL. Recognizing Precursors to Academic and Psychological Dysfunction in Preschool and Young Children, invited presentation to the Early Childhood Networking Conference, Arizona Department of Education, Phoenix, AZ
2) Leonard EL. Neurocognitive and Diagnostic Assessment of Autism. Invited presentation to New Insights in the Diagnosis, Neurobiology, Genetics and Treatment of Autism, conference sponsored by the Department of Psychiatry, Mt. Sinai School of Medicine, New York, NY

1999   1) Leonard EL. Developing Brain Systems: Connectivity and Missed Connections in Autism and Epilepsy, paper presented at Autism, Epilepsy and Mental Retardation: New Developments in Evaluation and Treatment., conference sponsored by Barrow Neurological Institute, Phoenix, AZ
2) Leonard EL. Neuropsychological Evaluation for Diagnosis, Treatment and Educational Remediation of Children and Adolescents with Epilepsy. Invited conference presentation sponsored by the Epilepsy Foundation of Arizona, Barrow Neurological Institute, St. Joseph's Hospital and Medical Center and the College of Medicine, University of Arizona, Phoenix, AZ

2000   Leonard EL. Neurobiology of Autistic Spectrum Disorders: Implications for Diagnosis and Treatment, invited paper presented to the American Society for Adolescent Psychiatry Annual Meeting, Phoenix, AZ

2002   Leonard, EL. Neuropsychological Assessment of Children with Pervasive Developmental Disorder. Invited conference presentation, Enriching the Life of a Child with Autism/Pervasive Developmental Disorder. Sponsored by Franciscan Children's Hospital and Boston University School of Medicine. Boston, MA, March 22, 2002

2003   1) Leonard, EL. Design of Intervention Strategies Within a Neurodevelopmental Framework. Invited conference presentation Neurodevelopmental/ Neuropsychiatric Disorders in Children. Sponsored by Cambridge Hospital, Department of Psychiatry, Harvard Medical School, Boston, MA, February 7, 2003.
2) Leonard, EL. Asperger's Syndrome and Sexualized Behavior: A Case Report. Poster. Harvard Psychiatry Day March 19, 2003

2005   1) Contemporary Issues in Neuropsychology. Invited presentation to the Massachusetts Psychological Association, Women's Special Interest Group, January 22, 2005

**Report of Clinical Activities:**

My clinical practice specializes in neuropsychological, clinical evaluation and treatment of children and adults with neuropsychiatric disorders. In addition to the clinical practice of neuropsychology about one third of my time is spent providing consultation to lawyers in civil cases where there is neurological injury with co-morbid psychiatric disorders. Consultation has included providing continuing legal education for attorneys regarding assessment of damages in cases where individuals have sustained central nervous injury. Since 2002 I have been a member in the Program in Psychiatry and the Law (PIPATL) at Massachusetts Mental Health Center now at Beth Israel Deaconess Medical Center. Within PIPATL I have contributed to program development, presented clinical cases studies and participated in developing research investigating legal rights of individuals with disabilities. I have taught and mentored graduate students. I am interested in the science/practitioner model of service delivery and evidence based practice. I am fortunate to have encouraged and advanced the scientific and clinical careers of women in psychology. This has included advising graduate students in diagnostic assessment, clinical supervision and developing clinical and scientific research skills including research design and grant writing.

**Bibliography:**
**Original Articles:**

1. **Leonard EL**, Trykowski LE, Kirkpatrick BV. Nutritive sucking in premature infants. Physical and Occupational Therapy in Pediatrics 1982; 1, 27-33.
2. Eckhouse RH, Maulucci RA, **Leonard EL**. A computerized kinematic diagnostic system. Journal of Medical Systems 1989; 13, 261-264.
3. **Leonard EL**, Maulucci RA, Eliason DL, Tarby TJ. A kinematic diagnostic system for detecting movement disorders in infants and children. Annals of Neurology 1989: 26, 487-488.
4. Eckhouse RH, **Leonard EL**, Zhuang Q, Maulucci RA. Improving reaching in preschool children with cerebral palsy with regulated feedback. IEEE Transaction in Rehabilitation Engineering 1994; 2,3.
5. **Leonard EL**, Stoane J, Karas JP. Radiologic assessment of temporal lobe epilepsy and the intracarotid amobarbital procedure. Radiologic Technology 1999; 3, 270-277.
6. Leonard EL, George RM. Psychosocial and neuropsychological function in children with epilepsy. Pediatric Rehabilitation 1999; 3, 73-80.
7. Aman, MG, Novotny S, Samango-Sprouse C, Lecavialer L, **Leonard EL**, Gadow KD, King BH, Pearson DA, Gernsbacher A, Chez M. Outcome measures for clinical drug trials in autism. CNS Spectrums 2004: 9, 1, 36-47

**Reviews:**

1. David RB, **Leonard EL**. Defects in central processing: An approach to the evaluation and treatment of the learning disabled child. Virginia Medical Monthly 1975; 73-78.
2. **Leonard EL**, Kerrigan JF, Onufrak ES. Psychiatric co-morbidity in children with epilepsy. CNS Spectrums 1997; 2, 6, 60-67.

**Published Proceedings:**

1. **Leonard EL.** Motor development: Is it time to re-examine theory. Proceedings of a conference on Concepts in Motor Control, Motor Learning and Exercise Physiology, Spring 1989, Division of Physical Therapy, Department of Medical Allied Health Professions, University of North Carolina, Chapel Hill, NC.
2. **Leonard EL**, Zelazo PR. Early development of infants at risk. Proceedings of the International Congress on Pediatric Neurorehabilitation, October 1984, Budapest, Hungary.
3. **Leonard EL.** Psychological determinants of early motor learning. Proceedings of the ll Step Conference, Foundation for Physical Therapy, July 6-13, 1991 Norman, OK.

**Invited Chapters:**

1. Zelazo PR, **Leonard EL**. The dawn of active thought. In K Fisher (Ed.) <u>Levels and Transitions in Children's Development.</u> San Francisco: Jossey Bass, 1983, 37-50.

2.  Herman RM, Maulucci RA, **Leonard EL**, Pzyska V. The initiation of locomotion in man. In S. Grillner, PSG Stein, H Forssberg, D Stuart and R Herman (Eds.) <u>Neurobiology of Vertebrate Locomotion.</u> McMillan: London, 1986.
3.  Zelazo PR, Weiss MD, **Leonard EL.** The development of unaided walking: The acquisition of higher order control. In PR Zelazo and R Barr (Eds.) <u>Challenges to Developmental Paradigmns: Implications for Theory, Assessment, and Treatment.</u> Lawrence Erlbaum:Hillsdale, NJ 1989, 139-165.
4.  **Leonard EL**. Early motor development and motor control: Foundations for independent walking. In GL Smidt (Ed.) <u>Gait in Rehabilitation.</u> Churchill Livingstone, Inc.: New York 1990.
5.  Szymanski, L., Friedman, S., **Leonard, EL**. Intellectual Deficiency. To appear in MH Ebert, PT Loosen and B Nurcombe (Eds.) <u>Current Diagnosis and Treatment in Psychiatry-2nd Edition.</u> Appleton & Lange, in press.

**Abstracts**

1.  **Leonard EL**, David RB, Lenhardt M. Measurement of nystagmus following rotary stimulation in learning disabled children. Child Neurology, 1974.
2.  Trykowski LE, Kirkpatrick BV, **Leonard EL.** Enhancement of nutritive sucking patterns in premature infants. Pediatric Research 1974, 12, 4.
3.  **Leonard EL**, Kerrigan JF. Clinical hypnosis in children undergoing cerebral angiography. Epilepsia 1995, 36, 4, 109.
4.  **Leonard EL,** Kerrigan JF. Co-morbidity of psychiatric disorders in children and adolescents admitted for epilepsy monitoring. Epilepsia 1997.

**Guest Editor:**

1.  **Leonard EL**. Imitators of Epilepsy: Diagnostic Dilemmas. CNS Spectrums: The International Journal of Neuropsychiatric Medicine. 1997, 2, 6.
2.  **Leonard EL**. Imitators of Epilepsy: Treatment Options. CNS Spectrums: The International Journal of Neuropsychiatric Medicine. 1997, 2, 7.