UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 11572 JLT

*******************************************
| |
SUSAN COONEY, )
    Plaintiff )
)
v. )
)
SAYBROOK GRADUATE SCHOOL AND )
    RESEARCH CENTER, and )
MAUREEN O HARA, Individually )
    Defendants )
*******************************************

## PLAINTIFF SUSAN COONEY'S NOTICE OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)

Now comes the plaintiff Susan Cooney and agrees pursuant to F.R.C.P. 41(a)(1) to voluntarily dismiss her claims against defendant Maureen O'Hara as well as Count IV (Negligence) of her claims against Saybrook Graduate School and Research Center.

Respectfully submitted,
by Plaintiffs' Counsel:

/s/ Paul W. Morenberg, BBO # 631101

E. Steven Coren, BBO # 099740
Paul W. Morenberg, BBO # 631101
Kerstein, Coren, Lichtenstein & Finkel, LLP
60 Walnut Street
Wellesley, MA  02481
(781) 997-1600

Stipulated and assented to,
By Defendants' Counsel:

/s/ Michael F. Aylward, BBO # 024850*

Michael F. Aylward, BBO # 024850
Grace V. Bacon Garcia, BBO # 640970
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500

\*    Attorney Aylward authorized plaintiff's counsel to sign his name and file this document electronically.

Dated:   August 16, 2006