# EXHIBIT 2



SAYBROOK
I N S T I T U T E
Graduate School & Research Center

Cooney
EXHIBIT NO. 15
1/26/06 MD



# INTERIM CATALOG
## 1994 ~ 95

## POLICY CHANGES

Every effort has been made to keep this catalog up-to-date and accurate in its information. From time to time, Saybrook Institute may find it necessary to modify its academic and financial policies. When this occurs, students will be given advance notification through the bi-monthly *BULLETIN*. Changes reported in the *BULLETIN* take effect on the date noted and apply to all students regardless of their entry date, unless otherwise stated.

Occasionally, circumstances warrant an exception to standard policy. However, such exceptions are at the sole discretion of the Saybrook Administration and requests should be directed in the form of a petition to the appropriate department. Any waivers of policies and procedures must be obtained in writing as approved by the appropriate institution official.

## The Mission of Saybrook

The mission of Saybrook Institute is to provide a unique and creative environment for graduate study, research, and communication in humanistic psychology and human science, focused on understanding and enhancing the human experience. Applying the highest standards of scholarship, the Institute is dedicated to fostering the full expression of the human spirit and humanistic values in society.

To accomplish this mission, Saybrook Institute offers an innovative, individualized and rigorous distance learning opportunity. It also encourages ongoing research to develop more valid and effective methodologies for building a meaningful body of knowledge about human experience.

## SAYBROOK INSTITUTE

Dedicated to Studying the Art and Science of Being Human

Saybrook Institute is accredited by the Accrediting Commission for Senior Colleges and Universities of the Western Association of Schools and Colleges.

SAYBROOK INSTITUTE
450 Pacific Avenue
San Francisco, CA  94109
(415) 433-9200

9/94

(i)

# Table of Contents

I. INTRODUCING SAYBROOK ...................1
  A. Vision ..................................1
  B. The Traditions of Saybrook ...............1
    1. Humanistic Psychology ..................1
    2. Human Science .........................1
  C. Saybrook's Perspective ...................2
  D. Educational Philosophy ...................2
    1. Distance Learning ....................2
    2. Research .............................3
  E. Licensure .................................3
  F. Ways of Learning at Saybrook .............3
  G. Internships ...............................4
  H. Saybrook Students ........................4
  I. Saybrook Graduates .......................4
  J. Honorary Degree Recipients ...............5

II. POLICIES & SERVICES ......................7
  A. Admissions ...............................7
  B. General Policies .........................7
    1. Polices Dealing With Satisfactory Progress ...........7
    2. Temporary Incompletes in Courses 8
    3. Maintaining Minimal Progress in the Program ...........8
    4. Establishing Upper Limits for the Anticipated Graduation Date .........8
    5. First and Fourth Year Reviews ......8
    6. Financial Holds .....................8
    7. Student Status ......................9
      a. Active ...........................9
      b. Inactive .........................9
      c. Medical Leave ....................9
      d. Withdrawal .......................9
        i. Voluntary Withdrawal in Good Standing ...............9
        ii. Administrative Withdrawals 9
    8. Returning to Active Status .........9
    9. Challenge Exams ....................9
    10. Grading Policy/Course Offerings ...9
    11. Academic Honesty ..................10
    12. Library Access ....................10
    13. Grievance Procedures .............10
    14. Transcripts and Student Records ..10
  C. Student Services ........................10
    1. Library & Information Services .....10
    2. Learning Materials .................10
    3. Saybrook Electronic Network .......10
    4. Facilities for the Disabled .......10
    5. The *BULLETIN* .....................10
    6. The *FORUM* ........................10
    7. Internships and Announcements .....10
    8. Alumni Association .................10

D. Financial Information .....................11
  1. Tuition ..............................11
    a. Degree Program ....................11
    b. Non-Degree Program ...............11
  2. Fees .................................11
    a. On-Line Fees ......................11
    b. Wire Fees .........................11
    c. Late Fees .........................11
    d. Returned Check Fee ................11
    e. Residential Orientation Seminar Fees ...............11
    f. Residential Conference Fees .....11
    g. Graduation Fees ..................11
  3. Refund Policy ........................12
  4. Other Costs ..........................12
E. Financial Assistance ......................12
  1. Scholarships .........................12
  2. Saybrook's Tuition Assistance Committee ...........13
  3. California State Graduate Fellowship Program .........13
  4. Veterans Administration Educational Benefits ........13
  5. Other Fellowships and Grants ........13

III. ACADEMIC PROGRAMS .......................14
  A. The Master of Arts in Psychology ........14
    1. Courses: 24 Units ..................14
    2. Master's Research Project: 6 Units .14
  B. The Doctor of Philosophy in Psychology ...........14
    1. Courses: 54 Units ..................14
    2. The Comprehensive Candidacy Essays ...............15
    3. Advancement to Candidacy ..........15
    4. Dissertation .......................15
    5. Summary (for Doctoral degree) .....16
  C. The Master of Arts in Human Science ......16
    1. Courses: 24 Units ..................16
    2. Master's Research Project: 6 Units .16
  D. The Doctor of Philosophy in Human Science ...........16
    1. Courses: 54 Units ..................16
    2. The Comprehensive Candidacy Essays ...............17
    3. Advancement to Candidacy ..........17
    4. Dissertation .......................17
    5. Summary (for Doctoral degree) .....17
  E. Residency ...............................17
    1. Residential Orientation Seminar (ROS) ...............17
    2. Residential Conferences ...........17

  3. Optional Residential Offerings ......18
 F. Non-Degree Program .........................19
  1. Enrollment .................................19
  2. Graduate Credit .........................19

IV. COURSES ..............................................20
 A. General Studies Courses ................20
 B. Area Studies Courses ......................21
  1. Clinical Inquiry .........................22
  2. Consciousness Studies .................23
  3. Health Studies ............................24
  4. Systems Inquiry .........................24
  5. Organizational Inquiry .................25
  6. Social Philosophy & Political
   Psychology ...................................25
  7. Interarea Studies ........................27
  8. Special Studies ...........................27

V. FACULTY ...............................................29
 A. Professor Emeriti .............................29
 B. Core Faculty ....................................30
 C. Adjunct Faculty ...............................36
 D. Visiting Faculty ...............................41
 E. Dissertation Consultants .................41

VI. PUBLIC OUTREACH ............................42
 A. Saybrook Society .............................42
 B. Publications ....................................42

VII. THE ROLLO MAY CENTER FOR
 HUMANISTIC STUDIES AT SAYBROOK
 INSTITUTE ..........................................43

VIII. RESOURCE PERSONS ........................43
 A. Board of Trustees .............................43
 B. Council of Advisors To The
  President .........................................44
 C. Rollo May Center Advisory
  Board ..............................................44
 D. Saybrook Administration
  and Staff..........................................44

9/94

(iii)

# I. INTRODUCING SAYBROOK

## A.    Vision

Saybrook Institute is a graduate school and research center dedicated to scholarly inquiry into the art and science of being human. Its primary purpose is the preparation of scholars who seek to enhance our understanding of what it means to be a human being at this time and place in history. The Institute is designed primarily, though not exclusively, for adult learners — mid-career professionals seeking an opportunity for significant scholarly work. At Saybrook, graduates make this intellectual work an integral part of their professional lives in order to contribute to their understanding of important individual, social and cultural issues.

The Saybrook program seeks to develop in its graduates the skills of analysis and synthesis appropriate to advanced graduate study. It seeks to provide a working knowledge of the scientific approaches which are relevant to issues in scholarship and professional practice, approaches which encourage students to carry out their work in a variety of professions with systemic, reflective, critical and creative perspectives.

## B.    The Traditions of Saybrook

Saybrook Institute grows out of the confluence of two intellectual traditions that study human beings in their social and historical context: humanistic psychology and human science. Humanistic Psychology starts from an interpretation of the person as a "total human being" and seeks to develop a science faithful to that totality; human science focuses on the need for rigorous inquiry into the multiple dimensions of individuals and their biological, social, cultural, spiritual and political contexts. These two traditions, of different origin yet compatible in their attention to human issues, are represented at Saybrook in academic programs designed to serve adult professionals.

### 1.    Humanistic Psychology

In the 1920s and '30s, American psychology was dominated by behaviorism, a positivistic view that excluded conscious human experience from scientific psychology; and by psychoanalysis, which attributes personal problems to unconscious forces. In the late 1930s, Gordon Allport and Henry Murray helped create a psychology of personality that rejected the mechanistic premises of behaviorism as well as the biological reductionism of classical psychoanalysis. Personality psychology as it took shape after World War II provided the foundation from which humanistic psychology emerged.

In 1964, leading figures in psychology and other disciplines participated in a conference at Old Saybrook, Connecticut: Gordon Allport, George Kelly, Henry Murray, Gardner Murphy and Robert White, of the founding generation; Charlotte Bühler, representing a European tradition of research that was subsequently labeled "life-span development;" Jacques Barzun and Rene Dubos as humanists from literature and biological science; and Rollo May, James F.T. Bugental, Abraham Maslow, and Carl Rogers, who became the intellectual leaders of the movement. These founders sought to influence and correct the positivistic bias of psychological inquiry as it then stood. As Rollo May put it:

> "The Saybrook conference developed out of the ground swell of protest against the theory of behaviorism on the one side and the orthodox psychoanalysis on the other. That is why we are often called the Third Force. There was a feeling on all sides among different psychologists that neither of these two versions of psychology dealt with human beings as human. Nor did they deal with real problems of life. They left great numbers of people feeling alienated and empty."

### 2.    Human Science

The term "human science," often used interchangeably with "social science," has, since the mid-seventies, described a revolutionary transformation in the study of human beings which focuses critical attention on the nature of theory, methodology and social practices.

Believing that human activity is best interpreted as historical, moral, political and spiritual (as well as psychological), human science raises questions about the values inherent in social science and about the very nature of social science research. No longer can social science claim to be value-free or value-neutral; human understanding is manifested in popular media, fashion, culture, technology, architecture and sports. Scientific rigor, therefore, can no longer be achieved by withdrawal into the experimental laboratory, but must employ innovative, disciplined methods of data-gathering and analysis to arrive at useful interpretations and descriptions that serve moral, political and spiritual goals.

In addition to using traditional research methods, human science addresses the ways in which language shapes and constitutes human life. Human science includes more than theoretical or causal explanations. Art, music, poetry and drama

are equally regarded as the sources and contexts for Saybrook's intellectual conversation.

People ask, "What does it mean to be?," "What is the good life?," and "How should we live?" Answering these questions, in all their variations, helps make us human. By being interpretive, reflective and critical, human science reestablishes the conversation among science, art and philosophy which America and Western Europe lost in the aftermath of World War II.

## C.    Saybrook's Perspective

We critique psychologists and social scientists for attempting to emulate 19th century physical and natural science. Data from experiments, laboratories, and statistics do not adequately explain how people live and construct their lives in the social world and often generate findings with little application to real-world contexts or for suggesting solutions to social problems.

At Saybrook, we ask the question, "What could psychology and human science become if we used our critique to create a different way of teaching and learning?" Since our founding, we have sought fresh ways to study human beings. We search for new philosophical assumptions, methods, theories and ways to organize our intellectual community. As a result, our faculty and students produce innovative research that we believe the "real" world requires.

Today, Saybrook programs embrace diverse psychological, philosophical and professional interest areas. We prepare students in the critical and analytical scholarly skills and perspectives needed to adopt a human science approach to Consciousness Studies, Systems Inquiry, Clinical Inquiry, Organizational Inquiry, Health Studies, and Social Philosophy and Political Psychology. Recent dissertation titles demonstrate our humanistic orientation to real human problems:

- Community college student attitudes toward extramarital sex: The AIDS impact

- The experience of having a broken heart: A heuristic inquiry

- Group counseling with mentally retarded adults and adolescents

- Coping with hallucination: A phenomenological study of the everyday lived experience of people with hallucinatory psychosis

- The transition from childhood to adulthood: What we can learn from premodern societies.

No aspect of human existence, no matter how complex, problematic or controversial, is judged a priori to be irrelevant for study at Saybrook. At the same time, we advocate systematic scholarship about human beings and all rigorous ways of exploring human phenomena. We accept the challenge to explore human beings and their social contexts in new ways ... to use our human science methods in ways that are sensitive to the unique needs of individuals and to concerns for social issues and the welfare of others.

## D.    Educational Philosophy

### 1.    Distance Learning

A distinctive aspect of Saybrook Institute is its mode of education. Because our programs are structured to meet the personal and professional needs of adult learners, and those persons not able or willing to travel to fixed classrooms, Saybrook uses a distance learning format, an adaptation of the European tutorial model which emphasizes one-to-one interaction between students and faculty. Using learning guides, students complete coursework in guided independent study, encouraged and evaluated by faculty who communicate in person, by phone, by letter, by fax or by computer. At Saybrook, our faculty serve as mentors rather than teachers in the traditional sense. While much of the student's intellectual work is done independently, the relationship between faculty and student provides for commentary and analysis that exceeds, we believe, what occurs in traditional classroom situations.

To build a sense of community, relationships among students and faculty are established and renewed at Residential Conferences. They provide a week of intense and enriched learning for Saybrook students and alumni worldwide. The format works especially well for mature students who wish to tailor the pace, the scope, and the process of education to their individual requirements.

The primary instructional materials used by students at Saybrook are learning guides which have been specially prepared by faculty for each course. These guides outline expectations for the course, as well as reading and writing assignments. To supplement their guided independent studies, students make use of resources in their communities such as public and university libraries, courses at other graduate schools, in-service training programs and private tutors, as well as the growing resource of on-line information services.

2

## 2. Research

Development of the skills necessary to conduct meaningful and relevant research is a central part of the Saybrook curriculum. These skills include:

- the ability to reason clearly and to develop and evaluate ideas

- an understanding of how to apply various methods and procedures in the conduct of research and inquiry

- familiarity with past and present literature in psychology and human science as it applies to students' particular areas of interest

- the ability to write and speak clearly in order to communicate ideas and research to fellow professionals

Courses in theories of inquiry and methodologies for disciplined inquiry prepare Saybrook students to employ appropriate methodologies in their scholarly work. They learn how to present arguments for the epistemological and methodological grounding of their research, in whatever form it takes. Saybrook's program helps students develop research projects which draw upon their professional skills, thus enabling experienced practitioners to contribute to the further development of their field of expertise. In this way, Saybrook encourages students to conduct research which is meaningful personally as well as professionally.

## E. Licensure

Saybrook Institute's psychology degree program seeks to prepare its graduates as scholars and researchers in the broad domain of human experience. This is our primary emphasis. Many of the Institute's students, however, wish to offer services to the public for a fee as licensed or certified professional psychologists. Such students are advised that they should contact the licensing board in the state in which they plan to practice to obtain the detailed requirements, because regulations differ from state to state. California, for example, requires a doctoral degree in psychology or a related field from a regionally accredited or state-approved institution and 3000 hours of supervised internship (of which at least 1500 must be post-doctoral). Applicants must then pass both a written exam and an oral exam.

Some states require either one year of continuous residence at the institution awarding the degree or an equivalent number of contact hours with professors and peers. It is important that students plan ahead to document all requisite coursework and contact hours they generate with

faculty and peers, as well as time spent with faculty and other students at colloquia, workshops and seminars. A "Summary of Contact Hours" form has been developed by the Institute to aid in this documentation process.

Saybrook is committed to assisting those students who plan to seek licensure in the state of their choice. To this end, the Institute is a member of the national Consortium of Diversified Psychology Programs (CDPP), which is active in state-by-state efforts to monitor and influence existing and changing regulations which permit graduates from alternative programs to sit for licensure. Members of the Consortium, along with Saybrook, include:

California Institute of Integral Studies

Center for Humanistic Studies

Duquesne University

Fielding Institute

Focusing Institute

John F. Kennedy University

Seattle University

Sonoma State University

Temple University

The Union Institute

University of Chicago

University of Dallas

Walden University

West Georgia College

Association for Humanistic Psychology

National Association for Humanistic Education

The National Psychology Advisory Association is a related organization comprised of dues-paying members who are students or graduates of alternative programs. This group is also actively involved in the monitoring and lobbying process.

Saybrook graduates have been licensed in the states of Arizona, California, Connecticut, Florida, Georgia, Hawaii, Maryland, Massachusetts, Michigan, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Texas, Vermont, and Washington, and in the Canadian provinces of Quebec and British Columbia. Students are advised to be aware, however, that states review applications individually to be sure all requirements of the state licensing board have been met. Regulations are constantly changing.

## F. Ways of Learning at Saybrook

The Saybrook faculty invites and facilitates active integration of a wider range of experiences

and ways of learning for students than is typical for graduate institutions. While continuing to place a high value on critical and scholarly thinking, reading and writing, we also encourage other modes of individual and group learning and development, such as those related to field work, social action, contemplative and body practices, psychotherapy, the arts, etc.

Central to this effort at the integration of theory and practice are the individual and collective processes of self-awareness, self-reflection and public discourse, conducted in the context of academic graduate education and our continuing exploration of the relationship of knowledge and action.

## G.     Internships

Saybrook Institute supports experiential learning as one of the educational components that helps "put into practice" the theoretical concepts learned in graduate study. Saybrook students may choose to add an internship experience to their academic course work in the interest area of their major focus. Students who plan to seek a license in psychology upon completing the doctorate should enroll in an internship since all states and Canadian provinces now require an internship conducted under the auspices of the degree-granting institution. Students should check the specific requirements of the state in which they wish to practice; the requirements differ in each state. Generally, a pre-doctoral psychology internship is for 1500-2000 hours.

Students are encouraged to locate the site and supervisor of their choice, and to consult with the Academic Dean regarding appropriate procedures.

## H.     Saybrook Students

Approximately 300 students are currently enrolled at the Institute, ranging in age from their mid-20s to 60s, and representing more than 36 states and several foreign countries. Many have already made outstanding contributions to their fields.

Students at Saybrook have chosen the program for several reasons, most of which reflect an emphasis on self-motivation. They include:

- an outstanding faculty

- an opportunity for independent learning

- a framework to take advantage of learning resources within their own communities

- a format that allows them to pursue their professional work without having to interrupt their existing careers and family arrangements

A statement adopted by the students in 1992 reflects the commitment to Saybrook's ideals of collegiality. The statement re-affirms that, "At Saybrook Institute, closely allied to the value of respect for the individual are the values of scholarly excellence and hospitality for diverse points of view. These values form the foundation of the Institute, making it truly exceptional among educational institutions."

## I.     Saybrook Graduates

Our emphasis on integrating theory and practice instills in our students an appreciation of the power of scholarship. They acquire excellent critical thinking and writing skills that enable them to express themselves clearly and eloquently. As a result, many of them go on after graduation to produce significant works and provide invaluable services, as demonstrated by these graduates:

**Tad Goguen Frantz, Ph.D., '89,** is Core Faculty Member and Director of Systems Research at the California Family Study Center. A licensed marriage and family therapist since 1978, Dr. Frantz also has a private practice. Her work has been influenced by the idealized systems design approach to improving the functioning of human activity systems, particularly small, intimate systems such as families, purposeful work groups and individuals.

Dr. Frantz is the Secretary of the International Systems Institute and has participated in all four Asilomar Conferences in Comprehensive Systems Design of Education, two International Fuschl Conversations, and a Regional Conversation held in Kolimbari, Crete. She was the co-editor of the 1992-1993 International Society for the Systems Sciences yearbook entitled *Systems in Education/Education in Systems,* and is the author of several journal articles including, "Family stories as mechanisms of evolutionary guidance" in *Systems Research* and "Evolutionary competence in the postmodern family: An idealized design approach" in *World Futures.*

**Drayton Patterson, Ph.D., '92,** is a consulting psychologist whose specialty is in the area of behavioral management of children. A former professional league baseball player, Dr. Patterson is also a practicing sports psychologist who has used his expertise to counsel the Texas Rangers Baseball Organization and a minor league baseball team in Minnesota, as well as a variety of other amateur and professional athletes.

4

9/94

## II.    POLICIES & SERVICES

### A.    Admissions

Students may apply to Saybrook and go through the admission process at any time during the year but are admitted to begin only three times per year: September 1, December 1, or March 1.

The admissions process is designed to satisfy candidates that Saybrook Institute is the place where they wish to pursue a degree, as well as to satisfy the school that candidates are appropriate students for the program. Applicants should read the catalog carefully before applying and arrange to have any questions answered by the Admissions Office before applying. Applicants should have the most current catalog and application form and are expected to abide by the terms and policies contained therein.

The application form presents the applicant to the Admissions Office and is an integral part of the selection process. It should be completed fully at least two months before the applicant's intended start date. The form is designed to provide the information needed to evaluate applicants for the capacity and commitment to work at the doctoral level in a research-oriented program. Applicants must also demonstrate the ability to work well in a distance learning format and the professional background sufficient to complement the work required at Saybrook.

Students with an appropriate background at either the baccalaureate or the master's level may apply directly for admissions into the Ph.D. programs either in psychology or in human sciences. After an evaluation of their academic background is completed, admission into the doctoral program that is either full or provisional will be granted to accepted candidates. Those who are provisionally admitted will be directed towards completing coursework at Saybrook in a manner that demonstrates their ability to carry on doctoral work. Normally this work will be undertaken and completed within the first year in the program at which time a decision will be made either to permit the person to continue towards the doctorate or to switch into the master's program. The latter can request a re-evaluation after completing the master's program to determine at that time if they are eligible to continue towards the doctorate.

Students who are granted full acceptance in the doctoral program, either from a baccalaureate or master's level, are not required to complete master's level requirements but rather are expected to make progress within the doctoral requirements.

Applicants for a master's degree in psychology must have a regionally accredited baccalaureate degree in psychology, or a closely related field. Applicants for master's degree in psychology, who have a regionally accredited baccalaureate degree which does not meet the above requirements, may take the Graduate Record Examination and will be considered if they attain a score comparable to that of psychology master's degree students admitted to other accredited institutions.

Please contact the Admissions Office if you have questions regarding the prerequisites for this program.

### THE ADMISSIONS PROCESS: Three Steps

1. Applicants submit the application form and the materials requested, including:

- US $55 application fee (non-refundable)

- Written responses to items 1-6 on the application form

- Three letters of recommendation written within the past 12 months which address the four topics on the application

- One official copy of each transcript from each school where degrees have been obtained or relevant courses taken

2. A personal or telephone interview is not required but may be requested.

3. Application materials are reviewed by the Admissions Office.

The Admissions Office may request that the applicant submit additional information in order to make its decision.

Saybrook Institute admits students of any race, color, sex, sexual orientation, and national and ethnic origin to all the rights, privileges, programs, and activities generally accorded or made available to students and does not discriminate on the basis of race, color, sex, sexual orientation, and national and ethnic origin in administration of its educational policies, admissions policies, scholarships and other school-administered programs.

### B.    General Policies

### 1.    Polices Dealing With Satisfactory Progress

Saybrook Institute currently has several policies concerning students' achieving satisfactory

Until this Hold is released by the Financial Aid

progress through the program. While the program is self-paced, it is important for students to know whether or not they are achieving minimal but still satisfactory progress. Furthermore, students currently receiving loans (or students whose satisfactory standing in the program is required to avoid beginning the payback of prior loans) likewise need to know whether or not their progress is deemed satisfactory.

## 2.  Temporary Incompletes in Courses

It is expected that students will normally complete a course within six months from the date of enrolling in that course. Any student who does not complete a course within that time frame will be given a Temporary Incomplete and will have 6 additional months to complete the required work.

If at the conclusion of that second six month period, the student still has not completed the course, the Academic Dean will review the situation with the student and consider further action.

## 3.  Maintaining Minimal Progress in the Program

Satisfactory progress in the program is defined as completing nine units each year of enrollment. When it is clear that a student has not met this standard, the student will be notified and given six months to complete the required number of courses, remaining in good standing during this extension.

If at the conclusion of this six month extension, the student still has not met this requirement, the Academic Dean will review the situation and consider the next steps to be taken. The possibilities include: a) formulating a plan and contract designed to achieve satisfactory progress within a limited time to meet this minimal requirement, b) recommending changing the student's status in the program, including placing him/her on academic probation or counseling him/her to withdraw from the program.

Students are reminded that because probation or withdrawal means that they are not achieving satisfactory progress, they cannot continue to receive financial aid or maintain a deferral of payments on prior loans.

Prior to any action that would affect a student's status, the student may request in writing a hearing from an appropriate Institute committee constituted to evaluate these matters.

## 4.  Establishing Upper Limits for the Anticipated Graduation Date

Doctoral students must enroll in the doctoral program for a minimum of three years and are expected to complete the entire program within seven years. Master's students are expected to complete their master's and doctoral degree within eight years. Normally, students should work to do better than these standards by:

- having their previous graduate work evaluated prior to entering Saybrook to ensure that as many of the maximum of 18 transfer units (for the doctoral program) as is appropriate have been included in their record;

- challenging those courses for which their prior graduate work or experience warrant;

- completing essays in a timely manner so that they may be advanced to candidacy;

- completing more than the minimal annual requirement of nine units;

- having the dissertation proposal approved well within one year of being advanced to candidacy;

- completing their dissertation in an expeditious manner.

## 5.  First and Fourth Year Reviews

After the first year of enrollment, all students' records are reviewed to ensure that they are making satisfactory progress.

After their fourth year in the program student progress is again reviewed. Working with the student and, where present, her or his mentor, a plan is developed to complete the program in an expeditious manner. It is at this point that any modifications in the anticipated graduation date will be made.

## 6.  Financial Holds

Students who are delinquent in meeting their financial obligations to Saybrook Institute will have a temporary Hold placed on their record. Until this Hold is released by the Financial Aid Office, they are ineligible to receive any of the Institute's academic services.

7. **Student Status**

a. **Active**

Students are considered to be on Active status and thus able to receive all academic services provided by Saybrook Institute, only when they have satisfactorily met their financial obligations.

b. **Inactive**

A student may choose Inactive status only twice during his or her time in the program for a period of three months each time. The charge is $400 per request and must be made prior to the beginning of the inactive quarter. Quarters are: Fall - Sept/Oct/Nov, Winter - Dec/Jan/Feb, Spring - Mar/Apr/May, Summer - June/July/Aug. At the end of each period, the student will be unconditionally eligible to re-enter Saybrook.

c. **Medical Leave**

A student may take medical leave for three months (minimum) up to six months (maximum) with medical verification.

d. **Withdrawal**

i. **Voluntary Withdrawal in Good Standing**

The Institute's Withdrawal in Good Standing policy is designed for students who have decided not to continue their program of study. The term, "good standing," identifies satisfactory clearance of academic and financial responsibilities on the part of the student prior to withdrawing. Students must notify the Dean of Students of their intention to withdraw at the time the tuition is due for the following academic term.

Students whose status is Withdrawn in Good Standing are not entitled to institutional or instructional services nor are they eligible to reapply to the Institute until 6 months after they have withdrawn. Reapplicants will be subject to the academic requirements and financial policies in effect at the time of their readmission.

ii. **Administrative Withdrawals**

Students who are not making satisfactory progress or who are in financial delinquency may be administratively withdrawn from the program. The student may apply to return to Active status after a six month period, and will be considered only after an acceptable plan for remedying the academic deficiencies or financial delinquencies has been established. Reapplicants will be subject to the academic requirements and financial policies in effect at the time of their readmission.

Whenever a student has depleted both of the Inactive Status time periods and still does not return to active status or formally request a Withdrawal in Good Standing, she or he will be administratively withdrawn.

8. **Returning to Active Status**

Following administrative, financial or voluntary withdrawal, the student may apply to return to active status after a six month period. The request should be made in writing to the Dean of Students. The student must explain the circumstances of the initial withdrawal and detail his/her actions to rectify the situation. Readmission is not guaranteed and may require re-application to the Admissions Office.

9. **Challenge Exams**

Saybrook Institute recognizes that many of our students may have achieved an advanced level of competency in certain areas from previous graduate work, independent learning or work experience. Students who feel that they have already mastered the material in a particular course may "challenge the course" by contacting the instructor and presenting their case. Faculty members may request supporting documents from previous graduate work, may administer an oral or written exam to determine competency, or may request that certain assignments for the course be completed. When the instructor is satisfied that the student has achieved a level of mastery equivalent to completion of the course, the instructor fills out the <u>Final Evaluation and Approval for Granting Credit</u> form and the student receives the appropriate units for completion of the course.

In order to challenge a course, the student must first enroll in that course with the appropriate faculty person.

While any course taught at Saybrook may be challenged, because of the special relationship between our required General Studies courses and the unique educational mission of Saybrook, it is unlikely that a student's previous work or experience will be appropriate to challenge these courses.

10. **Grading Policy/Course Offerings**

Coursework is graded on a credit or no-credit basis. Generally, three units of credit are given for satisfactory completion of a General or Area Studies course or an approved Independent Studies course. Letter grades are not given.

### 11. Academic Honesty

Plagiarism is incompatible with graduate study. Students are expected to be the sole authors of their essays and dissertations and the sole creators of original concepts expressed in them.

### 12. Library Access

Students are required to provide evidence of access to adequate library facilities in order to pursue graduate-level study. Saybrook provides assistance to students in library research and electronic access to bibliographies and other library services.

### 13. Grievance Procedures

Procedures to settle student grievances are outlined in the Student Handbook which is distributed at the ROS.

### 14. Transcripts and Student Records

Students may request official or student copies of their transcripts for a $4 fee.

Students have access to their records at any time. For students who have graduated or withdrawn, only those records necessary to verify the student's transcript are maintained.

### C.    Student Services

Saybrook provides a variety of services to students including:

### 1.    Library & Information Services

Library & Information Services has been established to provide students access to course materials. The reading room contains the learning guides, course readers, and required books, as well as selected books and articles by members of the Saybrook learning community available for onsite use.

### 2.    Learning Materials

Each course has a learning guide that provides an overview of the course, outlines the study plan, and discusses the materials and assignments. For many courses, a supplemental reader which contains required articles and book chapters for students' convenience is used in addition to required texts. All required materials are available through the Stanford Bookstore in Palo Alto, California.

Students can order selected articles by faculty members and students, including unpublished papers, through the Institute's Library & Information Services.

### 3.    Saybrook Electronic Network

Students may choose to join the Saybrook Electronic Network. Participation allows students to communicate with one another and with faculty members by computer. Membership also grants access to a number of electronic bulletin boards and international conferences.

### 4.    Facilities for the Disabled

Saybrook's offices are fully accessible to the disabled, and all Saybrook faculty and staff are prepared to accommodate student needs.

### 5.    The *BULLETIN*

The *BULLETIN*, published bi-monthly, is sent to all students. It contains notices of policy changes, job opportunities, and relevant information of a time-critical nature.

### 6.    The *FORUM*

The *FORUM*, published quarterly, is sent to all members of the Saybrook community. It contains information about student activities, the professional achievements of faculty and alumni, and general news about Saybrook. The Saybrook community is encouraged to use the *FORUM* for communicating news, exchanging ideas, and expressing opinions.

### 7.    Internships and Announcements

Announcements of internship sites and job openings in the San Francisco Bay Area are published in the *BULLETIN* and the *FORUM*; they are kept on file with the editor.

### 8.    Alumni Association

The Saybrook Alumni Association provides an informal professional network for current Saybrook students.

Through the Alumni Association, graduates of Saybrook Institute reinforce their ties to the school and to each other. The Association comprises alumni around the country and abroad who share information about their professional activities, publications, and research in progress.

Since Saybrook graduates include therapists, teachers, architects, priests, doctors, researchers, and organizational development consultants, the communication is rich and stimulating. Alumni are involved in the Institute's Residential Conferences, and they organize and attend the annual

Alumni Convocation each summer, thereby ensuring the continuing interaction of graduates and current students.

The Alumni Office is an important resource for information about graduates and their areas of expertise. A number of publications are available from the Alumni Office, including: the results of the 1992 Alumni Survey; an Alumni Bibliography; and a Directory of Licensed Psychologists, which lists licensed Saybrook graduates.

### D.    Financial Information

#### 1.    Tuition

##### a.    Degree Program

The tuition for the academic year September 1, 1994, through August 31, 1995, is $10,000 (US). Tuition is payable in full on August 1, 1994. Payment plans are available through the Saybrook Business Office. Plans involving more than two annual payments are subject to administrative fees.

Students are advised that all tuition amounts and fees are reported only for the year designated and may change in the future. Tuition for students entering after the beginning of the academic year will be pro rated.

Students should expect to be continuously enrolled during their studies at Saybrook. Students are reminded in advance that tuition is due. A $50 late fee is charged for payments received after the deadline. Also see Financial Hold policy.

##### b.    Non-Degree Program

The tuition for non-matriculated students is payable per course for each designated period of study. If a course has not been completed within that period, the student must re-enroll and pay the entire tuition again. Students enrolled in the non-matriculated program are not subject to residential requirements.

#### 2.    Fees

##### a.    On-Line Fees

During 1994-95, students are expected to pay a one time on-line assessment of $250. The revenues generated will enable institutional development of on-line services. Students who wish to avail themselves of the on-line services contact the Director of Library & Information Services concerning further instructions and fees.

##### b.    Wire Fees

Students who request wire transfers of money should advise the Business Office. The current fee is $15 per wire transfer.

##### c.    Late Fees

Students unable to meet the deadlines for tuition payments will be assessed a late fee of $50. If a student's check is returned by the bank, a $15 fee will be charged. If a student's check is returned more than one time, the Institute will no longer accept personal checks from that individual. All payments must then be made by cashier's check or money order.

##### d.    Returned Check Fee

If a student's check is returned by the bank, a $15 fee will be charged. If a student's check is returned more than one time, the Institute will no longer accept personal checks from that individual. All payments must then be made by cashier's check or money order.

##### e.    Residential Orientation Seminar Fees

Students are required to attend the Residential Orientation Seminar as soon as possible after admission to Saybrook. A designated fee covers the cost of lodging, meals, and meeting space for the five-day seminar and must be prepaid. Other expenses in connection with attendance at the seminar, such as transportation, are the responsibility of the student.

##### f.    Residential Conference Fees

A fee for attending the Conference, which includes the cost of registration, lodging, meals, and meeting space, must be prepaid. Transportation to and from the Conference is the responsibility of each student. The June meeting lasts for approximately six days, the other Conferences for five days, and students are informed of costs well in advance. The total costs will vary depending on location and length of meetings.

##### g.    Graduation Fees

Graduation charges range from $400 to $600, depending on dissertation length. This covers the costs of:

- payment of the outside reader
- final archival proofreading of a student's manuscript
- microfilming of student's dissertation
- copyrighting student's dissertation

- copying and binding two copies of the student's dissertation for Institute archives

- costs associated with graduation ceremony

### 3. Refund Policy

If a matriculated student officially withdraws from Saybrook, the following table of tuition refunds will apply:

| Drop Days | % of Refund |
|---|---|
| Within first 3 days of enrollment | 100% |
| New enrollees during Residential Orientation Seminar | 100% |
| (The seminar fee is non-refundable) | |
| Between 4th and 18th days of enrollment | 90% |
| Between 19th and 46th days of enrollment | 75% |
| Between 47th and 92nd days of enrollment | 50% |
| After 92nd day of enrollment | 0% |

The effective date of withdrawal is the date Saybrook receives official written notification of the student's intention to withdraw. Any tuition refund due to students who have received financial aid will be remitted directly to the lender as required by federal student loan regulations.

### 4. Other Costs

Students typically employ a variety of learning resources such as graduate courses at other colleges and universities, computer library searches, professional training, individual learning consultants, seminars, etc. The costs of these additional learning resources are the responsibility of the student and will vary according to past experience and the nature of study. Students should also be prepared to meet other costs incidental to their programs, such as books, travel, expenses associated with meeting with faculty, learning consultants, etc. These costs will vary depending upon individual style and preference.

### E. Financial Assistance

The necessary application materials and information regarding student financial assistance are available by contacting the Financial Aid Office at the Institute. For most student assistance programs, it takes a minimum of three months to determine eligibility. Forms for the academic year beginning in September become available in mid-January. Students must re-apply each year.

Students must make satisfactory academic progress to maintain eligibility for financial assistance. Matriculated students are considered to be enrolled full-time.

The primary source of graduate student financial assistance is the federal Family Educational Loan Program. Saybrook participates in the Stafford Student Loan Program (both subsidized and unsubsidized). The loan program enables students to borrow low-interest loans from private lending institutions, banks, and credit unions to help meet educational costs.

The subsidized Stafford Student Loan defers interest and repayment while a student is in good standing. To be eligible, students must demonstrate financial need. Additionally, the unsubsidized Stafford Student Loan for middle- and higher-income students provides repayment deferment, but interest accrues once the loan is disbursed. The annual maximum subsidized Stafford Student Loan amount which may be borrowed is $8500. Generally, repayment begins six months after program completion.

The Unsubsidized Stafford Loan is not based on need. Options vary with regard to repayment and interest charges. Students may borrow up to $10,000 per year through this program.

Loan origination and insurance fees are deducted from the loan amount in accordance with federal law. Funds are disbursed to students in two installments.

### 1. Scholarships

The Charles and Carter Thuss Memorial Essay Award is bestowed annually on the student who has written the outstanding essay submitted during the year. Essays are nominated for the awards by the faculty.

The Don H. Parker Scholarship is awarded annually to the ongoing student who demonstrates outstanding dissertation research skills and financial need. To apply, contact the Dean of Students.

The Don H. Parker/John Dewey Scholarship is awarded periodically to a student who is conducting dissertation research relevant to the theme of "Schooling for Individual Excellence." To apply, contact the Dean of Students.

## III.    ACADEMIC PROGRAMS

### A.    The Master of Arts in Psychology

The master's degree requires 30 units. All 30 units of the Saybrook master's program are transferable into the Saybrook doctoral degree programs in both Psychology and Human Science.

The M.A. in Psychology consists of the following:

#### 1.    Courses: 24 Units

9 Units (3 courses) required in General Studies:

- History and Systems of Psychology (1080)
- Overview of Methods (1020)
- Critical Thinking (1010)

Students also take an additional 15 units from the list of Area Studies courses. At least 3 units (1 course) must be from the following:

    Cognitive Psychology   (3030)

    Neuropsychology   (3090)

    Developmental Psychology   (6020)

    Personality Theory and Research   (6030)

    Social Psychology   (7510)

    Socialization and Personality   (7520)

A maximum of 6 units may be transferred from another accredited school into the master's program. These 6 units must be at the graduate level and, for the master's in psychology, must be equivalent to the elective courses listed above.

#### 2.    Master's Research Project: 6 Units

After completing 24 units of coursework, students complete a 6 unit master's research project.

### B.    The Doctor of Philosophy in Psychology

This degree provides students with a thorough knowledge of classic and contemporary schools of thought in psychology and prepares them in methods of scholarly inquiry. Many of the students entering this program are human science service practitioners with master's degrees in areas such as psychology, sociology, social work, counseling and guidance, nursing, or cultural anthropology. The program helps them integrate theoretical knowledge with professional experience.

Saybrook recognizes the diverse backgrounds and experiences of the adult learner. Therefore, there are occasions where applicants whose bachelor's and master's degrees are not in psychology are admitted into the doctoral program in psychology. It is important that such students take the necessary foundational courses in psychology, and that their overall academic program meets the approval of the Institute.

A maximum of 18 credits, appropriate to the degree being pursued at Saybrook, may be transferred into the doctoral programs from another accredited institution. Transfer credits must be from graduate-level coursework that has received a grade of B or better.

The Doctor of Philosophy in Psychology program is divided into three sections:

    1)  Course Work   (54 units / 18 courses)

    2)  Qualifying Essays   (9 units / 3 essays)

    3)  Dissertation   (9 units)

#### 1.    Courses: 54 Units

General Studies   (required courses: 5)

Students are required to take five General Studies Courses consisting of Theory and Methodology coursework.

    A.  Theories of Inquiry   (1000)

    B.  Overview of Methods   (1020)

    C.  Critical Thinking   (1010)

    D.  Experimental Research Methods (1030)

    E.  Research Practicum   (1100)

Area Studies (electives: 13)

Thirteen courses may be taken from those listed to fulfill this requirement.

Students whose degree objective is a doctorate in psychology, and who wish to comply with American Psychological Association (APA) course equivalencies, must complete at least three units of coursework in each of the following areas. As an example, several courses related to these areas are listed:

Biological Bases

    Health Psychology (4050)

    Psychophysiology (as an Independent Study)

Systems of Healing (4040)

✓ Health Studies (4010)

Neuropsychology (3090)

Neuropsychology & Learning Disabilities (3110)

✓ Cognitive/Affective Bases

    Models of Consciousness (3040)

    Cognitive Psychology (3030)

    Dimensions of Creativity (3020)

    Personality Theory & Research (6030)

    Developmental Psychology (6020)

Individual Differences

    Foundations of Clinical Thought (2000)

    Assessing Persons (2030)

    Existential Psychotherapies (2040)

    Clinical Research (2080)

    Functional & Dysfunctional Behavior (2050)

    Human Sexuality (2060)

    Ethics in Psychotherapy & Psychological Research (6060)

Social Bases

    Socialization and Personality (7520)

    Gender & Society (7560)

    Structure & Dynamics of the Family (2010)

    Systems Inquiry (5000)

    Social Psychology (7510)

## 2.  The Comprehensive Candidacy Essays

All students write three candidacy essays. Essay topics are planned with prior consultation and approval by the student's mentor. Each essay will be reviewed by a different faculty member who will assist with advice on the topic and with review of drafts as needed.

One of these essays is a critical review and analysis of a doctoral dissertation proposal on file at Saybrook.

Each of the other two essays is a paper that examines a topic within the broad fields of psy-

chology and/or human sciences. Each includes a review of the theoretical, empirical and historically relevant literature on the topic in an organized presentation. Each should also include a critical evaluation of issues raised by this review which may be suitable for further systematic inquiry.

The two topical essays must be on two distinct topics.

Essays are typically between thirty and forty pages in length. They are expected to be in the format and of the quality appropriate for publication in a professional journal.

## 3.  Advancement to Candidacy

Following the completion of the three essays the student meets with the three faculty readers for an oral examination for the purpose of advancement to candidacy. The oral examination has the following primary goals:

- Establish that the student has a thorough knowledge of the topics discussed in the three candidacy essays.

- Determine that the student is able to integrate the knowledge acquired from courses, and is able to place the candidacy essay in the context of the information currently available.

- Demonstrate that the student has the necessary mastery of cognitive skills, academic writing and presentation skills, and the knowledge base necessary for advancement to candidacy.

- Provide the student with specific feedback for continuing toward the degree. Should the student be unsuccessful in the oral examination, faculty and student develop goals and a timeline for the repetition of the examination.

## 4.  Dissertation

### Dissertation Proposal

After advancement to candidacy, a faculty dissertation committee is composed to whom the student submits a dissertation proposal. The student is expected to develop a proposal that is accepted by the faculty committee within one year of being advanced to candidacy.

### Dissertation

Students receive 9 units of credit for dissertation research. Students will be asked to participate in an oral defense of their dissertations after its

completion and a subsequent critique by an outside reviewer.

5.  **Summary (for Doctoral degree)**

    1.  Course work completion

    2.  Three separate candidacy essays

    3.  Oral examination for candidacy

    4.  Advancement to candidacy

    5.  Dissertation proposal

    6.  Dissertation

    7.  Oral defense of dissertation

C.  **The Master of Arts in Human Science**

The master's degree requires 30 units. All 30 units of the Saybrook master's program are transferable into the Saybrook doctoral degree programs in both Psychology and Human Science.

The **M.A. in Human Science** consists of the following:

1.  **Courses: 24 Units**

    The master's degree in human science requires 30 units, all of which may be transferred into the Saybrook human science doctoral degree program.

    9 Units (3 courses) required in General Studies:

    - Theories of Inquiry  (1000)

    - Overview of Methods  (1020)

    - Critical Thinking  (1010)

    15 elective units may be selected from any Area Studies courses available.

    A maximum of 6 units may be transferred from another regionally accredited program.

2.  **Master's Research Project: 6 Units**

    After completing 24 units of coursework, students complete a 6-unit master's research project.

D.  **The Doctor of Philosophy in Human Science**

This degree offers an interdisciplinary approach for conceptualizing and seeking solutions to psychological and social problems. The program emphasizes the formulation and process of answering questions through a multi-disciplinary approach. Students entering this program have diverse backgrounds and career objectives.

Applicants with divergent backgrounds who have an interest in developing their degree with an applied human science focus are required to work closely with their academic mentor to ensure they receive an adequate grounding in related theory and research methods.

A maximum of 18 credits, appropriate to the degree being pursued at Saybrook, may be transferred into the doctoral programs from another accredited institution. Transfer credits must be from graduate-level coursework that has received a grade of B or better.

The Doctor of Philosophy in Human Science program is divided into three sections:

1)  Course Work  (54 units/18 courses)

2)  Qualifying Essays  (9 units/3 essays)

3)  Dissertation  (9 units)

1.  **Courses: 54 Units**

    **General Studies (required courses: 5)**

    Students are required to take five General Studies Courses consisting of Theory and Methodology course work.

    A.  Theories of Inquiry  (1000)

    B.  Overview of Methods  (1020)

    C.  Critical Thinking  (1010)

    D.  Advanced Methodologies and Methods  (choose one)

        1.  Experimental Research Methods (1030)

        2.  Non-Experimental Research Methods (1040)

        3.  Phenomenology  (3130)

        4.  Systems Methods  (5060)

    E.  Research Practicum  (1100)

    **Area Studies (electives: 13)**

    Thirteen courses may be taken from those listed to fulfill this requirement. Students pursuing a Ph.D. in human science will work with their advisor to design their program.

16

9/94

## 2. The Comprehensive Candidacy Essays

All students write three candidacy essays. Essay topics are planned with prior consultation and approval by the student's mentor. Each essay will be reviewed by a different faculty member who will assist with advice on the topic and with review of drafts as needed.

One of these essays is a critical review and analysis of a doctoral dissertation proposal on file at Saybrook.

Each of the other two essays is a paper that examines a topic within the broad fields of psychology and/or human sciences. Each includes a review of the theoretical, empirical, and historically relevant literature on the topic in an organized presentation. Each should also include a critical evaluation of issues raised by this review which may be suitable for further systematic inquiry.

The two topical essays must be on two distinct topics.

Essays are typically between thirty and forty pages in length. They are expected to be in the format and of the quality appropriate for publication in a professional journal.

## 3. Advancement to Candidacy

Following the completion of the three essays the student meets with the three faculty readers for an oral examination for the purpose of advancement to candidacy. The oral examination has the following primary goals:

- Establish that the student has a thorough knowledge of the topics discussed in the three candidacy essays.

- Determine that the student is able to integrate the knowledge acquired from courses, and is able to place the candidacy essay in the context of the information currently available.

- Demonstrate that the student has the necessary mastery of cognitive skills, academic writing and presentation skills, and the knowledge base necessary for advancement to candidacy.

- Provide the student with specific feedback for continuing toward the degree. Should the student be unsuccessful in the oral examination, faculty and student develop goals and a timeline for the repetition of the examination.

## 4. Dissertation

### Dissertation Proposal

After advancement to candidacy, a faculty dissertation committee is formed to whom the student submits a dissertation proposal. The student is expected to develop a proposal that is accepted by the faculty committee within one year of being advanced to candidacy.

### Dissertation

Students receive 9 units of credit for dissertation research. Students will be asked to participate in an oral defense of their dissertations after their completion and a subsequent critique by an outside reviewer.

## 5. Summary (for Doctoral degree)

1. Coursework completion
2. Three separate candidacy essays:
3. Oral examination for candidacy
4. Advancement to candidacy
5. Dissertation proposal
6. Dissertation
7. Oral defense of dissertation

## E. Residency

### REQUIRED RESIDENTIAL OFFERINGS

(both M.A. & Ph.D. programs)

## 1. Residential Orientation Seminar (ROS)

All new enrollees participate in a five-day Residential Orientation Seminar in the San Francisco Bay area as soon as feasible after admission. At the Seminar, new students meet with their group leaders, get to know the faculty and administrative staff, plan a program of study, make valuable contacts with each other, and become familiar with the philosophy and programs of the school. The concluding session of the Seminar deals with supportive strategies and evaluation of the meeting, enabling students and faculty alike to bring closure to issues and to affirm established relationships.

## 2. Residential Conferences

Several times a year, Residential Conferences are held in or near the San Francisco Bay area. The Summer Residential Conference, held in June or

July, is a week-long program which students are required to attend. In addition, students are required to attend one of the other Residential Conferences, which are five-day meetings. **All students must attend two Residential Conferences each year until they have passed their Oral Examination for Advancement to Candidacy.** (First-term students may count their Residential Orientation Seminar toward this requirement.)

Residential Conferences provide opportunities for students to meet with faculty and exchange information about their research and activities, to participate in intensive learning experiences, and to observe presentations on current issues in psychology and human science. The settings encourage informal conversations for the exchange of resources and interests. Many students establish important links with others whose interests and work parallel their own.

### 3. Optional Residential Offerings

- **Weekend Workshops**

On the weekend preceding the summer Residential Conference, the Institute usually conducts Weekend Workshops. These are intensive two-day seminars on topics of broad interest to Saybrook students. Past workshops have included "Theory and Practice of Phenomenological Psychological Research," led by faculty member Amedeo Giorgi; "The Systems Approach: Systems in Thought and Action," and "Experimental Research Methods and Research Practicum" by faculty member Arne Collen; "Spiritual Inquiry and the Human Sciences," led by faculty member Donald Rothberg, and "The Art of the Psychotherapist," led by Emeritus Faculty Member James F.T. Bugental. Attendance at Weekend Workshops is optional.

- **Special Residential Sessions**

From time to time, intensive short courses and workshops, not directly connected to the degree programs, are offered in a variety of locations and formats. These on-site courses generally last from two to seven days. In some cases, continuing education credit may be earned for these sessions.

- **Summer Institute**

During the summer season, Saybrook Institute sponsors the HSR Seminar led by faculty member Arne Collen. He offers the seminar in two forms, "Human Science Research: Methods and Models" and "Human Science Research: A Systemic Approach." Both of these six-day seminars involve lecture, discussion and group demonstration designed to give participants useful perspectives to conduct research and utilize research findings. The seminars have continued for six consecutive summers. They are well attended by Saybrook students and assist them with the completion of their course assignments applicable to the research methods requirements of their graduate programs. The seminar is also of continued interest to non-matriculated Saybrook students intending to begin graduate work in subsequent semesters.

- **Eastern European-American Exchange**

In 1990, the Saybrook Institute Soviet-American Seminar on Humanistic Psychology was held in Moscow to foster an exchange of information and better understanding between two learning communities: Saybrook Institute and the Russian Association of Humanistic Psychology and the Center for Human Studies and Institute of Psychology and Psychotherapy of the Russian Academy of Sciences.

In 1992, the exchange program continued with the second Russian-American Seminar in Humanistic Psychology, also held in Moscow.

In 1993, collaboration continued between Saybrook faculty and their colleagues at the Russian Academy of Sciences, Moscow State University, the Polish Academy of Sciences, and the Psychology Research Institute of the Ukraine.

Both communities share common roots and values, and have similar interests in humanistic psychology and the human sciences, the study of human beings and experience, and psychotherapy and human science research methods.

Under this program, Saybrook faculty members, students, and other scholars participate in joint seminars in Moscow, and, in turn, their colleagues from the Commonwealth of Independent States (CIS) come to San Francisco and attend Saybrook's Residential Conferences. Another vital dimension of this exchange agreement is that Saybrook will be accepting CIS graduate students into its doctoral programs.

- **Italian-American Collaboration**

In 1994, a collarboration agreement was established between Saybrook Institute, the Foundation Barbarini e Centoni per la Correlazione, and the University of Rome "La Sapienza" for the purpose of providing opportunity for eligible students from Italy to pursue graduate study at Saybrook. The collaboration also makes possible periods of visitation for study and research for interested students and faculty not residing in Italy. The Foundation is active to facilitate the collaboration through sponsor support and funding activity. A major focus for the collaboration

Reda Sobky, M.D., Ph.D.

> Physician, Medical Director of the National Center for Solving Special Social & Health Problems

Judith Waterman, M.A., N.C.C.S

> Managing Partner, Career Management Group

**B.     COUNCIL OF ADVISORS TO THE PRESIDENT**

James R. Schultz, M.B.A. — Chair

> Management Consultant

Richard Giardina, Ph.D.

> Associate Vice President of Academic Programs, San Francisco State University

Fred Ittner

> President, Ittner and Associates

Walter Landor

> Chairman and CEO, Landor Associates

Joan McGrath

> Executive Vice President, McGrath Rent Corporation

Thomas Sawyer, Ph.D.

> Chairman/CEO, National Applied Computer Technologies, Inc.

Leonard Shlain, M.D.

> Surgeon and author

The Honorable John Vasconcellos

> Assemblyman, Head of California State Ways and Means Committee

**C.     ROLLO MAY CENTER ADVISORY BOARD**

Rudy J. Melone, Ph.D. - Chair

> Acting Dean, Saybrook Institute

Walter Truett Anderson, Ph.D.

> Political scientist and author

Jacqueline Larcombe Doyle, M.A.

> Lecturer, Psychotherapist

J. Bruce Francis, Ph.D.

> President, Saybrook Institute

R. Patton Howell, Ph.D.

> President, Saybrook Publishing Co.

Stanley Krippner, Ph.D.

> Faculty, Saybrook Institute

Georgia Johnson May

> Therapist

Donald Michael, Ph.D.

> Emeritus Professor of Planning & Public Policy, University of Michigan

James R. Schultz, M.B.A.

> Management Consultant

Ilene Serlin, Ph.D.

> Faculty, Saybrook Institute

M. Brewster Smith, Ph.D.

> Professor of Psychology, University of California, Santa Cruz

**D.     SAYBROOK ADMINISTRATION AND STAFF**

**Administrative Cabinet**

President

> J. Bruce Francis, Ph.D.

Acting Dean

> Rudy Melone, Ph.D.

V. Pres. for Institutional Advancement

> Maria Watts

Dean of Students

> Don Cooper

Business Manager/Treasurer

> Susan Lau

Director Admin. & Human Resources

> Bill Littleton

Executive Assistant to President

> Bruce Douglas

**Staff**

Development Officer/Alumni Relations Dir.

> Alan Beach

Director-Library & Information Services

> Sue Beer

Director-Student Services
 Lisa Damian

Admissions Coordinator
 Chris Edmundson

Coordinator-Extended Ed. Programs
 Clay Foreman

Office Assistant
 Sylviya Grimberg

Accounting Assistant
 Vacant

Administrative Assistant
 Denise Harris

Admissions Coordinator
 Ryan Hesselling

Registrar
 Amy Lorenzen

Academic Grants Coordinator
 JoAnn McAllister

Faculty Instructional & Admin. Secretary
 Rich Meghoo

Administrative  Assist. for Academic Affairs
 Maggie Onderdonk

Staff Assistant
 Rick Rusovick

Financial Aid Coordinator
 Vladimir Rodshteyn

Peer Counselor
 John Salerno

Administrative Systems & Resources Coord.
 Matt Weintraub

Receptionist
 Ericka Williams