# EXHIBIT 3

 

SAYBROOK INSTITUTE
GRADUATE SCHOOL AND
RESEARCH CENTER
450 PACIFIC, 3RD FLOOR
SAN FRANCISCO, CA 94133-4640
(415) 433-9200
FAX: (415) 433-9271

I accept the offer of admissions to Saybrook Institute and understand the conditions of my admissions into the **Ph.D. Psychology** program are stated in the **1994/1995** Catalog.

I understand, upon initial review of my graduate transcripts, that I qualify for **18 transfer units**.

I understand that my tuition is based upon an academic year beginning September 1 and ending August 31. For this academic year of 1994/1995, my tuition will be pro-rated according to the enrollment period in which I actually enroll.

I wish to begin my program as of **March 1, 1995**, as I have previously indicated. My tuition statement and payment options will be mailed to me. I understand that I may enroll and begin my coursework as soon as I have made arrangements for my tuition payment with the Business Office. Once these arrangements are made, I will contact **John Salerno**, Peer Counselor, for program planning.

I understand that I shall be required to attend the earliest available Residential Orientation Seminar. The date of the next Residential Orientation Seminar is March 3-7, 1995.

I have enclosed a non refundable $500 (check, money order, or credit card) deposit to be applied toward my Residential Orientation Seminar. I understand these fees will cover the conference costs as well as my room and board.

DATE: __1/18/95__

STUDENT NAME: **Susan Cooney**

SIGNATURE: _Susan Cooney_

**PLEASE SIGN AND RETURN TO *ADMISSIONS DEPARTMENT* WITH $500 DEPOSIT.**



RECEIVED
MAY 0 2 1995

Cooney
EXHIBIT NO. 13
1/26/06 MD

SAYBROOK INSTITUTE
GRADUATE SCHOOL AND
RESEARCH CENTER
450 PACIFIC, 3RD FLOOR
SAN FRANCISCO, CA 94133-4640
(415) 433-9200
FAX: (415) 433-9271

I accept the offer of admission to Saybrook Institute and understand the conditions of my admissions into the **Ph.D. Psychology** program are stated in the **1994/1995** Catalog.

I understand, upon initial review of my graduate transcripts, that I qualify for **18** transfer units.

I understand that my tuition is based upon an academic year beginning September 1 and ending August 31.

I wish to begin my program **September 1, 1995**, as I have previously indicated. My tuition statement and payment options will be mailed to me. I understand that I may officially enroll and begin my coursework after I have made arrangements for my tuition payment with the Business Office. Once these arrangements are made, I will contact **John Salerno**, Peer Counselor, for program planning.

I understand that I shall be required to attend the earliest available Residential Orientation Confrence. The date of the next Residential Orientation Conference is September 8-12, 1995.

I have enclosed a non refundable $500 (check, money order, or credit card) deposit to be applied toward my Residential Orientation Conference. I understand these fees will cover the conference costs including room and board.

DATE: 4/26/95

STUDENT NAME: Susan Cooney

SIGNATURE: Susan Cooney

**PLEASE SIGN AND RETURN TO _ADMISSIONS DEPARTMENT_ WITH A $500 DEPOSIT.**

S01791