# EXHIBIT 9

Cooney
EXHIBIT NO. 1
1/26/06  MD

Susan Cooney
831 Beacon Street
Newton, Ma. 02459
617-630-0661

September 15, 2003

Attorney Michael Vartain
601 Montgomery Street #300
San Francisco, CA. 94111-2660

Dear Attorney Vartain,

    Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, I hereby make written demand for relief as outlined in the statute. This is 30 Day Demand Letter under of the Consumer Protection Law for a complete refund of my tuition of 204 thousand dollars. Saybrook has made willing and knowingly misleading and fraudulent misrepresentation to its students within the state of Massachusetts. I believe a violation of the consumer protection law is a criminal as well as civil breach of contract.

    I graduated in October 2002 with a Ph.D. in clinical psychology after seven years at Saybrook. I have made numerous attempts over the last ten months to resolve an important issue regarding licensing of Saybrook students. As you are aware, I have learned that I cannot get licensed in the state of Massachusetts because the school is not accredited by the State and Provincial Board of Psychology. I have made four separate attempts at remedies to resolve the situation and have been unsuccessful, such as; attempt get a reciprocal license in another state, request Saybrook apply for accreditation by the State and Provincial Board of Psychology, attempt to enroll in Massachusetts School of Professional Psychology respecialization program (Mass Board would not acknowledge Saybrook) and finally contact one of the three Saybrook students and his lawyer Daniel Finn who were successful in getting licensed. Shockingly, the lawyer told me that the president of Saybrook was told by the licensing board of Massachusetts that no Saybrook student will ever again be licensed in Massachusetts. Dr. Schwartz is willing to attest to

that and the lawyer also offered to be a witness. Once again, it does occur to me that since being notified of the impossibility of getting a license in Massachusetts, Saybrook has blatantly continued to solicit students and have failed to notified any of the existing students of this problem. Obviously, no one would continue to pay tuition and do the didactic and practicum work if they had no hope of getting licensed or of making a living. I was told when I began in 1995 and at each residential throughout that Saybrook students would be licensed. I have documented proof of this unfair and deceptive practice. Also, I have a number of students that will attest to this. This contract has been broken and I have suffered monetary losses and am filing for an injunction of relief. Your certified letter offering a trip to California to discuss suing the Sate of Massachusetts Board of Psychology is ludicrous. I was promised nothing by the State and did not have a contract with them, but with Saybrook Graduate School, for which I paid hundreds of thousands of dollars for services that were promised but not rendered.

When Dr. Karen Schwartz at the Massachusetts Board of Registration stated in an e-mail forwarded to Saybrook that your students could never be licensed, I was appalled. But, to find out from the attorney that has represented Saybrook students attempting to gain licenses that the members of the Saybrook Board were already aware of this seems criminal under the consumer protection laws. Obviously, if this situation is not rectified within the next 30 days I will have no choice but, to contact the Attorney General's Office to investigate the board members criminal culpability and to file a civil suit for 2.7 million dollars. This figure is based on a licensed psychologist's having a 25 year career at 100K per year plus 200K tuition. I will also send my complaint to the WASC regarding accreditation for an investigation into unethical conduct.

Sincerely,

*Susan Cooney*
Susan P. Cooney

Cc: Dr. Katharine Clarke, Vice President of Academic Affairs
   Dr. Bill Bruff, Associate Dean of Academic Affairs