# EXHIBIT 15

Case 1:04-cv-11572-JLT   Document 50-17   Filed 08/21/2006   Page 1 of 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04 11572 JLT

| | |
|---|---|
| SUSAN COONEY,<br>    Plaintiff,<br><br>v.<br><br>HUMANISTIC PSYCHOLOGY<br>INSTITUTE, d/b/a SAYBROOK<br>INSTITUTE and MAUREEN O'HARA,<br>Individually,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF KEEPER OF RECORDS

I, (name) _David Reisen, Ph.D._, Keeper of Records for (entity) _David Reisen, Ph.D._, make the following statement under the pains and penalties of perjury:

With regard to the attached documents, produced in accordance with the subpoena duces tecum of Dr. David Reisen state as follows:

(1) The attached documents are true and accurate copies of business records of my company or kept by my company;

(2) The attached records were created or kept in good faith;

(3) The attached records were created or kept in the regular course of business; and

(4) It was the usual course of business for my company to create and keep such records.

SIGNED UNDER THE PENALTY OF PERJURY THIS _6th_ DAY OF _December_, 2005.

Keeper of Records
Signature: _David Reisen, Ph.D._
Print Name: _David Reisen, Ph.D._

6

975430v1

**David Reisen, M.D.**
Suite 501, 209 Harvard St.
Brookline, MA 02446-5005
Ph: 617-713-0388
Fax: 617-983-8873

### Information Sheet

Name: _Susan Cooney_   DOB: _____

Address: _____   Phone (day): _____

_____   Phone (eve): _____

Employer: _____   Occupation: _Real Estate_
Work Address _____   _Town + Country Properties_

Social Security # _____   Gender: F: _✓_ M: ____

Relationship Status:                   Race/Ethnicity (optional):

   Single ____     Married ____       Black ____   Asian/Pacific Islander ____
   Separated ____  Divorced ____      White ____   Native American ____
   Living with significant other ____  Hispanic ____
   Other (specify) ____                Other (specify) ____

Spouse/Partner's Occupation _____   Employer: _____

Sources of family Income (check all that apply):
   Full time work ____   Part-time work ____   SSI ____   SSDI ____
   Public Assistance ____   Workman's Compensation ____
   Child Support ____   Other (specify) ____

Total Family Income:
   0-10K ____ 10-20K ____ 20-30K ____ 30-40K ____ 40-50K ____ 50-60K ____ 60+K ____

How will you be paying for therapy?
   Self Pay: ____   Insurance: medicaid ( )  medicare ( )  other ( )
   Other (specify) _____
   *please bring card and insurance information with you to the first session*

Educational Status: Full time ____   Part time ____   Highest grade completed _____
   School: _____   Town _____

**Information Sheet, p.2**

Name: _____     DOB _____

_____

Children & Ages: _____

   Who lives with you? _____

Primary Care Physician: _Dr. Catherine Taylor_     Phone: _____

   Address _____ Recent – all OK, _____

   Contacted: Y _____ N _____ If no, why not? _____

Current Medications (if none, please indicate this)

   (dosages, length of use, reason prescribed, side effects)

   _____ None _____

   _____

   _____

   Prescribing physician: _____

   Address: _____

   Phone: _____

Alcohol or drug history? (name of drug, dates used, extent of use, treatment interventions, current usage) _____

_____

_____

_____

Please list any illnesses and hospitalizations (medical and psychiatric) you have experienced beyond normal childhood illnesses, including dates (if none, please indicate this):

   _____ None – basal cell 25 yr ago. _____

   _____

   _____

Allergies: ____ Penicillin _____

Please list the names of previous psychotherapists, counselors, mental health and/or substance abuse providers you have seen, dates seen, frequency, and the approximate number of sessions, length of stay (if none, please indicate this):

   _____

   _____

   _____

Release of information signed: Y _____ N _____ Date _____

**Treatment Plan**, p.2

Date of review of Treatment Plan with patient: _____

**Diagnostic Formulation**): (Include discussion of the clinical process, the patient- therapist relationship, and psychodynamic formulation)

4/19/05 - Got married again, got married again + divorced to Paul Dunn. She had 7 miscarriages, worked on dissertation. Neglected Paul - amicable divorce. Was on fast track at MGH - They asked her to be a psychologist - she got her Ph.D. - on Trauma Care Grvis + The Road to Resisiancy. This was 10/02 (MGH bid for her). Was told she couldn't get licensed because of the school she went to. Her school didn't pursue it. (Her school was Saybrook). The new head of psychologist, Norman Sanders, didn't like her school. Lost marriage, miscarriages, job. Never got LICSW (only an LCSW). M.S.P.P. was willing to admit her b/ that ō work out. Thought re. getting licensed in NY state. She'd applied for teaching positions. She's been day trading. Doesn't know what to do ē rest of her life. Goal is to get license. She is now suing Saybrook. Her lawyer contract Dan Finn in Newton. She has 180K in school loans, spent 9 years in school. Wants her tuition back. Her lawyer is a Newton firm... Saybrook knew in 1998. Finds herself exhausted, dysthymic.
    Her father Ken left in 1987 - he had a large company - he called in 2000 - car accident became quadriplegic - car accident - he's a shut-in now. He's back in the family. The company was in trouble. Cathy + Diane refused to cover the company. She (pt) stepped in - the stress was overwhelming. She had to meet ē buyer after buyer. The work was horrible - it was "my parents' security." She secured 100K/year for ~ parents. "I w. like a stuck rat - I couldn't abandon my parents." Doesn't want to start again. She's very hurt over the loss of Ph.D. + career - she felt she is on a pretty good track. Is black balled at MGH. Loves house. Last 3 yrs. t's made 30K, 30K + 47K. Still getting along ē sisters. Her fa. ō drinks any re. Sees ex-husband from time-to-time.
    Hesitant re. SSRI or anti-depressant. Bob- ex-husband, is waking up at 4:30 AM - or neurovegetative sx- "Irish, stoic, never take medicines." Has an internal heaviness - t's like "I'm pretending - I ō f. perky - it's such a drag. Feels it wld be too much to go again. Goes to bed ~10 - asleep by 11- wakes ~4:30 - has trbl napping. She feels "wobbly + hangy" at times. She's dealt ē a Karen Schwartz at the Massachusetts Board.
    We discussed options incl... ① Anti-deps + ② Sleep meds but S.C. chooses, for now, to hold off.

                                                                                        D.J. Ren, MD

5/16/05 Things k. of the same. Hurt her shoulder shovelling wood chips. 90% better. Having extended family over for a spring party SAT. Wakes up q 3h., i.e. 11-2am then 3:30-6:00 es gusto when sleep deprived. Frustrated re job issue - friend, Anna, is just getting new office Manhattan. Judge wants discovery by Dec, media conf. by March, jury by April 2006. - president is Maureen O'Hara (of Saybrook). She wants 200K in school loans back. She grad. Some ?? - pain for her is that she feels she did good work - her boss ?

Loves her house – doesn't want to move. Real estate is going slowly. She feels she's a crummy saleswoman. B+W has on-call jobs, 20 hr. late at night. Did get a [job] at Lasell as psych teacher – $1200. Didn't get job at Harvard. Still looking for jobs. ...in Dean at JFK school. Joe MacCarthy. Doesn't want to take anything for sleep. Thinks it reasonable to react as she is. She fears losing control on an SSRI – "I'm a control freak" & is not taking calls from family – "listening to them pulls me down." Car needed a 600 [dollar repair]. Tired of [drink?] of it. Thinks of flipping the house – but 400K equity is too high. Finds self ↑ anxious → nervous re. elevators. Lawyer is in a penthouse c̄ only an elevator. When stressed needs > control. She h. no patience c̄ self. It passed × 10 yrs (Celexa, [years]). She turned down meds for shoulder pain –

If we use an SSRI: goals.
① ↓ anxiety → ↑ sleep
② ↓ depression
③ → > flexible defenses (↓ obsessions).

D. [Illegible], M.D.

5/26 Came – Doing **better** – Had a big family party SAT. – 50-60 relatives – BBQ → ... along. It was nice, healing. She's slept well for past five days. PGF. was alcoholic. Her mo. had 7 bros + sisters – The Sullivan Clan – 4 families of children. A good distraction – day trading – $500/week. She taught herself how to do this. She bonds c̄ father through day trading. "I'm not greedy." Ex-husb's Bob & Paul came to family party. Paul – 6'4" 24-[?] valuable guy – worked in Conn MA – left to go to Hvd for Masters in Public Admin, – ...[were m.] a few yrs, – He wanted kids – born-again Christian, conserv. Repub. – He wouldn't adopt kids – his Mo. w. mentally ill – 6 paternal uncles died, & father died, between age 42-44 – heart disease. Paul is stalwart + stoic. His bros + [?] ...abandoned ship & Paul covered the bases c̄ the mother. Paul had v. flat affect – ...'s mother suicided – Paul h. c̄ been told, "We're good friends." She decided to get divorce bec. he w. v. depressing c̄ his depression & he'd become irritable. He wants get back together. Divorced 3 yr. ago. Feels she's in "pause mode" re. dating – needs focus so that she can get work. – worry re the house. Her folks are still troubled. Fa. lives c̄ pt's sister in 2 family in W. Roxbury – Diane, Cathy – single – never m. ...'s 51 – does real estate – was Pres. Grand Circle Travel, – She left 6 yr. ago – her boss wants her back. She's on a long sabbatical – does real estate. Fa. is back × 4 yrs. – Fa. is totally **not grateful**. Fa. got angry + shrunken. Pt. tried to rescue Cooney Industrial c̄ her Mother. Sees her Mother as smart + savvy.

Imp – Better
Plan – See in 2 wks.

D. [Illegible], M.D.

```
Susan Coney Durr  8/19/55        49
1445 Centre St                    ✗✗H 986 041 464 -01
Newton  02459   300.4                      MH 25
2). 617- 699-5662              Magellan
4). 617 69 630-0661     Auth 2005 04 15 0600 021˙
48hr:      $150⁻              Paul Durr  1/23/60
4/19/05  Canc.  Pd 25          1+7 auth,  4/15 ft
       Ins in 4/19/05
5/10 Canc
          Rec 95 4/19 (25)
5/26 Canc  Pd 25
   6/1 Ins in 5/05
   6/9 Canc  Pd 25
          Rec 154  5/05 (50)
   7/1 Ins in 4g
   7/14 Canc  Pd 50
          Rec 77  6/9 (25)
   8/1 Ins in 7/14
   8/5 NS chg ins.
6/8   8/12 Canc  Pd 50
          Rec 77  7/14 (25)
   8/18 Ins in 8/05
          Rec 154 8/05 (50)
```