# SAYBROOK

## Graduate School and Research Center



**SAYBROOK INSTITUTE · HUMANITAS ET SAPIENTIA**

## 1996-1998 catalog

EXHIBIT 4 to Plaintiff's Opposition

# Our Mission



The mission of Saybrook Institute is to provide a unique and creative environment for graduate study, research, and communication in humanistic psychology and human science, focused on understanding and enhancing the human experience. Applying the highest standards of scholarship, the Institute is dedicated to fostering the full expression of the human spirit and humanistic values in society.

To accomplish this mission, Saybrook Institute offers an innovative, individualized, and rigorous distance learning opportunity. It also encourages ongoing research to develop more valid and effective methodologies for building a meaningful body of knowledge about human experience.

## SAYBROOK
INSTITUTE
450 Pacific
San Francisco, CA 94133

Phone: (415) 433-9200
Toll-free Phone: (800) 825-4480
Fax: (415) 433-9271
e-mail: saybrook@igc.org
web site: http://www.saybrook.org

Saybrook Institute is accredited by the Accrediting Commission for Senior Colleges and Universities of the Western Association of Schools and Colleges.

Saybrook Institute does not discriminate on the basis of race, color, gender, sexual orientation, or national or ethnic origin in administration of its educational policies, admissions policies, scholarships, and other school-administered programs.

SAYBROOK GRADUATE SCHOOL

■ Table of Contents

# Table of Contents

## INTRODUCING SAYBROOK

History ................................................. 2

Educational Mission ............................. 3

The Traditions of Saybrook ................... 3
    Humanistic Psychology ......................... 3
    Human Science ..................................... 4

Saybrook's Perspective .......................... 4

Educational Philosophy ......................... 5
    Distance Learning ................................. 5
    Research ............................................... 5

Licensure ............................................... 6

Ways of Learning at Saybrook ................ 6

Internships ............................................. 7

Saybrook Students ................................. 7

## POLICIES and SERVICES

Admissions ............................................ 9

Readmission .......................................... 9

Advanced Standing/Transfer Credit ......10

General Policies ....................................10
    Satisfactory Academic Progress ............10
    Temporary Incompletes in Courses ......10
    Maintaining Minimal Progress in the Program ...11
    Establishing Upper Limits for the
    Anticipated Graduation Date ................11
    Academic Reviews ...............................11
    Financial Holds ....................................12
    Student Status .....................................12
        Active ...........................................12
        Approved Leave of Absence ..........12
        Medical Leave of Absence .............12
        Withdrawal ....................................12
        *Voluntary Withdrawal in Good Standing* ..12
        *Administrative Withdrawal Not
        in Good Standing* ......................13
    Challenge Exams ..................................13
        Challenging a Course for Credit ....13
        Waiving a Requirement by Challenge ........13
    Grading Policy/Course Offerings ...........13
    Academic Honesty ...............................13
    Student Conduct ..................................14
    Grievances ...........................................14
    Library Access ......................................14
    Transcripts and Student Records ..........14

Student Affairs .....................................14

Student Support Services .....................14
    Library and Information Services .........15
    Learning Materials ...............................15
    Academic Counseling ..........................15
    Saybrook Electronic Network ...............15
    Saybrook on the World Wide Web .......15
    Disabled Students ................................15
    The BULLETIN .....................................15
    The FORUM .........................................16
    Internships and Mentorships ...............16
    Alumni Association ..............................16

Financial Information ...........................16
    Tuition .................................................16
        Degree Program ............................16
        Non-Matriculated Program ...........16
    Fees .....................................................17
        Wire Fees ......................................17
        Late Fees .......................................17
        Returned Check Fee ......................17
        Residential Orientation Conference Fee ......17
        Residential Conference Fees ..........17
        Graduation Fee .............................17
    Refund Policy .......................................17
    Other Costs ..........................................18

Financial Assistance .............................18
    Scholarships ........................................18
        The Charles and Carter Thuss
        Memorial Essay Award .................18
        The Don H. Parker Scholarship .....19
        The Harvey Sacks Memorial Scholarship .....19

## Licensure

Saybrook Institute's psychology degree program seeks to prepare its graduates as scholars and researchers in the broad domain of human experience. This is our primary emphasis. Saybrook is an alternative educational institute and does not seek APA approval because it does not offer a clinical training program. However, this does not mean that its graduates cannot be licensed, or that courses required by the APA are not offered. Many of the Institute's students wish to offer services as licensed or certified professional psychologists to the public for a fee. Because regulations differ from state to state, students who wish to become psychological practitioners are advised to contact the licensing board in the state in which they plan to practice to obtain the detailed requirements. Students are also encouraged to inquire about any training supplemental to Saybrook Institute curriculum which may be required for a particular license.

For example, California requires a doctoral degree in psychology, or related field, from a regionally accredited or state-approved institution and 3000 hours of supervised internship, of which at least 1500 must be post-doctoral. Applicants must then pass both a written exam and an oral exam. Some states require either one year of continuous residence at the institution awarding the degree or an equivalent number of contact hours with professors and peers. Thus, it is important that students plan ahead to document all requisite coursework and contact hours they generate with faculty and peers, as well as time spent with faculty and other students at conferences, workshops, and seminars. The Institute has a "Summary of Contact Hours" form, developed to aid in this documentation process.

Saybrook is committed to assisting those students who plan to seek licensure in the state of their choice. To this end, the Institute is a member of the national Consortium of Diversified Psychology Programs (CDPP), which is active in state-by-state efforts to monitor and influence existing and changing regulations which permit graduates from alternative programs to sit for licensure. Other members of the Consortium include:

California Institute of Integral Studies
Center for Humanistic Studies
Duquesne University
Focusing Institute
John F. Kennedy University
Seattle University
Sonoma State University
The Union Institute
University of Chicago
University of Dallas
Walden University
West Georgia College
Association for Humanistic Psychology
National Association for Humanistic Education

The National Psychology Advisory Association is a related organization comprised of dues-paying members who are students or graduates of alternative programs. This group is also actively involved in the monitoring and lobbying process.

## Ways of Learning at Saybrook

The Saybrook faculty facilitates active integration of a wider range of experiences and ways of learning for students than is typical for graduate institutions. While continuing to place a high value on critical and scholarly thinking, reading, and writing, the faculty also encourages other modes of individual and group learning and development, such as those related to field work, social action, contemplative and body practices, psychotherapy, and the arts.

Central to this effort of integrating theory and practice are the individual and the collective processes of self-awareness, self-reflection, and public discourse conducted in the context of academic graduate education, and the continuing exploration of the relationship between knowledge and action.