EXHIBIT 3.7 O'Hara 3-13-06 (6 pg)



EXHIBIT 7
to Plaintiff's Opposition

## Consortium for Diversified Psychology Programs (CDPP)

Rudy Melone, Co-Chair
Saybrook Institute
450 Pacific, 3rd Floor
San Francisco, CA 94133
415/433-9200

Clark Moustakas, Co-Chair
Center for Humanistic Studies
40 East Ferry Avenue
Detroit, MI 48202
313/875-7440

January 10, 1996

TO ALL MEMBERS:

A conference call has been scheduled through Cable and Wireless for Wednesday, January 24, 1996 at 11:30 a.m. Eastern Standard Time. The reservation confirmation # is 090271. Dr. Rudy Melone will be the conference leader. Please call Marguerite Aders at 1-800-486-3116 -ext. 187 if you have any questions or can be reached at another phone at the scheduled time. The NEW Cable & Wireless number (in case you have been missed for the call) is 1-800-425-7617.

| | |
|---|---|
| Dr. Mike Arons | 404-836-6510 |
| Dr. Brian Austin | 612-338-7224 |
| Georgia Berland | 707-431-7559 |
| Dr. Roger Brooke | 412-396-6563 |
| Dr. Jack Farrar | 770-473-0404 |
| Dr. Ron Gianetti | 805-687-1099 |
| Dr. Marsha Hammond | 404-659-7669 |
| Dr. Kevin Krycka | 206-296-5398 |
| Dr. Bob Kuglemann | 214-721-5268 |
| Dr. Ron Levinson | 510-254-0110 |
| Dr. Rudy Melone | 415-433-9200 |
| Manuel Cervantes Mijares | 011-5217-14-33-35 |
| Dr. Clark Moustakas | 313-875-7440 |
| Dr. Maureen O'Hara | 619-436-7031 |
| Dr. Joan Read | 404-364-0893 |
| Dr. Larry Ryan | 513-861-6400 |
| Dr. Robert L. Schmitt | 408-270-0543 |
| Dr. Harrison Voigt | 415-753-6100 ext.268 |
| Dr. Arthur Warmoth | 707-664-2689 |
| Dr. Robert Waterman | 505-471-5756 |

NOTE: THE CABLE & WIRELESS NUMBER FOR MISSED CALLS OR LATE ENTRY CHANGES EACH MONTH SO PLEASE DO NOT CALL THE NUMBERS LISTED ON PREVIOUS MONTHS' NOTICES.

Association for Humanistic Psychology • California Institute of Integral Studies • Center for Humanistic Studies • Duquesne University Department of Psychology • Fielding Institute • John F. Kennedy University • National Association for Humanistic Education • National Psychology Advisory Association • National Psychology Internships • Saybrook Institute • Seattle University Department of Psychology • Sonoma State University Department of Psychology • Temple University Department of Psychoeducational Processes • Union Institute • University of Chicago Psychology Department • University of Dallas Psychology Department • Walden University • West Georgia Department of Psychology

# Consortium for Diversified Psychology Programs (CDPP)

Rudy Melone, Co-Chair
Saybrook Institute
450 Pacific, 3rd Floor
San Francisco, CA 94133
415/433-9200

Clark Moustakas, Co-Chair
Center for Humanistic Studies
40 East Ferry Avenue
Detroit, MI 48202
313/875-7440

## CONFERENCE CALL AGENDA
### WEDNESDAY - JANUARY 24, 1996  11:30 am EST

I. Selection of Recorder
II. Minutes of December 6th Meeting
III. Financial Report
IV. NPAA Report
V. Hot Spots
VI. Preliminary Report - West Georgia Site Visit
VII. CDPP Recognition as Accrediting Agency Update
VIII. CDPP Accreditation Committee Meeting - June 29, 1996  1-2:30 p.m.
IX. AAAPP Accreditation - Put on Hold
X. Report on West Georgia College Accreditation Visit
XI. Illness and the Figure of the Wounded Storyteller
XII. Reminder: 19996 Dues Are Due
XIII. Reminder: Spring Conference
   May 9-12, 1996
   Santa Sabrina Conference Center
   Dominican College Campus
XIV. Other Items
XV. February Conference Call

American Psychological Association-Div. 32 Association for Humanistic Psychology • California Institute of Integral Studies • Center for Humanistic Studies • Duquesne University Department of Psychology • Focusing Institute • John F. Kennedy University • National Association for Humanistic Education • National Psychology Advisory Association • National Psychology Internships • Saybrook Institute • Seattle University Department of Psychology • Sonoma State University Department of Psychology • Union Institute • Universidad Autonoma de la Laguna • University of Chicago Psychology Department • University of Dallas Psychology Department • Walden University • West Georgia Department of Psychology

S01980

37.2

## CDPP CONFERENCE CALL
### MINUTES
### Wednesday, January 24, 1996

Present: Rudy Melone, Clark Moustakas, Mike Arons, Roger Brooke, Jack Farrar, Joan Read, Art Warmoth

1. **Recorder.** Art Warmoth volunteered.

2. **Agenda.** Clark added two items: Approval of Harmony Institute for full membership, and approval of Graduate School of America for affiliate membership.

3. **Next conference call** was scheduled for February 28, 1996 at 11:30 a.m. EST. Since so few members were present today, Marguerite Aders will be asked to send out a special notice right away. Also, in the future conference call material will be sent by fax to Manuel Cervantes in Mexico, so that he will be sure to get it before the call.

4. **Approval of December 6 minutes.** This item was deferred, since no one had received the minutes.

5. **Financial report** (December Report as of November 31):
   $4117.87  in General Fund
   $5679.13  in Legal Fund

Letters will be sent shortly requesting $200 dues and $100 special accreditation assessment. These will require separate checks to go to different addresses.

6. **Fielding Accreditation.** Joan gave a status report on the latest letter from APA requesting additional information. They are raising questions about practicum and internship sites, credentials and publications of faculty, and Psy.D. vs. Ph.D. There is also a question as to whether they need to respond to old or new standards. The implications

7. **Hot spots--Clark:** Alabama, Florida, Massachusetts, North Carolina, South Carolina.

S01981

37-3

<u>Alabama.</u>   Clark stated that the Alabama report also addressed agenda item #11, "Illness and the Figure of the Wounded Story Teller."  Clark recounted the saga of his trip to Florida to testify at a formal hearing before the state board and a hearing officer.  The hearing was characterized by a closed-minded board and collusion between the board and the hearing officer.  The board and the applicant were represented by attorneys. The board recommended denial, and the hearing officer must make a determination within 15 days.  Next step, which is expensive, is the Court of Appeals.

Problems included penalizing applicant for extra course work in an applied setting, manipulation of the question of burden of proof so as to limit the time available for Clark's testimony (manipulation which raises appealable questions about the criteria to be applied to the decision), and dual relationship testimony by a board member who also offered himself at the last minute as an expert witness to counter Clark's expert witness testimony.  A legislator and former chair of the Ways and Means Committee was present.  He testified that he could find no basis for denial, and that the applicant was from a rural area where there is clearly a need for psychotherapists.  He threatened to sunset the board if they made a negative determination, but this apparently did not affect their decision.

<u>Massachusetts.</u>   Massachusetts board is proposing a revision of residency to require one year on site.  Clark referred to his correspondence with Governor Weld and the Massachusetts Board of Registration of Psychologists included with the conference call agenda.  Rudy pointed out that one year ago we had a commitment from the board to recognize equivalency for residency.  This points up the need for continued vigilance. Clark pointed out that it should be helpful for other schools to write to governor and the board.  If we lose at this level, we will have a big battle to get a legislative amendment.

<u>Florida.</u>  Florida is proposing a particularly problematic amendment to the law that would require a graduate from a non-APA approved program to obtain a letter from the director or dean of an APA approved program stating that the applicants program is equivalent to the APA approved program.  This violates federal and state constitutional rights and delegates authority to an agency that as no formal regulatory powers.  We have a letter from Larry Ryan asking us to pursue more formal action.

S01982

37-4

Clark just wrote to the governor, and he urges others to write to the governor and the legislature. If the amendment is passed, we need to go to the Attorney General, as it raises serious federal and state constitutional questions.

South Carolina. SC requires APA accreditation or ASPPB designation. Clark has sent a letter to Governor Beasley outlining our review process and requesting the same privileges and opportunities for the Consortium. He has not yet received a reply.

8. **West Georgia Site Visit--Jack Farrar & Brian Austin.**

Jack was very impressed with the quality and dedication of students and faculty. He and Brian will get their write-up to Chris Aanstoos within 10 days, requesting correction of factual errors.

9. **Accreditation Committee Conference Call:** Monday, January 29, 1996, 1-2 p.m. EST. (This is a correction of the announcement in the published agenda.) Suzanne Doherty will coordinate the call. It will deal with items needing discussion prior to receiving West Georgia Recommendation.

10. **Recognition of CDPP as an accrediting agency.**

Clark & Rudy will set up a separate call to coordinate preparation of the application to the U. S. Office of Education.

Mike raised the question of the credibility of having reviewed only two programs, with no other site visits scheduled. Clark indicated that Saybrook is interested, and Clark indicated the same for the Center for Humanistic Studies. It was suggested that in principle, all CDPP members should be seen as candidates for this review process. Art questioned whether this is indeed the case for Sonoma.

Mike: Our accreditation supports the credibility and integrity of our graduates in whatever they want to do; not necessarily only in relation to licensing. We are living in a world of accreditation; the question is whether or not it is a Procrustean bed.

S01983

37.5

Clark: Our accreditation process is a useful educational process for the institution being reviewed.

Art: From Sonoma's point of view, Clark's argument seems more persuasive than Mike's. It would also help if the CDPP process involved a joint visit at the time of regular regional accreditation.

11. **Harmony Institute.** Clark recommended Harmony Institute for full membership. (Our normal procedure is for Rudy and Clark to review materials and make a recommendation to a conference call or retreat.) Since Rudy had not yet reviewed the Harmony materials, Clark's motion was amended to make final approval conditional on Rudy's review. MSP. If they are approved they will be asked to send a copy of their catalog to all CDPP members. (It was pointed out that all CDPP members should routinely distribute new versions of their catalogs to other members.)

12. **Graduate School of America.** GSA has requested for affiliate membership. This request was postponed, as neither Rudy nor Clark has had a chance to fully review the material. GSA has candidacy status with North Central. Bruce Francis will be asked to send catalog materials to CDPP members.

13. **Son of Old Saybrook Conference.** Mike asked us to put this item on the agenda for the next conference call and the spring retreat. Maureen O'Hara, Tom Greening, Eugene Taylor, Mike Arons, and Art Warmoth have been corresponding on Internet about this possibility (which Clark suggested should better be called the "Daughter" or "Child" of Old Saybrook). It is seen as a convergence of AHP, Div. 32, CDPP, NPAA, possibly Noetic Sciences and ATP. The group is looking for both financial and moral support.

14. **Reminder of the NPAA-CDPP Spring Conference:**

> May 9-12, 1996
> Santa Sabrina Conference Center
> Dominican College
> San Rafael, California

CDPP will meet on May 11-12.

S01984

37.6