**EXHIBIT 9**
to Plaintiff's Opposition

## SAYBROOK INSTITUTE

March 24, 1997

To: ~~Faculty and Administration~~ *Rudy Melone, Maureen O'Hara, Gerry Bush, Ian Wickram*
From: Tom Greening

Re: SHOULD SAYBROOK SEEK APA ACCREDITATION?
This memo supersedes my February 27, 1997 draft

I am circulating this memo to the faculty and administration for written comments.

Saybrook's Committee on APA Accreditation is composed of
Rudy Melone, Chair
Tom Greening
Ian Wickram
Gerry Bush, ex officio?
Maureen O'Hara, ex officio?
Bill Littleton, ex officio?

I reviewed the following material from APA regarding accreditation:
(Book 1 and Book 2 are combined into one booklet)
    Book 1: Guidelines and Principles for Accreditation of Programs in Professional Psychology.
    Book 2: Accreditation Operating Procedures.
    Self-Study Guidelines in Preparation for Accreditation Site Visit of Doctoral Programs in 1997.
    Explanation of Accreditation Fees for Doctoral Training Programs.

    The combined initial cost for Application Fee ($1650) and Site Visit Charge $3600) would be $5250. In addition, the amount of documentation that would have to be supplied by administration, faculty and staff is immense, and thus costly to assemble.

    Because of the huge cost that would be incurred, and the issues involving Saybrook's unique mission, we should keep Gerry Bush and the trustees informed. At what point do we share our thoughts with the faculty and trustees, and invite input?

    When it comes to listing practicum and internship sites, especially APA accredited ones, used by our students, we would have a hard time documenting very many (See APA Guidelines Section 4 on pages 6-7.) The

(26pp)
EXHIBIT O'Hara
47
03-14-06
S00255

When a school has no admission criteria; no course requirements in psychology; little consistency in courses from student to student; refuses APA-accreditation; purports to be a clinical school, solicits clinical students, teaches clinical issues, and then denies that it is clinical, one comes to the possible conclusion that, in the worst case, the school is fraudulent and is only going through the motions, with no substance behind it, and in the best case, the school is being inappropriately run and is following ignorant and careless policies. These concerns are further validated by arbitrary increases in tuition and conferences, as well as negligent and unfair practices. (examples deleted-- not relevant to APA accreditation)

---

Excerpts from email from Eugene Taylor to same student May 8, 1996—

Third, while Saybrook is not an APA approved clinical program, it does offer a humanistic and transpersonally oriented depth psychology that can be gotten nowhere else in the US, and especially not in any clinical program approved by the APA.

Fourth, Saybrook students have on occasion hired themselves a lawyer, presented their individual state licensing boards with full transcripts and even course guides and indicated that a suit would be pending if they were not given a fair hearing or permitted to sit for the licensure exam. John Burke was successful in so challenging the Massachusetts board and he won the right to sit for the exam, which he passed.

Finally, your argument about APA approved versus APA equivalent language is a good try at articulating the problem, but probably not the basis for a firm legal challenge, since anyone can call up the APA at any time and get the distinction cleared up. This is essentially public information to anyone who would avail themselves of the facts.

---

To the same student from Tom Greening—

Your email provides much to think about, and I and others will reply at length when time permits. A few quick responses—

Saybrook's catalog clearly lists the APA recommended courses, and I would assume that any student who wants that type of graduate program would take those courses. Those are the courses most states require to be allowed to take the licensing exam, so again I would think students seeking licensure would take them for that reason. Were these recommended courses listed in the catalog you got?

47-18

S00272