

**EXHIBIT 10** to Plaintiff's Opposition

# Commonwealth of Massachusetts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN COONEY,<br>    Plaintiff | Exhibits: 88-112 |
| VS | |
| SAYBROOK GRADUATE SCHOOL<br>AND RESEARCH CENTER, and<br>MAUREEN O'HARA, Individually,<br>    Defendants | DOCKET NO.<br>04 11572 JLT |

DEPOSITION of **DR. KAREN SCHWARTZ**, a Witness called by Counsel on behalf of the **Plaintiff**, taken pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Arlene Boyer, a Certified Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Division of Professional Licensure, 239 Causeway Street, Boston, Massachusetts, on Friday, April 28, 2006, commencing at 10:30 a.m.

*Accurate Reporting Services*
36 West Street
Whitman, MA 02382
(781) 447-9520

Page 85

1  Saybrook students. You know, I can't deny that I
2  might have had e-mail correspondence with somebody
3  who asked, but I have no recollection.
4           (Exhibit Number 103, Letter from
5           Susan Cooney to Dr. Schwarz dated
6           September 27, 2004, was Marked for
7           Identification.)
8  Q   I'm putting before you what I've marked as Exhibit
9      103 for identification. Can you tell me if you've
10     seen this document before today's date?
11 A   I have.
12 Q   What is your understanding of this document?
13 A   What happened is that she wanted something in
14     writing to basically deny her eligibility, and my
15     recollection of our conversation was that I told
16     her that if she filed an application for
17     licensure, it would cost her $150, she would pull
18     together a lot of documents, and she would be
19     denied, period, and that she didn't need to spend
20     the $150 to get an answer from the board. She
21     needed to simply write a letter to the board and
22     ask them to write back to her about her
23     eligibility.
24 Q   Why did you feel that she would be denied, period,

Page 86

1  if she submitted an application for licensure?
2  A  Because it was 2004 or whatever year it was, 2003,
3     2004. The regulation had gone into effect
4     September 1, 2000 saying that she had to be from a
5     designated doctoral program. She was not from a
6     designated doctoral program. Therefore, she was
7     ineligible for licensure.
8  Q  Did you ever have a discussion with Susan Cooney
9     about whether she could work around that licensure
10    obstacle by obtaining licensure in another
11    jurisdiction and qualifying for reciprocal
12    licensure in Massachusetts?
13 A  I don't recall a specific conversation with Susan
14    Cooney about that, but I did have a standard
15    answer I would have given anybody who asked me
16    that, and that standard answer is it won't work.
17 Q  Why won't it work?
18 A  We don't have reciprocity with any other states.
19              **MR. MORENBERG:** Can you mark this as
20    104.
21              (Exhibit Number 104, Letter of
22              Reply from the Board to Susan
23              Cooney dated October 20, 2004, was
24              Marked for Identification.)

1  Q   Dr. Schwartz, I've put before you what I've marked
2      as Exhibit 104 for identification.  Do you
3      recognize this document?
4  A   Yes, I do.
5  Q   What is your understanding of this document?
6  A   This is the board's reply to Ms. Cooney's letter
7      to them dated October 20, 2004.
8  Q   What does this letter communicate to Dr. Cooney?
9  A   That she's not eligible for licensure in
10     Massachusetts because she is from a doctoral
11     program that is not designated.
12 Q   Dr. Schwartz, is there anything that Dr. Cooney
13     could do to qualify for licensure in Massachusetts
14     other than obtaining a degree from a program in
15     psychology that's recognized by the ASPPB?
16 A   No.
17 Q   Was Dr. Cooney's request for a formal
18     determination from the board discussed by the
19     members of the board?
20 A   Yes.
21 Q   Do you know when that occurred?
22 A   During the board meeting in October 2004.
23 Q   Did the board discuss her request?
24 A   They discussed her letter.

1  Q  Did they make a determination?
2  A  Yes, they did.
3  Q  What was their determination?
4  A  That we would write a letter back to her telling
5     her that she was not eligible for licensure.
6  Q  Was that done by means of a vote?
7  A  I hope so.
8  Q  But you were satisfied that the board advised
9     you --
10 A  Absolutely, and it's in the minutes.
11 Q  I didn't finish my question, so I just want to
12    clarify.
13 A  Sorry.
14 Q  That's okay.  You were satisfied that the board
15    advised you that it was making an official
16    determination that Ms. Cooney was not in
17    compliance with 251 CMR 3.03(1), Subparagraph (b),
18    and was ineligible for licensure in Massachusetts?
19 A  Correct.
20 Q  You mentioned earlier that the board published
21    proposed regulatory changes.  Do you know where it
22    published them?
23 A  I think you already asked me that, and I already
24    said I didn't know.

Page 89

1  Q  Other than publishing proposed regulatory changes
2     in newspapers, are you aware of any other steps
3     the board takes to notify the public?
4  A  At the present time?
5  Q  Yes.
6  A  We just did a regulatory change with our website
7     and e-mail and everything capability.  For the
8     first time, we posted it on our website, but
9     that's the first time we've ever done that.
10 Q  So is it fair to say that the board's regulatory
11    change that was implemented on or about May 2,
12    1997 was not published on the board's website
13    prior to that date?
14 A  I don't think we had a website then.
15 Q  To your knowledge, have any graduates of Union
16    Institute been licensed by the Board of
17    Psychologists in Massachusetts after September 1,
18    2000?
19 A  Are you asking have any, or do I know of any?
20 Q  Do you know of any?
21 A  There are none.
22 Q  Do you know if any Saybrook graduates who
23    submitted applications for licensure after
24    September 1, 2000 have been licensed as

Page 101

1       applied?

2  A  Well, in the production of the documents for this
3       deposition, we came up with John Burke's
4       application. I have no idea if Mr. Finn was
5       involved in that, and I don't know of another.

6  Q  Do you know if the board determined whether John
7       Burke met the residency requirements of the
8       board's regulations?

9  A  In my review of the documents before today, I
10      looked at that file, because I was not familiar
11      with it, and it appeared to me that they failed to
12      make a determination about the residency in that
13      file. I believe a mistake was made in that file.

14 Q  But you would agree that the board did approve Dr.
15      Burke's application for licensure as a
16      Massachusetts psychologist?

17 A  In 1995.

18            MR. MORENBERG: Could we mark this.
19              (Exhibit Number 109, A Piece of
20              John Burke's Application File dated
21              March 20, 1995, was Marked for
22              Identification.)

23 Q  Dr. Schwartz, I've put before you what I've marked
24      as Exhibit 109 for identification. Do you