

EXHIBIT 14
to Plaintiff's Opposition

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

SUSAN COONEY,

    Plaintiff,

vs.                                  Docket No. 0411572 JLT

SAYBROOK GRADUATE SCHOOL and
RESEARCH CENTER, and MAUREEN
O'HARA, Individually,

    Defendants.
_____/

COPY

Deposition of

JOHN W. REHO, Ph.D.

_____

MARCH 16, 2006

NOTICING ATTORNEY, PAUL W. MORENBERG, ESQ.

REPORTED BY:  JEANINE FARRELL, CSR NO. 7774

G O L D E N   G A T E   R E P O R T E R S   L L C
35 Mitchell Boulevard Suite 8
San Rafael CA 94903-2010
(415) 491-4611 * 800-442-4611
FAX (415) 491-4635

e-mail: ggr35@depos.com   web:  http://www.depos.com

```
 1            MS. GARCIA:  Objection.
 2            THE WITNESS:  Yes.
 3            MR. MORENBERG:  Q.  What was the annual
 4   stipend that Dr. O'Hara qualified for in 2004?
 5       A.   I don't know the exact figure.
 6       Q.   What is your best estimate or approximation?
 7       A.   Approximately $25,000.
 8       Q.   And what is your best recollection of the
 9   annual stipend that Dr. O'Hara qualified for in 2002?
10       A.   Sorry.  Could you read that back.
11            (The record was read back as follows:
12            Q.  "And what is your best recollection
13       of the annual stipend that Dr. O'Hara qualified
14       for in 2002?")
15            THE WITNESS:  My recollection it was
16   approximately the same.
17            MR. MORENBERG:  Q.  And what is your best
18   recollection as to the annual stipend that Dr. O'Hara
19   qualified for in 2003?
20            MS. GARCIA:  Objection.  I withdraw the
21   objection.
22            MR. MORENBERG:  Q.  You may answer.
23       A.   It was approximately the same.
24       Q.   Do you have any knowledge of Dr. O'Hara's
25   incentive compensation prior to your start date as
```

1  Vice President of Operations?
2       A.  No, I do not.
3       Q.  And what was Dr. O'Hara's approximate annual
4  salary in 2002?
5       A.  It was approximately $150,000.
6       Q.  And what was her approximate annual salary
7  in 2003?
8       A.  It was between $155,000 and $160,000.
9       Q.  And what is your understanding of her
10 approximate annual salary in 2004?
11      A.  Again, it was approximately $160,000 to
12 $165,000.
13      Q.  And what is your best understanding of her
14 approximate scheduled annual salary for 2005?
15      A.  It was approximately $169,000.
16      Q.  Was Dr. O'Hara eligible for the same type of
17 annual incentive bonus in 2005 that she was eligible
18 for in prior years?
19          MS. GARCIA:  Objection.
20          THE WITNESS:  I can't really answer that
21 question.
22          MR. MORENBERG:  Q.  Understanding that you
23 don't have any specific knowledge of the incentive
24 terms and parameters, do you have any general
25 knowledge that her incentives were geared toward --

60

1  strike that.

2         Do you have any general understanding as to
3  whether her incentives were linked to the financial
4  performance of the school?

5     A.  No.

6     Q.  Turning your attention to Exhibit 66 from
7  Dr. O'Hara's deposition.

8     A.  Okay.

9     Q.  Have you seen this document before?

10    A.  Yes.

11    Q.  According to the second page of this
12 document you received a copy of it, correct?

13    A.  Yes.

14    Q.  Do you recall receiving this document on or
15 about October 28, 2004?

16    A.  Yes.

17    Q.  Did you help Dr. O'Hara to prepare any of
18 the data that is included in this document?

19    A.  Yes.

20    Q.  Could you turn your attention to the last
21 page of the document, page nine of nine Bates Stamp
22 307.

23        Mr. Reho, did you verify the enrollment
24 figures that are included in this document?

25        MS. GARCIA:  Objection.  Are you only

1  referring to him on this page or this entire
2  document?
3      MR. MORENBERG:  I thought I was clear, but I
4  will make it clearer.
5      Q.  Did you prepare the enrollment figures on
6  the table on page nine Bates Stamp 307 and
7  specifically Section 1.1 student enrollment for
8  period indicated?
9      A.  We provided the --  I caused the top line of
10 that box to be -- I collected that particular set of
11 information.
12     Q.  Did you have any discussion with Dr. O'Hara
13 about the top line of that box?
14     A.  I may have.  I don't recall.
15     Q.  Do you have any understanding as to why
16 enrollment dropped from 156 in 2003-2004 for new and
17 re-admitted students to 75 in 2004-2005 for the same
18 category?
19     MS. GARCIA:  Objection.
20     THE WITNESS:  The data between those two
21 columns are not for the same duration of time.
22     MR. MORENBERG:  Q.  Do you know what the
23 data is for enrollment in the winter -- strike that.
24     What are the different periods that are
25 reflected in the columns 2003-2004 versus 2004-2005?

62

1    A.  The reference 2003 is for 12 months.  The
2  reference for 2004-5 is just for six months.
3    Q.  Do you know what the figure is for the 12-
4  month period of 2004-2005?
5    A.  Yes.
6    Q.  What is that figure?
7    A.  It was approximately 120 -- it was 45 for a
8  total of 120.
9    Q.  Did you have any discussion with Dr. O'Hara
10 as to why it dropped from 156 to approximately 120
11 from 2003-2004, to 2004 to 2005?
12   A.  Yes.
13   Q.  What was said in that discussion?
14   A.  The thrust of the conversations about that
15 are reflected in the body of the text of this letter.
16   Q.  Did you discuss that one of the reasons for
17 the drop in enrollment was Saybrook's decision to do
18 further disclosure regarding it's lack of APA
19 accreditation?
20        MS. GARCIA:  Objection.
21        THE WITNESS:  Again, I refer to what the
22 document says.
23        MR. MORENBERG:  Q.  And my question may have
24 been unclear.  At this point I am not asking you to
25 refer to the document.  I am asking you to share with

63

1  me your present recollection of that discussion with
2  Dr. O'Hara about the reasons for the decline in new
3  and re-admitted students from 2003-2004, which is
4  156, to a figure of approximately 120 in 2004-2005
5  for the same student categories?
6      A.  Yes, we discussed it.
7      Q.  And what is your current recollection of the
8  reasons that you articulated, if any, for that
9  decline in enrollment?
10     A.  We articulated that --
11         MS. GARCIA:  He's asking you during the
12 conversation with Dr. O'Hara, so not something in
13 this document necessarily.  He's asking you for your
14 memory of a conversation.
15         MR. MORENBERG:  I think that was what he was
16 about to answer.
17         MS. GARCIA:  He was reading from this,
18 that's why I --
19         MR. MORENBERG:  I see.  I appreciate that.
20         THE WITNESS:  I don't have a recollection
21 beyond -- at this time beyond what we put in writing.
22         MR. MORENBERG:  Q.  Do you recall having any
23 discussions with Saybrook's board regarding the
24 decline in enrollment from 2003-2004, to 2004 to
25 2005.

64

1  A. Yes.

2  Q. Could you tell me when those discussions
3  occurred?

4  A. There were discussions in the Fall of 2003,
5  the Spring of 2004, Fall of 2004 regarding enrollment
6  numbers. We discussed enrollment almost at every
7  board meeting.

8  Q. Right. And my question was specific to any
9  discussions with the Board and yourself as to the
10 reasons for the decline in enrollment from the 12
11 month period ending 2003-2004 to the 12-month period
12 ending 2004 to 2005. Please describe when those
13 discussions with the Board took place.

14 A. Again, in October of 2004 -- October or
15 November of 2004 there were conversations with board
16 members about enrollment and in the subsequent
17 meetings in Spring of 2005.

18 Q. Is it fair to say that as of October and
19 November 2004 you were able to project that there
20 would be a substantial decline in enrollment for
21 2004-2005 based on admissions data?

22     MS. GARCIA: Objection.

23     THE WITNESS: Yes.

24     MR. MORENBERG: Q. Turning your attention
25 to the last section of this Table 1.3 "Student

1  identified as being held in the name of or
2  referencing Dr. Melone.
3           MR. MORENBERG:  Q.  And did either of those
4  individuals you've referred to advise you that no
5  files for Dr. Melone could be found?
6       A.  Yes, that's correct.
7       Q.  Is it Saybrook's practice to maintain
8  archive files for past Presidents?
9       A.  No.
10      Q.  Does Saybrook have archive files for Gerry
11 Bush?
12      A.  To my knowledge, the answer is no.
13      Q.  Did you review any files that were
14 identified as belonging to former President Gerry
15 Bush?
16      A.  I did not identify any files belonging to
17 Dr. Bush.
18      Q.  Does Saybrook have a document retention
19 policy with respect to the archival files of its
20 former Presidents?
21      A.  It does not have an individual policy
22 regarding former Presidents, no.
23      Q.  Does Saybrook have a document retention
24 policy at all?
25           MS. GARCIA:  Objection.

119