**SAYBROOK**
Graduate School and Research Center

Massachusetts Board of Registration of Psychologists
Commonwealth of Massachusetts Division of Registration
239 Causeway Street
Boston, Massachusetts 02114

450 Pacific - Third Floor
San Francisco, CA 94133 - 4640
Tel: (415) 433-9200
Fax: (415) 433-9271

November 30, 2000

**EXHIBIT 17**
to Plaintiff's Opposition

Dear Colleagues,

The following information is provided in support of the request of Richard Francis associated with his application to the licensing process for psychologists in Massachusetts. As you know, Richard Francis is a Ph.D. graduate of Saybrook Graduate School and Research Center.

Saybrook is a fully regionally accredited graduate school that received its most recent comprehensive visit from the Western Association of Schools and Colleges in October of 1998. Saybrook also is a California approved school under the laws and regulations of the State of California Private Post-Secondary Commission.

At the time of Richard Francis' graduation, Saybrook offered the MA and Ph.D. degrees in Psychology and Human Science through a full graduate curriculum taught entirely by Ph.D. level psychology faculty. Saybrook is one of the pioneering adult graduate institutions in the United States that has offered its instruction in a full-time, dispersed residency model since 1971. Every student is required to spend time in residential conferences during which they attend workshops, seminars, course meetings and academic activities which are integrated with coursework. Regular and consistent attendance at these on-site workshops, seminars and course meetings is a degree requirement for all students.

The quality, intensity, duration, and content of every course at Saybrook is the equal of more traditional courses at similar institutions. The mentoring model for course work at Saybrook allows every student to be under the direct guidance of a Ph.D. level faculty member for every course taken. This is an unusual and intense level of faculty involvement in student learning, and provides students with an opportunity to achieve high levels of academic performance.

The students usually have face-to-face contact with each faculty member. In addition to the on-site residential conferences they will use written exchanges, telephone conferences, and e-mail and virtual classrooms to continue the dialogue for each course. One manner in which an integrated sequence of studies is assured is associated with the requirement that students submit their course work sequentially, so that each portion of coursework is reviewed and responded to, in depth, by the professor, before the next portion is undertaken. This is to insure that "each student at Saybrook obtains a clear understanding of core concepts and that students have sufficient command of the required domains of knowledge." Saybrook is proud of its academic rigor, of the academic and research qualifications of its faculty, and of the intensity and direct instructional relationship between the faculty and each student.

Thus, every course in our doctoral curriculum is organized around a Course Guide and Course Reader. Every student taking that course uses the same guide and reader, and will cover the same body of material. Students who are taking the same class at the same time share information and knowledge related to the course. It is imperative that the Board understands that courses are planned by the faculty, that each course is written and prepared by a lead faculty member, and that each student takes the same course. It may be helpful to review the Saybrook course guides that are published on our website and which can be downloaded or reviewed at www.Saybrook.edu.

The sequence in which courses are taken has some flexibility, and each faculty member may augment the core requirements of the course with additional material or a special focus appropriate to students and the instructor. But these are not self-designed learning experiences, nor are they experiential or field experiences which are given credit post hoc. Many courses do have assignments within them that may draw upon real life experience for case examples, etc.

[Stamp: BOARD OF REGISTRATION OF PSYCHOLOGISTS   DEC 27 2000   RECEIVED]