**EXHIBIT 18**
to **Plaintiff's Opposition**



Commonwealth of Massachusetts
# Division of Professional Licensure
(Formerly Division of Registration)
239 Causeway Street • Boston, Massachusetts 02114


JANE BRI DAVIS CAREY
... CONSUMER AFFAIRS

WILLIAM G. WOOD
DIRECTOR



COPY

November 6, 2001

Richard P. Francis
190 High Street
Acton, MA  01720

RE:  Application for licensure

Dear Dr. Francis:

The Division of Professional Licensure, Board of Registration of Psychologists has re-reviewed your application for Psychology licensure in the Commonwealth of Massachusetts. The Board has made the following decision regarding your application:

The Board confirmed its conclusion that the Saybrook Graduate School program from which you obtained your doctoral degree does not meet the Board's residency requirement. However, after reviewing the documentation provided by Dr. Marshall Wolf regarding your medical disability and reasonable accommodations therefor, the Board has voted to approve your application for licensure and health service provider certification.

All information pertinent to the examinations will be forwarded from Experior exams. This will include admission number, exam site, directions, etc.

Thank you for your cooperation. If you have questions about your application for licensure, please call the Board office at (617) 727-5351 or (617) 727-0592.

Sincerely,

*Vicki L. Lyall PhD*

Vicki L. Lyall, Ph.D.
Chairperson
Board of Registration of Psychologists

✓cc:  Daniel J. Finn, Esq.

EXHIBIT O'Hara
51
03-14-06