UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04- 11572 JLT

| | |
|---|---|
| SUSAN COONEY,<br>      Plaintiff,<br><br>v.<br><br>SAYBROOK GRADUATE SCHOOL<br>AND RESEARCH CENTER and<br>MAUREEN O'HARA, Individually,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION TO FILE A REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.1(B)(3), the defendant, Saybrook Graduate School and Research Center ("Saybrook"), respectfully moves the Court for leave to file a short reply memorandum in connection with its Motion for Summary Judgment, in the form attached as Exhibit 1.

In support of this Motion, defendants state that a reply brief is necessary to address one specific issue argued in plaintiff's Opposition to the Motion for Summary Judgment. Saybrook believes that such a reply will aid the Court in its decision.

Wherefore, Saybrook respectfully requests the Court grant its Motion as such is in the interest of justice and will assist the Court in its deliberations.

1025581v1

Respectfully Submitted By,

Counsel for Defendants,
SAYBROOK GRADUATE SCHOOL AND
RESEARCH CENTER
and MAUREEN O'HARA

/s/*Grace V. Bacon Garcia*

Michael F. Aylward, BBO #024850
Grace V. Bacon Garcia, BBO #640970
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Tel. (617) 439-7500

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 16, 2006.

/s/ *Grace V. Bacon Garcia*

Grace V. Bacon Garcia

1025581v1