UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN COONEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.04-11572-JLT |
| | * | |
| HUMANISTIC PSYCHOLOGY INSTITUTE, doing business as Saybrook Institute, | * * * | |
| | * | |
| Defendant. | * | |

ORDER

November 8, 2006

TAURO, J.

After a Conference held on November 7, 2006, this court hereby orders that:

1. Parties shall promptly report the results of mediation to the court;

2. No further discovery without leave of this court;

3. Pursuant to Defendant's in-court stipulation, John Reho will be present for trial;

4. Trial will begin on February 5, 2007, at 10:00 a.m.;

5. No continuances will be granted for the trial; and

5. A trial order will issue.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge