UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04 11572 JLT

| | |
|---|---|
| SUSAN COONEY,<br>      Plaintiff,<br><br>v.<br><br>SAYBROOK GRADUATE AND<br>RESEARCH CENTER,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION TO MOVE THE TRIAL DATE BY ONE WEEK

Defendant, Saybrook Graduate and Research Center, respectfully requests the Court to move the trial date one week from 5 February 2007 to 12 February 2007. On 7 November 2006, the parties attended a Pre-Trial Conference. At the Conference, the trial was scheduled to commence on 5 February 2007.

At the Pre-Trial Conference on 7 November 2006, trial counsel for the defendant, Attorney Thomas Federico, was unaware that he had a conflict with this date. Attorney Federico is committed to speak at a national conference for the Defense Research Institute in New Orleans, Louisiana on both 7 February 2007 and 8 February 2007. The trial of this matter is expected to last eight to ten days. As such, the defendant requests a limited postponement of the trial to 12 February 2007. Plaintiff has assented to this Motion and therefore, there will be no prejudice to any party.

1031139v1

Submitted by:

        Defendants,
        By its attorneys,

        /s/ *Grace V. Bacon Garcia*

---

Michael F. Aylward, BBO #024850
Thomas C. Federico, BBO # 160830
Grace V. Bacon Garcia, BBO# 640970
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

Assented To:

        Plaintiff,
        By its counsel,

        /s/ *Paul W. Morenberg*

---

Paul W. Morenberg, BBO#631101
Kerstein, Coren, Lichtenstein & Finkel, LLP
60 Walnut Street
Wellesley, MA 02481
(781) 997-1600

## Certificate of Service

I hereby certify that this documents(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 9, 2006.

        /s/*Grace V. Bacon Garcia*

        Grace V. Bacon Garcia

2

1031139v1