# KERSTEIN, COREN, LICHTENSTEIN & FINKEL LLP
*Attorneys at Law*

60 Walnut Street
Wellesley, MA 02481

| | |
|---|---|
| PAUL W. MORENBERG, ESQ.<br>*Of Counsel*<br>pmorenberg@kclf-law.com | TEL:    (781) 997-1600<br>FAX:    (781) 997-1633<br>Direct:  (781) 997-1567 |

December 14, 2006

BY ELECTRONIC FILING

United States District Court
for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA  02210
Attn:  Ms. Zita Lovett

RE:    Susan Cooney v. Saybrook Graduate School and Research Center
       United States District Court; Docket No. 04 11572 JLT

Dear Madam Clerk:

At the recent pre-trial conference, Judge Tauro requested that counsel inform the court of the outcome of mediation. The parties appeared before Judge Swartwood on December 11, 2006, and the mediation was not successful.

The trial is set for February 5, 2006. Defendant requested a continuance to February 12, 2006, to which plaintiff assented. Plaintiff must make travel arrangements for a North Carolina witness, and defendant must make travel arrangements for its California witness(es). Kindly advise the parties if the trial will begin February 5 or 12, 2006 at your earliest convenience.

Thank you.

Very truly yours,

Paul W. Morenberg

cc:    Defendant's attorneys of record    (by electronic filing)
       E. Steven Coren, Esq.              (by electronic filing)
       Ms. Susan Cooney                   (by first class mail)