UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04 11572 JLT

|  |  |
|---|---|
| SUSAN COONEY,<br>　　　　Plaintiff,<br><br>v.<br><br>SAYBROOK GRADUATE AND<br>RESEARCH CENTER,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF SUSAN COONEY'S NOTICE OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1))

Now comes the plaintiff, Susan Cooney, and agrees pursuant to Fed. R. Civ. P. 41(a)(1) to voluntarily dismiss Count V of the Amended Complaint, entitled "Negligent Infliction of Emotional Distress" against the defendant Saybrook Graduate School and Research Center.

| Respectfully submitted<br>The Plaintiff,<br>SUSAN COONEY,<br>By her attorneys, | Stipulated and assented to<br>The Defendant,<br>SAYBROOK GRADUATE AND RESEARCH CENTER<br>By its attorneys, |
|---|---|
| /s/ Paul W. Morenberg | /s/ Grace V.B. Garcia |
| E. Steven Coren, BBO # 099740<br>Paul W. Morenberg, BBO # 631101<br>KERSTEIN, COREN, LICHTENSTEIN &<br>FINKEL, LLP<br>60 Walnut Street<br>Wellesley, MA 02481<br>781-997-1600 | Thomas C. Federico, BBO #160830<br>Grace V. Bacon Garcia, BBO# 640970<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br>(617) 439-7500 |

1042619v1