# EXHIBIT 1

**MITT ROMNEY**
GOVERNOR

**KERRY HEALEY**
LIEUTENANT GOVERNOR

**Commonwealth of Massachusetts**
## Division of Professional Licensure
## Board of Registration of Psychologists
239 Causeway Street • Boston, Massachusetts 02114

**BETH LINDSTROM**
DIRECTOR, OFFICE OF
CONSUMER AFFAIRS & BUSIN
REGULATION

**ANNE L. COLLINS**
DIRECTOR, DIVISION OF
PROFESSIONAL LICENSUR

October 20, 2004

Susan P. Cooney, Ph.D.
1445 Centre Street
Newton Centre, MA  02459

Dear Dr. Cooney:

The Board of Registration of Psychologists received and discussed your letter dated September 27, 2004 in which you inquire about your eligibility for licensure with a Ph.D. in psychology from Saybrook Graduate School and Research Center.

Please be advised that you are not eligible for licensure as a psychologist in the Commonwealth of Massachusetts.  Board regulations 251 CMR 3.03 (1)(b) states that:

> **(b) For Applications Filed After September 1, 2000:** A "program in psychology" shall mean a psychology program that:
>
> 1. is designated as a doctoral program in psychology by the Association of State and Provincial Psychology Boards at the time the degree is granted or within two years thereafter, and
> 2. meets the course of studies requirements described in 251 CMR 3.03(1)(a)2.i.

Please note that this regulation went into effect 5/2/97.  As Saybrook Graduate School and Research Center is not a designated doctoral program in psychology (see www.nationalregister.org/designate.htm), you are not eligible for licensure as a psychologist in Massachusetts.

Sincerely,

Richard T. Monahan, Ph.D.
Chair
Board of Registration of Psychologists

---

PHONE - 617-727-0592                 FAX - 617-727-9932                 WEB - http://www.mass.g