**EXHIBIT 2**



Massachusetts Board of Registration of Psychologists
Commonwealth of Massachusetts Division of Registration
239 Causeway Street
Boston, Massachusetts 02114

November 30, 2000

Dear Colleagues:

The following information is provided in support of the request of Richard Francis to be approved to take the psychology licensing examination in Massachusetts. As you know, Richard Francis is a Ph.D. graduate of Saybrook Graduate School and Research Center.

Saybrook is a fully regionally accredited graduate school that received its most recent comprehensive visit from the Western Association of Schools and Colleges in October of 1998. Saybrook also is a California approved school under the laws and regulations of the State of California Private Post-Secondary Commission.

At the time of Richard Francis's graduation, Saybrook only offered the MA and Ph.D. degrees in Psychology and Human Science through a full graduate curriculum taught entirely by Ph.D. level psychology faculty. Saybrook is one of the pioneering adult graduate institutions in the United States that has offered its instruction in a full-time, dispersed residency model since 1971. Every student is required to spend time in residential conferences at which they attend workshops, seminars, course meetings, and related academic activities. Regular and consistent attendance is a degree requirement for all students.

The quality, intensity, duration, and content of every course at Saybrook is the equal of more traditional courses at similar institutions. The one-to-one mentoring model for course work at Saybrook allows every student to be under the direct guidance of a Ph.D. level faculty member for every course taken. This is an unusual and intense level of faculty involvement in student learning, and provides students with an opportunity to achieve high levels of academic performance.

The typical student will have face-to-face contact with each faculty member. In addition they will use written exchanges, telephone conferences, and e-mail and virtual classrooms to continue the dialogue for each course. Students are required to submit their course work sequentially, so that each portion of coursework is reviewed and responded to, in depth, by the professor, before the next portion is undertaken. Saybrook is proud of its academic rigor, of the academic and research qualifications of its faculty, and of the intensity and direct instructional relationship between the faculty and each student.

Thus, every course in our doctoral curriculum is organized around a Course Guide and Course Reader. Every student taking that course uses the same guide and reader, and will cover the same body of material. Students who are taking the same class at the same time will often "group together" to share information and knowledge related to the course. It is imperative that the Board understands that courses are planned by the faculty, that each course is written and prepared by a lead faculty member, and that each student takes the same course. It may be helpful to review the Saybrook course guides that are published on our website and which can be downloaded or reviewed at www.Saybrook.edu.

The sequence in which courses are taken has some flexibility, and each faculty member may augment the core requirements of the course with additional material or a special focus appropriate to the student and instructor. But these are not self-designed learning experiences, nor are they experiential or field experiences which are given credit post hoc. Many courses do have assignments within them that may draw upon real life experience for case examples, etc.

For these reasons I would encourage the Board to reconsider its decisions and to treat the courses and curriculum of Saybrook Graduate School as it would the curriculum of any other regionally accredited, doctoral level graduate program. The accrediting commission has approved Saybrook on the basis of the same standards and expectations as those of a conventional campus based school, and we have met those

standards for academic quality, rigor, and academic outcomes. It would be unfortunate to erroneously pass over an otherwise qualified license candidate based upon this mis-construal of the academic course design and curriculum at Saybrook Graduate School.

If further elaboration of the curriculum model, design, course development process, academic oversight, or related matters would assist the Board in its work, please make your needs known to me and I will be happy to comply.

Sincerely,


William K. Bruff, Ph.D.
Associate Vice-President for Academic Affairs

Massachusetts Licensed Psychologist #1470