# EXHIBIT 4



**SAYBROOK INSTITUTE**
GRADUATE SCHOOL AND
RESEARCH CENTER
450 PACIFIC, 3RD FLOOR
SAN FRANCISCO, CA 94133-4640
(415) 433-9200
FAX: (415) 433-9271
E-mail: bfrancis@igc.apc.org
(President)
E-mail: bdouglas@igc.apc.org
(Executive Assistant)

OFFICE OF THE PRESIDENT

March 20, 1995

Robert G. Contu, Ph.D.
Board of Registration of Psychologists
Government Center
Saltonstall Building
100 Cambridge Street
Boston, MA 02202

Dear Dr. Contu:

It is with great dismay that I have learned that Dr. John Burke, Jr's application for licensure was denied by the Board of Registration of Psychologists. In question, according to the letter received by Dr. Burke, are several of the core courses taken at Saybrook Institute while working toward his doctoral degree in Psychology.

I am writing in support of Dr. Burke who throughout his doctoral program at Saybrook has consistently monitored all of the Board of Registration of Psychologists and the State of Massachusetts Regulations (251 CMR 1.00-4.00) regarding his eventual application for licensure. Dr. Burke worked diligently to ensure that this application would meet the highest standards set forth by the Regulations in Massachusetts.

Dr. Burke has worked with various professors in the Psychology program to ensure that the quality of his doctoral program would meet Massachusetts highest standards. Dr. Burke is dedicated to the principle that competence and practice in the field of psychology is essential and has displayed these qualities while at Saybrook Institute. Throughout his doctoral program he demonstrated excellent academic, as well as leadership qualities and it is obvious to anyone who has known him that he is a "professional." Dr. Burke and I have worked to ensure that prospective Saybrook Institute Ph.D. candidates in Massachusetts understand and keep abreast of the Regulations pertaining to the practice of psychology.

I recommend Dr. Burke without reservation and that his application for licensure as a Clinical Psychologist be approved. If necessary, I would be happy to fly to Boston and meet with the Board on Dr. Burke's behalf. I look forward to resolution of this unfortunate incident as we at Saybrook wish Dr. Burke continued success in the field of Psychology.

Sincerely,

Rudy J. Melone, Ph.D.
Interim President