**EXHIBIT 2**



Department of Psychology
SONOMA STATE UNIVERSITY
Rohnert Park, CA 94928

MEMORANDUM
December 5, 1994

TO: Psychology Faculty

FROM: Art Warmoth

RE: CDPP Meeting Report

On November 18-20, I attended the semi-annual meetings of the Consortium for Diversified Psychology Programs (CDPP) and the National Psychology Advisory Association (NPAA), as the representative of the Psychology Department. Here is a brief report on the highlights of the meetings. (If anyone is interested in seeing the full minutes when they become available, let me know.)

## NPAA

APA accreditation and listing in the *National Register* are increasingly being written into laws and regulations as the standard for elegibility for the psychology license. However, NPAA has generally been quite successful in lobbying for equivalency provisions that maintain acess to licensing for graduates of accredited alternative schools. Although licensing boards are often sympathetic to the exlusionistic claims of APA and state associations, legislators and governors often are not. NPAA publishes an annual listing of the status of each state, and students can contact the NPAA regional coordinator for current information on a particular state. Some type of action is currently underway in Arizona, Colorado, Indiana, Maryland, Massachusetts, Michigan, North Carolina, South Carolina, and the Province of Ontario.

There was considerable discussion as to who is currently representing the interests of humanistic clinical practice and practitioners. There was general agreement that NPAA needs to use its limited resources primarily to address access issues. However, there was

S01992

## 1995 CDPP MEMBERSHIP LIST

### UNIVERSITY MEMBERS

CALIFORNIA INSTITUTE OF
INTEGRAL STUDIES
Dept. of Psychology
Harrison Voigt
765 Ashbury Street
San Francisco, CA 94117
W: 415-753-6100 ext. 268
FAX: 415-753-1169

CENTER FOR HUMANISTIC STUDIES
Clark Moustakas
40 E. Ferry Avenue
Detroit, MI 48202
W: 313-875-7440
H: 313-851-7312
FAX: 313-875-2610

DUQUESNE UNIVERSITY
Dept. of Psychology
Roger Brooke
600 Forbes Avenue
Pittsburgh, PA 15282
W: 412-396-6563
FAX: 412-396-5197

JOHN F. KENNEDY UNIVERSITY
Ron Levinson
370 Camino Pable Road
Orinda, CA 94563
W: 510-254-0110
FAX: 510-254-4870

SAYBROOK INSTITUTE
Rudy Melone
450 Pacific Ave.3rd Floor
San Francisco, CA 94133
W: 415-433-9200
FAX: 415-433-9271

SEATTLE UNIVERSITY
Psychology Dept.
Kevin Krycka
Seattle, WA 98122
W: 206-296-5398
FAX: 206-296-5997
H: 206-463-6806

SONOMA STATE UNIVERSITY
Psychology Dept.
Art Warmoth
700 Bonnie Avene
Rohnert Park, CA 94928
W: 707-664-2689
H: 707-664-2689
FAX: 707-664-2505

THE UNION INSTITUTE
Larry Ryan
Dean, Graduate School
440 E. McMillan Street
Cincinnati, OH 45206
W: 513-861-6400
FAX: 513-861-0779

THE UNIVERSITY OF CHICAGO
Psychology Dept.
Gene Gendlin
5848 S. University Avenue
Chicago, IL 60637
W: 708-328-6793

UNIVERSITY OF DALLAS
Psychology Dept.
Robert Kuglemann
Irving, TX 75062
W: 214-721-5268
FAX: 214-721-5130

UNIVERSIDAD AUTONOMA
DE LA LAGUNA
Manuel Cervantes Mijares
Veracruz 208 Ote.
Col. Las Rosas
Gomez Palacios
Durango, Mexico
W: 011-5217-143335
H: 011-5217-144024
FAX: 011-5217-285069

HARMONY INSTITUTE
Alexander Badkhen & Mark Pevzner
9 Costello Street
St. Petersburg 196066 Russia
W: 011-7-812-291-8220
FAX: 011-7-812-293-1330

WALDEN UNIVERSITY
Brian Austin
Human Services Track
155 Fifth Ave., South
Minneapolis, MN 55401
W: 612-338-7224
FAX: 612-338-5092

WEST GEORGIA COLLEGE
Mike Arons
Psychology Dept.
Carrollton, GA 30018
W: 404-836-6510
FAX: 404-836-6633
H: 404-854-4056

## NATIONAL ASSOCIATION MEMBERS

ASSN. FOR HUMANISTIC PSYCHOLOGY
Georgia Berland
Executive Director
45 Franklin St. - #315
San Francisco, CA 94102-6017
W: 707-431-7559
FAX: 415-346-7993

DIVISION 32 - APA
Maureen O'Hara
225 Stevens Ave., Ste.214
Solona Beach, CA 92075
W: 619-436-7031
FAX: 619-436-1034

## NPAA MEMBER OF CDPP

Marsha Hammond, Chair
545 Oakland Ave., SE
Atlanta, GA 30312
W: 404-371-7437
H: 404-657-7669

## CONSULTING MEMBERS

NATIONAL PSYCHOLOGY INTERNSHIPS
Jack Farrar
3030 Emerald Drive
Jonesboro, GA 30236
W: 404-473-0404
FAX: 404-473-0325

FIELDING INSTITUTE
Joan Read
34 Lenox Place
Atlanta GA 30324
W: 404-364-0893
FAX: 404-264-0743

FIELDING INSTITUTE
Ron Giannetti
2112 Santa Barbara Street
Santa Barbara, CA 93105
W: 805-687-1099
FAX: 805-687-4590

S01994



**AFFILIATE MEMBERS**

SOUTHWESTERN COLLEGE
Robert Waterman, President
P.O. Box 4788
Santa Fe, NM 87502
W: 505-

INST.TRANSPERSONAL PSYCH.
Robert L. Schmitt
744 San Antonio Blvd.
Palo Alto, CA 94303
W: 415-493-4430
FAX: 415-493-6835

S01995