# EXHIBIT 6

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

--oOo--

SUSAN COONEY,                                No.  04-11572JLT

    Plaintiff,

vs.

SAYBROOK GRADUATE SCHOOL
AND RESEARCH CENTER and
MAUREEN O'HARA, Individually,

    Defendants.
_____/



Deposition of

MAUREEN O'HARA

Monday, March 13, 206

NOTICING ATTORNEY:   PAUL W. MORENBERG

REPORTED BY:   JANICE M. JOBE, CSR NO. 4734

G O L D E N   G A T E   R E P O R T E R S LLC
35 Mitchell Boulevard, Suite 8
San Rafael, CA  94903-2010
(415) 491-4611 * 1-800-442-4611
FAX (415) 491-4635

email: ggr35@depos.com           web: http:/www.depos.com

printed/copied on recycled paper

1   A.   It was earlier than that.  It was shortly after
2  he arrived in '96, so it was in the fall of '96.
3   Q.   I know that at some point Dr. Malone passed
4  away.  Do you recall the time frame of that?
5   A.   It was while Jerry Bush was still alive, so it
6  would have been '98, maybe early '98.
7   Q.   And, unfortunately, Dr. Bush also passed away.
8  What's the approximate time frame when he died?
9   A.   I think he died in the spring of 1999.
10   Q.   You mentioned the faculty review process.  Can
11  you tell me a little more how that worked; were there
12  faculty committee meetings where you were interviewed?
13   A.   Yes, I was interviewed by the entire faculty.
14   Q.   And was that one meeting or several meetings?
15   A.   As I recall, it was one meeting.
16   Q.   Do you remember when that was?
17   A.   No, I don't recall when that was.
18   Q.   You came to Saybrook in or about February 1997?
19   A.   Right.
20   Q.   Was it well before that or right before it that
21  you met with the faculty?
22   A.   It was the fall of '96, sometime between when
23  Jerry Bush contacted me and when I was made the offer.
24   Q.   And how many people participated in that
25  faculty committee meeting?

47