# EXHIBIT 1

Handbook or Licensing and Certification Requirements                              Page 1 of 1



# Handbook of Licensing and Certification Requirements

- EPPP Requirements

- Master's Level Licensure by Jurisdiction

- Mobility by Jurisdiction

Just click on the jurisdiction name below to see the licensure requirements for that jurisdi

| | | | | |
|---|---|---|---|---|
| Alabama | Hawaii | Minnesota | North Dakota | Tennesse |
| Alaska | Idaho | Mississippi | Nova Scotia | Texas |
| Alberta | Illinois | Missouri | Ohio | Utah |
| Arkansas | Indiana | Montana | Oklahoma | Vermont |
| Arizona | Iowa | Nebraska | Ontario | Virgin Isla |
| British Columbia | Kansas | Nevada | Oregon | Virginia |
| California | Kentucky | New Brunswick | Pennsylvania | Washingto |
| Colorado | Louisiana | New Hampshire | Prince Edward Island | West Virgi |
| Connecticut | Maine | New Jersey | Quebec | Wisconsin |
| Delaware | Manitoba | New Mexico | Rhode Island | Wyoming |
| District of Columbia | Maryland | New York | Saskatchewan | |
| Florida | Massachusetts | Newfoundland/Labrador | South Carolina | |
| Georgia | Michigan | North Carolina | South Dakota | |

Home | About ASPPB | Publications | Mobility for Psychologists | For Licensing Boards
Consumer Information | For Students | For Psychologists | Exam/Licensure | Sitemap | Downloads | Related Links

ASSOCIATION OF STATE AND PROVINCIAL PSYCHOLOGY BOARDS
P.O. Box 241245 | Montgomery, AL  36124-1245 | Phone: 334-832-4580 | Fax: 334-269-6379
Email: asppb@asppb.org

Questions or comments about our website, contact: webmaster@asppb.org



118-2

District of Columbia

**District of Columbia Board of Psychology**
Office of Professional Licensing
825 North Capitol Street, N.E., Suite 2224
Washington, DC 20002
Phone: (202) 442-4761  Fax: (202)442-9431

### Statutory Authority

| | |
|---|---|
| **Type of Statute:** | Licensure law |
| **Statutory Reference:** | D.C. Health Occupations Revision Act of 1985, D.C. Code §2.3301-2.33 |
| **Rules and Regulations:** | D.C. Municipal Regulations, Title 17, Chapter 69 |
| **Board Composition:** | 5 members who serve 3-year terms, appointed by mayor with advice an counsel of D.C. Council: 4 psychologists and 1 consumer member |

### Scope of Practice

"Practice of psychology" means the application of established scientific methods and principles, including the principles
of psychophysiology, learning, perception, motivation, emotions, organizational and social behaviors for the purpose of
understanding, assessing, treating, explaining, predicting, preventing, or influencing behavior; the application of psychological
methods and procedures for interviewing, counseling, psychotherapy, including behavior therapy, behavior modification, behavior
medicine, or hypnotherapy; or the application of psychological methods or procedures for constructing, administering, or interpreting
tests of intelligence, mental abilities and disorders, neuropsychological functioning, aptitudes, interests, attitudes, personality
characteristics, emotions, or motivations.

*D.C. Code §2-3301.2(16)(A)*

### Professional Mobility

| | |
|---|---|
| **Reciprocity:** | No reciprocity agreements |
| **CPQ:** | Accepts Certificate of Professional Qualification in Psychology (CPQ). Applicant must take jurisprudence exam. |
| **Endorsement:** | May license without examination if licensed in another state and requirements are substantially equivalent. |
| **Waiver of EPPP:** | Waives EPPP for ABPP diplomate; must take jurisprudence exam. Waiv EPPP for National Register listed member. |
| **Temporary Licensure:** | Temporary licensure not available, but applicant for licensure may wor under supervision while awaiting licensure. |

118-3

| | |
|---|---|
| **Special Situations:** | A psychologist licensed in another jurisdiction who is consulting in the District on a limited basis, serving in an emergency relief capacity or testifying as an expert witness may practice for not more than 30 days without a DC license. |
| **Types of Licensure** | Psychologist |
| **Restrictions** | None |
| **Number of Licensees** | 1067 |

### Licensure Requirements

| | Psychologist |
|---|---|
| Education | Doctoral degree in psychology from a regionally accredited institution and from a program that is APA/CPA accredited or ASPPB/NR designated. |
| Supervised Experience | Internship must meet criteria in board rules; 1500 hours over 2-year period with at least 150 hours individual supervision per year; APA/CPA-approved, APPIC-listed, approved by doctoral program. 2 years of postdoctoral supervised experience (4,000 hours) with at least 150 hours individual supervision per year. Must be completed in 2 to 3 years. |
| **Examinations** | |
| EPPP required? | Yes |
| EPPP passing score | - one-half standard deviation below mean of all candidates |
| Applicant may take EPPP | During postdoctoral year |
| Computer-based EPPP? | Yes |
| Oral exam required? | No |
| Other exams? | Written jurisprudence examination |
| Other passing scores | 75% |
| Retakes of EPPP allowed (including first sitting) | Unlimited |
| **Continuing Education** | 30 hours every 2 years; must be APA/DCPA approved |
| **Fees** | |
| Application | $50 U.S. |
| License | $120 U.S. |
| Examinations | EPPP: $504 U.S. |

118-4

Jurisprudence: $20 U.S.

| | |
|---|---|
| Renewal | $120 U.S. every 2 years |
| Reinstatement | $170 U.S. |

**Notes**

Federal government employees conducting federal business are exempt from the requirement for licensure.

School psychologists are exempt from the requirement for licensure where they are regulated by the District of Columbia public schools.

118-5

## Massachusetts

**Massachusetts Psychology Board**
Division of Professional Licensure
239 Causeway Street
Boston, MA 02114

**Phone:** (617) 727-9925

**Web Site:**
www.state.ma.us/reg/boards/py/default

**Email:** Karen.schwartz@state.ma.us

**Fax:** (617) 727-2366

### Statutory Authority

| | |
|---|---|
| **Type of Statute:** | Licensure law |
| **Statutory Reference:** | (Sections 118-129-A) www.state.ma.us/legis/laws/mgl/112-11 |
| **Rules and Regulations:** | www.state.ma.us/reg/boards/py/cmr.htm |
| **Board Composition:** | 9 members appointed by governor to 5-year terms: 7 licensed p and 2 public members |

Scope of Practice
"The practice of psychology", rendering or offering to render professional service for any fee, monetary or otherwise, to individuals, groups of individuals, organizations or members of the public which includes the observation, description, evaluation, interpretation, and modification of human behavior, by the application of psychological principles, methods and procedures, for the purpose of assessing or effecting changes in symptomatic, maladaptive or undesired behavior and issues pertaining to interpersonal relationships, work and life adjustment, personal effectiveness and mental health. The practice of psychology includes, but is not limited to, psychological testing, assessment and evaluation of intelligence, personality, abilities, attitudes, motivation, interests and aptitudes; counseling, psychotherapy, hypnosis, biofeedback training and behavior therapy; diagnosis and treatment of mental and emotional disorder or disability, alcoholism and substance abuse, and the psychological aspects of physical illness or disability; psychoeducational evaluation, therapy, remediation and consultation. Psychological services may be rendered to individuals, families, groups and the public. For purposes of this definition, the practice of psychology does not include the teaching of psychology, the conduct of psychological research, or the provision of psychological consultation to organizations, unless such teaching, research or consultation involves the delivery or supervision of the types of direct services described above to individuals or groups of individuals.
*Annotated Laws of Massachusetts, Chapter 112, §118.*

Professional Mobility

**Reciprocity:**   No reciprocity agreements

118-6

| | |
|---|---|
| **CPQ:** | Does not accept CPQ |
| **Endorsement:** | Does not license by endorsement |
| **Waiver of EPPP:** | Supervision requirements waived for individual(s) holding ABPP |
| **Temporary Licensure:** | Temporary licensure not available |
| **Special Situations:** | Psychologist licensed for independent practice in another jurisdi practice or consult in Massachusetts 1 day per month without o Massachusetts license (up to 12 days per year) |

| Types of Licensure | Psychologist (PY) | Psychologist-Prov PR) |
|---|---|---|
| Restrictions | Cannot independently offer health services to the public | Can independently off services to the public |
| Number of Licensees | 315 | 4909 |

### Licensure Requirements

| | Psychologist | Psychologist-Provi |
|---|---|---|
| Education | Doctoral degree in psychology from regionally accredited institution; (program must be ASPPB/NR designated) | Doctoral degree in psyc appropriate to offering services, from regionall institution; (program m ASPPB/NR designated) |
| Supervised Experience | At least 2 years supervised experience total<br>Predoctoral: 1600 hours with 100 hours face-to-face supervision, individually or in groups of 3 or smaller (1:16 ratio); must complete in no fewer than 10 mos., no more than 24 mos.<br>Postdoctoral: 1600 hours with 100 hours face-to-face supervision, individually or in groups of 3 or smaller; must complete in 36 consecutive months<br><br>At least half of supervision must be from licensed psychologist per year; other half can be M.D. or LICSW. | At least 2 years supervi experience total, all (32 health service setting Predoctoral/internship: with 100 hours face-to-f supervision (1:16 ratio) or in groups of 3 or sm internship must meet cr rules; must complete in than 10 mos. , no more mos.<br>Postdoctoral: 1600 hou hours face-to-face super individually or in groups smaller; must complete consecutive months.<br><br>At least half of supervisi from licensed psycholo other half can be M.D. |
| **Examinations** | | |
| EPPP required? | Yes | Yes |
| Version of EPPP being used? | Computerized | Computerized |
| EPPP passing score | 500 | 500 |

118-7



| | | |
|---|---|---|
| Applicant may take EPPP: | When all licensing requirements are complete | When all licensing requi complete |
| Oral exam required? | No | No |
| Oral exam passing score | N/A | N/A |
| Other exams? | Jurisprudence | Jurisprudence |
| Other passing scores | 70% | 70% |
| Retakes of EPPP allowed (including first sitting) | Must pass within 3 years | Must pass within 3 year |
| **Continuing Education** | 20 hours every 2 years, only from APA approved sponsors. Up to 10 hours can be from psychology publication if peer reviewed journal or book | 20 hours every 2 years, APA approved sponsors hours can be from psyc publication if peer revie or book |
| **Fees** | | |
| Application | $100 U.S. | $100 U.S. |
| Examination | EPPP: $450 + $90 U.S. | EPPP: $450 + $90 U.S. |
| Other | License fee: $180 U.S. | License fee: $180 U.S. HSP added to a current $150 U.S. (no additiona licensed as a health ser at time of initial licensu |
| Renewal | $180 every 2 years | $180 every 2 years |

118-8

# Maryland

**Maryland Board of Examiners of Psychologists**
4201 Patterson Avenue, Room 222
Baltimore, MD 21215
Phone: (410) 764-4787                                   Fax: (410) 358-7896

## Statutory Authority

| | |
|---|---|
| **Type of Statute:** | Licensure law |
| **Statutory Reference:** | Health Occupations §18-101-502 (Title 18) |
| **Rules and Regulations:** | COMAR, Title 10, Subtitle 36 |
| **Board Composition:** | 9 members appointed by governor to 4-year terms: 7 professiona members and 2 consumer members |

## Scope of Practice

"Practice psychology" means to provide to any person:

(i)     Any service for compensation involving the application of psychological principles, psychological methods, or psychological procedures for understanding, predicting, or influencing behavior, including the principles that relate to learning, perception, motivation, emotions, organizational relationships, and interpersonal relationships;

(ii)     Any service for compensation involving the application of psychological methods or psychological procedures for interviewing, counseling, psychotherapy, behavior modification, or hypnosis; or

(iii)     Any service for compensation involving the application of psychological methods or psychological procedures for constructing, administering, or interpreting tests of mental abilities, neuropsychological functioning, aptitudes, interests, attitudes, personality characteristics, emotions, or motivations.

"Practice psychology" includes:

(i)     The application of psychological principles and psychological methods in the diagnosis, prevention, treatment, and amelioration of psychological problems, emotional conditions, or mental conditions of individuals or groups;

(ii)     The use of psychological methods to assist an individual in acquiring greater human effectiveness or to modify feelings, conditions, attitudes, or behavior that is emotionally, intellectually, or socially ineffectual or maladjusted; and

(iii)     The use of biofeedback instruments that do not pierce or cut the skin to measure physical and mental functioning.

*Title 18, §18-101(e)(1) and (2), Annotated Code of Maryland*

## Professional Mobility

| | |
|---|---|
| **Reciprocity:** | No reciprocity agreements |
| **CPQ:** | Accepts the Certificate of Professional Qualification in Psychology Applicant must take state examination |

118-9

| | |
|---|---|
| **Endorsement:** | Does not license by endorsement |
| **Waiver of EPPP:** | Does not waive EPPP for individual holding ABPP diplomate |
| **Provisional Licensure:** | Provisional licensure available for a psychologist licensed in anot jurisdiction practicing in Maryland for a limited time or an individ licensed in another jurisdiction who is a recent resident of Maryla waiting to take exams and receive results. |
| **Special Situations:** | Psychologist licensed in another jurisdiction must obtain a tempo Maryland license to serve in emergency relief, testify as an expert or consult on a limited basis. |

| **Types of Licensure** | **Psychologist** | **Psychological Associate** |
|---|---|---|
| **Restrictions** | None | Registration, not licensure; must under supervision of licensed ps |
| **Number of Licensees** | 2349 | 400 |

## Licensure Requirements

| | **Psychologist** | **Psychological Ass** |
|---|---|---|
| **Education** | Doctoral degree in psychology; program must meet ASPPB/NR designation criteria or be APA/CPA accredited | Master's degree in ps substantial equivalent |
| **Supervised Experience** | Applicants for licensure must have at least two years of professional supervised experience in psychology that is approved by the Board. At least one year must have occurred after the doctoral degree is awarded. Postdoctoral: 1750 hours (1 year) with 1 hour per week face-to-face supervision; max. 7 supervisees per supervisor; Supervisor must be a licensed psychologist with internship and postdoctoral supervised experience. | N/A |
| **Examinations** | | |
| EPPP required? | Yes | No |
| EPPP passing score | 73% for paper-based exam; 500 for computer-based exam | N/A |
| Applicant may take EPPP: | After all requirements, including 1 year postdoctoral experience, are met | N/A |
| Computer-based EPPP? | Available April 2002 | |
| Oral exam required? | No | No |

118-10

| | | |
|---|---|---|
| Other exams? | State jurisprudence exam | No |
| Other passing scores | 75% | N/A |
| Retakes of EPPP allowed (including first sitting) | 4 times per year; unlimited | N/A |
| **Continuing Education** | 40 units every 2 years, at least 3 hours of which must be in ethics; No more than 16 hours can be home-study if APA-approved | None |
| **Fees** | | |
| Application | $200 U.S. | $100 (OTO) |
| Examination | EPPP: $500 U.S. State exam: $200 U.S. | N/A |
| Other | None | None |
| Renewal | $350 U.S. every 2 years | N/A |

Notes
The Board issues a single generic license for psychologists. Psychology practice in federal government and armed services employment is exempt from requirement for licensure. Employment at certified charter education facilities and some state employment is exempted. Industrial-organizational psychologists can only be licensed under the Board's single generic license. Master's or master's plus school psychologists are licensed by the department of education for school-based employment only.

118-11

# New Mexico

**New Mexico Board of Psychologist Examiners**  http://www.RLD.state.nm.us
P.O. Box 25101
Santa Fe, NM 87502
Phone: (505) 476-7078    Fax: (505) 476-7087
EMAIL: Gloria.Carrillo@state.nm.us

## Statutory Authority

| | |
|---|---|
| **Type of Statute:** | Licensure law |
| **Statutory Reference:** | NMSA §§61-9-1 through 61-9-18 |
| **Rules and Regulations:** | Title 16, Chapter 22, Parts 1-12 |
| **Board Composition:** | 8 members appointed by governor to 3-year terms: 5 psychologis public members |

**Scope of Practice**
"Practice of psychology" means the observation, description, evaluation, interpretation and modification of human behavior by the application of psychological principles, methods and procedures for the purpose of preventing or eliminating symptomatic, maladaptive or undesired behavior and of enhancing interpersonal relationships, work and life adjustment, personal effectiveness, behavioral health and mental health, and further means the rendering of such psychological services to individuals, families or groups regardless of whether payment is received for services rendered. The practice of psychology includes, but is not limited to, psychological testing or neuropsychological testing and the evaluation or assessment of personal characteristics such as intelligence, personality, abilities, interests, aptitudes and neuropsychological functioning; counseling, psychoanalysis, psychotherapy, hypnosis, biofeedback, behavior analysis and therapy; diagnosis and treatment of any mental and emotional disorder or disability, alcoholism and substance abuse, disorders of habit or conduct and the psychological aspects of physical illness, accident, injury and disability; and psychoeducational evaluation, therapy, remediation and consultation;

*New Mexico Statutes Annotated §61-9-3(D)*

## Professional Mobility

| | |
|---|---|
| **Reciprocity:** | No reciprocity agreements |
| **CPQ:** | Accepts Certificate of Professional Qualification in Psychology ( |
| **Endorsement:** | The Board waives EPPP for applicants with 15 years of current and verification of supervisors. |

118-12

| | | |
|---|---|---|
| **Waiver of EPPP:** | Board waives EPPP requirement for ABPP diplomate | |
| **Temporary Licensure:** | Temporary licensure not available | |
| **Special Situations:** | Individuals licensed as independent practice psychologists in a jurisdiction do not have to be licensed to serve in an emergenc capacity. | |

| **Types of Licensure** | **Psychologist** | **Psychologist Associate** |
|---|---|---|
| **Restrictions** | None | Must work under supervis psychologist, psychiatrist worker |
| **Number of Licensees** | 548 | 12 |

## Licensure Requirements

| | **Psychologist** | **Psychologist Associate** |
|---|---|---|
| **Education** | Doctoral degree in psychology from an APA/CPA-accredited or ASPPB/NR-designated program | Master's degree in psycho regionally accredited insti |
| **Supervised Experience** | 2 years, 3000 hours total Predoctoral/internship: 1500 hours in 24-month period; 1 hour face-to-face supervision per week; internship must be APA/CPA-approved or meet criteria in board rules and must meet APPIC criteria<br>Postdoctoral: 1500 hours; 1 hour face-to-face supervision per week; Must be APA/CPA-approved, APPIC-listed, and approved by examing board<br>Supervisor must be a licensed psychologist with postdoctoral supervised experience. | 1 year of 1500 hours of s experience and 4 years of degree experience<br><br>Supervisor must be a lice psychologist. |
| **Examinations** | | |
| EPPP required? | Yes | Yes |
| EPPP passing score | Passing score is a score equal to or greater than the passing score recommended by ASPPB | Mean for all master's can |
| Applicant may take EPPP: | During postdoctoral experience | |
| Computer-based EPPP? | Yes | Yes |
| Oral exam required? | Yes | Yes |

118-13

| | | |
|---|---|---|
| Oral exam passing score | Pass/Fail basis | Pass/Fail basis |
| Other exams? | No | No |
| Retakes of EPPP allowed *(including first sitting)* | 3 times during 18-month period | 3 times total |
| **Continuing Education** | 60 hours every 3 years, 6 hours must be multi-cultural | 60 hours every 3 years, 6 must be multi-cultural |
| **Fees** | | |
| Application | $300 U.S. | $300 U.S. |
| Examination | As required by PES | As required by PES |
| Other | Inactive status/retirement fee: $150 U.S. annually | Inactive status/retirement U.S. annually |
| Renewal | $300 U.S. annually | $300 U.S. annually |

## Notes
Practice in federal, state, county or municipal agency or educational institution may be exempt from requirement for licensure.
Industrial/Organizational psychologists are exempt from licensure requirements.

## Oral Examination

| | |
|---|---|
| **Content:** | Jurisprudence, ethics, competence to practice |
| **Format:** | Scenario(s); lasts approximately 1 hour and 15 minutes |
| **Given:** | Second Friday in January and July |