# EXHIBIT 2

## SAYBROOK INSTITUTE

March 24, 1997

To: ~~Faculty and Administration~~ Rudy Melone, Maureen O'Hara, Gerry Bush, Ian Wickram

From: Tom Greening

Re: SHOULD SAYBROOK SEEK APA ACCREDITATION?
This memo supersedes my February 27, 1997 draft

I am circulating this memo to the faculty and administration for written comments.

Saybrook's Committee on APA Accreditation is composed of
Rudy Melone, Chair
Tom Greening
Ian Wickram
Gerry Bush, ex officio?
Maureen O'Hara, ex officio?
Bill Littleton, ex officio?

I reviewed the following material from APA regarding accreditation:
(Book 1 and Book 2 are combined into one booklet)
   Book 1: Guidelines and Principles for Accreditation of Programs  in
         Professional Psychology.
   Book 2: Accreditation Operating Procedures.
   Self-Study Guidelines in Preparation for Accreditation Site Visit of
         Doctoral Programs in 1997.
   Explanation of Accreditation Fees for Doctoral Training Programs.

   The combined initial cost for Application Fee ($1650) and Site Visit Charge $3600) would be $5250.  In addition, the amount of documentation that would have to be supplied by administration, faculty and staff is immense, and thus costly to assemble.

   Because of the huge cost that would be incurred, and the issues involving Saybrook's unique mission, we should keep Gerry Bush and the trustees informed.  At what point do we share our thoughts with the faculty and trustees, and invite input?

   When it comes to listing practicum and internship sites, especially APA accredited ones, used by our students, we would have a hard time documenting very many (See APA Guidelines Section 4 on pages 6-7.)   The

S00255

attached lists are not sufficient  To assess Saybrook's readiness to apply for APA accreditation, we need a more impressive and extensive list of clinical internships and practica, and the supervisors.  Who can supply this?

The APA documents emphasize training in skills and competencies for providing services.  True, it does say that APA evaluates the degree to which a program achieves the goals of its own stated training model, and that APA should not explicitly prescribe these goals or processes.  Instead, it should judge the degree to which a program achieves outcomes and goals that are consistent with its own stated training model.  But note again the word "training."

Saybrook is not a trade school, professional school, or training academy.  For example, we don't teach students to administer and score the WAIS or Rorschach, or to make theory- and research-based interventions in psychotherapy sessions.  I have taught clinical practicum seminars at Pepperdine, and have supervised UCLA students doing psychotherapy based on my having observed them through a one-way mirror.  That is training in specific skills and competencies.

We do good education, but little training in such clinical competencies and skills.  We tell students to get such training on their own in internships, and some of them already have competencies and skills based on their pre-Saybrook training and practice.  Our emphasis is on teaching students to read and to think about what they have read and experienced, and to write about what they read, experience, and think.  In some ways Saybrook is more like a post-doctoral program with a philosophical, social criticism perspective on clinical psychology.  We educate students in psychological theory and clinical studies, and we train them to think.

S00256



| ENROLLED INTERNS | COMPLETED INTERNSHIPS | CURRENT PRACTICUMS (Credit / No Credit) | FINISHED PRACTICUMS |
|---|---|---|---|
| **Michael McGuire** | **Donald L. Knoblich** <br> *Payallup Valley Instit.* <br> *Good Samaritan Mental* <br> *Health Services* | | M. McGuire (2 units) <br> D. Knoblich - 2 <br> (6 units) |
| **Paul Hooton** <br> *Dade Correctional Institution,* <br> *Miami, FL* | **Dea Coschignano** <br> *Jefferson Center for Mental* <br> *Health,* <br> *Arvada CO* | | P. Hooton (3 units) |
| **Michael McCartney** <br> *Family Support Assoc.,* <br> *Harrisburg, PA* | **Roben Marvit** <br> *Diamond Head Child &* <br> *Adolescent Mental Health* <br> *Center,* <br> *Honolulu, HI* | | R. Marvit (3 units) |
| **Evelyn Leslie, MA** <br> *Center for Mental & Family* <br> *Studies* <br> *University of Denver,* <br> *Department of Psych.* | **Ronald Collins** <br> *The Institute for Psychological* <br> *Growth* <br> *Ft. Lauderdale, FL* | | E. Leslie, MA (1 unit) |
| **James Piegari** <br> *Terence Cardinal Cooke* <br> *Health Care Center, NY* | **Sharon Dillinger** <br> *Counsel. & Test. Ctr.,* <br> *Pacific Lutheran Univ.,* <br> *Tacoma, WA* | | S. Dillinger (1 unit) |
| **Diane Murray** <br> *Four Winds Hospital* <br> *Saratoga Springs, NY* | **Larry Moyer** <br> *The Sierra Clinic* <br> *SF, CA* | | D. Murray (3 units) <br> *pre-internship pract.* |
| | **Tim Burton** <br> *Southwest Fam Svcs PA* <br> *Minneapolis, MN* | | |
| | **Vergia Kemp-Blackman** <br> *Leeward Oahu Comm. Mental* <br> *Health Center,* <br> *State of HI Dept Health* <br> *Mental Health Division* | | |
| | **John Salerno** <br> *Psychological & Behavioral* <br> *Health Ctr.,* <br> *Toms River, N.J.* | | |
| | **Holly Smith** <br> *1210 Ruffels Road* <br> *Parksville, BC* <br> *(Drs. Penner & Nadler)* | | |
| | **David Sortino** <br> **(unofficial)** | | |
| | **Susan Cooney** <br> **(unofficial)** <br> *MA General Hospital* <br> *Cambridge, MA* | | |

S00257

*Greening ATA*

# SAYBROOK INSTITUTE
## Referrals for available Internships and Job Announcements
### as of 27 June 1995

Type of Internship: Clinical, pre-doctoral    Provides Job Exp.: No    Job Placement: No

Organization information:    James F.T. Bugental Corporation
100 Tamal Plaza
Corte Madera CA 94925

Person to contact:  Molly Sterling, Ph.D.    Phone:  415.927.7419

Special needs/comments:  MFCC Required

Lead:  Molly Sterling    Can be contacted: Yes  at: 415.927.7419    Fax: None

---

Type of Internship: Clinical    Provides Job Exp.: No    Job Placement: No

Organization information:    International Center for the Enhancement of Learning Potential
47 Nazkis Street
Jerusalem Israel 91077

Person to contact:  Alex Kozulin    Phone:  972-2-391951

Special needs/comments:  Includes clinical and educational work with learning disabled and functionally retarded children

Lead:  Alex Kozulin    Can be contacted: yes  at: 972-2-331979    Fax: Fax: 972-2-619815

---

Type of Internship: Clinical, pre and post-doctoral    Provides job Exp.:Yes    Job Placement: No

Organization information:    DCMHC
Riverside County
Indio CA

Person to contact:  Dr. Marshall Hamilton    Phone:  619.863.8455

Special needs/comments:  Child Psychotherapy/outpatient, Family and Adults/inpatient.  Good training for licensure.  Also work in criminal services.

Lead:  Christopher Flach    Can be contacted: Yes  at: 619.773.2151    Fax: None

S00258

# S A Y B R O O K   I N S T I T U T E
## Referrals for available Internships and Job Announcements
### as of 27 June 1995

Type of Internship: Clinical, pre & post-doctoral      Provides Job Exp.: No    Job Placement: No

Organization information:      Hollywood Mental Health
3550 W. 6th Street
Los Angeles CA 90020

Person to contact:  Arthur Soissons-Segal, Ph.D.          Phone:  213.738.4975

Special needs/comments:  Outpatient mental Health

Lead:  Arthur Soissons-Segal, Ph.D.      Can be contacted: Yes  at: 818.407.0530      Fax: None

---

Type of Internship: Pre-doctoral      Provides Job Exp.: Yes    Job Placement: No

Organization information:      Community Counseling Services of Puget Sound
Highline West Seattle Mental Health Clinic
15410 Ambaum Blvd. SW
Burien WA 98166

Person to contact:  Myrna Rosea (Interim Supervisor)          Phone:  206.844.9137

Special needs/comments:  Intern program is primarily for MA students.  Emphasis on brief therapy.  Very Friendly place.

Lead:  N/A          Can be contacted: Yes, Myrna Rosea  at: N/A  Fax: None

---

Type of Internship: Job Announcement      Provides job Exp.:n/a    Job Placement: n/a

Organization information:      Christopher Flach, Ph.D.
Palm Desert Offices

Person to contact:          Phone:  619.773.2151

Special needs/comments:  Looking for a Ph.D. to share office.  License is essential.  Will help with clients, e.g., can help get local HMO contacts.

Lead:  N/A          Can be contacted: Yes  at: 619.773.2151      Fax:

# SAYBROOK INSTITUTE
## Referrals for available Internships and Job Announcements
### as of 27 June 1995

Type of Internship: Clinical, Pre & Post-doctoral    Provides Job Exp.: N/A    Job Placement:

Organization information:          Humanistic Psychotherapy Center
                                   3989 St. Hubert - C.P 414 Socc B.
                                   Montreal, Quebec, H3B-3J7

Person to contact:  Dr. Gerard Bouffard              Phone:  514.272.2710

Special needs/comments:

Lead:  Dr. Gerard Bouffard          Can be contacted: Yes  at: same as above      Fax: 514.522.6487

---

Type of Internship: Clinical, Pre & Post-doctoral    Provides Job Exp.: n/a    Job Placement:

Organization information:          The Queen's Medical Center
                                   Department of Psychology
                                   1301 Punchbowl Street [Kam1, MHC]
                                   Honolulu HI 96813

Person to contact:  Carol L. Nowak, Ph.D.            Phone:  808.547.4401

Special needs/comments:  We follow APPIC guidelines for selecting interns.  Our pre-doctoral internship is fully accredited by APA. Positions available for Sep. '96, apply by Dec. '95

Lead:  Carol L. Nowak          Can be contacted: Yes  at: same          Fax: 808.547.4646

---

Type of Internship: Business    Provides job Exp.:n/a    Job Placement:

Organization information:          Lorraine Granit, Ph.D.
                                   1181 Boulevard Way
                                   Walnut Creek CA 94595

Person to contact:                                   Phone:  510.945.8008

Special needs/comments:  I Have consultation groups with a control mastery orientation.  Not internship, for improving therapy skills only.

Lead:  Lorraine Granit, Ph.D.          Can be contacted: Yes  at:          Fax:

S00260

# S A Y B R O O K   I N S T I T U T E
## Referrals for available Internships and Job Announcements
### as of 27 June 1995

Type of Internship: Clinical, Pre & Post-doctoral    Provides Job Exp.: n/a    Job Placement:

Organization information:

Emerson Hospital
North 5
PO Box 9120
Concord MA 0174-9120

Person to contact: Gordon Homer, Ph.D.                    Phone: 508.287.3516

Special needs/comments: Psychology interns, advance practicum students and post-docs who have some psychological testing skills. Especially valued are Rorschach, Intellectual and Cognitive testing ability. Call for details to apply by 12/95. Available 9/96, APPIC Guidelines

Lead: Gordon Homer, Ph.D. Chief Psychologist                    **Can be contacted: Yes**
at: same as above in afternoons          Fax: 508.287.3695

---

Type of Internship: Clinical, pre-doctoral    Provides Job Exp.: n/a    Job Placement:

Organization information:

Staunton Clinic
Sewickley Valley Hospital
720 Blackburn Road
Sewickley PA 15143-1498

Person to contact: Arthur A. Craft, Ph.D.                    Phone: 412.935.5177

Special needs/comments: 1000 practicum hours from program director. PA Act 33 & 34 clearance. Listed in APPIC directory. Spaces available for 9/96, apply by 12/95.

Lead: Beate Friedeberg, M.A.          Can be contacted: Yes at: 412.741.0789          Fax:

---

Type of Internship:    Provides job Exp.:    Job Placement:

Organization information:

Person to contact:                    Phone:

Special needs/comments:

Lead:                    Can be contacted:  at:                    Fax:

S00261



**SHOULD SAYBROOK SEEK APA ACCREDITATION?**
Tom Greening
Revised March 24, 1997

<u>Arguments against seeking APA accreditation, and responses:</u>

1.  Saybrook has been advised by several professors who were involved in getting their programs APA accredited that the process is not worth it, and to avoid it because it would undermine Saybrook's uniqueness.
>   Example:
>   "It ruined the program, made it into a drab, formalistic one.  We now give a pseudo social science Ph.D., whereas it should be a Psy.D. because it is not based on any real research or original thinking."

2.  Excerpt from a conversation between a university psychology faculty member and an APA accreditation team site visitor:

    APA team:  Why do you want APA accreditation?

    Professor:  We thought it was the right thing to do.

    APA team:  If your program's unique orientation is important to you, then you should <u>not</u> go for APA approval, because if you get it you will either soon lose it, or you will become a mainstream program within 3 to 5 years.

    Professor:  Why?

    APA team:  Because in order to keep APA accreditation you will be inspected by future site visiting teams, and they will ask about specific training techniques or practices.  When you say that you don't have them, they will insist upon them in order for you to keep accreditation.  So you will incorporate them and thus become mainstream, or else you will lose your accreditation.

3.  Saybrook gets enough applicants who do not want an APA accredited program.  If Saybrook offers an APA accredited program it will be flooded with students who want that and who do not care about Saybrook's uniqueness.  In recruiting, we should tell students about psychology careers that do not involve APA-style training in manualized service and adherence to managed care treatment guidelines.

S00262

4. Many Saybrook students and potential applicants already have human service careers, credentials and licenses, and do not necessarily need or want licensing as psychologists.  They want to do academic work and earn Ph.D.s, and open up career possibilities in teaching and research in addition to their on-going practices.

5. It would be useful to do a careful analysis of new students and applicants over the past few years to see what credentials and careers they already have, and for what credentials and careers they will be eligible with Saybrook degrees.

6. A compromise solution would be to obtain APA accreditation but limit the number of students in the APA "track" to 40% of the student body so that APA style training would not dominate Saybrook or squeeze out students with more diverse interests and goals.

_____

<u>Thoughts based on some students' complaints and requests:</u>

It is very important that in Saybrook's recruiting it be kept clear that Saybrook does not offer an APA accredited program or a comprehensive clinical training program.  We offer clinical inquiry courses, and some courses may have a component of training in clinical skills, but it is misleading to say or imply more than that.

Saybrook offers courses in all the categories APA recommends for students intending to take state licensing exams.  Students have regularly been allowed to sit for state licensing exams based on their Saybrook transcripts.   Others have challenged state licensing boards and won the right to take licensing exams.  Nevertheless, the phrase "APA equivalent" should not be used because some students might misinterpret it to mean "APA accredited."  It may sometimes happen that a state will require a degree from an APA accredited program in order to sit for licensing, and might not accept an "APA equivalent" program.  As stated, some students have successfully challenged such opposition.

Some internship sites may also require that students be from APA approved programs.  Students should be clear that they will not be eligible for such internships.  Fortunately, there are many other excellent internships sites, partly because they also do not want to be constrained by APA requirements or go through the accreditation process.

A student complained that Saybrook faculty advisers do not have students' transcripts and thus are not equipped to advise students on whether they are taking courses and obtaining internships that will enable

S00263

them to sit for licensing exams. Although advisors cannot be expected to know the requirements for licensing in all the states, it is important that they work closely with students to obtain and evaluate this information in relation to students' intentions regarding licensing.

The argument is sometimes made in APA and other circles that the Flexner Report helped establish much needed standardization of medical training early in the century, so that the public is protected by knowing that a doctor with an M. D. degree has had a certain level and content of training. This is a persuasive argument in some regards, but overlooks some less desirable consequences. Standardization and orthodoxy can stifle innovation, creativity, and responsiveness to public need. Organized medicine has been deficient and sometimes oppositional in developing knowledge and service in the fields of holistic health, nutrition, and natural childbirth, to give a few examples. Innovative contributors to those fields have sometimes picketed and been evicted from medical association meetings in the early years before their approaches became accepted. Psychology is a broad and complex field. Attempts by APA or other organizations to simplify and standardize it (such as the current attempts to manualize psychotherapy) are not in the long-term best interest of the profession or the public.

S00264

6

## Tom Greening's synopsis of Ilene Serlin's report on the CIIS program, and the implications for Saybrook seeking APA accreditation.

3/9/97.

Ilene Serlin reports that as a clinical supervisor for at least 8 CIIS students she hears repeated similar complaints about the deleterious effects on their programs of CIIS seeking APA accreditation. The students are very disappointed about this.

These students say they chose Ilene as a supervisor because on their list of approved supervisors it was rare to find anyone with an existential, archetypal or transpersonal orientation. The orientation of almost everyone else on the list is cognitive-behavioral or object-relations.

The students also report having a hard time finding practicum sites which are sympathetic to existential, archetypal or transpersonal perspectives. Most of the sites and supervisors are very traditionally oriented.

The students report having fewer and fewer interesting courses available. One student began in the PhD program, which has now become a PsyD program, as CIIS is phasing out the PhD. This student wants to do a research dissertation, but under the new PsyD program is not required to or supported in doing so. She is bitter because she moved here from a great distance in order to study East/West psychology, and now feels stuck.

Ilene reports repeatedly hearing from these students that they are disappointed once they arrive at CIIS and find out how traditional it has become. Many feel betrayed, but are too far along to switch. A number have expressed relief at feeling "safe" with Ilene as a supervisor because they can discuss their more interesting and unusual experiences as therapists, discuss existential theory and interventions, etc. In contrast, they feel that they are being constantly evaluated by an increasingly rigid bureaucracy at CIIS

Ilene suggests interviewing these students to get more direct reports and possible quotations we could use in our report. She can supply the names of the students.

S00265

Memo to Tom Greening from a Saybrook graduate.    January 1996

<u>Possible Reasons for Seeking APA Accreditation</u>

Benefits to the institution:

1.  There could be 2 unique (individual) programs within Saybrook, one with a focus on clinical psychology (APA accredited) (60% of students) and a second program for research, scholarly pursuits in Humanistic Studies, Qualitative Research, History, etc.  This would protect researchers and others from being confined by APA intrusion.

2.  APA Accreditation would allow Saybrook Institute to be more attractive to perspective students.
    A.  No more hassles from regional (state) licensing boards.

    B.  Allow Saybrook Institute graduates to work in pre-doctoral/post-doctoral internships) institutions (i.e. hospitals) where only APA graduates are allowed.

    C.  Would attract students who are more seasoned and serious about their pursuits but would like to take advantage of "at a distance learning" including those who need to work full-time jobs. (Saybrook Institute has excellent professors and experts in the field of humanistic psychology—we should use this as a recruitment asset.)

    D.  Saybrook Institute could advertise itself as specializing in the study of Humanistic Psychology:  issues relating to Humanistic Studies and qualitative analysis in research--I know of no other programs who do this.

    E.  To my knowledge, Fielding is the only accredited APA at-a-distance program.

    F.  With more prospective applicants, Saybrook Institute could choose a high caliber of candidates.

3.  Humanistic psychology is under-represented in what is taught in graduate programs.  By graduating more Ph. D.'s with this orientation and spreading the "word, " I would think more people would be interested in the subject area.  (Especially necessary as an alternative

S00266

to the managed care, crank them out, bottom line psychotherapy that is happening now.  Pardon my cynicism).

4.  I have yet to see a Saybrook Institute advertisement in any paper or publication(such as the <u>APA Monitor</u>).  With accreditation I would think we could do more self promotion.

5.  Maybe it's about time we change!

6.  I see no reason why the psychology program would have to change much--we could offer pre and post doc follow-up to graduates.  We could place students in APA approved internships (now prohibited) and we could make some of the courses more practically oriented with case discussion--inservices,  etc.

7.  We could use the computer expertise of Arne Collen and company to have discussions about cases (no names or identifying data of course) as a learning tool.

8.  APA accreditation would be a boost to the image of Saybrook Institute.  We could compete as a graduate school without compromising our values (much).

9.  Saybrook Institute is unique—we should capitalize (bad word) on this feature of our program.

10.  We have great founders & staff:  Rollo May, Jim Bugental, yourself, Stan Krippner, etc.

11.  The money raised from more students could supplement the research and theoretical (non-clinical) portion of Saybrook Institute (40%?).

12.  There must be benefits to having APA accreditation.

13.  We could use alumni, students, NPAA etc. to help us.  Would Fielding be of any assistance?  Would APA offer to help?

14.  I think it is an "investment" into the future of Saybrook Institute.

In short, just a few ideas.  As a graduate who practices in the field of psychology, in a traditional city, I know people like me (graduates of Saybrook Institute) would be more welcome into traditional institutions (hospitals, etc.) if Saybrook were APA accredited.  But in general I believe

S00267

the clinical psychology program which could be designed (using Humanistic Psychology principles) would be a major benefit to individuals who seek and receive psychological services from mental health professionals.  We can offer a "unique" individualistic approach to assisting individuals with emotional difficulties and not treat our clients using the medical model strictly.

---

Comment by Tom Greening:  This memo was distributed to the faculty in January 1996.  No one responded to it, suggesting that faculty interest in this topic is low or non-existent.

S00268

## INTERNSHIPS AND LICENSING

Excerpt from a statement Tom Greening gives to his students:

Read carefully the sections on internships and licensing in the catalog. I will be glad to discuss these topics with you. Rudy Melone keeps up to date on the ever-changing licensing scene, and along with the Dean administers the Saybrook procedures necessary to record your internships on your transcript. I have supervised many psychological assistants who have gone through the process of accumulating hours and taking licensing exam in California, and can offer some suggestions.

Over 60% of Saybrook graduates take the psychology licensing exams in their states. They do this even though Saybrook does not provide the clinical training required for licensure. They obtain the necessary internship training on their own, building upon the academic education they receive at Saybrook and the extensive clinical experience many have had prior to entering Saybrook.

The faculty will encourage and assist students to keep the requisite records. The responsibility for being eligible to take the licensing exam, however, remains the student's. State laws regarding eligibility for licensure change, and students have sometimes had to take additional post-doctoral courses or provide extensive documentation of course work and clinical training.

Saybrook does not seek students whose primary motivation is to become licensed as psychologists, and does not offer a clinical psychology training program. Such students are less likely to commit themselves to Saybrook's more philosophical, scholarly critical thinking and research-oriented approach to psychology, and probably could more expeditiously obtain a Ph.D. or Psy.D. and license by some other route.

Fortunately, there are many advanced Saybrook psychology students and graduates who can attest to the value of Saybrook's approach and who can assist the faculty in communicating its advantages for serious career psychologists.

Excerpts from a letter from a student
to Amedeo Giorgi, Acting Dean—

APA accreditation would provide Saybrook with minimum standards in mental health care, something necessary in the mental health profession, just as in any healing profession such as the medical profession. Students could still follow their special interests such as transpersonal. Students could still be creative. Some may argue that APA-accreditation would make Saybrook churn out cookie-cutter psychologists. I disagree, and so do a number of other students. In the real world, psychologists need certain skills to deal with the everyday problems they will face. Knowledge of the transpersonal realm may deepen a therapist's skills, but does not replace them.

Professional life as a psychologist is different now from the days of Rollo May or James Bugental. Becoming a psychologist is a significantly more rigorous and competitive proposition. .........students without certain core courses should not be licensed, in that they should not be allowed to practice carelessly and potentially harm patients due to their lack of knowledge and skills.

I have witnessed doctoral students at Saybrook ask, during guest presentations, focus groups, and one-on-one, for "a technique" to use in psychotherapy. These students have not had the basic training and education they need--and worse, they don't know that they need it. Some may argue that they don't want APA-approval because APA embraces the medical model. But isn't it important to even know what the medical model is and how it came about? We have to take a lot of things in life that we don't embrace in whole; but there is some good to be had. There is no reason to throw out the entire APA issue.

I have met several students without a master's degree who were enrolled in Foundations of Clinical Thought without having had any other coursework in psychology. This course and many others should require leveling courses in core areas. Although this course is itself considered a beginning course, the assignments include a critique of a discharge summary; a comparison and contrast of a psychoanalytic case history, a cognitive-behavioral case, and an existential case; writing one's own case history in two disciplines; and writing the case history of a client. The guidelines in the course guide include looking at the origins of psychological problems; considering diagnosis, assessment, and symptomatology; describing the role of the therapist and the therapeutic relationship; and discussing transference issues. Mastery of these assignments requires a fundamental knowledge in core areas including personality theory, counseling theory and technique, and psychopathology, to name several. However, there are no prerequisites for this course and a

S00270

master's degree in psychology is not required either.  As I said, this course itself is supposed to be a beginning course.  As you can see, the completion of this course for a student without the appropriate background would be significantly less meaningful and presumably difficult; yet students have completed these courses with no apparent difficulty.  This is harmful to Saybrook's credibility. The completion of a course ought to indicate the mastery of that material at a fairly consistent level from student to student. While adjustments are sometimes made for purposes of individual interests, this should not be at the expense of the content and spirit of the course, particularly a foundational course.

This is an example of the need for improved academic guidelines and requirements in psychology, something that could be strengthened by the structure of APA-accreditation.  In addition, I believe that such strengthening of the program is necessary for Saybrook's survival.  And most students want it.  A Ph.D. in psychology, regardless of an individual's goals, should reflect the (hopefully high) standards of the school.  Right now, there do not appear to be any standards.

During the 1995 June Conference, the most well-attended seminar was one that embraced the scientist-practitioner model.  Ian Wickram gave an excellent seminar on somatization and psychophysiology, presenting several case studies.  The reason this seminar was so well attended (aside from Ian's knowledge, charisma, and professionalism) is because a majority of students are clinicians, and they are hungry for empirically grounded education and training on diagnosis and intervention of real-world problems that clinicians will see in practice.  A problem, however, as Ian recognized, was that many students were anxious to purchase their own physiological equipment and perform hypnosis without having received appropriate education and training.  Many of these students did not even have master's degrees, and many of them I am sure have not had even basic foundational courses in psychology (perhaps there should be requirements for seminars, with seminars developed for both master's and doctoral students).  This is presented as another example as to why APA- accreditation can help Saybrook.

Minimum standards in mental health are necessary so that (1) in the first place, no harm is done; (2) some good can be done; (3) Saybrook's Ph.D. will have real value and not be an embarrassment in the field; and (4) Saybrook can be competitive and remain a viable and sought-after institution in psychology in the coming years.  Not only should core courses in psychology be required, but admission criteria should be developed; apparently there are none.

I am concerned that Saybrook is not devoted to a quality education, but is most concerned about the amount of money that can be generated.

When a school has no admission criteria; no course requirements in psychology; little consistency in courses from student to student; refuses APA-accreditation; purports to be a clinical school, solicits clinical students, teaches clinical issues, and then denies that it is clinical, one comes to the possible conclusion that, in the worst case, the school is fraudulent and is only going through the motions, with no substance behind it, and in the best case, the school is being inappropriately run and is following ignorant and careless policies. These concerns are further validated by arbitrary increases in tuition and conferences, as well as negligent and unfair practices. (examples deleted-- not relevant to APA accreditation)

———————————————————————

Excerpts from email from Eugene Taylor to same student May 8, 1996—

Third, while Saybrook is not an APA approved clinical program, it does offer a humanistic and transpersonally oriented depth psychology that can be gotten nowhere else in the US, and especially not in any clinical program approved by the APA.

Fourth, Saybrook students have on occasion hired themselves a lawyer, presented their individual state licensing boards with full transcripts and even course guides and indicated that a suit would be pending if they were not given a fair hearing or permitted to sit for the licensure exam. John Burke was successful in so challenging the Massachusetts board and he won the right to sit for the exam, which he passed.

Finally, your argument about APA approved versus APA equivalent language is a good try at articulating the problem, but probably not the basis for a firm legal challenge, since anyone can call up the APA at any time and get the distinction cleared up. This is essentially public information to anyone who would avail themselves of the facts.

———————————————————————

To the same student from Tom Greening—

Your email provides much to think about, and I and others will reply at length when time permits. A few quick responses—

Saybrook's catalog clearly lists the APA recommended courses, and I would assume that any student who wants that type of graduate program would take those courses. Those are the courses most states require to be allowed to take the licensing exam, so again I would think students seeking licensure would take them for that reason. Were these recommended courses listed in the catalog you got?

S00272

I have had close contact with three APA approved programs: U of Michigan (where I was a student), UCLA, and Pepperdine. In each program I see a complex mixture of strengths and weaknesses. I have taught courses and supervised clinical students in the latter two programs, and I have supervised many psychological assistants who graduated from them. I see no clear or simple way to say that those APA programs are better than Saybrook's, although each of the four programs has unique strengths and weaknesses.

Saybrook will continue to explore the advantages and disadvantages of seeking APA accreditation. Recently we received strong advice from an administrator in an APA accredited program who had been instrumental in getting it, who emphatically told us it was not worth the cost in effort and stultification. Nevertheless, we will explore it further.

S00273


## Standards of Excellence for Non-Traditional Psychology Students at Innovative Graduate Schools.

Tom Greening
March 5, 1995. Revised February 27. 1997

In a non-traditional psychology graduate program for a diverse group of self-motivated mid-career adult learners, standards for content and level of learning--what they should learn and how they should demonstrate that learning--cannot consist simply of general, commonly applied criteria decided upon by faculty or psychology institutions such as APA, WASC, licensing boards, or the National Register. For such students, and for an institution such as Saybrook with a particular mission that intentionally differs from mainstream psychology's, standards must be set through careful, detailed, personal consideration of the unique learning needs, potentials, process, and results of the particular, individual students. "Standards" in the abstract risk becoming counterproductive of excellence in the concrete instance. Rigid focus on narrow standards results in lower standards.

Definitions of "psychology" and what a psychologist should know are transitory social constructions, often devised to serve rigid paradigms and power elites, constructed by flawed, situated mortals with biases, blind spots and vested interests. Any one definition of psychology and what a psychologist should know may or may not bring out the best in a psychology student and prepare him or her to optimally serve the profession and the public. A higher standard of excellence may be achieved by tailoring the psychology program to build on the strengths and interests of the particular student. This requires more work and creativity from students and faculty.

The people whose work led to the founding of Saybrook Institute, such as Maslow, Rogers, May, Bugental, Buhler, were known for being mavericks who did some of their best thinking when opposing prevailing trends in psychology. Now that psychologists are embracing the medical model of etiology and treatment, developing cognitive models of persons based on computers, seeking prescription privileges, serving as agents of the state with power to incarcerate and restrain, and dispensing cookbook therapy according to mandated cost-control guidelines for managed care, it is more important than ever that there be graduate programs like Saybrook's that offer alternative approaches.

My discussions with prospective students at recruiting sessions and new students at Residential Orientation Conferences convince me that Saybrook attracts highly motivated, individually unique students who want to strive for excellence and creativity in specialized areas in psychology, often building on very meaningful, self-selected efforts they have already begun. (One new, clinically experienced student whom I encouraged to pursue her special interests wrote a book proposal and received a publisher's advance sufficient to pay her entire Saybrook tuition.) Some prospective and new students would be put off by numerous standard, required psychology courses or rigid training requirements tailored to the APA model of human beings and how to relate to them. While striving for excellence, we must remember that for such efforts to be more than a rote fulfilling of externally imposed requirements, they must be congruent with the authentic personal best in psychology that each student can achieve.

S00275

## GOALS OF THE PSYCHOLOGY PROGRAM

Tom Greening
3/10/95

Since Saybrook Institute was founded in 1971 as the Humanistic Psychology Institute by the Association of Humanistic Psychology it has expanded its mission to include additional conceptions of human science. This combined emphasis appears in the Saybrook Institute Mission Statement in the catalog.

> The mission of Saybrook Institute is to provide a unique and creative environment for graduate study, research and communication in humanistic psychology and human science, focused on understanding and enhancing human experience.  Applying the highest standards of scholarship, the Institute is dedicated to fostering the full expression of the human spirit and humanistic values in society.

Saybrook's 1991 Psychology Program Review included these two goals of the program derived from earlier statements:

- To change the ways psychology is conceptualized, critiqued, researched, studied, taught and applied so as to make it maximally relevant to whole human beings.

- To better the human condition by contributing to theories of psychology and to the education of psychologists in ways that emphasize the enhancement and emancipation of people.

Note the emphasis on human experience, human spirit, humanistic values, change, enhancement and emancipation.  This means that Saybrook's Psychology Program is not intended to replicate existing APA or other programs, especially those that serve the status quo or neglect felt human experiencing in favor of objectifying methods.

S00276

## GOALS

1. To educate graduate students in psychology so that they may contribute to the science and profession of psychology as scholars, teachers, writers, researchers, therapists, counselors, consultants, planners, administrators, consultants, and activists.

2. To contribute to human knowledge through the preparation and dissemination of rigorously researched, clearly written, and effectively presented essays, articles, manuals, theses, books and other scholarly works.

3. To change and advance the ways that psychology is conceptualized, organized, researched, written about, taught, and applied so as to make it maximally relevant to human's understanding of themselves, other humans, and life on earth.

5. To offer holistic education for students as whole persons who benefit from experiential education in fieldwork, practica, internships, and cultural exchange programs to complement their academic education.

4. To enhance the human and global condition by contributing to the diversification and improvement of psychology's research methods, theories, teaching and learning methods, and interventions

6. To educate students who can think, write, learn and act critically, caringly, ethically and creatively in the world.


How will Saybrook assess the success of its Psychology Program?
1. Course credit and evaluation forms completed by faculty, based on written papers and discussions.
2. Proficiency exams (existing ones from non-Saybrook sources, and others to be adapted and developed.)
3. Practica, fieldwork, and internships evaluations by faculty and others.
4. Candidacy essays and exams evaluated by faculty.
5. Dissertation proposals evaluated by faculty.
6. Dissertations evaluated by faculty and outside readers.

By what criteria will Saybrook students' work be judged?
1. Clear thinking and writing, using critical thinking, argument analysis, engaging and grammatical English prose, APA style.



2.  Ability to select from a wide range of methods the ones best suited to specific questions, and to locate appropriate expert consultants and resources.

3.  Ability to plan and implement research and help-intended interventions regarding meaningful human concerns, informed by sophisticated awareness of potential impacts on individuals and systems, and with high ethical standards.

# SAYBROOK INSTITUTE

## APA Accreditation of Graduate Programs in Psychology
Tom Greening
January 21, 1995

The APA Committee on Accreditation (COA) of graduate programs in psychology has presented a draft of proposed revisions of standards. This was discussed at a joint board meeting of APA Divisions 29, 42 and 43.

> The major and seemingly radical shift in the proposed revision is a movement away from standard and operational criteria to be met by all training programs....The meaning of this change...is that programs no longer must meet standard criteria....This shift certainly protects the first responsibility of accreditation to provide and allow for diversity in training models....(Campbell, 1994, p.7)

Questions were raised about how well that goal can be integrated with the goals of insuring standards and protecting public interest. The concern was about practicum, internship and supervision requirements, not the academic content of programs.

The Joint Council on Professional Education in Psychology (JCPEP) recommends that programs include the "socialization of students in professional psychology." What does that mean? Given the trends in professional psychology toward embracing reductionistic biogenetic etiological models, advocating drug treatments for mental "illnesses," clamoring for prescription authority, welcoming of managed care dictation of treatment guidelines, seeking of power to restrain and seclude patients, and ignoring socio-political factors in psychological disorders, I don't want Saybrook Institute to "socialize" its students into conventional "professional psychology." That is not our mission. It is important that we champion diversity in graduate education to resist the imposition of narrow, dehumanizing, scientistic, elite-imposed paradigms.

Fortunately, the COA's draft recognizes the value of creative, responsible diversity:

> The primary objective of accreditation is to judge the degree to which a program has achieved the goals and objectives of its stated training model. That is, an accreditation body should not explicitly prescribe a program's educational goals or the process by which they should be reached; rather it should judge the degree to which a program achieves the outcomes and goals contained in its stated training model. (Committee on Accreditation)

WASC has set similar relevant criteria for accreditation, which include:

- a clear mission-based process to assure self-determination, yet responsive to the needs of society.
- a respect for the missions and autonomy of institutions who serve the many and diverse demands of students and society.

I find in these policy recommendations support for the restructuring of Saybrook's psychology program to establish new standards and support for rigorous individualized student programs aimed at maximizing learning by building on the motivations and strengths of adult learners.

References

Campbell, L. (1994, Spring). Accreditation revision – where are we headed? *Psychotherapy Bulletin.*

APA Committee on Accreditation. *Guidelines Working Draft.*

S00280