# EXHIBIT 3

## Saybrook Graduate School and Research Center

## Psychology Licensing Information Bulletin

### Consultation

I would like to introduce myself, to the Saybrook community, as Alan G. Vaughan, Ph.D., JD, an Executive faculty member of the Humanistic and Transpersonal Psychology Concentration (HTP). The Dean of Psychology requested that I take primary responsibility for consultation with graduate students on specific questions related to procurement of doctoral level licensure to practice psychology.

Licensing Information sessions will be scheduled, regularly, during residential conferences. I would be happy to consult with you on specific questions. My e-mail address is avaughan@saybrook.edu. Prior to any e-consultation, the following requests are made of students:

1. Indicate your name and program status in e-mail.

2. Review all relevant state licensure laws along with state Board of Psychology rules, regulations, and requirements for licensure to practice psychology.

3. File an attestation to your review of state licensing laws and state Board of Psychology rules, with the Saybrook Graduate School and Research Center, registrar.

4. Review, sign, and file with registrar, **The Informed Agreement to Saybrook Graduate School and Research Center Policies and Procedures on Licensure to Practice Psychology.**

5. Please frame your question(s) in specific terms, with citation to applicable sections of the law and/or Board of Psychology rules or regulations. Generic questions will result in general responses. Specific questions will result in more specific responses.

### Saybrook Graduate School and Research Center Policies and Procedures on Licensure to Practice Psychology

Saybrook Graduate School and Research Center does not currently offer a doctoral clinical psychology program accredited by the American Psychological Association (APA) or with program designation by the Association of State and Provincial Psychology Boards (ASPPB) and the National Register of Health Providers of Psychological Services (NRHSPP). Saybrook is an institution of higher education with accreditation from the Western Association of Schools and Colleges. While we do not offer a clinical psychology program accredited by (APA) or (ASPPB), we do offer courses in all domains of the psychology curriculum required for licensure application and procurement, by these professional associations. Under equivalency provisions, some state legislatures allow the state Board of Psychology discretion to grant a license to

1

practice psychology, within the jurisdiction, to graduates of clinical programs that have not been approved by (APA) or (ASPPB). Students are required to know the licensure laws in their jurisdiction, and to assume responsibility for completing a Saybrook program curriculum that meets licensure requirements.

The practice of clinical psychology is regulated by the legislature in each state, through the agency of an appointed Board of Psychology. As an informed Saybrook doctoral psychology student, with intent to pursue state license to practice psychology, it is important that you understand and acknowledge the following:

   -Saybrook Graduate Students are required to file, with the Saybrook registrar, a written ***Declaration of Intent to Pursue Licensure*** through the clinical track of the Humanistic and Transpersonal Psychology Concentration. Forms maybe obtained from the registrar and/or downloaded from the website.

   -Students are required to obtain and review current state laws regulating licensure to practice psychology and to file with the Saybrook registrar, an affidavit attesting to the review of state laws and state Board of Psychology rules, governing licensure to practice psychology.

   -Students are required to remain informed about changes in state laws and Board of Psychology rules affecting the practice of psychology. They may do so through the state legislature, Board of Psychology and/or by becoming a member of the state Psychological Association. Students may also obtain current licensing information, online, from the following websites: **Psychology Licensing Boards in the United States and Canada http://kspope.com/licensing/indexphp.  or http://www.asppb.org**

   -Saybrook Advising faculty will consult with students on curricula selections that best meet academic/training requirements outlined in published state statutes and board rules, on licensure to practice psychology.

   -Students assume full responsibility for location, planning, completion, and documentation of clinical practicum and pre-doctoral clinical internships.

   -Saybrook Graduate School and Research Center does not provide students with designated internship programs. It does provide information and support to help students fulfill this licensure requirement.

   -Finally, students are required to read, sign, and file with the Saybrook Graduate School and Research Center, registrar, **The Attestation and Informed Agreement to Saybrook Graduate School and Research Center, Policies and Procedures on Licensure to Practice Psychology.** This form can be downloaded from the website.

### (APA) & (ASPPB) Curricula Domain Requirements and Recommended Saybrook Equivalent Courses

\* There is a greater congruence between domain requirements and this Saybrook course offering. The others may be substituted and may satisfy APA domain requirements with greater risk of less congruence.

**Cognitive-Affective Bases :**
\*Cognitive Psychology #3030
Nature of Consciousness #8375

**Social Bases:**
\*Social Psychology # 7510
Structure and Dynamics of the Family #2010
Race and Racism # 6570
Gender and Society #6520

**Biological Bases:**
\*Contemporary Neuroscience #3090
Neuropsychology and Learning Disabilities #3110
Mind/Body Intervention in Health & Medicine #4060
Health Psychophysiology #4030
Complementary & Alternative Medicine # 4025

**Individual Differences**
\*Personality Theory and Research #6030
Gender and Society #6520

**Multicultural Bases**
\*Psychology of Multiculturalism in North America   #6010
Race and Racism #6570
Gender and Society #6520
Multiculturalism and the Family

**Assessment/Psychometrics**
\*Assessing Persons #2030
Cognitive Assessment  #2090
Personality Assessment ( in development)

**Psychopathology**
\*Psychopathology and Diagnosis #2050
Critical Issues in Psychopathology #2070

**Interventions**
Foundations of Clinical Thought #2000
One of the following:
Humanistic Psychology& Psychotherapy #3500
Existential Psychotherapies #2040

3

|  |  |
|---|---|
|  | Systems of Psychotherapy #2023<br>Transpersonal Psychology & Psychotherapy #3510<br>Basic Counseling Skills #2500 (recommended for new students with no clinical background) |
| <u>Professional Ethics and Practice</u> | Ethics in Psychotherapy and Psychological Research #6060 |
| <u>Developmental Bases</u> | Developmental Psychology #6020 |
| <u>History & Systems of Psychology</u> | History and Systems of Psychology #1080 |
| <u>Research</u> | Methods of Research & Disciplined Inquiry #1005 & #1015<br>Information Competency and Library Use #1006<br>Advanced Research Methods, (select one for Dissertation research):<br>-Case Study Methods in Psychology #1140<br>-Descriptive Phenomenological Psychological Methods #3130<br>-Experimental Research Methods #1030<br>-Qualitative Research Methods #1040<br>-Essays #9010, #9020, #9030<br>-Proposal<br>-Dissertation #9500 |

<u>Additional Areas</u> (some states require coursework, other states require class hours)

Human Sexuality #2060
Psychopharmacology #2505
Law and Ethics
California State Required Education Courses not currently offered at Saybrook
Child Abuse Identification and Reporting
Elder Abuse Identification and Reporting
Domestic Violence
Aging and Long Term Care

<u>Licensing Networks : State and Region (In Development)</u>

We have begun to identify alumni/clinicians, licensed to practice psychology, by state and in some foreign countries. Specific contact information will be made available upon verification of accurate alumni data and permission to list names on the website. We have alumni respondents from the following jurisdictions: **<u>Arizona, California, Colorado, Connecticut, Florida, Georgia, Hawaii, Maryland, Massachusetts, Michigan,</u>**

**Minnesota, Mississippi, New Jersey, New Mexico, New York, North Carolina, Ohio, Pennsylvania, Texas, Virginia, Washington, Wisconsin, Canada, England.**

**Jurisdictions that Restrict Licensure to Practice Psychology for Saybrook Graduates.**

There are two major obstacles in several states that either prevent or may pose an impediment to licensure procurement for Saybrook graduates:

(1) Program approval by the American Psychological Association and/or Program Designation by the Association of State and Provencal Psychology Board/ National Register of Health Service Providers in Psychology (NRHSPP). State legislatures and the Board of Psychology refuse to recognize those graduate schools, regardless of high academic performance standards, that neither have program accreditation by (APA), nor program designation by the (ASPPB).

(2) Residence Requirement: Some state legislatures or Board of Psychology rules require that specific course credits and/or hours be completed, continuously, "in residence", generally one year. They refuse to accept the fact that intermittent physical attendance requirements at our Residential Conferences accumulate credit hours that may meet their numerical standards for physical onsite "in residence".

We know the laws, rules, and regulations for the 50 states are in constant change. As such we are not able to remain absolutely current on the content of these changes. Presently, we believe there are 18 states that appear to have either or both of these obstacles to licensure. The states are: **Alaska, *District of Columbia, Florida, Georgia, Indiana, Louisiana, Massachusetts, Maryland, Missouri, Mississippi, New Mexico, North Carolina, Oklahoma, Pennsylvania, South Carolina, Tennessee, and Vermont.**

The reason that Saybrook cannot be absolutely positive that these 18 states in fact do have these obstacles (or that the other 32 states do not or will not, in the future, have one or both of these obstacles) is that each state has widely different and complex regulations, statutes, and precedent court decisions. In addition, they have numerous and varied political interest group politics and lobbying initiatives for and against more standardized education and training requirements for licensure to practice psychology.

In light of these legal, political, and economic realities, Saybrook must continue to ask graduate students to become and remain aware of licensure requirements for states in which they will apply for licensure. Thusly, we urge the following:

**Join the State Psychological Association as a means of remaining informed about changes in the regulation of the practice of psychology, in your jurisdiction. You may also wish to become a student affiliate of the American Psychological Association and/or the National Register of Health Service Providers in Psychology, in order to remain abreast of national changes.**

**Question**: Ask questions of Saybrook administration, alumni, current students, and the state psychological association.

**Exercise Wisdom and Foresight**: Please carefully reconsider your continued matriculation in Saybrook psychology programs, if you are enrolled primarily to procure a license to practice psychology in one of these 18 restrictive states.

**Exercise Self-Reliance**: If you seek to become licensed in any state, acquire reliable information from your state Board of Psychology.

Finally, if you are completing doctoral studies in psychology at Saybrook, with no current or future intent to procure licensure to practice psychology, these matters should not affect you.

Bill Bruff, Ph.D., Associate Vice President for Academic Affairs, and Art Bohart, Ph.D., Associate Dean for Psychology are available for individual consultation, should be affected by these matters.

**Demographics on current HTP clinical tack students, by state, region and country (In Development)**


**\*National Licensing Updates (In Development)**

National, regional, state and local updates on changes in licensing laws that affect training and continuing education


**\*Legislative Initiatives (Under Consideration)**

**Consultations**

State Legislature
State Board of Psychology
American Psychological Association (APA)
Association of State and Provincial Boards of Psychology (ASPBP)
National Register of Health Service Providers in Psychology (NRHSPP)
Other Doctoral Psychology Programs

**Attestation and Informed Agreement to Saybrook Graduate School and Research Center Policies and Procedures on Licensure to Practice Psychology**

Saybrook Graduate School and Research does not currently offer a doctoral degree program in clinical psychology accredited by the American Psychological Association (APA) or with program designation by the Association of State and Provincial Psychology Boards (ASPPB) and the National Register of Health Service Providers in Psychology (NRHSPP). Within the Humanistic and Transpersonal Psychology Concentration, Saybrook does offer courses in all areas of the psychology curriculum that satisfy (APA) and (ASPPB)/(NRHSPP) curricula domain requirements.

It is within authority of the state legislature, through agency of the state Board of Psychology, to grant license to practice psychology within the state jurisdiction. Some state legislatures rely on the expertise of national and state professional psychology associations in setting standards for education, training, certification and licensure. Therefore program accreditation by (APA) maybe required by the state as a condition for licensure application and procurement. This is not uniformly the case, with variance among states. At this time, Saybrook Graduate School and Research Center has sought neither (APA) nor (ASPPB) approval for its clinical psychology curriculum.

As a Saybrook doctoral psychology student, seeking state licensure to practice psychology, with the affixed signature, I attest to having been informed and knowledge of the following institutional policies, procedures, and practices as they pertain to licensure to practice psychology:

1. It is my individual responsibility to obtain and review current laws regulating practice of psychology in my home state and/or other states in which I plan to pursue license to practice psychology.
2. It is my individual responsibility, annually, to provide the Saybrook registrar with this attestation, that I have reviewed laws regulating the practice of psychology in my state.
3. It is my individual responsibility throughout program matriculation, annually, to remain informed and current about changes in psychology licensure laws.
4. Saybrook, through faculty advisement and consultation, will assist with selection of my academic curriculum, to meet the published legal requirements for license to practice psychology in my home state.
5. It is my individual responsibility to find, organize, and document my clinical practica and clinical internship(s).
6. Saybrook will provide any information and support they may have regarding internships, but I understand Saybrook does not provide designated internship sites or programs.

_____            _____
Student signature                                               Date


_____            _____
Licensing State                                                Anticipated Year of License Application

7

## Saybrook Graduate School and Research Center

## Declaration of Intent to Procure State License to Practice Psychology

In this document, to be filed with the registrar of Saybrook Graduate School and Research Center, I hereby declare my intent to enroll in the clinical program, within the Humanistic and Transpersonal Psychology Concentration, at Saybrook Graduate School and Research Center. Further, upon program completion, I intend to obtain a license to practice psychology, pursuant to current published licensing laws and requirements of the following state(s):

_____         _____
Student Signature                                              Declaration Date


List Jurisdiction/State(s) _____