# EXHIBIT 4

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

--oOo--


SUSAN COONEY,                                    No.   04-11572JLT

    Plaintiff,

vs.

SAYBROOK GRADUATE SCHOOL
AND RESEARCH CENTER and
MAUREEN O'HARA, Individually,

    Defendants.

_____/


Deposition of

ARTHUR BOHART

_____

Monday, June 12, 2006


NOTICING ATTORNEY:   PAUL W. MORENBERG


REPORTED BY:   JANICE M. JOBE, CSR NO. 4734

G O L D E N   G A T E   R E P O R T E R S LLC
35 Mitchell Boulevard, Suite 8
San Rafael, CA  94903-2010
(415) 491-4611 * 1-800-442-4611
FAX (415) 491-4635

email: ggr35@depos.com          web: http:/www.depos.com

printed/copied on recycled paper

1    A. No.

2    Q. Okay. I've copied your letter and excerpted

3 several pages from the exhibit which is -- which would

4 be over 300 pages.

5         MR. MORENBERG:  Could you mark that as the

6 next exhibit. It should be tabbed C.

7              (Plaintiff's Exhibit No. 118

8              was marked for identification.)

9         MR. MORENBERG:  Q. Dr. Bohart, the first page

10 of Exhibit 118 is your cover letter to me dated June 7,

11 2006?

12    A. Yes.

13    Q. The second page of that is the first -- is the

14 second page of the document of the package you sent me.

15 Do you recognize that?

16    A. Yes.

17    Q. And can you tell me when you first received or

18 gathered these documents?

19         MR. VARTAIN:  Objection; compound.

20         THE WITNESS:  Spring 2003.

21         MR. MORENBERG:  Q. And how did you come to

22 possess these documents?

23    A. I downloaded this from the ASPPB website.

24    Q. What's the significance of the notation "2001 I

25 think" at the top of this page?

                                                      12

1      A.   I believe this was published in 2001 and I

2   wrote that on there.

3      Q.   So that "2001 I think" is your handwriting?

4      A.   Yes.

5      Q.   And if it was published in 2001, how was it

6   that you downloaded it in 2003?

7      A.   We were working on preparing the February 2004

8   letter.

9      Q.   To clarify, it's your testimony that these

10  documents which you downloaded in 2003 from the website

11  for the Association of State and Provincial Psychology

12  Boards reflected information from 2001?

13      MR. VARTAIN:   Objection; ambiguous,

14  argumentative.

15      MR. MORENBERG:   I'd just like to state for the

16  record that that sounds like a form objection to me, so

17  the word "objection" should be sufficient.

18      Q.   Dr. Bohart, could you answer?

19      A.   Could you repeat the question?

20      MR. MORENBERG:   Can the reporter read the

21  question back to the witness.

22      (Record read as requested.)

23      THE WITNESS:   All I know is that the date of

24  the book was -- I believe was 2001.

25      MR. MORENBERG:   Q.   Okay.  And were there any

13