# EXHIBIT 1

# Mae Manage Your Loans℠

FAQ | Customer support

My contact information | Log out

:count summary    Billing summary    Make a payment    Change your payment plan    Postpone payments

ing summary > Account loan summary                                                             Search

## :count loan summary

ed below are loans currently associated with your account, including those not yet in repayment.

- To view additional loan information, choose the corresponding loan number.
- To view payments applied to individual loans, select the loan's payment history.


EXHIBIT
Cooney
24
11/27/06

| oan # | Program/Lender | Status | First disbursement date | Current principal balance | Interest rate | |
|---|---|---|---|---|---|---|
| -01 | Stafford-SUB/ SLM EDUCATION CREDIT FINANCE CORP | Paid/Consolidation | 08/12/1992 | $0.00 | 4.86% | Payment history |
| -02 | Stafford-SUB/ SLM EDUCATION CREDIT FINANCE CORP | Paid/Consolidation | 08/21/1991 | $0.00 | 8.0% | Payment history |
| -03 | Stafford-SUB/ SLM EDUCATION CREDIT FINANCE CORP | Paid/Consolidation | 06/10/1992 | $0.00 | 8.0% | Payment history |
| | Stafford-SUB/ SLM EDUCATION CREDIT FINANCE CORP | Paid/Consolidation | 06/17/1992 | $0.00 | 8.0% | Payment history |
| -05 | Stafford-SUB/ SALLIE MAE TRUST - LSC/FL | Paid/Consolidation | 10/06/1993 | $0.00 | 4.86% | Payment history |
| -06 | Stafford-SUB/ SALLIE MAE TRUST - LSC/FL | Paid/Consolidation | 01/26/1994 | $0.00 | 4.86% | Payment history |
| -07 | Supplemental Loans to Students-UNSUB/ SALLIE MAE TRUST - LSC/FL | Paid/Consolidation | 11/03/1993 | $0.00 | 5.23% | Payment history |
| -08 | Stafford-SUB/ SALLIE MAE TRUST - LSC/FL | Paid/Consolidation | 09/28/1994 | $0.00 | 4.86% | Payment history |
| L-09 | Stafford-UNSUB/ SALLIE MAE TRUST - LSC/FL | Paid/Consolidation | 09/28/1994 | $0.00 | 4.86% | Payment history |
| L-10 | Stafford-SUB/ SALLIE MAE TRUST - LSC/FL | Paid/Consolidation | 11/30/1994 | $0.00 | 4.86% | Payment history |
| L-11 | Stafford-UNSUB/ SALLIE MAE TRUST - LSC/FL | Paid/Consolidation | 12/14/1994 | $0.00 | 4.86% | Payment history |
| L-12 | Supplemental Loans to Students-UNSUB/ SLM EDUCATION CREDIT FINANCE CORP | Paid/Consolidation | 08/12/1992 | $0.00 | 5.38% | Payment history |
| 1-13 | Signature Student-UNSUB/ SLM PRIVATE CREDIT STUDENT LN TRUST | Vol Forbearance | 08/15/2001 | $30,580.82 | 9.25% | Payment history |
| 1-14 | Consolidation-UNSUB/ SALLIE MAE TRUST - LSC/FL | Vol Forbearance | 05/23/2003 | $123,052.43 | 4.625% | Payment history |
| 1-15 | Consolidation-SUB/ SALLIE MAE TRUST - LSC/FL | Vol Forbearance | 05/23/2003 | $69,151.54 | 4.625% | Payment history |

Privacy policy | Disclaimer | Terms of service                         © 1995 - 2006 Sallie Mae. All rights reserved.

# Sallie Mae | Manage Your Loans℠

EXHIBIT

FAQ | Customer support

My contact information | Log out

Account summary  |  Billing summary  |  Make a payment  |  Change your payment plan  |  Postpone payments

Account summary

Search

## Your account summary

Your account number:   9639568928

### Account information

| | |
|---|---|
| Next due date: | 03/13/2006 |
| Monthly payment amount: | $1,317.96 |
| Past due amount: | N/A |
| Late fee(s): | $109.48 |
| Other charges: | N/A |
| Present amount due: | N/A |
| Pay this amount: | $109.48 |
| Original principal balance: | $197,035.34 |
| Capitalized interest: | $24,219.83 |
| Outstanding principal balance: | $222,784.79 |
| Accrued interest: | $911.92 |
| Total amount outstanding: | $223,696.71 |

### Current payment plan
You have multiple payment plans.
View detailed payment schedule for details.

### View your...
- Billing summary.
  *Individual billing group information.*
- Loan(s) summary.
  *Individual loan information, including interest rates, and those loans not yet in repayment.*
- Account payment history.
- Application and new loan status.
- 10 day payoff.

### Print your...
- 1098-E tax information, available January 31, 2006.
- Account Summary Letter.
  *Acceptable for mortgage company credit reference as proof of your loan status.*

### Last five payments
| | |
|---|---|
| 12/05/2005 | $73.65 |
| 06/15/2005 | $270.85 |
| 03/08/2005 | $127.57 |
| 09/07/1993 | $56.00 |
| 08/04/1993 | $56.00 |

### Sweepstakes information
You have 1 sweepstakes entry this month.
- **Win $25,000 towards your loans!**

### Loan Advisor

- Being on time pays! Read more about borrower benefits on your eligible loans.
- **Learn about Sallie Mae's credit reporting policy and procedures.**
- **Having difficulty paying?**
- Use our Loan Payoff Calculator to determine your payoff amount.
- Important addresses

### Top glossary terms
1. Late fees
2. Outstanding principal balance
3. Capitalized interest
4. Accrued interest
5. Total amount outstanding

More glossary terms

### Did you know?
Sallie Mae offers a variety of education loan products designed to help you achieve your educational goals!

- Apply For A Loan

**Important message if you are consolidating**
If you are currently consolidating your loans, please continue making your monthly payment until you receive notification that the consolidation has been completed. If you have questions about the status of your consolidation loan, please go to loanconsolidation.salliemae.com.

Privacy policy | Disclaimer | Terms of service          © 1995 - 2006 Sallie Mae. All rights reserved.

0000032