**EXHIBIT 2**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 11572  JLT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUSAN COONEY,                        )
    Plaintiff                        )
                             )

v.                                   )
                             )

SAYBROOK GRADUATE SCHOOL AND         )
RESEARCH CENTER, and                 )
MAUREEN O'HARA, Individually         )
    Defendants                       )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFF SUSAN COONEY'S THIRD SUPPLEMENTAL RESPONSE
TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Request No. 34

All documents evidencing your alleged damages and/or any expenses incurred by you as a result of the allegations contained in your Complaint.

Response No. 34

Plaintiff has furnished responsive documents, which are attached hereto as Exhibit F. See also documents to be furnished in response to Request No. 33. Further answering, Plaintiff states her belief that Defendants possess additional documents that are responsive to this request.

Supplemental Response No. 34

Plaintiff has located additional responsive documents, which are attached as Exhibit J. See also documents furnished with Supplemental Response No. 33 (Ex. I). After a diligent search, plaintiff has found no other responsive documents. Plaintiff has requested further documentation of her loans from Sallie Mae, and expects to receive additional documents in one to two weeks. Plaintiff will supplement this response if additional documents are located.

Second Supplemental Response No. 34

Plaintiff has located her termination letter from Massachusetts General Hospital, which is attached as Exhibit N. Plaintiff previously produced a two-page communication from Sallie Mae at her January 26-27, 2006 deposition. Plaintiff produced an original document to defendants' counsel, and hereby requests that defendants' counsel return a photocopy. This two-page document should be added to Exhibit N, and will be Bates stamped 0000232 and 0000233.

Third Supplemental Response No. 34

Plaintiff has obtained additional records from Sallie Mae, which are enclosed as Exhibit O. These are uncertified records. Plaintiff intends to subpoena certified and updated loan records from Sallie Mae, which will be served to defendant's counsel upon receipt.

Plaintiff is also producing her 2005 tax returns, which are attached as Exhibit P.

Respectfully submitted,

SUSAN COONEY, Plaintiff,
By her attorneys,

E. Steven Coren, BBO # 099740
Paul W. Morenberg, BBO # 631101
Kerstein, Coren, Lichtenstein & Finkel, LLP
60 Walnut Street
Wellesley, MA  02481
(781) 997-1600

Dated:          December 21, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 11572 JLT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SUSAN COONEY,                          )
    Plaintiff                      )
                                       )
v.                                     )
                                       )
SAYBROOK GRADUATE SCHOOL AND           )
RESEARCH CENTER, and                   )
MAUREEN O'HARA, Individually           )
    Defendants                     )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFF SUSAN COONEY'S THIRD SUPPLEMENTAL RESPONSES
TO DEFENDANTS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS

EXHIBIT O

DEC-21-2006  13:22    KERSTEIN, COREN

617 244 6511    P.06

## SallieMae | Manage Your Loans℠

FAQ | Custo·

My contact infor

Account summary | Billing summary | Make a payment | Change your payment plan | Postp

Billing summary > Loan summary > Loan payment history

[  . ...  .

# Loan payment history

Below are the last 1 standard history transactions applied to the loan number indicated below. Click on the amounts breakdown on how the standard history transaction was applied.

The payment history shows payments that were applied to your loan (indicated below) to reduce your debt as well a interest and loan disbursements that are charged to your account.

If you would like to view a summary of all standard history transactions applied to your account, please view accoun history.

**Loan Number: 1-01**
**Original Balance: $7,500.00**

**Disbursement Date: 08/12/1992**
**Capitalized Interest: $N/A**

| Date | Description | Amount | Amount applied to principal | Amount applied to interest | Amount applied to late fee |
|------|-------------|--------|------------------------------|-----------------------------|-----------------------------|
| 05/23/2003 | PAYMENT | $ -7,530.93 | $-7,500.00 | $-30.93 | $0.00 |

**Frequently asked questions about payment history**

How are my payments applied?

What if I want to send larger payments?

How does my interest accrue?

What does it mean when interest is capitalized (added onto my balance)?

Why did my interest rate change?

Privacy policy | Disclaimer | Terms of service

VeriSign Secured VERIFY

© 1995 - 2006 Sallie Mae. All

About SSL
Certificates

**SallieMae** | Manage Your Loans™

FAQ | Custo

My contact info

Billing summary > Loan summary > Loan payment history

## Loan payment history

Below are the last 1 standard history transactions applied to the loan number indicated below. Click on the amounts breakdown on how the standard history transaction was applied.

The payment history shows payments that were applied to your loan (indicated below) to reduce your debt as well as interest and loan disbursements that are charged to your account.

If you would like to view a summary of all standard history transactions applied to your account, please view account history.

**Loan Number: 1-02**
**Original Balance: $7,500.00**

**Disbursement Date: 08/21/1991**
**Capitalized Interest: $N/A**

| Date | Description | Amount | Amount applied to principal | Amount applied to interest | Amount applied to late fee |
|------|-------------|--------|----------------------------|----------------------------|----------------------------|
| 05/23/2003 | PAYMENT | $ -7,550.92 | $-7,500.00 | $-50.92 | $0.00 |

-Frequently asked questions about payment history

How are my payments applied?

What if I want to send larger payments?

How does my interest accrue?

What does it mean when interest is capitalized (added onto my balance)?

Why did my interest rate change?

Privacy policy | Disclaimer | Terms of service

VeriSign Secured
VERIFY

About SSL Certificates

© 1995 - 2006 Sallie Mae. All

# SallieMae | Manage Your Loans

FAQ | Custor

My contact infor

Account summary | Billing summary | Make a payment | Change your contact information | Log

Billing summary > Loan summary > Loan payment history

## Loan payment history

Below are the last 1 standard history transactions applied to the loan number indicated below. Click on the amounts breakdown on how the standard history transaction was applied.

The payment history shows payments that were applied to your loan (indicated below) to reduce your debt as well as interest and loan disbursements that are charged to your account.

If you would like to view a summary of all standard history transactions applied to your account, please view account history.

**Loan Number: 1-03**
**Original Balance: $4,200.00**

**Disbursement Date: 06/10/1992**
**Capitalized Interest: $N/A**

| Date | Description | Amount | Amount applied to principal | Amount applied to interest | Amount applied to late fee |
|------|-------------|--------|------------------------------|------------------------------|------------------------------|
| 05/23/2003 | PAYMENT | $-4,228.52 | $-4,200.00 | $-28.52 | $0.00 |

**Frequently asked questions about payment history**

How are my payments applied?

What if I want to send larger payments?

How does my interest accrue?

What does it mean when interest is capitalized (added onto my balance)?

Why did my interest rate change?

Privacy policy | Disclaimer | Terms of service

VeriSign Secured
VERIFY

About SSL Certificates

© 1995 - 2006 Sallie Mae. All

1

SallieMae | Manage Your Loans™

FAQ | Custo

My contact info:

Account summary    Billing summary    Make a payment    Change your payment info    Logout

Billing summary > Loan summary > Loan payment history

## Loan payment history

Below are the last 7 standard history transactions applied to the loan number indicated below. Click on the amounts breakdown on how the standard history transaction was applied.

The payment history shows payments that were applied to your loan (indicated below) to reduce your debt as well as interest and loan disbursements that are charged to your account.

If you would like to view a summary of all standard history transactions applied to your account, please view account history.

**Loan Number: 1-12**
**Original Balance: $4,000.00**

**Disbursement Date: 08/12/1992**
**Capitalized Interest: $3,774.70**

| Date | Description | Amount | Amount applied to principal | Amount applied to interest | Amount applied to late fee |
|------|-------------|--------|-----------------------------|----------------------------|----------------------------|
| 05/23/2003 | PAYMENT | $ -7,944.18 | $-7,753.66 | $-175.90 | $-14.36 |
| 12/20/2002 | CAPITALIZED INT | $ 0.00 | $66.80 | $-66.80 | $0.00 |
| 10/22/2002 | CAPITALIZED INT | $ 0.00 | $2,894.00 | $-2,894.00 | $0.00 |
| 09/01/1995 | CAPITALIZED INT | $ 0.00 | $636.29 | $-636.29 | $0.00 |
| 09/07/1993 | PAYMENT | $ -56.00 | $-29.60 | $-26.40 | $0.00 |
| 08/04/1993 | PAYMENT | $ -56.00 | $-3.01 | $-52.99 | $0.00 |
| 06/01/1993 | CAPITALIZED INT | $ 0.00 | $177.61 | $-177.61 | $0.00 |

**Frequently asked questions about payment history**

How are my payments applied?

What if I want to send larger payments?

How does my interest accrue?

What does it mean when interest is capitalized (added onto my balance)?

Why did my interest rate change?

Privacy policy | Disclaimer | Terms of service

VeriSign Secured
VERIFY»

About SSL
Certificates

© 1995 - 2006 Sallie Mae. All

FAQ | Custo

## SallieMae | Manage Your Loans

My contact info.

Billing summary | Make a payment | Change your payment plan | Profi

Billing summary > Loan summary > Loan payment history

# Loan payment history

Below are the last 3 standard history transactions applied to the loan number indicated below. Click on the amounts breakdown on how the standard history transaction was applied.

The payment history shows payments that were applied to your loan (indicated below) to reduce your debt as well as interest and loan disbursements that are charged to your account.

If you would like to view a summary of all standard history transactions applied to your account, please view Accour history.

**Loan Number: 1-07**
**Original Balance: $9,180.00**

**Disbursement Date: 11/03/1993**
**Capitalized Interest: $6,855.49**

| Date | Description | Amount | Amount applied to principal | Amount applied to interest | Amount applied to late fee |
|------|-------------|--------|----------------------------|----------------------------|----------------------------|
| 05/23/2003 | PAYMENT | $-16,409.70 | $-16,035.49 | $-353.61 | $-20.00 |
| 12/20/2002 | CAPITALIZED INT | $0.00 | $134.34 | $-134.34 | $0.00 |
| 10/22/2002 | CAPITALIZED INT | $0.00 | $6,721.15 | $-6,721.15 | $0.00 |

**Frequently asked questions about payment history**

How are my payments applied?

What if I want to send larger payments?

How does my interest accrue?

What does it mean when interest is capitalized (added onto my balance)?

Why did my interest rate change?

---

Privacy policy | Disclaimer | Terms of service

VeriSign
Secured
VERIFY

© 1995 - 2006 Sallie Mae. Al

About SSL
Certificates

## Loan payment history

Below are the last 2 standard history transactions applied to the loan number indicated below. Click on the amounts breakdown on how the standard history transaction was applied.

The payment history shows payments that were applied to your loan (indicated below) to reduce your debt as well as interest and loan disbursements that are charged to your account.

If you would like to view a summary of all standard history transactions applied to your account, please view account history.

**Loan Number: 1-09**
**Original Balance: $5,316.00**

**Disbursement Date: 09/28/1994**
**Capitalized Interest: $3,471.58**

| Date | Description | Amount | Amount applied to principal | Amount applied to interest | Amount applied to late fee |
|------|-------------|--------|----------------------------|----------------------------|----------------------------|
| 05/23/2003 | PAYMENT | $ -8,823.82 | $-8,787.58 | $-36.24 | $0.00 |
| 04/22/2003 | CAPITALIZED INT | $ 0.00 | $3,471.58 | $-3,471.58 | $0.00 |

**Frequently asked questions about payment history**

How are my payments applied?

What if I want to send larger payments?

How does my interest accrue?

What does it mean when interest is capitalized (added onto my balance)?

Why did my interest rate change?

Privacy policy | Disclaimer | Terms of service

About SSL Certificates

© 1995 - 2006 Sallie Mae. All

FAQ | Custom

**SallieMae** | Manage Your Loans™

My contact infor

Account Summary      Billing summary      Make a payment      Change your payment plans     postpo

Billing summary > Loan summary > Loan payment history

## Loan payment history

Below are the last 2 standard history transactions applied to the loan number indicated below. Click on the amounts t breakdown on how the standard history transaction was applied.

The payment history shows payments that were applied to your loan (indicated below) to reduce your debt as well as interest and loan disbursements that are charged to your account.

If you would like to view a summary of all standard history transactions applied to your account, please view account history.

**Loan Number: 1-11**
**Original Balance: $3,764.00**

**Disbursement Date: 12/14/1994**
**Capitalized Interest: $2,399.32**

| Date | Description | Amount | Amount applied to principal | Amount applied to interest | Amount applied to late fee |
|---|---|---|---|---|---|
| 05/23/2003 | PAYMENT | $ -6,188.74 | $-6,163.32 | $-25.42 | $0.00 |
| 04/22/2003 | CAPITALIZED INT | $ 0.00 | $2,399.32 | $-2,399.32 | $0.00 |

Frequently asked questions about payment history

How are my payments applied?

What if I want to send larger payments?

How does my interest accrue?

What does it mean when interest is capitalized (added onto my balance)?

Why did my interest rate change?

Privacy policy | Disclaimer | Terms of service

© 1995 - 2006 Sallie Mae. Al

About SSL
Certificates

**SallieMae** | Manage Your Loans™

Billing summary > Loan summary > Loan payment history

## Loan payment history

Below are the last 1 standard history transactions applied to the loan number indicated below. Click on the amounts breakdown on how the standard history transaction was applied.

The payment history shows payments that were applied to your loan (indicated below) to reduce your debt as well as interest and loan disbursements that are charged to your account.

If you would like to view a summary of all standard history transactions applied to your account, please view accour history.

**Loan Number: 1-10**
**Original Balance: $671.00**

**Disbursement Date: 11/30/1994**
**Capitalized Interest: $N/A**

| Date | Description | Amount | Amount applied to principal | Amount applied to interest | Amount applied to late fee |
|------|-------------|--------|-----------------------------|----------------------------|----------------------------|
| 05/23/2003 | PAYMENT | $ -673.76 | $-671.00 | $-2.76 | $0.00 |

**Frequently asked questions about payment history**

How are my payments applied?

What if I want to send larger payments?

How does my interest accrue?

What does it mean when interest is capitalized (added onto my balance)?

Why did my interest rate change?

Privacy policy | Disclaimer | Terms of service

About SSL
Certificates

© 1995 - 2006 Sallie Mae. All

**SallieMae** | Manage Your Loans℠

Account summary | Billing summary | Make a payment | Change your payment plan | Forb

Billing summary > Loan summary > Loan payment history

## Loan payment history

Below are the last 12 standard history transactions applied to the loan number indicated below. Click on the amounts breakdown on how the standard history transaction was applied.

The payment history shows payments that were applied to your loan (indicated below) to reduce your debt as well as interest and loan disbursements that are charged to your account.

If you would like to view a summary of all standard history transactions applied to your account, please view account history.

**Loan Number: 1–13**
**Original Balance: $21,500.00**

**Disbursement Date: 08/15/2001**
**Capitalized Interest: $7,869.81**

| Date | Description | Amount | Amount applied to principal | Amount applied to interest | Amount applied to late fee |
|------|-------------|--------|-----------------------------|----------------------------|----------------------------|
| 04/06/2006 | PAYMENT | $ -662.99 | $-239.88 | $-406.94 | $-16.17 |
| 02/14/2006 | CAPITALIZED INT | $ 0.00 | $843.34 | $-843.34 | $0.00 |
| 12/05/2005 | FORB FEE PAYMENT | $ -50.00 | $-50.00 | $0.00 | $0.00 |
| 12/05/2005 | FORBEARANCE FEE | $ 50.00 | $50.00 | $0.00 | $0.00 |
| 12/05/2005 | PAYMENT | $ -73.65 | $0.00 | $-59.04 | $-14.61 |
| 10/14/2005 | CAPITALIZED INT | $ 0.00 | $908.24 | $-908.24 | $0.00 |
| 06/15/2005 | FORB FEE PAYMENT | $ -50.00 | $-50.00 | $0.00 | $0.00 |
| 06/15/2005 | FORBEARANCE FEE | $ 50.00 | $50.00 | $0.00 | $0.00 |
| 06/15/2005 | PAYMENT | $ -270.85 | $0.00 | $-255.31 | $-15.54 |
| 04/14/2005 | CAPITALIZED INT | $ 0.00 | $990.82 | $-990.82 | $0.00 |
| 03/08/2005 | PAYMENT | $ -127.57 | $0.00 | $0.00 | $-127.57 |
| 03/08/2005 | FORB FEE PAYMENT | $ -50.00 | $-50.00 | $0.00 | $0.00 |

**Frequently asked questions about payment history**

How are my payments applied?

What if I want to send larger payments?

How does my interest accrue?

What does it mean when interest is capitalized (added onto my balance)?

Why did my interest rate change?

FAQ | Custo

**SallieMae** Manage Your Loans

My contact Info

Account summary    Billing summary    Make a payment    Change your enrollment    Paid

Billing summary > Account loan summary

## Account loan summary

Listed below are loans currently associated with your account, including those not yet in repayment.

- To view additional loan information, choose the corresponding loan number.
- To view payments applied to individual loans, select the loan's payment history.

| Loan # | Program/Lender | Status | First disbursement date | Current principal balance | Interest rate |
|--------|----------------|--------|-------------------------|---------------------------|---------------|
| 1-01 | Stafford-SUB/ SLM EDUCATION CREDIT FINANCE CORP | Paid/Consolidation | 08/12/1992 | $0.00 | 4.86% |
| 1-02 | Stafford-SUB/ SLM EDUCATION CREDIT FINANCE CORP | Paid/Consolidation | 08/21/1991 | $0.00 | 8.0% |
| 1-03 | Stafford-SUB/ SLM EDUCATION CREDIT FINANCE CORP | Paid/Consolidation | 06/10/1992 | $0.00 | 8.0% |
| 1-04 | Stafford-SUB/ SLM EDUCATION CREDIT FINANCE CORP | Paid/Consolidation | 06/17/1992 | $0.00 | 8.0% |
| 1-05 | Stafford-SUB/ SALLIE MAE TRUST - LSC/FL | Paid/Consolidation | 10/06/1993 | $0.00 | 4.86% |
| 1-06 | Stafford-SUB/ SALLIE MAE TRUST - LSC/FL | Paid/Consolidation | 01/26/1994 | $0.00 | 4.86% |
| 1-07 | Supplemental Loans to Students-UNSUB/ SALLIE MAE TRUST - LSC/FL | Paid/Consolidation | 11/03/1993 | $0.00 | 5.23% |
| 1-08 | Stafford-SUB/ SALLIE MAE TRUST - LSC/FL | Paid/Consolidation | 09/28/1994 | $0.00 | 4.86% |
| 1-09 | Stafford-UNSUB/ SALLIE MAE TRUST - LSC/FL | Paid/Consolidation | 09/28/1994 | $0.00 | 4.86% |
| 1-10 | Stafford-SUB/ SALLIE MAE TRUST - LSC/FL | Paid/Consolidation | 11/30/1994 | $0.00 | 4.86% |
| 1-11 | Stafford-UNSUB/ SALLIE MAE TRUST - LSC/FL | Paid/Consolidation | 12/14/1994 | $0.00 | 4.86% |
| 1-12 | Supplemental Loans to Students-UNSUB/ SLM EDUCATION CREDIT FINANCE CORP | Paid/Consolidation | 08/12/1992 | $0.00 | 5.38% |
| 1-13 | Signature Student-UNSUB/ SLM PRIVATE CREDIT STUDENT LN TRUST | Repayment | 08/15/2001 | $31,184.28 | 10.0% |
| 1-14 | Consolidation-UNSUB/ SALLIE MAE TRUST - LSC/FL | Vol Forbearance | 05/23/2003 | $125,892.73 | 4.625% |
| 1-15 | Consolidation-SUB/ SALLIE MAE TRUST - LSC/FL | Vol Forbearance | 05/23/2003 | $70,747.72 | 4.625% |

**SallieMae** | Manage Your Loans™

Account summary    Billing summary    Make a payment    Change your payment plan    Post

Billing summary > Loan summary > Loan payment history

## Loan payment history

Below are the last 12 standard history transactions applied to the loan number indicated below. Click on the amount breakdown on how the standard history transaction was applied.

The payment history shows payments that were applied to your loan (indicated below) to reduce your debt as well a interest and loan disbursements that are charged to your account.

If you would like to view a summary of all standard history transactions applied to your account, please view accoun history.

**Loan Number: 1-14**
**Original Balance: $109,541.08**

**Disbursement Date: 05/23/2003**
**Capitalized Interest: $16,708.33**

| Date | Description | Amount | Amount applied to principal | Amount applied to interest | Amount applied to late fee |
|------|-------------|--------|-----------------------------|----------------------------|----------------------------|
| 06/30/2006 | CAPITALIZED INT | $ 0.00 | $1,434.13 | $-1,434.13 | $0.00 |
| 03/31/2006 | CAPITALIZED INT | $ 0.00 | $564.77 | $-564.77 | $0.00 |
| 02/23/2006 | CAPITALIZED INT | $ 0.00 | $841.40 | $-841.40 | $0.00 |
| 12/31/2005 | CAPITALIZED INT | $ 0.00 | $1,416.99 | $-1,416.99 | $0.00 |
| 09/30/2005 | CAPITALIZED INT | $ 0.00 | $1,400.68 | $-1,400.68 | $0.00 |
| 06/30/2005 | CAPITALIZED INT | $ 0.00 | $1,369.67 | $-1,369.67 | $0.00 |
| 03/31/2005 | CAPITALIZED INT | $ 0.00 | $195.35 | $-195.35 | $0.00 |
| 03/18/2005 | CAPITALIZED INT | $ 0.00 | $2,457.47 | $-2,457.47 | $0.00 |
| 10/02/2004 | CAPITALIZED INT | $ 0.00 | $2,814.37 | $-2,814.37 | $0.00 |
| 03/20/2004 | CAPITALIZED INT | $ 0.00 | $414.90 | $-414.90 | $0.00 |
| 02/20/2004 | CAPITALIZED INT | $ 0.00 | $2,953.71 | $-2,953.71 | $0.00 |
| 07/23/2003 | CAPITALIZED INT | $ 0.00 | $319.52 | $-319.52 | $0.00 |

**Frequently asked questions about payment history**

How are my payments applied?

What if I want to send larger payments?

How does my interest accrue?

What does it mean when interest is capitalized (added onto my balance)?

Why did my interest rate change?

**SallieMae** | Manage Your Loans℠

FAQ | Custo

My contact infor

Account summary    Billing summary    Make a payment    Change your payment options

Billing summary > Loan summary > Loan payment history

## Loan payment history

Below are the last 12 standard history transactions applied to the loan number indicated below. Click on the amount breakdown on how the standard history transaction was applied.

The payment history shows payments that were applied to your loan (indicated below) to reduce your debt as well as interest and loan disbursements that are charged to your account.

If you would like to view a summary of all standard history transactions applied to your account, please view account history.

**Loan Number: 1-13**
**Original Balance: $21,500.00**

**Disbursement Date: 08/15/2001**
**Capitalized Interest: $7,869.81**

| Date | Description | Amount | Amount applied to principal | Amount applied to interest | Amount applied to late fee |
|------|-------------|--------|----------------------------|----------------------------|----------------------------|
| 04/06/2006 | PAYMENT | $ -662.99 | $-239.88 | $-406.94 | $-16.17 |
| 02/14/2006 | CAPITALIZED INT | $ 0.00 | $843.34 | $-843.34 | $0.00 |
| 12/05/2005 | FORB FEE PAYMENT | $ -50.00 | $-50.00 | $0.00 | $0.00 |
| 12/05/2005 | FORBEARANCE FEE | $ 50.00 | $50.00 | $0.00 | $0.00 |
| 12/05/2005 | PAYMENT | $ -73.65 | $0.00 | $-59.04 | $-14.61 |
| 10/14/2005 | CAPITALIZED INT | $ 0.00 | $908.24 | $-908.24 | $0.00 |
| 06/15/2005 | FORB FEE PAYMENT | $ -50.00 | $-50.00 | $0.00 | $0.00 |
| 06/15/2005 | FORBEARANCE FEE | $ 50.00 | $50.00 | $0.00 | $0.00 |
| 06/15/2005 | PAYMENT | $ -270.85 | $0.00 | $-255.31 | $-15.54 |
| 04/14/2005 | CAPITALIZED INT | $ 0.00 | $990.82 | $-990.82 | $0.00 |
| 03/08/2005 | PAYMENT | $ -127.57 | $0.00 | $0.00 | $-127.57 |
| 03/08/2005 | FORB FEE PAYMENT | $ -50.00 | $-50.00 | $0.00 | $0.00 |

**Frequently asked questions about payment history**

How are my payments applied?

What if I want to send larger payments?

How does my interest accrue?

What does it mean when interest is capitalized (added onto my balance)?

Why did my interest rate change?

FAQ | Custor

**SallieMae** , Manage Your Loans

My contact infor

Account summary    Billing summary    Make a payment    Change your payment plan    Pay c

Billing summary > Loan summary > Loan payment history

## Loan payment history

Below are the last 11 standard history transactions applied to the loan number indicated below. Click on the amount breakdown on how the standard history transaction was applied.

The payment history shows payments that were applied to your loan (indicated below) to reduce your debt as well as interest and loan disbursements that are charged to your account.

If you would like to view a summary of all standard history transactions applied to your account, please view account history.

**Loan Number: 1-15**
**Original Balance: $65,994.26**

**Disbursement Date: 05/23/2003**
**Capitalized Interest: $4,921.51**

| Date | Description | Amount | Amount applied to principal | Amount applied to interest | Amount applied to late fee |
|------|-------------|--------|----------------------------|----------------------------|----------------------------|
| 06/30/2006 | CAPITALIZED INT | $ 0.00 | $805.94 | $-805.94 | $0.00 |
| 03/31/2006 | CAPITALIZED INT | $ 0.00 | $317.39 | $-317.39 | $0.00 |
| 02/23/2006 | CAPITALIZED INT | $ 0.00 | $472.85 | $-472.85 | $0.00 |
| 12/31/2005 | CAPITALIZED INT | $ 0.00 | $796.32 | $-796.32 | $0.00 |
| 09/30/2005 | CAPITALIZED INT | $ 0.00 | $787.14 | $-787.14 | $0.00 |
| 06/30/2005 | CAPITALIZED INT | $ 0.00 | $769.71 | $-769.71 | $0.00 |
| 03/31/2005 | CAPITALIZED INT | $ 0.00 | $219.20 | $-219.20 | $0.00 |
| 03/20/2004 | CAPITALIZED INT | $ 0.00 | $243.59 | $-243.59 | $0.00 |
| 07/23/2003 | CAPITALIZED INT | $ 0.00 | $192.64 | $-192.64 | $0.00 |
| 06/30/2003 | CAPITALIZED INT | $ 0.00 | $316.73 | $-316.73 | $0.00 |
| 05/23/2003 | CREDIT ADJUSTMENT | $ -168.05 | $-168.05 | $0.00 | $0.00 |

**Frequently asked questions about payment history**

How are my payments applied?

What if I want to send larger payments?

How does my interest accrue?

What does it mean when interest is capitalized (added onto my balance)?

Why did my interest rate change?

Privacy policy | Disclaimer | Terms of service          © 1995 - 2006 Sallie Mae. Al

1101950008342  24
pe: UNSUBSIDIZED STAFFORD
Loan Amount: $10,000.00

| Date | Transaction Type | Amount | Current Principal Balance |
|------|------------------|--------|---------------------------|
| 08/04/1997 | DISBURSEMENT | 5000.00 | |
| 02/02/1998 | DISBURSEMENT | 5000.00 | |
| | | | 0.00 |

COONEY, SUSAN P
4101950008342  25
pe: SUBSIDIZED STAFFORD
Loan Amount: $8,500.00

| Date | Transaction Type | Amount | Current Principal Balance |
|------|------------------|--------|---------------------------|
| 08/04/1997 | DISBURSEMENT | 4250.00 | |
| 02/02/1998 | DISBURSEMENT | 4250.00 | |
| | | | 0.00 |

COONEY, SUSAN P
4101950008342  26
pe: SUBSIDIZED STAFFORD
Loan Amount: $2,129.00

| Date | Transaction Type | Amount | Current Principal Balance |
|------|------------------|--------|---------------------------|
| 08/24/1998 | DISBURSEMENT | 1064.50 | |
| 03/01/1999 | DISBURSEMENT | 1064.50 | |
| | | | 0.00 |

COONEY, SUSAN P
4101950008342  27
pe: UNSUBSIDIZED STAFFORD
Loan Amount: $16,371.00

| Date | Transaction Type | Amount | Current Principal Balance |
|------|------------------|--------|---------------------------|
| 08/24/1998 | DISBURSEMENT | 8185.50 | |
| 03/01/1999 | DISBURSEMENT | 8185.50 | |
| | | | 0.00 |

1101950008342  20
pe: SUBSIDIZED STAFFORD
Loan Amount: $8,500.00

| Date | Transaction Type | Amount | Current Principal Balance |
|------|------------------|--------|---------------------------|
| 08/15/1995 | DISBURSEMENT | 4250.00 | |
| 02/15/1996 | DISBURSEMENT | 4250.00 | |
| | | | 0.00 |

COONEY, SUSAN P
4101950008342  21
pe: UNSUBSIDIZED STAFFORD
Loan Amount: $10,000.00

| Date | Transaction Type | Amount | Current Principal Balance |
|------|------------------|--------|---------------------------|
| 08/15/1995 | DISBURSEMENT | 5000.00 | |
| 02/15/1996 | DISBURSEMENT | 5000.00 | |
| | | | 0.00 |

COONEY, SUSAN P
4101950008342  22
pe: SUBSIDIZED STAFFORD
Loan Amount: $8,500.00

| Date | Transaction Type | Amount | Current Principal Balance |
|------|------------------|--------|---------------------------|
| 08/02/1996 | DISBURSEMENT | 4250.00 | |
| 02/03/1997 | DISBURSEMENT | 4250.00 | |
| | | | 0.00 |

COONEY, SUSAN P
4101950008342  23
pe: UNSUBSIDIZED STAFFORD
Loan Amount: $10,000.00

| Date | Transaction Type | Amount | Current Principal Balance |
|------|------------------|--------|---------------------------|
| 08/02/1996 | DISBURSEMENT | 5000.00 | |
| 02/03/1997 | DISBURSEMENT | 5000.00 | |
| | | | 0.00 |

4101950008342  28
pe: UNSUBSIDIZED STAFFORD
Loan Amount:  $4,369.00

| Date | Transaction Type | Amount | Current Principal Balance |
|---|---|---|---|
| 08/23/1999 | DISBURSEMENT | 2184.50 | |
| 02/28/2000 | DISBURSEMENT | 2184.50 | 0.00 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 11572 JLT

```
*******************************************
SUSAN COONEY,                              )
        Plaintiff                          )
                                           )
v.                                         )
                                           )
SAYBROOK GRADUATE SCHOOL AND               )
RESEARCH CENTER, and                       )
MAUREEN O'HARA, Individually               )
        Defendants                         )
*******************************************
```

## PLAINTIFF SUSAN COONEY'S THIRD SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS

### EXHIBIT P

DEC-21-2006   13:24        KERSTEIN, COREN                    617 244 6511    P.23

| Form **1040** | Department of the Treasury - Internal Revenue Service<br>**U.S. Individual Income Tax Return** | **2005** | (99) | IRS Use Only - Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1 - Dec. 31, 2005, or other tax year beginning _____ 2005, ending _____ 20_____          OMB No. 1545-0074

**Label**
Use the IRS label. Otherwise, please print or type.

SUSAN P COONEY
1445 CENTRE ST
NEWTON, MA 02459

Your social security number ▓▓▓▓▓▓▓

Spouse's social security number

▲ **You MUST enter your SSN(s) above.** ▲

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ►    Checking a box below will not change your tax or refund.    [X] You    [ ] Spouse

**Filing Status**
Check only one box.

1. [X] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ►
4. [ ] Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5. [ ] Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
  b [ ] Spouse

Boxes checked on 6a and 6b     **1**

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax cr. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see page 19.

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation

Dependents on 6c not entered above

Add numbers on lines above ►    **1**

d   Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a | 12. |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | 80. |
| b | Qualified dividends (see page 23) | 9b | 80. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 33,668. |
| 13 | Capital gain or (loss). Attach Sch D. If not required check here ► [ ] | 13 | (514.) |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | b Taxable amt | 15b | |
| 16a | Pensions and annuities | 16a | b Taxable amt | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits   20a | b Taxable amt | 20b | |
| 21 | Other income. List type and amount (see page 29) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 33,246. |

**Adjusted Gross Income**

| 23 | Educator expenses (see page 29) | 23 | | |
|---|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 2,379. | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | | |
| 29 | Self-employed health insurance deduction (see page 30) | 29 | | |
| 30 | Penalty on early withdrawal of savings | 30 | | |
| 31a | Alimony paid   b Recipient's SSN ► | 31a | | |
| 32 | IRA deduction (see page 31) | 32 | | |
| 33 | Student loan interest deduction (see page 33) | 33 | | |
| 34 | Tuition and fees deduction (see page 34) | 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 2,379. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ► | 37 | 30,867. |

KBA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 78.                    Form **1040** (2005)

1040 (2005)                    FD1040-1V 1.25
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

DEC-21-2006   13:25    KERSTEIN, COREN                    617 244 6511    P.24

**Form 1040 (2005)**  SUSAN P COONEY                                                    Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 30,867. |
| | 39a | Check if: ☐ You were born before January 2, 1941, ☐ Blind. ☐ Spouse was born before January 2, 1941, ☐ Blind. Total boxes checked ▶ 39a | | | |
| **Standard Deduction for—** ● People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 36. ● All others: Single or Married filing separately, $5,000 Married filing jointly or Qualifying widow(er), $10,000 Head of household, $7,300 | | b If your spouse itemizes on a separate return or you were a dual-status alien, see pg 35 & check here ▶ 39b ☐ | | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 40 | 54,937. |
| | 41 | Subtract line 40 from line 38 | | 41 | (24,070.) |
| | 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see page 37. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | | 42 | 3,200. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 0. |
| | 44 | Tax. Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | | 44 | 0. |
| | 45 | Alternative minimum tax (see page 39). Attach Form 6251 | | 45 | |
| | 46 | Add lines 44 and 45 | ▶ | 46 | 0. |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | | |
| | 50 | Education credits. Attach Form 8863 | 50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| | 52 | Child tax credit (see page 41). Attach Form 8901 if required | 52 | | |
| | 53 | Adoption credit. Attach Form 8839 | 53 | | |
| | 54 | Credits from: a ☐ Form 8396  b ☐ Form 8859 | 54 | | |
| | 55 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801  c ☐ Form | 55 | | |
| | 56 | Add lines 47 through 55. These are your total credits | | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- | ▶ | 57 | 0. |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | | 58 | 4,757. |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2 | | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | | 62 | |
| | 63 | Add lines 57 through 62. This is your total tax | ▶ | 63 | 4,757. |
| **Payments** If you have a qualifying child, attach Schedule EIC. | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | | |
| | 65 | 2005 estimated tax payments and amount applied from 2004 return | 65 | | |
| | 66a | Earned income credit (EIC) | 66a | | |
| | b | Nontaxable combat pay election | 66b | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | | |
| | 69 | Amount paid with request for extension to file (see page 59) | 69 | | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | | |
| | 71 | Add lines 64, 65, 66a, & 67 through 70. These are your total payments | ▶ | 71 | 0. |
| **Refund** Direct deposit? See page 59 and fill in 73b, 73c, and 73d. | 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you overpaid | | 72 | |
| | 73a | Amount of line 72 you want refunded to you | ▶ | 73a | |
| | ▶ b | Routing number _____ ▶ c Type: ☐ Checking ☐ Savings | | | |
| | ▶ d | Account number _____ | | | |
| | 74 | Amount of line 72 you want applied to your 2006 estimated tax ▶ | 74 | | |
| **Amount You Owe** | 75 | Amount you owe. Subtract line 71 from line 63. For details on how to pay, see page 60 | ▶ | 75 | 4,757. |
| | 76 | Estimated tax penalty (see page 60) | 76 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see page 61)? ☒ Yes. Complete the following. ☐ No | | | |
| | | Designee's name ▶ HR BLOCK   Phone no. ▶ (781) 848-4240   Personal ID number (PIN) ▶ 20349 | | | |

**Sign Here**
Joint return? See page 17. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge

| | | | |
|---|---|---|---|
| Your signature ▶ For Info Only-Do not file | Date | Your occupation UNEMPLOYED | Daytime phone number |
| Spouse's signature. If a joint return, both must sign. For Info Only-Do not file | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date 2/27/2006 | Check if self-employed ☐ | Preparer's SSN or PTIN P00064642 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | H AND R BLOCK EASTERN ENTERPRISES WEST ROXBURY, MA 02132 | EIN 43-1862224 | Phone no. (617) 327-9785 |

1040 (2005)                                                                    Form 1040 (2005)
FD1040-2V 1.25
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc

DEC-21-2006  13:25          KERSTEIN, COREN                    617 244 6511    P.25

| SCHEDULE C | **Profit or Loss From Business** | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | (Sole Proprietorship) | 20**05** |

Department of the Treasury
Internal Revenue Service (99)
▶ **Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.**
▶ **Attach to Form 1040 or 1041.**  ▶ **See Instructions for Schedule C (Form 1040).**

Attachment
Sequence No. 09

Name of proprietor
SUSAN P COONEY

Social security number (SSN)

| A | Principal business or profession, including product or service (see page C-2 of the instructions) | | | C-8, 9 & 10 |
|---|---|---|---|---|
| | REAL SALES SALES : REAL ESTATE | | ▶ 531210 | |
| C | Business name. If no separate business name, leave blank. | | D Employer ID number (EIN), if any | |
| | TOWN AND COUNTRY PROPERTIES | | | |

E  Business address (including suite or room no.) ▶ 831 BEACON STREET
   City, town or post office, state, and ZIP code        NEWTON, MA  02459

F  Accounting method:   (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶

G  Did you "materially participate" in the operation of this business during 2005? If "No," see page 3 for limit on losses . . . [X] Yes  [ ] No

H  If you started or acquired this business during 2005, check here . . . . . . . . . . . . . . . ▶ [ ]

**Part I    Income**

| | | | | |
|---|---|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ [ ] | | 1 | 47,896. |
| 2 | Returns and allowances | | 2 | |
| 3 | Subtract line 2 from line 1 | | 3 | 47,896. |
| 4 | Cost of goods sold (from line 42 on page 2) | | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | | 5 | 47,896. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | | 6 | |
| 7 | Gross income. Add lines 5 and 6 | ▶ | 7 | 47,896. |

**Part II    Expenses.  Enter expenses for business use of your home only on line 30.**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 7,740. | 18 | Office expense | | 18 | |
| 9 | Car and truck expenses (see page C-3) | 9 | 1,780. | 19 | Pension and profit-sharing plans | | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see page C-5): | | | |
| 11 | Contract labor (see page C-4) | 11 | | a | Vehicles, machinery, and equipment | | 20a | |
| 12 | Depletion | 12 | | b | Other business property | | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | | 21 | Repairs and maintenance | | 21 | |
| | | | | 22 | Supplies (not included in Part III) | | 22 | |
| | | | | 23 | Taxes and licenses | | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | | | |
| | | | | b | Deductible meals and entertainment (see page C-5) | | 24b | |
| 15 | Insurance (other than health) | 15 | | 25 | Utilities | | 25 | |
| 16 | Interest: | | | 26 | Wages (less employment credits) | | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27 | Other expenses (from line 48 on page 2) | | 27 | 4,569. |
| b | Other | 16b | | | | | | |
| 17 | Legal and professional services | 17 | | | | | | |

| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns | ▶ | 28 | 14,228. |
|---|---|---|---|---|
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | 29 | 33,668. |
| 30 | Expenses for business use of your home. Attach Form 8829 | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | | |
| | • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | | 31 | 33,668. |
| | • If a loss, you must go to line 32. | | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6). | | | |
| | • If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | | 32a [ ] | All investment is at risk. |
| | • If you checked 32b, you must attach Form 6198. Your loss may be limited. | | 32b [ ] | Some investment is not at risk. |

KBA   For Paperwork Reduction Act Notice, see Form 1040 instructions.                    Schedule C (Form 1040) 2005

1040-Sch C (2005)                   FDC-1V 1.9
Form Software Copyright 1986 - 2005 H&R Block Tax Services, Inc.



**2005 Form 1, pg. 2**   MA0500121029
Massachusetts Resident Income Tax Return



| | | | |
|---|---|---|---|
| 16. | Total deductions. Add lines 11 through 15 | ► 16 | 480 |
| 17. | 5.3% INCOME AFTER DEDUCTIONS. Subtract line 16 from line 10. Not less than "0" | 17 | 33188 |
| 18. | Exemption amount | 18 | 3575 |
| 19. | 5.3% INCOME AFTER EXEMPTIONS. Subtract line 18 from line 17. Not less than "0" | 19 | 29613 |
| 20. | INTEREST AND DIVIDEND INCOME | ► 20 | |
| 21. | TOTAL TAXABLE 5.3% INCOME. Add lines 19 and 20 | 21 | 29613 |
| 22. | TAX ON 5.3% INCOME. Note: If choosing the optional 5.85% tax rate, fill in and multiply line 21 and the amount in Schedule D, line 20 by .0585 | 22 | 1569 |
| 23. | 12% INCOME. Not less than "0". a. ____ x .12 = | 23 | |
| 24. | TAX ON LONG-TERM CAPITAL GAINS. Not less than "0". Fill in from Schedule D-18. Fill in if any excess exemptions were used in calculating lines 20, 22, 24 | ► 24 | |
| 25. | Credit recapture amount   BC   EOAC   LIH | ► 25 | |
| 26. | If you qualify for No Tax Status, fill in and enter "0" on line 27 | ► | |
| 27. | TOTAL INCOME TAX. Add lines 22 through 25 | 27 | 1569 |
| 28. | Limited Income Credit | ► 28 | |
| 29. | Other credits from Schedule Z, line 13 ► | 28 + 29 = 30 | |
| 31. | INCOME TAX AFTER CREDITS. Subtract line 30 from line 27. Not less than "0" | 31 | 1569 |
| 32. | Voluntary Contributions:  a. Endangered Wildlife Conserv. ►    b. Organ Transplant Fund ► c. Massachusetts AIDS Fund ►    d. Mass. U.S. Olympic Fund ► e. Mass. Military Family Relief Fund ►    Total a through e | ► 32 | |
| 33. | Use tax due on out-of-state purchases. If no use tax due enter "0" | ► 33 | 0 |
| 34. | INCOME TAX AFTER CREDITS PLUS CONTRIBUTIONS AND USE TAX. Add lines 31 through 33 | 34 | 1569 |
| 35. | Massachusetts income tax withheld | ► 35 | |
| 36. | 2004 overpayment applied to your 2005 estimated tax | ► 36 | |
| 37. | 2005 Massachusetts estimated tax payments | ► 37 | |
| 38. | Earned Income Credit. a. No. of qualifying children ►    Amount from U.S. return ►    x .15 = ► | 38 | |
| 39. | Senior Circuit Breaker Credit | ► 39 | |
| 40. | Payments made with extension | ► 40 | |
| 41. | TOTAL. Add lines 35 through 40 | 41 | 0 |
| 42. | Overpayment. Subtract line 34 from line 41 | ► 42 | |
| 43. | Amount of overpayment you want applied to your 2006 estimated tax | ► 43 | |
| 44. | Refund. Subtract line 43 from line 42. Mail to: Massachusetts DOR, PO Box 7001, Boston, MA 02204 | ► 44 | |

Direct deposit of refund. Type of account ►  ___ checking  ___

RTN# ►                    account # ►

| | | | |
|---|---|---|---|
| 45. | Tax due. Mail to: Massachusetts DOR, PO Box 7002, Boston, MA 02204 | ► 45. | 1633 |
| | Interest ►        Penalty ►        M-2210 amt. ►        64 | ►        EX enclose Form M-2210 | |



02/27/2006          **BE SURE TO INCLUDE THIS PAGE WITH FORM 1, PAGE 1**