# EXHIBIT 1

Important Information On Psychology Licensing In Your Current State of Residence – Please Read



450 Pacific Avenue, 3rd Floor
San Francisco, CA 94133-4640

tel: 415.433.9200
fax: 415.433.9271
email: saybrook@saybrook.edu
website: www.saybrook.edu

Wednesday, February 18, 2004

Dear «Title» «LastName»,

As you know, we at Saybrook are very concerned about the constantly changing psychology licensing situation in the 50 states and District of Columbia.

Art Bohart and I have recently heard from several individuals who are recent Saybrook graduates or students approaching graduation from Saybrook. They reported to us that the board of psychology in their state of residence is preventing or impeding them from applying to sit for their state's Ph.D. clinical licensing examination. There are two major obstacles in several states that prevent, or may pose an obstacle to licensure for Saybrook graduates:

APA Obstacle:
1. Refusal of their state licensing regulations to recognize those graduate schools, regardless of their high quality academics, that either do not have a program accredited by the American Psychological Association or by the Association of State and Provincial Psychology Boards.

And/or

Residence Obstacle:
2. The fact that their state's regulations may have a requirement that the graduates' course of study involve a certain number of months or credits that are "in residence" or a similar term. Some of these states seemingly refuse to accept the fact that intermittent physical attendance requirements at our RC's do accumulate credit hours that may meet their numerical standards for physical on site attendance.

We know that the rules and regulations for states are constantly shifting, and we are unable to state absolutely what is currently fact. Keeping this in mind, we have now obtained information that you reside in a state that may have one or both of these obstacles. There are perhaps 18 states that seem to currently have either or both the "APA obstacle" and the "residence obstacle." *(See attachment for list of states)*

The reason that Saybrook cannot be absolutely positive that these 18 states in fact do have these obstacles (or that the other 32 states do not or will not ever have one or both of these obstacles) is that each state has widely different and complex regulations, statutes, precedent court decisions, not to mention numerous and different interest groups, and political and lobbying environments. Currency of information does not assure that one has the ability to know that one's understanding is completely accurate, or to be sure of what the state will do in the future; there can always be future regulatory

**Saybrook Graduate School and Research Center**

changes that could negatively affect a student's ability to become licensed, especially if there are future changes in a state's legal approach to these issues.

Saybrook continues to need to ask you to be the primary repository of your information on each state and must still ask those students who expect to seek psychology licensure, to become and remain acquainted with the licensure requirements on these and other areas, for the state in which you will apply for licensure. We thus urge all students interested in licensure to immediately:

**Join their state psychological association** as one way of staying up-to-date.

**Ask Questions** of Saybrook, your psychology association, and other students and alumni.

**Be Wise:** Please carefully reconsider your continued matriculation in Saybrook's psychology program, if you are enrolled primarily or solely with a desire to become licensed in one of these 18 states.

Also, if you are enrolled primarily or solely with a desire to become licensed in **any state**, again, please **be self-reliant** and secure reliable information from that state or states that you plan to consider for licensure application.

Neither you nor Saybrook can prevent the licensing ground from constantly shifting. However, we can team up to address these new realities. We expect to work with you and other Saybrook Ph.D. license bound students to understand your particular situation and to actively problem solve with you given your state's current requirements.

Finally, if you are completing a Ph.D. degree in psychology at Saybrook, **with no current or future intention of seeking a psychology license**, this matter should not affect you.

Again, Art Bohart and I are available to each of you, individually, if you will be affected by these matters. Please phone or email immediately so we can confer with you about your situation and plan with you how to resolve it.

Sincerely,

William K. Bruff, Ph.D.
*Associate Vice President for Academic Affairs*
bbruff@saybrook.edu

Arthur Bohart, Ph.D.
*Associate Dean for Psychology*
abohart@saybrook.edu

S01927



450 Pacific Avenue, 3rd Floor
San Francisco, CA 94133-4640

tel: 415.433.9200
fax: 415.433.9271
email: saybrook@saybrook.edu
website: www.saybrook.edu

Wednesday, February 18, 2004

**The 18 states that Saybrook Graduate School currently believes have the APA or Residence obstacles are:**

Alaska
Arkansas
District of Columbia
Florida
Georgia
Indiana
Louisiana
Massachusetts
Maryland
Missouri
Mississippi
New Mexico
North Carolina
Oklahoma
Pennsylvania
South Carolina
Tennessee
Vermont

*These states may also have one or both of these obstacles.*

Illinois
Iowa
Kansas
Oregon
Rhode Island
Utah
West Virginia

**Saybrook Graduate School and Research Center**

S01928