**EXHIBIT 1**



SAYBROOK
INSTITUTE
Graduate School & Research Center



# INTERIM CATALOG
# 1994 ~ 95

2. Research

Development of the skills necessary to conduct meaningful and relevant research is a central part of the Saybrook curriculum. These skills include:

- the ability to reason clearly and to develop and evaluate ideas
- an understanding of how to apply various methods and procedures in the conduct of research and inquiry
- familiarity with past and present literature in psychology and human science as it applies to students' particular areas of interest
- the ability to write and speak clearly in order to communicate ideas and research to fellow professionals

Courses in theories of inquiry and methodologies for disciplined inquiry prepare Saybrook students to employ appropriate methodologies in their scholarly work. They learn how to present arguments for the epistemological and methodological grounding of their research, in whatever form it takes. Saybrook's program helps students develop research projects which draw upon their professional skills, thus enabling experienced practitioners to contribute to the further development of their field of expertise. In this way, Saybrook encourages students to conduct research which is meaningful personally as well as professionally.

E. Licensure

Saybrook Institute's psychology degree program seeks to prepare its graduates as scholars and researchers in the broad domain of human experience. This is our primary emphasis. Many of the Institute's students, however, wish to offer services to the public for a fee as licensed or certified professional psychologists. Such students are advised that they should contact the licensing board in the state in which they plan to practice to obtain the detailed requirements, because regulations differ from state to state. California, for example, requires a doctoral degree in psychology or a related field from a regionally accredited or state-approved institution and 3000 hours of supervised internship (of which at least 1500 must be post-doctoral). Applicants must then pass both a written exam and an oral exam.

Some states require either one year of continuous residence at the institution awarding the degree or an equivalent number of contact hours with professors and peers. It is important that students plan ahead to document all requisite coursework and contact hours they generate with faculty and peers, as well as time spent with faculty and other students at colloquia, workshops and seminars. A "Summary of Contact Hours" form has been developed by the Institute to aid in this documentation process.

Saybrook is committed to assisting those students who plan to seek licensure in the state of their choice. To this end, the Institute is a member of the national Consortium of Diversified Psychology Programs (CDPP), which is active in state-by-state efforts to monitor and influence existing and changing regulations which permit graduates from alternative programs to sit for licensure. Members of the Consortium, along with Saybrook, include:

California Institute of Integral Studies
Center for Humanistic Studies
Duquesne University
Fielding Institute
Focusing Institute
John F. Kennedy University
Seattle University
Sonoma State University
Temple University
The Union Institute
University of Chicago
University of Dallas
Walden University
West Georgia College
Association for Humanistic Psychology
National Association for Humanistic Education

The National Psychology Advisory Association is a related organization comprised of dues-paying members who are students or graduates of alternative programs. This group is also actively involved in the monitoring and lobbying process.

Saybrook graduates have been licensed in the states of Arizona, California, Connecticut, Florida, Georgia, Hawaii, Maryland, Massachusetts, Michigan, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Texas, Vermont, and Washington, and in the Canadian provinces of Quebec and British Columbia. Students are advised to be aware, however, that states review applications individually to be sure all requirements of the state licensing board have been met. Regulations are constantly changing.

F. Ways of Learning at Saybrook

The Saybrook faculty invites and facilitates active integration of a wider range of experiences

9/94

3