**EXHIBIT 6**

# Commonwealth of Massachusetts

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

SUSAN COONEY,
          Plaintiff

VS

SAYBROOK GRADUATE SCHOOL
AND RESEARCH CENTER, and
MAUREEN O'HARA, Individually,
          Defendants

Exhibits: 88-112

DOCKET NO.
04 11572 JLT

DEPOSITION of **DR. KAREN SCHWARTZ**, a Witness called by Counsel on behalf of the **Plaintiff**, taken pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Arlene Boyer, a Certified Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Division of Professional Licensure, 239 Causeway Street, Boston, Massachusetts, on Friday, April 28, 2006, commencing at 10:30 a.m.

*Accurate Reporting Services*
36 West Street
Whitman, MA 02382
(781) 447-9520

Page 35

1      are you referring to?

2   A  The Division of Professional Licensure.

3   Q  Who at the Division of Professional Licensure, to

4      your knowledge, would maintain control over the

5      interested parties' list?

6   A  I am not sure whether it was board counsel or

7      whether it might have been somebody in the office

8      of investigations.

9   Q  In 1995, did the board have any regular mailings

10     to graduate programs in psychology?

11  A  No.

12  Q  Did there come a point in time after '95 where the

13     board was making regular mailings or

14     communications to graduate programs in psychology?

15  A  Never.

16  Q  If a graduate program in psychology wanted to stay

17     abreast of regulatory changes in Massachusetts

18     affecting psychologists, what would they do?

19              MS. GARCIA:  Objection.

20  A  I don't know.

21  Q  I want to turn your attention back to Exhibit 91

22     and ask you to look at Section 3.03, which is on

23     Pages 10 and 11, and tell me when you've finished

24     reviewing that.



Page 48

1    Q    Do you know if it was circulated to schools?

2    A    It was definitely not circulated to schools.

3        There are hundreds of doctoral programs across the

4        United States, and the board does not correspond

5        with them.

6    Q    You indicated that the January '96 public hearing

7        was attended by many people, including

8        representatives of Union Institute?

9    A    Correct.

10    Q    Did you have an understanding of how Union

11        Institute came to know about the proposed change?

12    A    I had no idea.

13    Q    Did you attend the January 12, 1996 public

14        hearing?

15    A    Yes, I did.

16    Q    Do you recall anyone who attended other than

17        representatives of Union Institute?

18    A    I don't recall the full attendee list.

19    Q    Do you recall if representatives of Union

20        Institute indicated that they were speaking on

21        behalf of other similar programs?

22              **MS. GARCIA:**  Objection.

23    A    I don't recall.

24    Q    Do you know if any representatives from Saybrook

Page 138

1    requirement.

2    Q    Are you aware of whether Saybrook was ever

3         informed that its students or its program did not

4         meet the residency requirements?

5    A    I am not aware.

6    Q    Would you agree with me that in the board's

7         communications with Richard Francis that Saybrook

8         was never copied on that correspondence, to your

9         knowledge?

10   A    To my knowledge, they were not.

11   Q    I'm going to show you what's been marked as

12        Exhibit 106.

13   A    Okay.

14   Q    Whose handwriting is this?

15   A    So I'd have to go individually through it.

16        6/26/00 is me.  The one that says "phone contact,"

17        I don't know.  It's not me.  2/23/01 is me.

18        9/14/01 is Rick Cowen, who is a board member, and

19        the other two are me.

20   Q    Are you aware of whether or not there would be

21        notes anywhere else other than on the front of

22        this folder?

23   A    There might have been notes on a document that

24        sort of checks off licensure requirements.

Page 146

1    from the board to Saybrook that confirmed that the

2    board was adopting any particular regulation

3    change, correct?

4  A  Correct.

5  Q  How long was Dennis Norman the chair of the board,

6    to your knowledge?

7  A  One year.

8  Q  That would be from 1997 to 1998, correct?

9  A  Let me think for a second.  It might have been '96

10    to '97.  I'm not sure.  There's a letter in here

11    from Cynthia Chase, so that will tell me.  No, I

12    can't figure it out.

13  Q  Okay.  I'd like you to go back to Exhibit 111, and

14    just based on the review that you performed there

15    in response to my earlier questions, I just want

16    to be clear.  Even if Saybrook was designated by

17    the ASPPB, based on the course work that you can

18    see from that exhibit, would you agree that Susan

19    Cooney would not be eligible to sit for a

20    licensure exam?

21        MR. MORENBERG:  Objection.

22  A  Yes.

23  Q  Do you have any information that Saybrook knew

24    that Massachusetts regulations changed to require

Page 147

1        that the program be designated by the AP --

2  A    ASPPB/National Register.

3  Q    Thank you -- in order to be licensed?

4  A    I have no information about what Saybrook did or

5        didn't know.

6               **MS. GARCIA:**  Just give me a moment.  I'm

7        almost done.  I just want to make sure.

8        (Pause.)

9  Q    You have testified a couple of times that

10       especially earlier on, the board was not

11       necessarily consistent with the decisions it made

12       regarding its applicants, correct?

13  A    Correct.

14  Q    Would you agree with me that graduate schools, in

15       terms of psychology graduate programs, were not in

16       the position to know whether the board was

17       consistent in its decisions?

18  A    I think that it kind of depends on whether you

19       have a large volume.  So, for example, there are

20       some doctoral programs who may have applicants,

21       26, 35 a year applying to Massachusetts.  They

22       would probably have a lot of information about

23       sort of the style that the application review was

24       taking and whether there were certain courses