**EXHIBIT 7**

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

--oOo--

SUSAN COONEY,                                   No.  04-11572JLT

    Plaintiff,

vs.

SAYBROOK GRADUATE SCHOOL
AND RESEARCH CENTER and
MAUREEN O'HARA, Individually,

    Defendants.
_____/



Deposition of

MAUREEN O'HARA

_____

Monday, March 13, 206

NOTICING ATTORNEY:  PAUL W. MORENBERG

REPORTED BY:  JANICE M. JOBE, CSR NO. 4734

G O L D E N   G A T E   R E P O R T E R S  LLC
35 Mitchell Boulevard, Suite 8
San Rafael, CA  94903-2010
(415) 491-4611 * 1-800-442-4611
FAX (415) 491-4635

email: ggr35@depos.com          web: http:/www.depos.com

printed/copied on recycled paper

1   Q. You mentioned that there was a concern about an
2   APA model licensing act. Was that discussed at the
3   faculty meeting?
4   A. I don't recall.
5   Q. But that's an example of your awareness of
6   cultural and other changes impacting the future of
7   humanistic psychology?
8   A. I was aware of that.
9   Q. When did you become aware of that APA licensing
10  act?
11  A. I think about 1995.
12  Q. You mentioned that Saybrook was facing
13  increased competition from for-profit institutions. Is
14  Saybrook a nonprofit institution?
15  A. Yes, it is.
16  Q. For how long has it been a nonprofit
17  institution?
18  A. Always.
19  Q. And does -- strike that.
20       Did anyone in that faculty committee mention
21  that Saybrook was considering a change for-profit
22  status?
23  A. No.
24  Q. Have there ever been any discussions at
25  Saybrook during the time of your tenure as its vice

66