UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUSAN COONEY,                             *
                                          *
    Plaintiff,                            *
                                          *
v.                                        *     Civil Action No.04-11572-JLT
                                          *
HUMANISTIC PSYCHOLOGY                     *
INSTITUTE, doing business as Saybrook     *
Institute,                                *
                                          *
    Defendant.                            *

ORDER

February 6, 2007

TAURO, J.

This court hereby orders that:

1. Defendant's Motion in Limine to Preclude the Plaintiff From Offering into Evidence any Alleged Problems Two Saybrook Alumni Faced in Obtaining Licensing as a Psychologist [#66] is ALLOWED.

2. Defendant's Motion in Limine to Exclude All Documents Relating to the Consortium for Diversified Psychology Programs and any Alleged Participation by Rudy Melone or Gerry Bush as Such is Hearsay [#67] is DENIED WITHOUT PREJUDICE to raising objections at trial.

3. Defendant's Motion in Limine to Preclude Plaintiff From Offering Proposed Exhibits Into Evidence Which Contain Inadmissible Hearsay or are Irrelevant to the Claims Asserted [#68] is DENIED.

4. Defendant's Motion in Limine to Preclude the Plaintiff from Calling Arthur

    Bohart, Alan Vaughan and Thomas Greening as Witnesses and Introducing Three Proposed Exhibits on Relevancy Grounds and to Preclude an Adverse Inference Argument and/or Instruction to the Jury with Regard to Those Witnesses [#69] is ALLOWED.

5.     Defendant's Motion in Limine to Preclude the Plaintiff from Offering Hearsay Statements of an Unknown Individual [#70] is ALLOWED.

6.     Defendant's Motion in Limine to Preclude Plaintiff From Offering Into Evidence Any Sallie Mae, Or Other, Loan Documents [#71] is ALLOWED.

7.     Defendant's MOTION in Limine to Preclude Plaintiff From Offering Into Evidence Any Documents Or Testimony Regarding Saybrook's Policies, Procedures or Enrollment After Plaintiff's Graduation [#72] is ALLOWED.

8.     Defendant's Motion in Limine to Exclude the Testimony of Marsha Hammond as Such Testimony is Irrelevant [#74] is DENIED.

IT IS SO ORDERED.

                                                      /s/ Joseph L. Tauro
                                            United States District Judge