# EXHIBIT 2

# KERSTEIN, COREN, LICHTENSTEIN & FINKEL LLP
*Attorneys at Law*

60 Walnut Street
Wellesley, MA 02481

| | |
|---|---|
| PAUL W. MORENBERG, ESQ.<br>OF COUNSEL | TEL: (781) 997-1600<br>FAX: (781) 997-1633 |
| pmorenberg@kclf-law.com | Direct: (781) 997-1567 |

March 8, 2007

**BY FEDERAL EXPRESS**

Grace V. Bacon Garcia, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

RE:  Susan Cooney v. Saybrook Graduate School and Research Center et al
      United States District Court; Docket No. 04 11572 JLT

Dear Attorney Garcia:

As a courtesy, I am providing you with copies of documents produced in response to plaintiff's recent trial subpoenas to SallieMae and Citibank. Please note that SallieMae inadvertently omitted its KOR Affidavit, which will be produced forthwith.

Please let me know if you have any objection to the introduction of these documents into evidence. If you object to these documents, please call me so that we may discuss this dispute before I file any motion with the court.

Thank you.

Very truly yours,

Paul W. Morenberg

Enclosures

cc:  E. Steven Coren, Esq.
     Susan Cooney