# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 11572 JLT

*******************************************
SUSAN COONEY,          )
    Plaintiff           )
v.                     )
                       )
SAYBROOK GRADUATE SCHOOL AND )
    RESEARCH CENTER     )
    Defendant           )
*******************************************

### AFFIDAVIT OF KEEPER OF RECORDS

I, __Christena Dagel__ (printed name), am the Keeper of Records for the following business: __Citibank, South Dakota as agent for The Student Loan Corp.__ which is located at __701 E. 60th St. N. Sioux Falls, SD 57117__.

I am responding to a trial subpoena, which was issued by Attorney Paul Morenberg on behalf of the United States District Court for the District of Massachusetts.

I hereby state the following under oath:

1.    I have attached all documents in my company's possession or control that are responsive to this subpoena.

2.    The attached documents are true, accurate, and unaltered copies of business records that are maintained by my company.

3.    The attached documents were made in good faith; made in the regular course of business; and made before the action began, or on the dates noted on the documents. Moreover, it was in the regular course of my company's business to make the attached records at or about the time of the transaction or occurrences recorded.

Signed under the pains and penalties of perjury this __5__ day of __February__, 2007.

Keeper of Records:

Signature: __Christena Dagel__
Printed Name: __Christena Dagel__