UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04 11572 JLT

| | |
|---|---|
| SUSAN COONEY,<br>    Plaintiff,<br><br>v.<br><br>SAYBROOK GRADUATE AND<br>RESEARCH CENTER,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>Local Rule 7.1(A)(2) Certification for Motion in Limine to Preclude Plaintiff From Offering Into Evidence "New" Loan Documents</u>

I, Grace V.B. Garcia, Esquire, counsel for the defendant hereby certify that, pursuant to Local Rules 7.1(A)(2), I conferred with plaintiff's counsel, Attorney Paul Morenberg, on March 12, 2007 in person. Plaintiff's counsel agreed not to introduce into evidence documents that appear to be sheets of computer dot matrix print-outs that were part of the "new" loan documents produced to defendant on March 9, 2007. Despite a good faith attempt to resolve the remaining issue of the introduction of the other loan documents as presented by the Motion, we were unable to do so.

/s/ *Grace V. Bacon Garcia*

———————————————
Grace V. Bacon Garcia

1051132v1

## CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with the F.R.C.P.

/s/ *Grace V. Bacon Garcia*
_____
Grace V. Bacon Garcia

Date: March 12, 2007