# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF MASSACHUSETTS

 3

 4                                C.A. No. 04-11572JLT

 5    *******************************************

 6

 7    SUSAN COONEY

 8         Plaintiff

 9    vs.

10    SAYBROOK GRADUATE SCHOOL

11    and MAUREEN O'HARA, INDIVIDUALLY

12         Defendants

13    ***************************************

14

15           DEPOSITION OF DENNIS K. NORMAN, a witness

16    called on behalf of the Plaintiff, pursuant to the

17    Massachusetts Rules of Civil Procedure, before Gail A.

18    Carignan, Professional Shorthand Reporter and Notary

19    Public, within and for the Commonwealth of Massachusetts,

20    at the Law Offices of Kerstein Coren Lichtenstein Finkel,

21    LLP, 60 Walnut Street, Wellesley, Massachusetts,

22    commencing at 11:11 a.m. on Tuesday, May 2, 2006.

23

24
```

Page 14

1  heard of Saybrook.
2  Q. Okay. When did you first hear about Saybrook?
3  A. I interview intern applicants every year, so I heard
4     about it when applicants from that graduate program
5     applied for our internship.
6  Q. And do you recall when you first became aware of
7     that name?
8  A. No.
9  Q. Would it have been prior to the 1990s?
10 A. I have no idea.
11 Q. Would it have included any time in the 1990s?
12 A. I heard the name in the '90s. I just don't know
13    when I first heard it.
14 Q. Do you recall the context in which you heard that
15    name?
16 A. Either looking at an application from someone
17    applying for internship, or there were people who
18    applied for licensure at the Board of Registration,
19    I'd heard the name.
20 Q. Do you recall any meetings in which you've
21    participated as a Board member where the subject of
22    eligibility of persons with a psychology degree from
23    Saybrook came up in terms of their eligibility to
24    sit for Mass. licensure?

Page 15

1  A. There was never a discussion of the institution
2     being eligible. We reviewed individual applicants.
3  Q. But my question was and -- all right. Fair enough.
4     Do you recall any particular individuals
5     who were students at Saybrook who had graduated
6     where the subject of their eligibility for licensure
7     in Massachusetts came up?
8  A. Not by name.
9  Q. Do you remember any discussions involving any
10    students or graduates of Saybrook on the issue of
11    eligibility to sit for licensure in Massachusetts
12    coming up?
13 A. I'm not sure how to answer that. In the context of
14    someone applying, we had to look at their courses,
15    and we had to apply their criteria to that
16    individual of whether that individual met
17    requirements that are required for a graduate
18    program. So in that context, it would have been
19    discussed.
20 Q. And would that be true for anybody who applied in
21    Massachusetts from any institution?
22 A. Yes.
23 Q. Okay.
24 A. With one caveat. There is an organization that

Page 16

1  accredits or -- it's not a true accreditation, but
2  that meets the guidelines and sets the guidelines
3  for approved programs in psychology. Programs that
4  go through that site visit and are recommended, we
5  don't go through every detail of their program
6  because they've already been reviewed and been seen
7  as graduate training programs -- recognized graduate
8  training programs in psychology.
9     And I think that the Board at that time
10 didn't go over everything about it. They looked at
11 everything about the individual from that
12 institution and whether they met the requirements of
13 courses.
14 Q. Do you have any knowledge of any student or graduate
15    of a psychology program being refused eligibility to
16    sit for a Mass. licensing exam?
17 A. There were cases where people were seen by the
18    Board, which is a total vote by the Board after a
19    hearing, as there were people deemed to not have met
20    the requirements, the statutory requirements of
21    licensure.
22 Q. Do you recall any of those persons specifically --
23 A. No.
24 Q. -- by name?

Page 17

1  A. No, I don't.
2  Q. Do you recall any of those persons as to what school
3     they got their psychology degree from?
4  A. I know that we were visited by representatives from
5     some schools that had nontraditional ways of getting
6     credit. And I don't remember whether it was
7     Fielding, whether it was Saybrook. There were -- it
8     wasn't Fielding because they eventually got APA
9     approved. There were a couple of schools. There
10    were a couple of schools that came to talk to the
11    Board.
12 Q. Does the name "Union" --
13 A. That's one. I think that they came to one meeting
14    to tell us about their program.
15 Q. Now, you've described -- you used the word
16    "alternative"?
17 A. In the sense that they weren't approved by the
18    graduate -- the list we had of approved graduate
19    programs in psychology. And there's criteria that
20    are listed. And I don't remember the criteria, but
21    there's actual criteria that a program has to meet.
22 Q. Now, I think you stated you first came on to the
23    Board in 1993?
24 A. That's correct.