UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 11572 JLT

*******************************************
SUSAN COONEY,                              )
    Plaintiff                              )
                                            )
v.                                         )
                                            )
SAYBROOK GRADUATE SCHOOL AND               )
RESEARCH CENTER,                           )
    Defendant                              )
*******************************************

### PLAINTIFF SUSAN COONEY'S PROPOSED SPECIAL JURY VERDICT FORM

Plaintiff Susan Cooney hereby submits her following proposed special jury verdict form:

Q.1. Did Susan Cooney and Saybrook Graduate School and Research Center ("Saybrook") enter into a valid contract?

Yes_____            No_____

**If your answer is "Yes", please proceed to the next question.
If your answer is no, please skip to question 5.**

Q.2. Did Susan Cooney fulfill her obligations under the contract.

Yes_____            No_____

**If your answer is "Yes", please proceed to the next question.
If your answer is no, please skip to Question 5.**

Q.3. Did Saybrook breach the contract?

Yes_____            No_____

1

      **If your answer is "Yes", please proceed to the next question.**
      **If your answer is no, please skip to Question 5.**

Q.4.    Did Saybrook's breach of the contract cause Susan Cooney any damages?

      Yes_____          No_____

      **If your answer is "Yes", please proceed to the next question.**

Q.5.    Did Saybrook make a promise to Susan Cooney that it would assist those students who plan to seek licensure in the state of their choice and, to that end, would work together with the Consortium of Diversified Psychology Programs ("CDPP") to monitor and influence existing and changing regulations in order to assist Susan Cooney to be eligible for licensure?

      Yes_____          No_____

      **If your answer is "Yes", please proceed to the next question.**
      **If your answer is "No", and you answered "No" to any of questions 1, 2, 3, or 4, please STOP HERE. The jury foreperson must then sign and date the bottom of this form and return it to the person in authority.**
      **If your answer is "No" but you answered "Yes" to questions 1, 2, 3 and 4, please skip to Question 8.**

Q.6.    Did Susan Cooney rely on this promise and was her reliance reasonable?

      Yes_____          No_____

If your answer is "Yes", please proceed to the next question.
If your answer is "No", and you answered "No" to any of questions 1, 2, 3, or 4, please STOP HERE. The jury foreperson must then sign and date the bottom of this form and return it to the person in authority.
If your answer is "No" but you answered "Yes" to questions 1, 2, 3 and 4, please skip to Question 8.

Q.7.    Did Susan Cooney's reliance on Saybrook's promise cause her any damages?

      Yes_____          No_____

If your answer is "Yes", please proceed to the next question.
If your answer is "No", and you answered "No" to any of questions 1, 2, 3, or 4, please STOP HERE. The jury foreperson must then sign and date the bottom of this form and return it to the person in authority.

**If your answer is "No" but you answered "Yes" to questions 1, 2, 3 and 4, please skip to Question 8.**

Q.8.  Please state the total amount of money you determine are Susan Cooney's damages.

_____ Dollars
(amount in words)

_____
(amount in numbers)

**JURY FOREPERSON:   Please sign and date below and return to person in authority.**

I certify that all of the deliberating jurors concur in the answers to the above questions.

DATED:                                    _____
                                          Jury Foreperson signature


                                          _____
                                          Jury Foreperson printed name

                    Respectfully submitted,
                    SUSAN COONEY,
                    By her attorneys,

                    /s/ E. Steven Coren
                    /s/ Paul W. Morenberg

---

E. Steven Coren, BBO # 99740
Paul W. Morenberg, BBO # 631101
Kerstein, Coren, Lichtenstein & Finkel, LLP
60 Walnut Street
Wellesley, MA 02481
781-997-1600

Dated:        March 26, 2007

### Certificate of Service

    I hereby certify that this document file through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on today's date.

                    /s/ E. Steven Coren
                    /s/ Paul W. Morenberg

---

E. Steven Coren
Paul W. Morenberg