AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF **MASSACHUSETTS**

**EXHIBIT AND WITNESS LIST**

SUSAN COONEY v. SAYBROOK GRADUATE & RESEARCH CENTER

CASE NUMBER: CA 04-11572

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JOSEPH L. TAURO | COREN, MORENBERG | GARCIA, FEDERICO |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 3/19/2007 To | MARCIA PATRISSO | ZITA LOVETT |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 12 | | 3-19-07 | ✓ | ✓ | "HOT SPOTS"                                    COONEY |
| | J | " | | | SAYBROOK - GRADUATE SCHOOL TRANSCRIPT |
| | R | " | | | APPLICANT TRANSFER COURSES |
| 14 | | 3-20-07 | ✓ | ✓ | COONEY BOOK |
| 17 | | " | " | | LETTER TO DR. COONEY FROM MASS. |
| 40 | | " | " | | LETTER TO ATTY VARTAIN |
| 35 | | " | " | | PROMISSORY NOTES: CITIBANK |
| 34 | | " | " | | SALLIE MAE DOCS |
| 31 | | " | " | | TAX RETURN - 2003 |
| 32 | | " | " | | "     "    - 2004 |
| 33 | | " | " | | "     "    - 2005 |
| | M | " | ✓ | ✓ | CATALOG FROM SAYBROOK |
| | N | " | ✓ | ✓ | SAYBROOK ACCEPTANCE |
| | A | " | ✓ | ✓ | SAYBROOK APPLICATION FOR ADMISSION |
| | G | " | ✓ | ✓ | DEGREE/CERTIFICATE INFORMATION |
| | F | " | ✓ | ✓ | RESUME |
| | B | " | ✓ | ✓ | COONEY PERSONAL STATEMENT |
| | S/T | " | ✓ | ✓ | LETTER FROM SAYBROOK ATTORNEY |
| | V | " | ✓ | ✓ | LETTER TO DR. MOORE |
| 10 | | 3-21-07 | ✓ | ✓ | DR. HURSCH'S RESUME - HURSCH |
| 1 | | " | ✓ | ✓ | |
| 23 | | " | ✓ | ✓ | NOTICE TO SAYBROOK |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# United States District Court

DISTRICT OF __MASSACHUSETTS__

SUSAN COONEY v. SAYBROOK GRADUATE & RESEARCH CENTER

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CA04 - 11572

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JOSEPH L. TAURO | POREM, MORENBERG | GARCIA, FEDERICO |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 3/19/2007 to | MARCIA PATRISSO | ZITA LOVETT |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 15 | | 3-21-07 | ✓ | ✓ | REGISTRATION OF PSYCHOLOGISTS - |
| 26 | | " " | ✓ | ✓ | LETTER TO DOCTOR COUTU - |
| 27 | | " " | ✓ | ✓ | LETTER TO MR. WOOD |
| 11 | | " " | ✓ | ✓ | Resume of Dana Hewins |
| 5 | | 3/22/07 | ✓ | ✓ | CATALOG 1999-2000 |
| 4 | | " " | ✓ | ✓ | CATALOG 1998-1999 |
| | E | " " | ✓ | ✓ | PRESENTATIONS + WORKSHOPS - |
| 18 | | 3/26/07 | ✓ | ✓ | O'HARA ARTICLE - O'HARA |
| 22 | | " " | ✓ | ✓ | DOCUMENT: CONSORTIUM |
| 21 | | " " | ✓ | ✓ | LETTER |
| 2 | J | " " | ✓ | ✓ | Saybrook official Transcript of Susan Cooney |
| 13 | R | " " | ✓ | ✓ | Cooney's Course Transfer Memo of Courses taken at Boston Univ. |
| 43 | | 3/27/07 | ✓ | ✓ | Dr. Sanders letter of rec to Saybrook re: Susan Cooney |
| 13 | | " " | ✓ | ✓ | Dr. Sanders letter about Cooney's internship - certifying completion |
| 8 | | " " | ✓ | ✓ | Dr. Sanders's performance review of Susan Cooney |
| 9 | | " " | ✓ | ✓ | Dr. Sanders's MGH employee eval of Cooney for July 96-July 97 |
| | C | 3/20/07 | ✓ | ✓ | SAYBROOK CATALOG |
| 3 | | 3/22/07 | ✓ | ✓ | 1996-1998 CATALOG |
| 7 | | 3/22/07 | ✓ | ✓ | SAYBROOK CATALOG - 2001-2002 |
| | I | 3/27/07 | ✓ | ✓ | Cooney Northeastern Transcript |
| | K | " " | ✓ | ✓ | Richards letter of rec |
| | O | " " | ✓ | ✓ | Cooney email to Dr. Bohart |

(Previously submitted on 3/19)

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# United States District Court

DISTRICT OF __Massachusetts__

Susan Cooney v. Saybrook Graduate Research Center

## EXHIBIT AND WITNESS LIST

CASE NUMBER: CA 04-11572

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Joseph L. Tauro | Coren, Morenberg | Garcia, Federico |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/19/07 to | Marcia Patrisso | Zita Lovett |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | P | 3/28/07 | ✓ | ✓ | Resume of Nancy Segreve |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 3 of 3 Pages