CASE NO: (CIVIL) (~~CRIMINAL~~)  CA 04 - 11572

TITLE: SUSAN Cooney  vs ~~HUMANISTIC~~ SAYBROOK
~~PSYCHOLOGY~~

## J U R Y   P A N E L

(1. CONSTANCE N. FRIEDERICHS (3)    (7 JANE M. CANGEME (17)

(2. JOANNE M. MCCARTHY (16)    (8 MARGARET B. SMITH (25)

(3. JAMES C. SHAY (9)    (9 _____

(4. STEPHEN J. GULO, JR. (10)    (10 _____

(5. PAULA J. DAILEY (21)    (11 _____

(6. ANDREA E. WILSON (33)    (12 _____

_____    _____
Alternate # 1    Alternate # 2

_____    _____
Alternate # 3    Alternate # 4

(PLTFF) (~~DEFT~~)    W I T N E S S E S    DEFENDANT

1. SUSAN Cooney 3/19; 3/20    1. DR. DENNIS NORMAN 3/27

2. DR. NORMAN HIRSCH 3/20; 3/21    2. DR. RUTH RICHARDS, 3/27, 3/28

3. KAREN SCHWARTZ, 3/21    3. Donald Cooper 3/28

4. Dana Hewins 3/21    4. Nancy Segreve 3/28

5. WILLIAM BRUFF, 3/22    5. _____

6. EUGENE TAYLOR, PhD. 3/22    6. _____

7. JOHN W. REHO, 3/22    7. _____

8. MAUREEN O'HARA 3/26    8. _____

9. Marsha Hammond 3/26, 3/27    9. _____

10. Kathy Sanders 3/27    10. _____

11. ███████████████    11. _____

12. _____    12. _____

13. _____    13. _____

_____
14. _____