UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUSAN COONEY,

        Plaintiff,                      CASE NO.: 04-11572 JLT

v.

SAYBROOK GRADUATE SCHOOL AND
RESEARCH CENTER,

        Defendant.

## VERDICT FORM

WE, THE JURY, FIND:

Q.1. Did Susan Cooney and Saybrook Graduate School and Research Center ("Saybrook") enter into a valid and binding contract in which Saybrook was obligated to both monitor and inform Susan Cooney of changes in Massachusetts state psychology licensing laws while she was a student?

        Yes ✓       No _____

        **If your answer is "Yes," please proceed to the next question.**
        **If your answer is "No," please skip to Question 5.**

Q.2. If you found a contract existed between Susan Cooney and Saybrook, did Susan Cooney fulfill all of her responsibilities under that contract?

        Yes ✓       No _____

        **If your answer is "Yes," please proceed to the next question.**
        **If your answer is "No," please skip to Question 5.**

Q.3. If you found a contract existed between Susan Cooney and Saybrook, did Saybrook breach its responsibilities under the contract?

        Yes ✓       No _____

        **If your answer is "Yes," please proceed to the next question.**
        **If your answer is "No," please skip to Question 5.**

Q.4. If you found Saybrook breached a contract with Susan Cooney, did that breach cause Susan Cooney any damages?

Yes ✓   No _____

**Please proceed to the next question.**

Q.5. Did Saybrook make a promise to Susan Cooney that it would both monitor and inform Susan Cooney of changes in Massachusetts state psychology licensing laws while she was a student?

Yes ✓   No _____

**If your answer is "Yes," please proceed to the next question.**

**If your answer is "No," and you answered "No" to any of Questions 1, 2, 3 or 4, please "STOP HERE." The jury foreman needs to sign and date where indicated at the end of this form and return it to the Court Officer.**

**If your answer is "No," and you answered "Yes" to Questions 1, 2, 3, and 4, please skip to Question 8.**

Q.6. Was Susan Cooney's reliance reasonable?

Yes ✓   No _____

**If your answer is "Yes," please proceed to the next question.**

**If your answer is "No," and you answered "No" to any of Questions 1, 2, 3 or 4, please "STOP HERE." The jury foreman needs to sign and date where indicated at the end of this form and return it to the Court Officer.**

**If your answer is "No," and you answered "Yes" to Questions 1, 2, 3, and 4, please skip to Question 8.**

Q.7. Did Susan Cooney's reliance on a statement by Saybrook that it would both monitor and inform Susan Cooney of changes in Massachusetts state psychology licensing laws cause her any damages?

Yes __X__    No _____

**If your answer is "Yes," please proceed to the next question.**

**If your answer is "No," and you answered "No" to any of Questions 1, 2, 3 or 4, please "STOP HERE." The jury foreman needs to sign and date where indicated at the end of this form and return it to the Court Officer.**

**If your answer is "No," and you answered "Yes" to Questions 1, 2, 3, and 4, please go to Question 8.**

Q.8. What amount of money, if any, would put Susan Cooney in the position she would have been had either Saybrook not breached a contract and/or not made Susan Cooney a promise that Saybrook would both monitor and inform her of changes in Massachusetts state psychology licensing laws?

_One Hundred Thirty Seven Thousand_ Dollars
(amount in words)

$ _137,000.00_
(numerical amount)

**Please have the jury foreman sign and date where indicated at the end of this form and return it to the Court Officer.**   2:30 pm

Dated: _March 29 2007_     _Constance Nash Frederichs_
                              Signature of Foreperson of the Jury