UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>SUSAN COONEY,     </u>
         Plaintiff

         v.                              CIVIL ACTION NO. <u>04-11572-JLT </u>

<u>SAYBROOK GRADUATE SCHOOL and</u>
<u>RESEARCH CENTER. </u>
         Defendant.

## JUDGMENT IN A CIVIL CASE

<u>TAURO,  D.J.</u>

**X**    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED:**

        **JUDGME**NT FOR THE PLAINTIFF: <u> SUSAN COONEY, in the </u>
        amount of $137,000.00 (ONE HUNDRED THIRTY SEVEN THOUSAND)


                                                            Sarah Thornton,Clerk
                                                            Zita Lovett
Dated: <u>April 2, 2007.</u>                <u> /s/               </u>
                              ( By )Zita Lovett, Deputy Clerk