UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN COONEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.04-11572-JLT |
| | * | |
| SAYBROOK GRADUATE SCHOOL AND RESEARCH CENTER, | * | |
| | * | |
| Defendant. | * | |

## ORDER

April 2, 2007

TAURO, J.

This court hereby orders that the parties shall file a joint status report by April 17, 2007, regarding their settlement discussions on the outstanding Chapter 93A claim.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge