UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04 11572 JLT

*******************************************
SUSAN COONEY,                              )
    Plaintiff                              )
                                           )
v.                                         )
                                           )
SAYBROOK GRADUATE SCHOOL AND               )
    RESEARCH CENTER,                       )
    Defendant                              )
*******************************************

## JOINT STATUS REPORT ON SETTLEMENT DISCUSSIONS

Pursuant to the Court's Order dated April 2, 2007, the parties jointly submit this report on settlement discussions regarding the plaintiff's Chapter 93A claim.

Plaintiff proposed to settle her Chapter 93A claim, together with her contract claims, for the sum of $650,000. Defendant countered with an offer to pay the recent judgment of $137,000, prejudgment interest from the date of filing, and $20,000 to settle the Chapter 93A claim. Plaintiff has rejected defendant's counteroffer.

| SUSAN COONEY, | SAYBROOK GRADUATE SCHOOL AND RESEARCH CENTER, |
|---|---|
| By Plaintiff's Counsel | By Defendant's Counsel: |
| /s/ Paul W. Morenberg | /s/ Grace V.B. Garcia |
| E. Steven Coren, BBO # 099740<br>Paul W. Morenberg, BBO # 631101<br>Kerstein, Coren, Lichtenstein & Finkel, LLP<br>60 Walnut Street<br>Wellesley, MA  02481<br>(781) 997-1600 | Michael F. Aylward, BBO # 024850<br>Thomas C. Federico, BBO #160830<br>Grace V. B. Garcia, BBO # 640970<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA  02210<br>(617) 439-7500 |

Dated:     April 17, 2007