# United States District Court

DISTRICT OF Massachusetts

**EXHIBIT AND WITNESS LIST**

Susan Cooney
v.
Saybrook Graduate

CASE NUMBER: 04cv11572

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Tauro | Cohen, Morenberg | Bacon Garcia |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/30/07 | Carol Scott | K. Abaid |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | A | 5/30/07 | ✓ | ✓ | CA Acknowledgment - Officer Cert. |
|  | B | 5/30/07 | ✓ | ✓ | CA Acknowledgement - Officer Cert. |
|  | C | 5/30/07 | ✓ | ✓ | Copy law of Chapter 93A |
|  | D | 5/30/07 | ✓ | ✓ | Affidavit of Michael Valtain, esq. |
| 1 |  | 5/30/07 | ✓ | ✓ | Receipt for Certified Mail |
| 2 |  | 5/30/07 | ✓ | ✓ | 940 CMR 3.00 General Regulations |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages