UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04 11572 JLT

| | |
|---|---|
| SUSAN COONEY,<br>      Plaintiff,<br><br>v.<br><br>SAYBROOK GRADUATE AND<br>RESEARCH CENTER,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF PARTIES TO FINAL JUDGMENT

The parties to the above-named action, hereby stipulate to a Final Judgment amount of $188,788.79 (One hundred eighty-eight thousand seven hundred eighty-eight dollars and seventy-nine cents). The Final Judgment amount of $188,788.79 includes the Jury Verdict of $137,000 on the claims for breach of contract and promissory estoppel and all pre- and post-judgment interest, if paid by the defendant to the plaintiff by July 31, 2007. It is agreed that payment will be made payable to "Susan Cooney and her attorneys Kerstein, Coren, Lichtenstein & Finkel, LLP." Nothing in this stipulation waives the plaintiff's right to seek costs.

1075477v1

| | |
|---|---|
| The Plaintiff,<br>SUSAN COONEY,<br>By her attorneys, | The Defendant,<br>SAYBROOK GRADUATE AND RESEARCH CENTER<br>By its attorneys, |
| /s/ *Paul W. Morenberg/gg* | /s/ *Grace V. Bacon Garcia* |
| E. Steven Coren, BBO#<br>Paul W. Morenberg, BBO#<br>KERSTEIN, COREN, LICHTENSTEIN & FINKEL, LLP<br>60 Walnut Street<br>Wellesley, MA 02481<br>781-997-1600 | Thomas C. Federico, BBO #160830<br>Grace V. Bacon Garcia, BBO# 640970<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br>(617) 439-7500 |

## CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with the F.R.C.P.

/s/ *Grace V. Bacon Garcia*

Grace V. Bacon Garcia

Date: July 26, 2007