# KERSTEIN, COREN, LICHTENSTEIN & FINKEL LLP
### 233 Needham Street
### Newton, MA 02464

FED. I.D. # 04-3066927

Invoice submitted to:

Susan P. Cooney
1445 Centre Street
Newton Center MA 02459

June 08, 2004

Invoice #14218

### Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 5/18/2004 | PM | Telephone conference with client regarding revisiting Complaint to add claims against Maureen O'Hara. | 0.20 | Redacted |
| 5/20/2004 | PM | Conducted legal research onChapter 93 A Claims against corporate officer; Prepared revisions to Complaint to add claims against Dr. O'Hara and additional facts regarding 93A demand | 1.20 | Redacted |
| 5/25/2004 | PM | Telephone conference with Court clerk regarding service of subpoena on out-of-state deferendants; Drafted Civil Action cover sheet, and Notice of Appearance | 0.50 | Redacted |
| | | For professional services rendered | 1.90 | |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 5/28/2004 | Filing Fee | 275.00 |
| 5/31/2004 | Administration Fee (copies, fax, postage, telephone) | 7.41 |
| | Total costs | $282.41 |
| | Total amount of this bill | Redacted |
| 6/7/2004 | Payment from account | ($127.66) |
| | Total payments and adjustments | ($127.66) |