# KERSTEIN, COREN, LICHTENSTEIN & FINKEL LLP
233 Needham Street
Newton, MA 02464

FED. I.D. # 04-3066927

Invoice submitted to:

Susan P. Cooney
1445 Centre Street
Newton Center MA 02459

July 12, 2004

Invoice #14280

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/3/2004 PM | Drafted subpoenas to Saybrook and Maureen O'Hara; Telephone consultation with process server in California regarding serving defendants |  | 0.60 | Redacted |
| 6/17/2004 PM | Follow up telephone consultation with Associated Legal Services regarding delay in serving defendants; Advised secretary that I would retain another process server |  | 0.20 | NO CHARGE |
| 6/22/2004 PM | Telephone consultation with process server Wheels of Justice, Inc.; Drafted letter to Wheel of Justic with instructions for serving defendants |  | 0.40 |  |
|  | For professional services rendered |  | 1.20 | Redacted |

Additional Charges :

| 6/7/2004 | Courier CMCI | 39.49 |
|---|---|---|
| * 6/25/2004 | Check to Wheels of Justice, Inc. | 110.00 |
| 6/30/2004 | Administration Fee (copies, fax, postage, telephone) | 3.90 |

Total costs                                $153.39

Total amount of this bill                  Redacted

Previous balance

**KERSTEIN, COREN, LICHTENSTEIN & FINKEL LLP**
IOLTA ACCOUNT
60 WALNUT ST 4TH FLR
WELLESLEY HILLS MA  02481

CITIZENS BANK
MASSACHUSETTS

1155

5-7817/2110

1/10/07

PAY TO THE ORDER OF  Wheels of Justice   $ 160.00

One Hundred Sixty + xx/100  DOLLARS

MEMO service subpoena Cooney

"001155"  :211070175:  1305071473"



1155

1155

38014



**KERSTEIN, COREN, LICHTENSTEIN & FINKEL LLP**
IOLTA ACCOUNT
60 WALNUT ST 4TH FLR
WELLESLEY HILLS MA 02481

CITIZENS BANK
MASSACHUSETTS

1156

5-7017/2110
643

1/10/04

PAY TO THE ORDER OF  John W. Reho    $ 129.00

One Hundred Twenty Nine + xx/100  DOLLARS

MEMO  service subpoena/witness fee

ENTERED

⑆001156⑆ ⑈211070175⑈ 130507 1473⑆

1156

1156

38014

DEPOSIT/WITHDRAWAL REQUEST (Circle One)

ATTORNEY NAME: _PWM_

CLIENT: _Cooney_

VENDOR: _____

DATE: _____

BANK ACCOUNT: _____

AMOUNT: _$48_

_Check to Dr. Karen Schwartz_

| | | | 1158 |
|---|---|---|---|
| Dr. Karen Schwartz | Cooney | 1/18/2007 | 48.00 |

_witness fee_

IOLTA - Kerstein                                                                 48.00

38014

1162

| Quickserv, Inc. | | | | 2/8/2007 | | |
|---|---|---|---|---|---|---|
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
| 1/23/2007 | Bill | 100345 | 74.00 | 74.00 | | 74.00 |
| | | | | Check Amount | | 74.00 |

IOLTA - Kerstein                                                                                          74.00

38014

**Check 1523**

LAW OFFICE OF PAUL W. MORENBERG
60 WALNUT STREET
WELLESLEY, MA 02481

DATE: 1/25/07

PAY TO THE ORDER OF: Constable Larry Karis     $50.00

Fifty —— 00/100 DOLLARS

Sovereign Bank
sovereignbank.com

FOR: Cooney — Service of Fed. Subpoena. Sallie Mae

Signed: Paul [Morenberg]

⑈001523⑈ ⑆011075150⑆ 68904948236⑈

---

**Check 1524**

LAW OFFICE OF PAUL W. MORENBERG
60 WALNUT STREET
WELLESLEY, MA 02481

DATE: 1/25/07

PAY TO THE ORDER OF: Sallie Mae — Keeper of Records     $40—

Forty —— 00/100 DOLLARS

Sovereign Bank
sovereignbank.com

FOR: Cooney — Witness Fee

Signed: Paul W. [Morenberg]

⑈001524⑈ ⑆011075150⑆ 68904948236⑈

---

**Check 1525**

LAW OFFICE OF PAUL W. MORENBERG
60 WALNUT STREET
WELLESLEY, MA 02481

DATE: 1/25/07

PAY TO THE ORDER OF: Citibank — Keeper of Records     $40—

Forty —— 00/100 DOLLARS

Sovereign Bank
sovereignbank.com

FOR: Cooney — Witness Fee

Signed: Paul W. [Morenberg]

⑈001525⑈ ⑆011075150⑆ 68904948236⑈



# QUICKSERV
## ALLSTATE PROCESS SERVERS

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 1/23/2007 | 100345 |

**BILL TO**

Kerstein, Coren, Lichtenstein & Finkel
60 Walnut Street
Wellesley, MA 02481

| CASE NO. | YOUR FILE NO. |
|---|---|
| 0411572JLT | |

| FOR PROFESSIONAL SERVICES: | FEES |
|---|---|
| **PLAINTIFF vs. DEFENDANT:** Susan Cooney V. Saybrook Graduate School | |
| **TYPE OF SERVICE:** Serving of one (1) Subpoena | |
| **ADDRESS:** Eugene Taylor, Ph.D./Cambridge    $46 | |
| SERVICE AND TRAVEL | 28.00 |
| WITNESS FEE TOTAL | 46.00 |

Due Upon Receipt. We appreciate your prompt payment.
Federal Tax ID# 04-3297756

**Total** $74.00

BOSTON • WORCESTER • SPRINGFIELD • CAPE COD

QUICKSERV, Inc. • Post Office Box 869103 • Milton, Massachusetts 02186
Tel. (617) 770-1991 • Toll Free (888) 770-1991 • FAX (617) 770-1700 • www.qkserv.com

DEPOSIT /WITHDRAWAL/ REQUEST (Circle One)

ATTORNEY NAME: Cooney

CLIENT: _____

VENDOR: _____

DATE: 1/25/07

BANK ACCOUNT: _____

AMOUNT: $130 — Check to PWM

Reimburse PWM for Cooney Expenses

| | | | |
|---|---|---|---|
| Paul Morenberg | | | 1160 |
| | reimb for Cooney exps | 1/26/2007 | 130.00 |

IOLTA - Kerstein    Cooney                                                                   130.00

  38014

**JW SERVICES -- 219 N Caley Pl --**
**Sioux Falls, SD 57110**

Kerstein Coren Lichtenstein & Finkel

| Plaintiff | Defendant | Fees | Miles | Subt | Tax | TOTAL |
|---|---|---|---|---|---|---|
| SUSAN COONEY DOCKET 04 11572 JLT | SAYBROOK GRADUATE SCHOOL AND RES | $7.50 | $6.40 | $13.90 | $0.82 | $14.72 |

Sum(Fees): $7.50   Sum(Mi): 6.40   Sub: $13.90   Sum(Tax): $0.82   Sum(TOTAL): $14.72

OK [signature]

Due and Payable Upon Receipt

**JW Services**
Process Server
JO BRINKMAN
Pager 330-8993
Will serve in the following areas:
Sioux Falls, Harford, Brandon, Crooks, Rennier & Tea
219 N. Caley Pl.
Sioux Falls, SD 57110

Page Number: 1        January   2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Affidavit of Service

FIRM: Kerstein Coren Lichtenstein & Finkel

SUSAN COONEY DOCKET 04 11572 JLT
    Plaintiff,
vs.
SAYBROOK GRADUATE SCHOOL AND RESEARCH CENTER
    Defendant,

\* \* \* \* \* \* \* \* \* \* \* \*

STATE OF SOUTH DAKOTA)
                      :SS
COUNTY OF MINNEHAHA)

Jo Peterson, being first duly sworn under oath, deposes and says:
    I am an elector of the County of Minnehaha, State of South Dakota.
On the 26th day of January, 2007, I received the following documents in the above entitled action: <u>Trial Subpoena Duces Tecum Pursuant to Rule 45 of the Federal Rules of Civil Procedure/Check #1525 $40/Authorization to Release Student Loan Records/Affidavit of Keeper of Records</u>. I served a true and correct copy of said documents on <u>Adult Female</u>
   Veronica Gleysteen/Legal Dept at Citibank, Sioux Falls, South Dakota,
on the 26th day of January, 2007.

---

Supplemental Affidavit:
   After a diligent search I am returning these papers to:
   Date:
   For the following reasons:

---

                                                      Jo Peterson
                                                      Minnehaha County, State of South Dakota

JW SERVICES -PAGER 330-8993

| SERVICE | $ | 7.50 |
|---|---|---|
| MISC | | |
| 16 MILES | $ | 6.40 |
| SUB TOTAL | $ | 13.90 |
| SALES TAX | $ | 0.82 |
| MILES | $ | 0.00 |
| VISITS:1. | | |
| FEE NO TAX: | | |
| TOTAL DUE: | $ | 14.72 |

Subscribed and sworn to before me this
26th day of January, 2007.

Notary Public, South Dakota

My Commission Expires:       My Commission Expires:
                                       November 17, 2012


RICHARD BRINKMAN NOTARY PUBLIC SOUTH DAKOTA

1161

| JW Services | | | | 2/7/2007 | | |
|---|---|---|---|---|---|---|
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
| 1/31/2007 | Bill | 1/07 | 14.72 | 14.72 | | 14.72 |
| | | | | Check Amount | | 14.72 |

IOLTA - Kerstein                                                                 14.72

38014





1191

Marsha Hammond                                       4/23/2007
Date        Type    Reference         Original Amt.   Balance Due   Discount        Payment
3/27/2007   Bill    20070327             704.78          704.78                      704.78
                                                              Check Amount           704.78

IOLTA - Kerstein    Cooney                                                           704.78

38014

Marsha Hammond
168 Virginia Ave
Asheville, NC 28806
404 964 5338

*Gold*

Mar 27, 07

MR. Morenberg:

Thank you so much for the fine accommodations. It was a real treat.

Here are the itemized expenses (receipts included):

1) Cab fm airport (3-25-07)   25.00
2) Food misc:                  3.83
                               5.20
                               6.08

3) Taxi to Fed Crthse         12.00
   (3-27-07)                   1.90
   Food misc.                  3.26
                               3.68
4) Taxi to airport            25.00
   (① Receipt enclosed as
    this was given to you prior)
                              _____
5) Room charges              622.83
   Total                    ┌─────────┐
                            │ 704.78  │
                            └─────────┘

PS: Let me know how things turn out.
Thanks again.   Marsha Hammond PhD

FAIRMONT HOTELS & RESORTS



**THE Fairmont COPLEY PLAZA BOSTON**

138 ST. JAMES AVENUE
BOSTON, MASSACHUSETTS USA 02116
T 617 267 5300  F 617 375 9648

| | |
|---|---|
| Room | : 418 |
| Folio # | : |
| Cashier # | : 75 |
| Page # | : 1 of 1 |

Marsha Hammond

US

| | |
|---|---|
| Arrival | : 03-25-07 |
| Departure | : 03-27-07 |

| Date | Description | Additional Information | Charges | Credits |
|---|---|---|---|---|
| 03-25-07 | Room Charge | Hammond Marsha #418=>Hammond Marsha #8003<br>Hammond Marsha #8003=>Hammond Marsha #418 | 269.00 | |
| 03-25-07 | Room StateTax | Hammond Marsha #418=>Hammond Marsha #8003<br>Hammond Marsha #8003=>Hammond Marsha #418 | 15.33 | |
| 03-25-07 | Room City Tax | Hammond Marsha #418=>Hammond Marsha #8003<br>Hammond Marsha #8003=>Hammond Marsha #418 | 10.76 | |
| 03-25-07 | Room Occupancy Tax | Hammond Marsha #418=>Hammond Marsha #8003<br>Hammond Marsha #8003=>Hammond Marsha #418 | 7.40 | |
| 03-26-07 | Fairmont Gold | Hammond Marsha #418=>Hammond Marsha #8003<br>Hammond Marsha #8003=>Hammond Marsha #418 | 5.00 | |
| 03-26-07 | Fairmont Gold - State Tax 5% | Hammond Marsha #418=>Hammond Marsha #8003<br>Hammond Marsha #8003=>Hammond Marsha #418 | 0.25 | |
| 03-26-07 | Fairmont Gold | Hammond Marsha #418=>Hammond Marsha #8003<br>Hammond Marsha #8003=>Hammond Marsha #418 | 12.00 | |
| 03-26-07 | Fairmont Gold - State Tax 5% | Hammond Marsha #418=>Hammond Marsha #8003<br>Hammond Marsha #8003=>Hammond Marsha #418 | 0.60 | |
| 03-26-07 | Room Charge | Hammond Marsha #418=>Hammond Marsha #8003<br>Hammond Marsha #8003=>Hammond Marsha #418 | 269.00 | |
| 03-26-07 | Room StateTax | Hammond Marsha #418=>Hammond Marsha #8003<br>Hammond Marsha #8003=>Hammond Marsha #418 | 15.33 | |
| 03-26-07 | Room City Tax | Hammond Marsha #418=>Hammond Marsha #8003<br>Hammond Marsha #8003=>Hammond Marsha #418 | 10.76 | |
| 03-26-07 | Room Occupancy Tax | Hammond Marsha #418=>Hammond Marsha #8003<br>Hammond Marsha #8003=>Hammond Marsha #418 | 7.40 | |
| 03-27-07 | Discover Card | XXXXXXXXXXXX6201      XX/XX | | 622.83 |
| | **Total** | | **622.83** | **622.83** |
| | **Balance Due** | | **0.00** | |

Guest signature X_____

For information or reservations, visit us at
www.fairmont.com or call Fairmont Hotels & Resorts from:
United States or Canada    1 800-441-1414

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company, travel agent or association fails to pay for the full amount of the charges. Overdue balance subject to a surcharge at the rate of 1.5% per month. (19.56% per annum). All accounts deemed delinquent may be subject to legal fees and all other costs associated with the bill. Account is payable on presentation or departure.

I have requested delivery of The New York Times. If refused, a credit will be applied to my account of $.25 (Mon-Sat) and $1.25 (Sun)

**Thank you for choosing to stay with Fairmont Hotels & Resorts**

** STARBUCKS COFFEE COMPANY **

```
441 STUART STREET       #00822
BOSTON         MA02116
    ALT HAND OFF         nc
  1 SCONE BLUEBERRY     1.75
  1 DOPPIO MACCHIATO    1.90
  SUBTOTAL              3.65
   TAX 5.0              0.18
  TOTAL                 3.83
  MASTERCARD            3.83
    CARD#: XXXXXXXXXXXX5100
  CHANGE DUE            0.00

00822 01A1 705036  001274975E
03/26/07                12:24
       Love What You Do.
    Talk to a store manager
   about working at Starbucks or
    visit Starbucks.com/careers.
```

** STARBUCKS COFFEE COMPANY **

```
ONE FINANCIAL/DEW      #07377
BOSTON        MA02111
     --- DUPLICATE RECEIPT ---
 1 DOPPIO MACCHIATO     1.90

          000026
SUBTOTAL                1.90
  TAX 5.0               0.10
TOTAL                   2.00
CASH                    2.00
CHANGE DUE              0.00

07377 03A1 701561  001349317E
03/27/07                12:15
     --- DUPLICATE RECEIPT ---
       Love What You Do.
    Talk to a store manager
   about working at Starbucks or
    visit Starbucks.com/careers.
```

```
ARAMARK EMERSONS CAFE
    80 BOYLSTON ST
   BOSTON, MA. 02116
      617-824-8060

Merchant ID: 461047000488401
Term ID: 0010546104700048840100

           Sale

xxxxxxxxxxxx5100
MASTERCARD      Entry Method: Swiped

Total:       $       6.08

03/25/07              16:07:44
Inv #: 000038   Appr Code: 005770
Apprvd: Online

         Customer Copy
          THANK YOU!
```

**Metrocab** Customer Receipt
617 **782-5500**
84 Braintree St., Boston, MA 02134
www.metro-cab.com

FARE: hotel
TIP: airport
TOTAL:

From: _from airport_
To: _to hotel_
Driver: _$25 w/ tip_

Hack Lic. No.: _____  Cab No. _____

- Airport Service
- Business Acct. Available
- Station Wagons
- Courier Service
- Handicapped Vehicles Available
- 24 hr. Service

MSE Branded Foods
CONCOURSE SNACK BAR

SUN MARCH 25, 2007
CHECK #318411-1

```
1 KMX                  $2.99
1 07 shortbread        $1.89
   SUB-TOTAL         : $4.88
   FOOD TAX            $0.20
   RETAIL TAX          $0.12
TOTAL               $5.20

Time: 10:38    1 CUSTOMER

      WELCOME TO
   CONCOURSE SNACK BAR

   YOU HAVE BEEN SERVED
        BY : ERIN

       ORDER 140

CASH       :    $10.25
CHANGE     :    $5.05-
```

DUNKIN DONUTS
LOGAN AIRPORT
BOSTON, MA

```
03/27 07        /  000001
#0286  2:34PM      0019

1 MUFFIN              $1.35
SM ICD ORIG BLEN      $1.75
MDSE ST               $3.10
TAX                   $0.16

***TOTAL             $3.26
CASH                 $5.00
```