

# DANILECKI REPORTING
(617) 745-9786 • FAX (617) 745-4368

**REMIT TO:**
234 Governors Road
Quincy, Massachusetts 02169

**BILL TO:**
E. Steven Coren, Esq.
Kerstein Coren Lichtenstein Finkel LLP
60 Walnut Street
Wellesley, MA 02481

**INVOICE**

8503

| DATE | CLIENT FILE |
|------|-------------|
| 2/18/06 | 701 |

CASE:             Susan Cooney vs. Saybrook Institute
DEPOSITION DATE:  January 26, 2006

Deposition of Susan Cooney, Volume I

Copy of Transcript:       275 Pages @ 2.85      $783.75
Condensed Transcript:                            $25.00

                          Total Amount:         $808.75

We appreciate your business.

---

**KERSTEIN, COREN, LICHTENSTEIN / & FINKEL, LLP / IOLTA ACCOUNT**                                              4243

Danilecki Reporting                                              2/21/2006

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 2/18/2006 | Bill | 8503 | 808.75 | 808.75 | | 808.75 |

Check Amount                                                      808.75

IOLTA - Kerstein       Client File 701                                                           808.75


510462 (8/04)



# DANILECKI REPORTING
(617) 745-9786  FAX (617) 745-4368

**BILL TO:**

E. Steven Coren, Esq.
Kerstein Coren Lichtenstein Finkel LLP
60 Walnut Street
Wellesley, MA 02481

**REMIT TO:**
234 Governors Road
Quincy, Massachusetts 02169

**INVOICE**

8504

| DATE | CLIENT FILE |
|---|---|
| 2/18/06 | 701 |

CASE:            Susan Cooney vs. Saybrook Institute
DEPOSITION DATE: January 27, 2006

Deposition of Susan Cooney, Volume II

Copy of Transcript:        325 Pages @ 2.85    $926.25
Condensed Transcript:                          $25.00

                           Total Amount:       $951.25

We appreciate your business.

---

**KERSTEIN, COREN, LICHTENSTEIN / & FINKEL, LLP / IOLTA ACCOUNT**                     4244

Danilecki Reporting                          2/23/2006

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 2/18/2006 | Bill | 8504 | 951.25 | 951.25 | | 951.25 |
| | | | | Check Amount | | 951.25 |

IOLTA - Kerstein     Client File 701                                              951.25

*PAYMENT RECORD*


510462 (8/04)

# Lawyers Video

11 Homestead Street
Lexington, MA 02421

(617) 723-3376
www.lawyersvideo.com

# Invoice

Kerstein, Coren, et al
E. Steven Coren, Esq.
60 Walnut Street
Wellesley, MA 02481

| Date | Invoice # |
|---|---|
| 1/31/2006 | 6011 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Duplication | Video duplication of Susan Cooney deposition ( 1/26 & 1/27/06) (13hrs) (Cooney v SayBrook) | 1 | 525.00 | 525.00 |

**KERSTEIN, COREN, LICHTENSTEIN / & FINKEL, LLP / IOLTA ACCOUNT**

Lawyers Video

Invoice 6011

2/8/2006

4238

525.00

*PAYMENT RECORD*

IOLTA - Kerstein    Inv 6011

525.00



510462 (8/04)

1041

| Golden Gate Reporters LLC | | | | 4/10/2006 | | |
|---|---|---|---|---|---|---|
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
| 4/5/2006 | Bill | 94152 | 931.80 | 931.80 | | 931.80 |
| 4/5/2006 | Bill | 94154 | 1,225.30 | 1,225.30 | | 1,225.30 |
| 4/5/2006 | Bill | 94158 | 1,027.50 | 1,027.50 | | 1,027.50 |
| 4/5/2006 | Bill | 94156 | 985.70 | 985.70 | | 985.70 |
| 4/5/2006 | Bill | 94160 | 286.20 | 286.20 | | 286.20 |
| | | | | | Check Amount | 4,456.50 |

IOLTA - Kerstein        Case #04-11572 JLT                                           4,456.50

38014

Golden Gate Reporters LLC
35 Mitchell Boulevard, Suite 8
San Rafael, CA 94903-2010
(415) 491-4611   Fax (415) 491-4635

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 94152 *** | 04/05/2006 | 02-35832 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/13/2006 | JOBEJA | 04-11572 JLT |

**CASE CAPTION**

Cooney vs. Saybrook Graduate School

**TERMS**

Due upon receipt

Paul W. Morenberg
Kerstein, Coren, Lichtenstein, Finkel LLP
Newton-Wellesley Executive Office Park
60 Walnut Street
Wellesley, MA 02481

```
ORIGINAL & ONE COPY OF THE TRANSCRIPT OF:
    MAUREEN O'HARA                       208 Pages @    4.15/Page       863.20
        EXHIBITS                          43 Pages @     .40/Page        17.20
        CERTIFICATION                                                    14.00
        PROCESSING ORIGINAL(S)                                           20.00
        HANDLING & DELIVERY                                              17.40

                              TOTAL DUE  >>>>                           931.80
                        AFTER 05/05/2006 PAY                          1,024.98

*COMPLIMENTARY CONDENSED TRANSCRIPT AND CONCORDANCE.
*REMINDING YOU WE COVER NORTHERN CALIFORNIA AND CAN PROVIDE A REPORTER AND
COMPLIMENTARY CONFERENCE ROOM ANYWHERE IN OUR REGION.
*WE ACCEPT VISA AND MASTERCARD.
```


ENTERED

TAX ID NO.: 80-0009696                                    (617) 969-7139   Fax (617) 244-6511

*Please detach bottom portion and return with payment.*

Paul W. Morenberg
Kerstein, Coren, Lichtenstein, Finkel LLP
Newton-Wellesley Executive Office Park
60 Walnut Street
Wellesley, MA 02481

Job No.      : 02-35832
Case No.     : 04-11572 JLT
Cooney vs. Saybrook Graduate School
Invoice No.: 94152 ***
Date         : 04/05/2006
TOTAL DUE    :    931.80
AFTER 05/05/2006 PAY : 1,024.98

Remit To:   Golden Gate Reporters LLC
            35 Mitchell Blvd., Suite 8
            San Rafael, CA 94903-2010

**PAYMENT WITH CREDIT CARD**

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____   Phone #: _____
Billing Address: _____
Amount to Charge: _____  Zip: _____
Cardholder's Signature: _____

Golden Gate Reporters LLC
35 Mitchell Boulevard, Suite 8
San Rafael, CA 94903-2010
(415) 491-4611   Fax (415) 491-4635

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 94154 *** | 04/05/2006 | 02-35833 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/14/2006 | GURUMA | 04-11572 JLT |

| CASE CAPTION |
|---|
| Cooney vs. Saybrook Graduate School |

| TERMS |
|---|
| Due upon receipt |

Paul W. Morenberg
Kerstein, Coren, Lichtenstein, Finkel LLP
Newton-Wellesley Executive Office Park
60 Walnut Street
Wellesley, MA 02481

```
ORIGINAL & ONE COPY OF THE TRANSCRIPT OF:
    MAUREEN O'HARA, VOL. II              258 Pages @    4.15/Page       1,070.70
        EXHIBITS                          258 Pages @     .40/Page         103.20
        CERTIFICATION                                                      14.00
        PROCESSING ORIGINAL(S)                                             20.00
        HANDLING & DELIVERY                                                17.40
                                                                       ---------
                                        TOTAL   DUE   >>>>              1,225.30

                                    AFTER 05/05/2006 PAY                1,347.83

*COMPLIMENTARY CONDENSED TRANSCRIPT AND CONCORDANCE.
*REMINDING YOU WE COVER NORTHERN CALIFORNIA AND CAN PROVIDE A REPORTER AND
COMPLIMENTARY CONFERENCE ROOM ANYWHERE IN OUR REGION.
*WE ACCEPT VISA AND MASTERCARD.
```


ENTERED

TAX ID NO.: 80-0009696                                      (617) 969-7139   Fax (617) 244-6511

*Please detach bottom portion and return with payment.*

Paul W. Morenberg
Kerstein, Coren, Lichtenstein, Finkel LLP
Newton-Wellesley Executive Office Park
60 Walnut Street
Wellesley, MA 02481

Job No.     : 02-35833
Case No.    : 04-11572 JLT
Cooney vs. Saybrook Graduate School

Invoice No.: 94154 ***
Date        : 04/05/2006
TOTAL DUE   : 1,225.30
AFTER 05/05/2006 PAY : 1,347.83

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: _____ |
| VISA/MC #: _____ |
| Exp. Date: _____   Phone #: _____ |
| Billing Address: _____ |
| Amount to Charge: _____   Zip: _____ |
| Cardholder's Signature: _____ |

Remit To:   Golden Gate Reporters LLC
            35 Mitchell Blvd., Suite 8
            San Rafael, CA 94903-2010

Golden Gate Reporters LLC
35 Mitchell Boulevard, Suite 8
San Rafael, CA 94903-2010
(415) 491-4611   Fax (415) 491-4635

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 94158 *** | 04/05/2006 | 02-35834 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/15/2006 | FARRJE | 04-11572 JLT |

**CASE CAPTION**

Cooney vs. Saybrook Graduate School

**TERMS**

Due upon receipt

Paul W. Morenberg
Kerstein, Coren, Lichtenstein, Finkel LLP
Newton-Wellesley Executive Office Park
60 Walnut Street
Wellesley, MA 02481

```
ORIGINAL & ONE COPY OF THE TRANSCRIPT OF:
    RUTH RICHARDS, M.D., Ph.D.         61 Pages @      4.15/Page       253.15
        EXHIBITS                        7 Pages @       .40/Page         2.80

ORIGINAL & ONE COPY OF THE TRANSCRIPT OF:
    WILLIAM BRUFF, M.D., Ph.D.        161 Pages @      4.15/Page       668.15
        EXHIBITS                       95 Pages @       .40/Page        38.00
        CERTIFICATION                   2.00  @         14.00           28.00
        PROCESSING ORIGINAL(S)                                          20.00
        HANDLING & DELIVERY                                             17.40

                                    TOTAL   DUE  >>>>               1,027.50

                                    AFTER 05/05/2006 PAY            1,130.25

*COMPLIMENTARY CONDENSED TRANSCRIPT AND CONCORDANCE.
*REMINDING YOU WE COVER NORTHERN CALIFORNIA AND CAN PROVIDE A REPORTER AND
COMPLIMENTARY CONFERENCE ROOM ANYWHERE IN OUR REGION.
*WE ACCEPT VISA AND MASTERCARD.
```


ENTERED

TAX ID NO.: 80-0009696                                    (617) 969-7139   Fax (617) 244-6511

*Please detach bottom portion and return with payment.*

Paul W. Morenberg
Kerstein, Coren, Lichtenstein, Finkel LLP
Newton-Wellesley Executive Office Park
60 Walnut Street
Wellesley, MA 02481

```
Job No.    : 02-35834
Case No.   : 04-11572 JLT
Cooney vs. Saybrook Graduate School

Invoice No.: 94158 ***
Date       : 04/05/2006
TOTAL DUE  :    1,027.50
AFTER 05/05/2006 PAY : 1,130.25
```

**PAYMENT WITH CREDIT CARD**

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____   Phone #: _____
Billing Address: _____
Amount to Charge: _____   Zip: _____
Cardholder's Signature: _____

Remit To:   Golden Gate Reporters LLC
            35 Mitchell Blvd., Suite 8
            San Rafael, CA 94903-2010

Golden Gate Reporters LLC
35 Mitchell Boulevard, Suite 8
San Rafael, CA 94903-2010
(415) 491-4611   Fax (415) 491-4635

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 94156 *** | 04/05/2006 | 02-35835 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/16/2006 | FARRJE | 04-11572 JLT |

**CASE CAPTION**

Cooney vs. Saybrook Graduate School

**TERMS**

Due upon receipt

Paul W. Morenberg
Kerstein, Coren, Lichtenstein, Finkel LLP
Newton-Wellesley Executive Office Park
60 Walnut Street
Wellesley, MA 02481

```
ORIGINAL & ONE COPY OF THE TRANSCRIPT OF:
   JOHN REHO, M.D. Ph.D.           148 Pages @     4.15/Page    614.20
       EXHIBITS                    113 Pages @      .40/Page     45.20
ORIGINAL & ONE COPY OF THE TRANSCRIPT OF:
   ALAN VAUGHAN, Ph.D.              62 Pages @     4.15/Page    257.30
       EXHIBITS                      9 Pages @      .40/Page      3.60
       CERTIFICATION                2.00       @     14.00       28.00
       PROCESSING ORIGINAL(S)                                    20.00
       HANDLING & DELIVERY                                       17.40

                              TOTAL DUE   >>>>                  985.70
                              AFTER 05/05/2006 PAY            1,084.27
```

*COMPLIMENTARY CONDENSED TRANSCRIPT AND CONCORDANCE.
*REMINDING YOU WE COVER NORTHERN CALIFORNIA AND CAN PROVIDE A REPORTER AND COMPLIMENTARY CONFERENCE ROOM ANYWHERE IN OUR REGION.
*WE ACCEPT VISA AND MASTERCARD.

ENTERED

TAX ID NO.: 80-0009696          (617) 969-7139   Fax (617) 244-6511

*Please detach bottom portion and return with payment.*

Paul W. Morenberg
Kerstein, Coren, Lichtenstein, Finkel LLP
Newton-Wellesley Executive Office Park
60 Walnut Street
Wellesley, MA 02481

Job No.      :  02-35835
Case No.     :  04-11572 JLT
Cooney vs. Saybrook Graduate School

Invoice No.: 94156 ***
Date        :  04/05/2006
TOTAL DUE   :     985.70
AFTER 05/05/2006 PAY : 1,084.27

**PAYMENT WITH CREDIT CARD**

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____   Phone #: _____
Billing Address: _____
Amount to Charge: _____   Zip: _____
Cardholder's Signature: _____

Remit To:   Golden Gate Reporters LLC
            35 Mitchell Blvd., Suite 8
            San Rafael, CA 94903-2010

Golden Gate Reporters LLC
35 Mitchell Boulevard, Suite 8
San Rafael, CA 94903-2010
(415) 491-4611   Fax (415) 491-4635

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 94160 *** | 04/05/2006 | 02-35836 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/17/2006 | FARRJE | 04-11572 JLT |

| CASE CAPTION |
|---|
| Cooney vs. Saybrook Graduate School |

| TERMS |
|---|
| Due upon receipt |

Paul W. Morenberg
Kerstein, Coren, Lichtenstein, Finkel LLP
Newton-Wellesley Executive Office Park
60 Walnut Street
Wellesley, MA 02481

```
ORIGINAL & ONE COPY EXPEDITED TRANSCRIPT OF:
    DONALD COOPER, Ph.D.                   56 Pages @     4.15/Page       232.40
        EXHIBITS                            6 Pages @      .40/Page         2.40
        CERTIFICATION                                                      14.00
        PROCESSING ORIGINAL(S)                                             20.00
        HANDLING & DELIVERY                                                17.40

                              TOTAL  DUE  >>>>                            286.20

                              AFTER 05/05/2006 PAY                        314.82

*COMPLIMENTARY CONDENSED TRANSCRIPT AND CONCORDANCE.
*REMINDING YOU WE COVER NORTHERN CALIFORNIA AND CAN PROVIDE A REPORTER AND
COMPLIMENTARY CONFERENCE ROOM ANYWHERE IN OUR REGION.
*WE ACCEPT VISA AND MASTERCARD.
```


ENTERED

TAX ID NO.: 80-0009696                                    (617) 969-7139    Fax (617) 244-6511

*Please detach bottom portion and return with payment.*

Paul W. Morenberg
Kerstein, Coren, Lichtenstein, Finkel LLP
Newton-Wellesley Executive Office Park
60 Walnut Street
Wellesley, MA 02481

```
Job No.    :  02-35836
Case No.   :  04-11572 JLT
Cooney vs. Saybrook Graduate School

Invoice No.:  94160 ***
Date       :  04/05/2006
TOTAL DUE  :     286.20
AFTER 05/05/2006 PAY :  314.82
```

PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____   Phone #: _____
Billing Address: _____
Amount to Charge: _____   Zip: _____
Cardholder's Signature: _____

Remit To:   Golden Gate Reporters LLC
            35 Mitchell Blvd., Suite 8
            San Rafael, CA 94903-2010

# WOOD COURT & CONFERENCE REPORTING, LTD

77 SUMMER STREET
COHASSET, MA 02025
TAX ID # 30-0160976
(781) 383-6621

**3003**

Kerstein, Coren, Lichtenstein & Finkel
Attn: Paul Morenberg, Esq.
60 Walnut Street
Wellesley, MA 02481

DATE April 15, 2006

| FOR PROFESSIONAL SERVICES RENDERED | AMOUNT |
|---|---|
| Cooney vs. Saybrook Graduate School, et al U.S. District #11572JLT  Deposition of Eugene Taylor, Ph.D March 27, 2006  98 pages at $3.00 per page  Postage | $294.00 $4.05 $298.05 |

THANK YOU

**1051**

| Wood Court & Conference Reporting | | | 5/16/2006 | | |
|---|---|---|---|---|---|
| Date | Type | Reference | Original Amt. | Balance Due   Discount | Payment |
| 4/15/2006 | Bill | 3003 | 298.05 | 298.05 | 298.05 |
| | | | | Check Amount | 298.05 |

IOLTA - Kerstein

298.05

38014

Golden Gate Reporters LLC
35 Mitchell Blvd., Suite 8
San Rafael, CA 94903-2010
(415) 491-4611   Fax (415) 491-4635

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| KERSWE01 | 08/28/2006 |

Paul W. Morenberg
Kerstein, Coren, Lichtenstein, Finkel LLP
Newton-Wellesley Executive Office Park
60 Walnut Street
Wellesley, MA 02481

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| .00 | 889.02 | .00 |
| 90 DAYS | 120 DAYS & OVER | TOTAL DUE |
| .00 | .00 | 889.02 |

PAGE 1 OF 1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 06/30/2006 | 94597 | 889.02 | 06/12/2006 | ARTHUR BOHART | Cooney vs. Saybrook Graduate S |

*A FRIENDLY REMINDER THAT*

*YOUR ACCOUNT IS MORE THAN <u>30 DAYS PAST DUE!</u>*

*PLEASE TAKE CARE OF IT TODAY!*

1118

Golden Gate Reporters LLC                              10/19/2006

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 6/30/2006 | Bill | 94597 | 889.02 | 889.02 | | 889.02 |
| | | | | Check Amount | | 889.02 |

IOLTA - Kerstein    Case #04-11572 JLT                                      889.02

38014

1054

| Accurate Reporting Services | | | | 5/30/2006 | | |
|---|---|---|---|---|---|---|
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
| 4/28/2006 | Bill | 11378 | 488.60 | 488.60 | | 488.60 |
| 5/2/2006 | Bill | 11386 | 316.20 | 316.20 | | 316.20 |
| | | | | | Check Amount | 804.80 |

IOLTA - Kerstein                                                                                                         804.80

38014

# Accurate Reporting Services

36 West Street
Whitman, MA 02382

# Invoice

| Depo Date | Invoice # |
|---|---|
| 4/28/2006 | 11378 |
| Terms | Tax ID 22-3849840 |
| Due on receipt | A. BOYER |

**Bill To**

Kerstein, Coren, Lichenstein & Finkel, LL
Paul W. Morenberg, Esq.
60 Walnut Street
Suite 400
Wellesley Hills, MA 02481-2103

| Deposed | Docket Number |
|---|---|
| DR. KAREN SCHWARTZ | 04 11572 JLT |

| Pages | Case Name | Rate | Amount |
|---|---|---|---|
| 161 | Original Transcript | 3.00 | 483.00 |
| | Free Indexing & Condensing | 0.00 | 0.00 |
| | Fee for postage | 5.60 | 5.60 |
| | CO*O*NEY VS SAYBROOK GRADUATE SCHOOL, ET AL | | |

(ENTERED stamp)

We appreciate your prompt payment. Please include the Invoice Number on your check. Thank You!

| Total | $488.60 |
|---|---|
| **Balance Due** | **$488.60** |

Telephone: 781-447-9520
Fax: 781-447-9426

# Accurate Reporting Services

36 West Street
Whitman, MA 02382

# Invoice

| Depo Date | Invoice # |
|---|---|
| 5/2/2006 | 11386 |
| Terms | Tax ID 22-3849840 |
| Due on receipt | G. CARIGNAN |

**Bill To**

Coren, Lichtenstein & Fi nkel...
E. Steven Coren, Esq.
233 Needham Street
Newton, MA  02164

| Deposed | Docket Number |
|---|---|
| DR. DENNIS K. NORMAN | 0411572JLT |

| Pages | Case Name | Rate | Amount |
|---|---|---|---|
| 104 | Original Transcript | 3.00 | 312.00 |
|  | Free Indexing & Condensing | 0.00 | 0.00 |
|  | Fee for postage | 4.20 | 4.20 |
|  | SUSAN COONEY VS SAYBROOK GRADUATE SCHOOL AND MAUREEN O'HARA | | |

(ENTERED)

We appreciate your prompt payment. Please include the Invoice Number on your check. Thank You!

**Total** $316.20

Telephone: 781-447-9520
Fax:  781-447-9426

**Balance Due** $316.20