```
ACCT# 1000439044                          CLIENT BY USER BY DAY SUMMARY
MILTON L KERSTEIN                                                             INVOICE # 810711517         PA
WELLESLEY HILLS, MA 02481-2151              JAN 01, 2006 - JAN 31, 2006       POSTING # 6036074786        1
```

| CLIENT | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| **1000439044** | | | | | |
|     4301831   ANDRA HUTCHINS | | | | | |
|         01/06/06  TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 17:23I | 0I | 17:23I | 0I | 0.00I |
|         01/13/06  TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 1:06:54I | 0I | 1:06:54I | 0I | 0.00I |
|         01/20/06  TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 7:49I | 0I | 7:49I | 0I | 0.00I |
|         01/30/06  TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 27:36I | 0I | 27:36I | 0I | 0.00I |
| TOTAL 1000439044 CHARGES | 1:59:42S | 0S | 1:59:42S | 0S | 0.00S |
| | | | | | |
| **ACS** | | | | | |
|     5442551   RANDI LEVINE | | | | | |
|         01/13/06  TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 25:42I | 0I | 25:42I | 0I | 0.00I |
| TOTAL ACS CHARGES | 25:42S | 0S | 25:42S | 0S | 0.00S |
| | | | | | |
| **CAROLRASH-PM&BR** | | | | | |
|     4301831   ANDRA HUTCHINS | | | | | |
|         01/03/06  TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 16:28I | 0I | 16:28I | 0I | 0.00I |
| TOTAL CAROLRASH-PM&BR CHARGES | 16:28S | 0S | 16:28S | 0S | 0.00S |
| | | | | | |
| **COONEY** | | | | | |
|     5442551   RANDI LEVINE | | | | | |
|         01/26/06  TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 18:04I | 0I | 18:04I | 0I | 0.00I |
|                      TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | 23:00E | 0E | 23:00E | 1E | 166.59E |
| TOTAL COONEY CHARGES | 41:04S | 0S | 41:04S | 1S | 166.59S |
| | | | | | |
| **CREDITISSUE-NICHOLAS-PWM** | | | | | |
|     5442551   RANDI LEVINE | | | | | |
|         01/06/06  TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 11:01I | 0I | 11:01I | 0I | 0.00I |
|                      TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | 1:02E | 0E | 1:02E | 1E | 21.56E |
| TOTAL CREDITISSUE-NICHOLAS-PWM CHARGES | 12:03S | 0S | 12:03S | 1S | 21.56S |
| | | | | | |
| **CREDITQUESTION-"NICHOLAS"-PM** | | | | | |
|     5442551   RANDI LEVINE | | | | | |
|         01/06/06  TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 29:21I | 0I | 29:21I | 0I | 0.00I |
| TOTAL CREDITQUESTION-"NICHOLAS"-PM CHARGES | 29:21S | 0S | 29:21S | 0S | 0.00S |
| | | | | | |
| **LEGER** | | | | | |
|     1388677   MILTON L KERSTEIN | | | | | |

Handwritten annotations: "Cooney IOLTA" next to 166.59E (with asterisk); "PM" next to 21.56E entries.

* INCLUDES APPLICABLE TAXES                                         1000439044                A

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

```
ACCT# 1000439044                           CLIENT BY USER BY DAY SUMMARY
MILTON L KERSTEIN                                                              INVOICE # 810893449            PAGE
WELLESLEY HILLS, MA 02481-2151               FEB 01, 2006 - FEB 28, 2006       POSTING # 6036619193            1
```

| CLIENT | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| **1000439044** | | | | | |
|   4301831 ANDRA HUTCHINS | | | | | |
|     02/05/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 19:51I | 0I | 19:51I | 0I | 0.00I |
|     02/06/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 15:47I | 0I | 15:47I | 0I | 0.00I |
|     02/16/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 48:10I | 0I | 48:10I | 0I | 0.00I |
|     02/27/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 1:23:27I | 0I | 1:23:27I | 0I | 0.00I |
| TOTAL 1000439044 CHARGES | 2:47:15S | 0S | 2:47:15S | 0S | 0.00S |
| **ACS** | | | | | |
|   5442551 RANDI LEVINE | | | | | |
|     02/09/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 1:29:14I | 0I | 1:29:14I | 2I | 0.00I |
|     02/14/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 27:13I | 0I | 27:13I | 3I | 0.00I |
| TOTAL ACS CHARGES | 1:56:27S | 0S | 1:56:27S | 5S | 0.00S |
| **CONROY** | | | | | |
|   1388677 MILTON L KERSTEIN | | | | | |
|     02/22/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 1:10:00I | 0I | 1:10:00I | 2I | 0.00I |
| TOTAL CONROY CHARGES | 1:10:00S | 0S | 1:10:00S | 2S | 0.00S |
| **COONEY** | | | | | |
|   5442551 RANDI LEVINE | | | | | |
|     02/14/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 11:41I | 0I | 11:41I | 1I | 0.00I |
|             TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | 36:57E | 0E | 36:57E | 0E | 500.39E |
| TOTAL COONEY CHARGES | 48:38S | 0S | 48:38S | 1S | 500.39S |
| **KERSTEIN** | | | | | |
|   5442551 RANDI LEVINE | | | | | |
|     02/10/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 18:49I | 0I | 18:49I | 0I | 0.00I |
| TOTAL KERSTEIN CHARGES | 18:49S | 0S | 18:49S | 0S | 0.00S |
| **LEGER** | | | | | |
|   1388677 MILTON L KERSTEIN | | | | | |
|     02/21/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 1:29:14I | 0I | 1:29:14I | 2I | 0.00I |
|     02/24/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 32:12I | 0I | 32:12I | 4I | 0.00I |
| TOTAL LEGER CHARGES | 2:01:26S | 0S | 2:01:26S | 6S | 0.00S |
| **MILLER** | | | | | |

Handwritten annotation near COONEY row: "2150 Kerstein"

* INCLUDES APPLICABLE TAXES                                     1000439044         A

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

ACCT# 1000439044
MILTON L KERSTEIN
WELLESLEY HILLS, MA 02481-2151

CLIENT BY USER BY DAY SUMMARY
JUN 01, 2006 - JUN 30, 2006

INVOICE # 811669079
POSTING # 6038960890

PAGE 1

| CLIENT | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| 1000439044 | | | | | |
| 4301831 ANDRA HUTCHINS | | | | | |
| 06/02/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 32:09I | 0I | 32:09I | 0I | 0.00 |
| 06/21/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 10:37I | 0I | 10:37I | 0I | 0.00 |
| 06/26/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 1:53:14I | 0I | 1:53:14I | 0I | 0.00 |
| 06/30/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 18:06I | 0I | 18:06I | 0I | 0.00 |
| TOTAL 1000439044 CHARGES | 2:54:06S | 0S | 2:54:06S | 0S | 0.00 |
| 100439044 | | | | | |
| 4301831 ANDRA HUTCHINS | | | | | |
| 06/30/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 3:16I | 0I | 3:16I | 0I | 0.00 |
| TOTAL 100439044 CHARGES | 3:16S | 0S | 3:16S | 0S | 0.00 |
| BNI | | | | | |
| 1388677 MILTON L KERSTEIN | | | | | |
| 06/21/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 1:12:26I | 0I | 1:12:26I | 1I | 0.00 |
| 06/22/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 35:27I | 0I | 35:27I | 1I | 0.00 |
| TOTAL BNI CHARGES | 1:47:53S | 0S | 1:47:53S | 2S | 0.00 |
| KCLF | | | | | |
| 1388677 MILTON L KERSTEIN | | | | | |
| 06/26/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :43I | 0I | :43I | 0I | 0.00 |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | 15:50E | 0E | 15:50E | 0E | 219.67 |
| TOTAL KCLF CHARGES | 16:33S | 0S | 16:33S | 0S | 219.67 |
| MILLER | | | | | |
| 1388677 MILTON L KERSTEIN | | | | | |
| 06/28/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 26:28I | 0I | 26:28I | 1I | 0.00 |
| TOTAL MILLER CHARGES | 26:28S | 0S | 26:28S | 1S | 0.00 |
| ML | | | | | |
| 1388677 MILTON L KERSTEIN | | | | | |
| 06/07/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 30:19I | 0I | 30:19I | 5I | 0.00 |
| 06/08/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 26:32I | 0I | 26:32I | 6I | 0.00 |
| 06/14/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 1:03:22I | 0I | 1:03:22I | 3I | 0.00 |
| 06/16/06 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 32:16I | 0I | 32:16I | 5I | 0.00 |
| TOTAL ML CHARGES | 2:32:29S | 0S | 2:32:29S | 19S | 0.00 |

*Handwritten annotation next to KCLF: "US District Court Cases Cooney"*

* INCLUDES APPLICABLE TAXES

1000439044    A