

FedEx Kinko's
375 Cochituate Rd
Framingham, MA 01701-4653
(508) 879-3125

```
3/28/2007              7:31:49 AM EST
Trans.: 3796           Branch: 2594
Register: 005          Till:fd7509
Team Member: Felipe D.
Customer: Paul Morenberg
```

SALE

*25940053796*

```
Cooney Oversize              150.00
        1 @ 150.0000

  FS OS Coated /sqFt         150.00 T
1450         15.00 @ 10.0000

Mount                         75.00
        1 @ 75.0000

  LF Mounting SqFt            75.00 T
0404         15.00 @ 5.0000


Sub-Total                    225.00
Deposit                        0.00
 Tax                          11.25
Total                        236.25
   Master Card (S)           236.25
   Account: 5081
   Auth: 033182 (A)
Total Tender                 236.25
Change Due                     0.00
```

Thank you for visiting

FedEx Kinko's
Make It. Print It. Pack It. Ship It.
www.fedexkinkos.com

Customer Copy