UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04 11572 JLT

| | |
|---|---|
| SUSAN COONEY,<br>　　　Plaintiff,<br><br>v.<br><br>SAYBROOK GRADUATE AND<br>RESEARCH CENTER,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF SETTLEMENT OF COSTS

The parties to the above-named action, hereby stipulate to settlement of all costs relating to this matter, pursuant to Fed. R. Civ. 54 in the amount of $9,000 (Nine thousand dollars). The settlement of these costs is a full and final settlement of this case and makes Plaintiff Susan Cooney's Motion for Assessment of Court Costs, docketed Document #110 moot. It is agreed that payment will be made payable to "Susan Cooney."

| | |
|---|---|
| The Plaintiff,<br>SUSAN COONEY,<br>By her attorneys, | The Defendant,<br>SAYBROOK GRADUATE AND RESEARCH CENTER<br>By its attorneys, |
| /s/ *Paul W. Morenberg/gg* | /s/ *Grace V. Bacon Garcia* |
| E. Steven Coren, BBO#<br>Paul W. Morenberg, BBO# 631101<br>KERSTEIN, COREN, LICHTENSTEIN &<br>FINKEL, LLP<br>60 Walnut Street<br>Wellesley, MA 02481<br>781-997-1600 | Thomas C. Federico, BBO #160830<br>Grace V. Bacon Garcia, BBO# 640970<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br>(617) 439-7500 |

1075477v1

## CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with the F.R.C.P.

/s/ *Grace V. Bacon Garcia*

———————————————
Grace V. Bacon Garcia

Date: August 8, 2007

2

1075477v1